## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SOTHINATHAN SINNATHURAI<br>34 Oak Street<br>Barrie, Ontario L4M 3V4<br>Canada<br><br>– Individually and on Behalf of All Others Similarly Situated –<br><br>**Plaintiff,**<br><br>v.<br><br>**NOVAVAX, INC.**<br>21 Firstfield Road<br>Gaithersburg, MD 20878<br>(Montgomery County)<br><br>**STANLEY C. ERCK**<br>21 Firstfield Road<br>Gaithersburg, MD 20878<br>(Montgomery County)<br><br>**GREGORY F. COVINO**<br>21 Firstfield Road<br>Gaithersburg, MD 20878<br>(Montgomery County)<br><br>**JOHN J. TRIZZINO**<br>21 Firstfield Road<br>Gaithersburg, MD 20878<br>(Montgomery County)<br><br>**Defendants.** | **Civil Action No.: 8:21-cv-02910-TDC** |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF THE MOTION OF DAVID TRUONG FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

1. I am a member in good standing of the bar of the State of New York. I am a partner at the law firm of Labaton Sucharow LLP. I submit this declaration in support of the motion filed by David Truong for appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and approval of its selection of Labaton Sucharow LLP as Lead Counsel for the Class.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: David Truong's sworn certification pursuant to the PSLRA;

Exhibit B: Chart of David Truong's transactions and losses in Novavax, Inc. Common Stock during the Class Period;

Exhibit C: PSLRA Notice of pendency issued in the first-filed action against Novavax, Inc.;

Exhibit D: Declaration of David Truong in Support of Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel; and

Exhibit E: Firm résumé of Labaton Sucharow.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of January, 2022.

                                                                 _s/ Francis P. McConville_
                                                                 Francis P. McConville