UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| SOTHINATHAN SINNATHURAI,<br><br>    Plaintiff,<br><br>    v.<br><br>NOVAVAX, INC.,<br>STANLEY C. ERCK,<br>GREGORY F. COVINO and<br>JOHN J. TRIZZINO,<br><br>    Defendants. | Civil Action No. TDC-21-2910 |

### ORDER

On January 11, 2022, putative class members and groups of class members filed motions pursuant to the Private Securities Litigation Reform Act of 1995 seeking appointment as Lead Plaintiff and approval of their respective selections. In light of the parties' Joint Status Report with Stipulation, ECF No. 45, along with various parties' Notices of Non-Opposition or Motions to Withdrawal, ECF Nos. 30, 38, 40, it is hereby ORDERED that:

1. The Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel, ECF No. 18, is DENIED AS MOOT.

2. The Motion to Appoint Counsel and to Appoint Co-Lead Plaintiffs, ECF No. 21, is DENIED AS MOOT.

3. The Motion to Appoint Lead Plaintiff and Approve the Selection of Lead Counsel, ECF No. 23 and ECF No. 25, is DENIED AS MOOT.

4. The Motion to Appoint Counsel and for Appointment as Lead Plaintiff, ECF No. 24, is DENIED AS MOOT.

5. The Motion for Appointment as Co-Lead Plaintiffs and Approval of Selection of Counsel, ECF No. 26, is DENIED AS MOOT.

6. The Motion to Appoint Counsel and for Appointment as Lead Plaintiff, ECF No. 27, is DENIED AS MOOT.

7. The Motion to Withdraw, ECF No. 38, is GRANTED.

8. Plaintiffs are directed to file an amended complaint by **Tuesday, February 22, 2022**.

Date: January 25, 2022

                                                  THEODORE D. CHUANG
                                                  United States District Judge