## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

SOTHINATHAN SINNATHURAI,
*Individually and on Behalf of All Others
Similarly Situated,*

    Plaintiff,

    v.

NOVAVAX, INC.,
STANLEY C. ERCK,
GREGORY F. COVINO,
JOHN J. TRIZZINO and
GREGORY M. GLENN,

    Defendants.

Civil Action No. TDC-21-2910

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss is GRANTED IN PART and DENIED IN PART. The Motion is granted as to (a) all claims against Defendants Gregory F. Covino and Gregory M. Glenn; (b) the claims based on the alleged false statements or material omissions made on February 24, 2021, June 14, 2021, and September 21, 2021; and (c) the claims based on the alleged false statement on May 10, 2021 about the successful manufacture of Novavax's drug substance at commercial scale at each of its plants. The Motion is otherwise denied.

2.  Defendants shall file an Answer to the remaining claims in the Amended Complaint within

    **14 days** of the date of this Order.


Date:  December 12, 2022

_____
THEODORE D. CHUANG
United States District Judge