**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

SOTHINATHAN SINNATHURAI,
*Individually and on Behalf of All Others*
*Similarly Situated*,

        Plaintiff,

        v.

NOVAVAX, INC., *et al.*,

        Defendants.

Civil Action No. TDC-21-2910

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Co-Lead Plaintiffs David Truong, Nuggehalli Balmukund Nandukumar, and Jeffrey A. Gabbert (collectively "Plaintiffs") and Defendants Novavax, Inc., Stanley Erck, and John J. Trizzino (collectively, "Defendants"), by and through their undersigned counsel, jointly move this Honorable Court for entry of the proposed Stipulated Protective Order for the above-referenced matter that is attached hereto.

Dated:  March 21, 2023

Respectfully submitted,

**LABATON SUCHAROW LLP**

_____/s/_____
James W. Johnson (admitted *pro hac vice*)
Michael H. Rogers (admitted *pro hac vice*)
David J. Schwartz (*pro hac vice* forthcoming)
James T. Christie (admitted *pro hac vice*)
Philip J. Leggio (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
Email: jjohnson@labaton.com
      mrogers@labaton.com

dschwartz@labaton.com
jchristie@labaton.com
pleggio@labaton.com

**POMERANTZ LLP**
Brian Calandra (admitted *pro hac vice*)
Jeremy A. Lieberman (*pro hac vice* forthcoming)
600 Third Avenue, 20th Floor
New York, NY 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
Email: bcalandra@pomlaw.com
        jalieberman@pomlaw.com

*Counsel for Co-Lead Plaintiffs and
Lead Counsel for the Class*

**COHEN MILSTEIN SELLERS &
TOLL PLLC**
Steven J. Toll (Md. Bar No. 15824)
Daniel S. Sommers (Md. Bar No. 15822)
S. Douglas Bunch
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
        dsommers@cohenmilstein.com
        dbunch@cohenmilstein.com

*Local Counsel for Co-Lead Plaintiffs*

**PORTNOY LAW FIRM**
Lesley F. Portnoy
1800 Century Park East, Suite 600
Los Angeles, California 90067
Tel: (310) 692-8883
Email: esley@portnoylaw.com

*Additional Counsel for Co-Lead Plaintiffs and
the Class*

2

_____/s/_____

C. Thomas Brown
(admitted *pro hac vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7464
Thomas.Brown@ropesgray.com

Peter L. Welsh
(admitted *pro hac vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7865
Peter.Welsh@ropesgray.com

Edward R. McNicholas
Bar No. 24833
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 508-4779
Edward.McNicholas@ropesgray.com

Stefan P. Schropp
Bar No. 21699
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9938
Stefan.Schropp@ropesgray.com

*Counsel for Defendants*