**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| SOTHINATHAN SINNATHURAI, Individually and on Behalf of All Others Similarly Situated, <br><br>                              Plaintiff, <br><br> v. <br><br> NOVAVAX, INC., STANLEY C. ERCK, GREGORY F. COVINO, JOHN J. TRIZZINO, and GREGORY GLENN, <br><br>                              Defendants. | Civil Action No. TDC-21-2910 |

<u>**PLAINTIFFS' NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS**</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rules 37(a) of the Federal Rules of Civil Procedure and Local Rules 104.7 and 104.8, Lead Plaintiffs Jeffrey Gabbert, Nuggehalli Balmukund Nandkumar, and David Truong ("Plaintiffs"), by and through their undersigned counsel, move for an order compelling Defendants to:

1) construe the term "Manufacturing Standards" to include regulatory requirements as they relate to clinical trials to the extent that they are relevant to Novavax receiving an Emergency Use Authorization ("EUA") for its Covid-19 vaccine candidate (the "Vaccine Candidate");

2) search the files of the 13 additional custodians proposed by Plaintiffs to fill in gaps present in the current set of custodians to which Defendants have agreed to search;

1

3) apply a start date of March 1, 2020 for a search for documents responsive to Requests[1] 12-14, 16, and 23; a start date of June 1, 2020 for a search for documents responsive to Request 2; and an end date of "the present" for every Request; and

4) produce (i) training materials provided to new employees at Novavax's manufacturing facilities; (ii) documents concerning the production or distribution of any approved or potential Covid-19 vaccine by any of Novavax's competitors; (iii) documents concerning agreements between Novavax and any Government entity, initiative, or program in connection with the Vaccine Candidate; and (iv) documents concerning any formal or informal clinical development plan for the Vaccine Candidate.

This motion is based on Plaintiffs' accompanying memorandum of law and accompanying exhibits, filed concurrently with this motion; on the record in this action; and on other oral or written argument that may be offered by the parties at or before any hearing on this motion. A proposed order is attached hereto.

This motion, and all supporting documentation, was served on Defendants pursuant to Local Rule 104.8(a) on July 18, 2023.

Dated: July 18, 2023

**POMERANTZ LLP**

*/s/ Brian Calandra*
Jeremy A. Lieberman (admitted *pro hac vice*)
Brian Calandra (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
        bcalandra@pomlaw.com

---

[1] "Request" or "Requests" refer to Plaintiffs' First Set of Requests for Production of Documents to Defendants Novavax, Inc. and the Individual Defendants dated February 3, 2023.

**LABATON SUCHAROW LLP**

*/s/ Michael Rogers*
James W. Johnson (admitted *pro hac vice*)
Michael H. Rogers (admitted *pro hac vice*)
David J. Schwartz (*pro hac vice* forthcoming)
James T. Christie (admitted *pro hac vice*)
Philip J. Leggio (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile (212) 818-0477
Email: jjohnson@labaton.com
         mrogers@labaton.com
         dschwartz@labaton.com
         jchristie@labaton.com
         pleggio@labaton.com

***Counsel for Co-Lead Plaintiffs and
Lead Counsel for the Class***

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July, 2023, I served a copy of the foregoing

Memorandum of Law in Support of Plaintiffs' Motion to Compel Production of Documents via

email upon:

C. Thomas Brown
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7464
Thomas.Brown@ropesgray.com

Peter L. Welsh
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7865
Peter.Welsh@ropesgray.com

Edward R. McNicholas
Bar No. 24833
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, D.C. 20006
(202) 508-4779
Edward.McNicholas@ropesgray.com

Stefan P. Schropp
Bar No. 21699
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9938
Stefan.Schropp@ropesgray.com
Counsel for Defendants

SO CERTIFIED this 18th day of July 2023.

/s/ *Brian Calandra*
Brian Calandra

4