**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SOTHINATHAN SINNATHURAI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NOVAVAX, INC., STANLEY C. ERCK, GREGORY F. COVINO, JOHN J. TRIZZINO, and GREGORY GLENN,<br><br>Defendants. | Civil Action No. TDC-21-2910 |

**[PROPOSED] ORDER**

Upon consideration of (1) Plaintiffs' Motion to Compel Production of Documents (the "Motion"); (2) the Memorandum of Law in support thereof; (3) the exhibits thereto; (4) all other pleadings and arguments submitted to this Court; and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**;

2. Defendants shall construe the term "Manufacturing Standards" to include regulatory requirements as they relate to clinical trials to the extent that they are relevant to Novavax receiving an Emergency Use Authorization ("EUA") for its Covid-19 vaccine candidate (the "Vaccine Candidate");

3. Defendants shall search the files of the 13 additional custodians proposed by Plaintiffs to fill in gaps present in the current set of custodians to which Defendants have agreed to search;

4.   Defendants shall apply a start date of March 1, 2020 for a search for documents responsive to Requests[1] 12-14, 16, and 23; a start date of June 1, 2020 for a search for documents responsive to Request 2; and an end date of "the present" for every Request; and

5.   Defendants shall produce all (i) training materials provided to new employees at Novavax's manufacturing facilities; (ii) documents concerning the production or distribution of any approved or potential Covid-19 vaccine by any of Novavax's competitors; (iii) documents concerning agreements between Novavax and any Government entity, initiative, or program in connection with the Vaccine Candidate; and (iv) documents concerning any formal or informal clinical development plan for the Vaccine Candidate.

   **IT IS SO ORDERED** on this _____ day of _____, _____.

                                        _____
                                        The Honorable Theodore D. Chuang
                                        U.S. District Court Judge

---

[1] "Request" or "Requests" refer to Plaintiffs' First Set of Requests for Production of Documents to Defendants Novavax, Inc. and the Individual Defendants dated February 3, 2023.