**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| SOTHINATHAN SINNATHURAI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NOVAVAX, INC., STANLEY C. ERCK, and JOHN J. TRIZZINO, <br><br> Defendants. | Civil Action No.: TDC-21- 2910 |

### PLAINTIFFS' LOCAL RULE 104.7 CERTIFICATE OF CONFERENCE

I, Michael H. Rogers, certify as follows:

1.  I am a partner with the law firm of Labaton Sucharow LLP and represent Lead Plaintiffs David Truong, Jeffrey Gabbert, and Nuggehalli Balmukund Nandkumar ("Plaintiffs") in connection with the above matter.

2.  On February 3, 2023, Plaintiffs served their first set of requests for the production of documents (the "Requests") on Defendants Novavax, Inc., Stanley C. Erck, and John J. Trizzino ("Defendants").

3.  On March 6, 2023, Defendants served their responses and objections to Plaintiffs' first set of requests for the production of documents.

4.  The parties telephonically met and conferred regarding the Requests and related discovery issues on March 2, March 10, March 27, and April 28, 2023.

5.  The parties also exchanged letters regarding the Requests and related discovery issues. On May 2, 2023, Defendants sent Plaintiffs a letter addressing certain issues raised during the telephonic meet and confer sessions. On May 12, 2023, Plaintiffs responded to the May 2 letter,

and Defendants responded to the May 12 letter on May 25, 2023. On June 14, 2023, Plaintiffs responded to the May 25 letter, and Defendants responded to the June 14 letter on July 6, 2023.

6.     Although the telephonic meet and confers and the May 2, May 12, May 25, June 14 and July 6 letters resolved many disputes concerning the Requests, despite their good faith efforts, the parties have reached an impasse as to several issues.

7.     On July 17, 2023, the parties filed with the Court an Interim Joint Status Report (ECF No. 92), informing the Court of Plaintiffs' intention of filing a motion to compel regarding these matters, pursuant to the process outlined in Local Rule 104.8.

8.     On July 18, 2023, Plaintiffs served upon Defendants, pursuant to Federal Rule of Civil Procedure 37(a) and District of Maryland Local Rules 104.7 and 104.8, Plaintiffs' Notice of Motion to Compel Production of Documents (the "Motion to Compel"), supporting memorandum of law and exhibits thereto ("Plaintiffs' Opening Brief"), and a proposed order.

9.     On August 4, 2023, Defendants served upon Plaintiffs their Opposition to Plaintiffs' Motion to Compel Production of Documents and supporting declaration ("Defendants' Opposition").

10.    On August 18, 2023, Plaintiffs served upon Defendants their reply brief in support of their Motion to Compel ("Plaintiffs' Reply").

11.    On August 23, 2023 at 10:00 AM EST, the parties telephonically met and conferred regarding the Motion to Compel. On this August 23, 2023 meet and confer, the following attorneys were present: James Christie, Philip Leggio, and Derick Cividini from Labaton Sucharow LLP; Brian Calandra from Pomerantz LLP; and J. William Piereson, C. Thomas Brown, Charles Zagnoli, and Eileen Falk from Ropes & Gray LLP. However, despite their good faith efforts, the parties are still at an impasse as to issues raised in the Motion to Compel.

1

12.    As such, the following issues require resolution by the Court, which are described in greater detail in Plaintiffs' Opening Brief, Defendants' Opposition, and Plaintiffs' Reply:

    a.    The scope of the term "Manufacturing Standards," as defined in the Requests;

    b.    The number of additional custodians proposed by Plaintiffs;

    c.    The proper start dates of the relevant time period for Requests 2, 12-14, 16, and 23;

    d.    The proper end date of the relevant time period for all Requests; and

    e.    Whether or not Defendants should be compelled to produce certain documents in response to Requests 8, 11, 13, and 16.

13.    The Parties respectfully request a hearing of and decision on the Motion to Compel pursuant to Local Rules 104.7 and 104.8.

Dated: August 23, 2023

Respectfully submitted,

**LABATON SUCHAROW LLP**

*/s/ Michael H. Rogers*
Michael H. Rogers (admitted *pro hac vice*)
David J. Schwartz (*pro hac vice*
  forthcoming)
James T. Christie (admitted *pro hac vice*)
Philip J. Leggio (admitted *pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
mrogers@labaton.com
dschwartz@labaton.com
jchristie@labaton.com
pleggio@labaton.com

**POMERANTZ LLP**
Jeremy A. Lieberman
Brian Calandra
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
bcalandra@pomlaw.com

2

*Counsel for Co-Lead Plaintiffs and
Lead Counsel for the Class*

**PORTNOY LAW FIRM**
Lesley F. Portnoy
1800 Century Park East, Suite 600
Los Angeles, California 90067
Tel: (310) 692-8883
esley@portnoylaw.com

*Additional Counsel for Co-Lead Plaintiffs
and the Class*

**COHEN MILSTEIN SELLERS &
TOLL PLLC**
Steven J. Toll (Md. Bar No. 15824)
Daniel S. Sommers (Md. Bar No. 15822)
S. Douglas Bunch
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Local Counsel for Co-Lead Plaintiffs*

3