**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| SOTHINATHAN SINNATHURAI, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>NOVAVAX, INC., *et al.*,<br><br>*Defendants.* | Civil Action No. TDC-21-2910 |

**DECLARATION OF C. THOMAS BROWN
IN SUPPORT OF DEFENDANTS' OPPOSITION TO
LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, C. Thomas Brown, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a partner of Ropes & Gray LLP.  My firm represents Defendants Novavax, Inc., Stanley C. Erck, and John J. Trizzino ("Defendants") in the above-captioned action.  I have been admitted to practice *pro hac vice* before this Court for purposes of this action. The facts set forth in this declaration are based on my personal knowledge and information provided to me by the attorneys and other professionals at Ropes & Gray working on this matter under my supervision.

2.      I submit this declaration, along with the exhibits annexed hereto, on behalf of Defendants Novavax, Inc., Stanley C. Erck, and John J. Trizzino ("Defendants"), in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of S.P. Kothari, Ph.D, dated September 22, 2023.

1

4.      Attached hereto as **Exhibit B** is a true and correct copy of the transcript of the September 14, 2023 deposition of Chad William Coffman in the above-captioned case.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the transcript of the August 1, 2023 deposition of Plaintiff Nuggehalli Balmukund Nandkumar in the above-captioned case.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the transcript of the August 30, 2023 deposition of Plaintiff David Troung in the above-captioned case.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the transcript of the August 25, 2023 deposition of Plaintiff Jeffrey Gabbert in the above-captioned case.

8.      Attached hereto as **Exhibit F** is a true and correct copy of an August 5, 2021 Novavax Inc. Form 10-Q.

9.      Attached hereto as **Exhibit G** is a true and correct copy of an August 5, 2021 Reuters.com article titled, "Novavax again delays seeking U.S. approval for COVID-19 vaccine" by Mrinalika Roy and Carl O'Donnell.

10.     Attached hereto as **Exhibit H** is a true and correct copy of an August 6, 2021 Jefferies Report titled. "Novavax, Q2: US Filing Slightly Delayed, But Solid Progress on RoW Vaccine Rollout."

11.     Attached hereto as **Exhibit I** is a true and correct copy of an August 7, 2021 Seeking Alpha Report titled, "Novavax: The Race is Far From Over" by Sarthak Jain.

12.     Attached hereto as **Exhibit J** is a true and correct copy of an October 19, 2021 Politico Article titled, "'They rushed the process': Vaccine maker's woes hamper global inoculation campaign" by Sarah Owermohle, Erin Banco and Adam Cancryn.

13.     Attached hereto as **Exhibit K** is a true and correct copy of an October 20, 2021 Politico Article titled, "Novavax expresses fresh confidence in its vaccine" by Sarah Owermohle, Erin Banco and Adam Cancryn.

14.     Attached hereto as **Exhibit L** is a true and correct copy of an October 20, 2021 Novavax Inc. Press-Release titled, "Novavax Reconfirms Confidence in Regulatory Filing Timelines and Manufacturing Quality."

15.     Attached hereto as **Exhibit M** is a true and correct copy of an October 20, 2021 Jefferies Report titled, "Caught up w/Mgmt Following the Recent News report on FDA CMC Req and Filing..."

16.     Attached hereto as **Exhibit N** is a true and correct copy of an October 20, 2021 Cantor Report titled, "Volatility May Create Opportunity – COVID Vaccine Candidate Moving Forward, with Increased Visibility (Hopefully) Soon."

17.     Attached hereto as **Exhibit O** is a true and correct copy of an October 27, 2021 B. Riley Securities Analyst Report titled, "The Longer You Wait, the More Mellow You Get; UK Filing Completion One Key Step in the Right Direction; Reit Buy, $305 PT."

18.     Attached hereto as **Exhibit P** is a true and correct copy of an October 30, 2021 Upside Research Report titled, "Novavax: A Great Buy On Quickly Growing Production, Super Low Valuation and Many EUA Filings."

19.     Attached hereto as **Exhibit Q** is a true and correct copy of an October 27, 2021 Novavax Inc. Press Release titled, "Novavax Files for Authorization of its COVID-19 Vaccine in the United Kingdom."

3

20.     Attached hereto as **Exhibit R** is a true and correct copy of an October 29, 2021 Novavax Inc. Press Release titled, "Novavax Files for Provisional Approval of its COVID-19 Vaccine in Australia."

21.     Attached hereto as **Exhibit S** is a true and correct copy of a November 1, 2021 Novavax Inc. Press Release titled, "Novavax Files for COVID-19 Vaccine Authorization with Health Canada and Completes Submission for Rolling Review to European Medicines Agency."

22.     Attached hereto as **Exhibit T** is a true and correct copy of a November 1, 2021 Novavax Inc. Press Release titled, "Novavax and Serum Institute of India Receive Emergency Use Authorization for COVID-19 Vaccine in Indonesia."

23.     Attached hereto as **Exhibit U** is a true and correct copy of a November 3, 2021 Novavax Inc. Press Release titled, "Novavax Files for COVID-19 Vaccine for Provisional Approval in New Zealand."

24.     Attached hereto as **Exhibit V** is a true and correct copy of a May 5, 2021 Washington Post article titled, "Maker of latest experimental vaccine will not seek authorization until July at the earliest" by Carolyn Y. Johnson.

25.     Attached hereto as **Exhibit W** is a true and correct copy of an August 8, 2021 New York Times article titled, "Novavax Says U.S. Will Pause Funding for Production of Its Vaccine" by Sharon LaFraniere.

26.     Attached hereto as **Exhibit X** is a true and correct copy of an August 26, 2021 Scrip article titled, "COVID-19 Booster Study In Immunocompromised Patients Gives Novavax Another Shot on Goal" by Andrew McConaghie.

27.     Attached hereto as **Exhibit Y** is a true and correct copy of a January 1, 2022 Novavax Inc. Press Release titled, "Novavax Submits Request to the U.S FDA for Emergency Use Authorization of COVID-19 Vaccine."

28.     Attached hereto as **Exhibit Z** is a true and correct copy of a July 13, 2022 FDA News Release titled, "Coronavirus (COVID-19) Update: FDA Authorizes Emergency Use of Novavax COVID-19 Vaccine, Adjuvanted."

29.     Attached hereto as **Exhibit AA** is a true and correct copy of an October 26, 2021 email communication titled "US FDA Strategy," bearing bates number NVAX_SINN_0022503.

30.     Attached hereto as **Exhibit BB** is a true and correct copy of an October 6, 2021 email communication titled "SII Testing throughput information," bearing bates numbers NVAX_SINN_0022504- NVAX_SINN_0022505.

31.     Attached hereto as **Exhibit CC** is a true and correct copy of an October 7, 2021 email communication titled "Nuvaxovid Regulatory Timeline," bearing bates number NVAX_SINN_0022506.

32.     Attached hereto as **Exhibit DD** is a true and correct copy of an October 6, 2021 email communication titled "FW:  Outcome of the MHRA Remote Inspection of Serum Institute of India Plants," bearing bates numbers NVAX_SINN_00007254– NVAX_SINN_00007255.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed at Boston, Massachusetts on September 22, 2023.

6

_____/s/_____
C. Thomas Brown (admitted *pro hac vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7464
Thomas.Brown@ropesgray.com