# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SOTHINATHAN SINNATHURAI, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>NOVAVAX, INC., *et al.*,<br><br>*Defendants.* | Civil Action No. TDC-21-2910 |

**EXPERT REPORT OF PROFESSOR S.P. KOTHARI**

September 22, 2023

# Table of Contents

I.   Introduction ........................................................................................................... 1

   A.   Qualifications ................................................................................................ 1

   B.   Background .................................................................................................... 3

      1.   Novavax .............................................................................................. 3

      2.   The Securities Fraud Class Action at Issue ...................................... 3

      3.   The Coffman Report ........................................................................... 5

   C.   Assignment .................................................................................................... 6

   D.   Materials Considered .................................................................................... 6

   E.   Compensation ............................................................................................... 6

II.  Summary of Opinions ............................................................................................ 7

III. Ten of the Eleven "Factors" that Mr. Coffman Employs for Evaluating Market
Efficiency are Not Direct Tests of Semi-Strong Form Market Efficiency .................. 8

IV.  Mr. Coffman's *Cammer* Factor 5 Tests are Flawed and Do Not Prove that
Novavax's Stock Traded in an Efficient Market Throughout the Class Period ......... 10

   A.   Overview of Mr. Coffman's Event Study Method ..................................... 10

   B.   Summary of the Results of Mr. Coffman's Cause-and-Effect Tests ......... 12

      1.   Mr. Coffman's Test of Cause and Effect on News Days Only
("News Days Test") ......................................................................... 12

      2.   Mr. Coffman's Test of Cause and Effect Based on Difference in the
Percentages of News and No News Days When Novavax's
Abnormal Return Was Statistically Significant ............................... 13

      3.   Mr. Coffman's Other Tests of Cause and Effect ............................. 13

   C.   Mr. Coffman's *Cammer* Factor 5 Tests Are Fundamentally Flawed ....... 14

      1.   Mr. Coffman's Analyses Are Restricted to Small Subsets of Days ....... 14

      2.   Two of Mr. Coffman's Cause-and-Effect Tests Do Not Examine the
Effect of News on Novavax's Stock Price ...................................... 15

      3.   Mr. Coffman Ignores the Directionality of Novavax's Price
Reaction Following News ................................................................ 16

      4.   Mr. Coffman Fails to Consider the Possibility that Novavax's Large
Price Changes on Certain Dates He Considers "Outliers" Were
Caused by Noise, Not News ............................................................ 19

      5.   Mr. Coffman's Event Study Model is Flawed as Its Estimation
Periods Include Novavax's Returns on Days Within the Class
Period ............................................................................................... 27

6.    Correcting Mr. Coffman's Event Study Methodology Fundamentally Changes His Results ................................................................. 28

7.    Mr. Coffman's News vs. No News Days Test Is Flawed and Does Not Show that the Novavax Stock Traded in An Efficient Market Throughout the Class Period ..................................................... 30

V.    Novavax's Stock Price Rebounded After the Initial Decline Following the August 5, 2021 Alleged Corrective Disclosure ........................................... 34

VI.   Evaluation of the Trading History of the Named Plaintiffs ............................. 35

A.    Framework for Evaluating the Named Plaintiffs' Damages ............................. 35

B.    Evaluation of the Named Plaintiffs' Trading and Damages ............................. 38

1.    Nandkumar and Kumar ..................................................... 39

2.    Gabbert ........................................................................... 40

3.    Truong ............................................................................. 40

## I.    INTRODUCTION

### A.    Qualifications

1.    I, S.P. Kothari, am the Gordon Y. Billard Professor of Accounting and Finance at the Sloan School of Management of Massachusetts Institute of Technology ("MIT"). Since my arrival at MIT in 1999, I have served in a variety of different roles, including Deputy Dean for the Faculty, and Head of the Department of Economics, Finance, and Accounting.

2.    I recently returned to MIT after serving as the Chief Economist and Director of the Division of Economic and Risk Analysis at the U.S. Securities and Exchange Commission ("SEC"), Washington, D.C., for two years from 2019 to 2021. As the SEC's Chief Economist and Division Director, I had many different responsibilities, including economic analysis of regulations for corporation finance, securities markets, and investment management; litigation economics in support of the Enforcement Division and the Office of Compliance and Examinations; and analysis of securities and macroeconomic risk for the domestic and international jurisdictions.

3.    During my tenure at MIT, I also took a leave of absence and served as the Global Head of Equity Research for Barclays Global Investors, San Francisco (a subsidiary of the Barclays Bank), for one-and-a-half years from July 2008 to December 2009. I oversaw a team of 50 PhDs responsible for providing an in-depth analysis of various companies and sectors as well as insights into portfolio investment decisions.

4.    From 1986 to 1999, I served on the faculty of the University of Rochester, first as an Assistant Professor, then as an Associate Professor, and finally as Professor and Accounting Area Coordinator. During this time, I also held visiting positions at MIT, the University of Technology in Sydney, Australia, Baruch College of the City University of New York, and the City University Business School in London.

5.    I received my B.E. degree in Chemical Engineering from the Birla Institute of Technology and Science in India in 1979, my MBA (PGDM) in Accounting and Finance at the Indian Institute of Management, Ahmedabad, in 1982, and my Ph.D. in Accounting at the University of Iowa in 1986.

6.    I have published numerous academic articles in the areas of accounting, finance, and economics and co-edited two books titled *Financial Statement Analysis*, published by McGraw-Hill, and *Contemporary Accounting Research*, published by North-Holland Publishing. I also co-authored a chapter on the econometrics of event studies in the *Handbook of Corporate Finance*, published by North-Holland Publishing. My research has focused on the informational efficiency of stock prices, valuation of equities and bonds, the relation between accounting accruals and cash flows, the effect of institutions on the properties of accounting numbers internationally, executive compensation and governance, and corporate uses of financial derivatives, among other topics.

7.    I have received numerous awards for my scholarship, including the American Accounting Association's Distinguished Contribution to the Accounting Literature Award, American Accounting Association's Presidential Scholar, India's Padma Shri Award, and honorary doctorates from London Business School, University of Technology, Sydney, Australia, and University of Cyprus.

8.    I have served as an editor or associate editor for several academic journals, including the *Journal of Accounting & Economics* and *The Accounting Review*, and as a referee for professional journals such as the *Journal of Finance*, the *Journal of Financial Economics*, the *Journal of Accounting Research*, *Contemporary Accounting Research*, and the *British Accounting Review*.

9.    In addition to conducting rigorous research and serving as an editor for academic journals, I have been active in my profession. I have been the keynote speaker and distinguished faculty speaker at several accounting association annual meetings and doctoral consortia. I have served on various policy and management committees at MIT and the University of Rochester. Finally, I have supervised or served on the dissertation committees of more than 40 doctoral students over the past 30 years.

10.    My *curriculum vitae*, which contains further details on my qualifications, publications, and other professional activities, is attached as **Appendix A**. **Appendix B** contains a list of matters in which I have testified at deposition or trial during the past four years.

### B.    Background

#### 1.    Novavax

11.    Novavax Inc. ("Novavax" or the "Company") is a publicly listed biotechnology company whose common stock is traded on the NASDAQ Global Select Market ("NASDAQ") under the ticker symbol "NVAX" [1] at all relevant times. Novavax focuses on the "discovery, development, and commercialization of innovative vaccines to prevent serious infectious diseases." [2] Its key areas of focus include Covid-19, seasonal influenza, respiratory syncytial virus, and malaria. [3] A key product developed and commercialized by Novavax is a Covid-19 vaccine, code named NVX-CoV2373. By the end of 2021, this vaccine was in the near-term pipeline, having received "provisional approval, conditional marketing authorization ('CMA') and emergency use authorization ('EUA') from multiple regulatory authorities globally." [4] Since the end of 2021, the vaccine has been granted approval, interim authorization, provisional approval, CMA, and EUA for use in both adult and adolescent populations in many countries around the world. [5]

#### 2.    The Securities Fraud Class Action at Issue

12.    Court-appointed Lead Plaintiffs Jeffrey A. Gabbert ("Gabbert"), Nuggehalli Balmukund Nandkumar ("Nandkumar"), and David Truong ("Truong," and collectively the "Named Plaintiffs") brought the at-issue class action lawsuit against Novavax and several of Novavax's senior executives (collectively, "Defendants"), [6] on behalf of a putative class consisting of those who purchased the Novavax stock during a putative class period from May 11, 2021 through October 19, 2021 (the "Class Period"). [7]

---

[1]    Novavax, "Form 10-K," February 28, 2022, p. 5.

[2]    Novavax, "Form 10-K," February 28, 2022, p. 65.

[3]    Novavax, "Form 10-K," February 28, 2022, p. 9.

[4]    Novavax, "Form 10-K," February 28, 2022, p. 65.

[5]    Novavax, "Form 10-K," February 28, 2023, pp. 5–6.

[6]    Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws filed March 11, 2022, *in Sothinathan Sinnathurai, Individually and on Behalf of All Others Similarly Situated, v. Novavax, Inc., et al.,* Case 8:21-cv-02910-TDC (henceforth, "Complaint"), p. 1.

[7]    Memorandum Opinion on Motion to Dismiss filed December 12, 2022, in *Sothinathan Sinnathurai, Individually and on Behalf of All Others Similarly Situated, v. Novavax, Inc., et al.*, Case 8:21-cv-02910-

13.    The Complaint alleges, among other things that:

a.    "Defendants misled investors about [Novavax's] vaccine's purported successful development, production, and imminent U.S. Food and Drug Administration ('FDA') approval; in reality, Novavax's vaccine was nowhere close to being approved for use."[8]

b.    "The market for Novavax common stock was open, well-developed, and efficient at all relevant times, […]. As a result of Defendants' [alleged] misstatements and material omissions, Novavax's common stock traded at artificially inflated prices. Lead Plaintiffs and other Class members purchased Novavax common stock relying upon the integrity of the market relating to Novavax common stock and suffered economic losses as a result thereof."[9]

c.    Novavax's stock fell following these alleged corrective disclosures "as the artificial inflation caused by Defendants' unlawful conduct exited Novavax's stock price,"[10] causing economic loss "to investors who had purchased Novavax common stock during the Class Period."[11] Specifically, I understand that during the Class Period, there were two alleged corrective disclosures:

i.    Novavax's Q2 2021 after-market earnings announcement on August 5, 2021, which publicly revealed that Novavax was delaying its EUA filing to

---

TDC, ("Motion to Dismiss") p. 49. According to the Complaint, the putative class excludes: "(i) Defendants; (ii) members of the immediate family of any Defendant who is an individual; (iii) any person who was an officer or director of Novavax during the Class Period; (iv) any firm, trust, corporation, or other entity in which any Defendant has or had a controlling interest; (v) Novavax's employee retirement and benefit plan(s) and their participants or beneficiaries, to the extent they made purchases through such plan(s); and (vi) the legal representatives, affiliates, heirs, successors-in-interest, or assigns of any such excluded person." *See* Complaint, Footnote 1.

[8]    Complaint, ¶ 1.

[9]    Complaint, ¶ 220.

[10]    Complaint, ¶ 214.

[11]    Complaint, ¶ 217.

Q4 2021 due to its continuing manufacturing problems.[12] On August 6, 2021, Novavax's stock price fell by $46.31, or 19.6%.[13]

ii. The publication of an article in *Politico* after hours on October 19, 2021, which, according to the Complaint, publicly revealed the full extent of Novavax's manufacturing problems.[14] On October 20, 2021, Novavax's stock price fell by $23.69, or 14.8%.[15]

### 3. The Coffman Report

14. On March 16, 2023, Mr. Chad Coffman ("Mr. Coffman") submitted an expert report on behalf of Plaintiffs (the "Coffman Report"),[16] in which he opines that:

a. "After analyzing Novavax's Common Stock during the Class Period and giving careful consideration to the efficiency factors,"[17] he "formed the opinion that the market for Novavax's Common Stock was efficient during the Class Period."[18] One of Mr. Coffman's market efficiency analyses is an "event study" analysis of Novavax's stock price reaction to "new, company-specific information," or the demonstration of "a cause and effect relationship between company disclosures and resulting movements in stock price," which the court in *Cammer v. Bloom* identified "as relevant to the determination of whether an efficient market exists for a given security" (henceforth, the "*Cammer* Factor 5 Tests").[19]

---

[12]   Complaint, ¶ 194.

[13]   Complaint, ¶ 238.

[14]   Complaint, ¶ 206; Owermohle, Sarah, Erin Banco, and Adam Cancryn, "'They Rushed the Process': Vaccine Maker's Woes Hamper Global Inoculation Campaign," *Politico*, October 19, 2021, available at https://www.politico.com/news/2021/10/19/novavax-vaccine-rush-process-global-campaign-516298 (henceforth, "*Politico* article").

[15]   Complaint, ¶ 252.

[16]   Expert Report of Chad Coffman, March 16, 2023 ("Coffman Report").

[17]   Coffman Report, ¶ 6.

[18]   Coffman Report, ¶ 6.

[19]   Coffman Report, ¶¶ 20, 45–46.

b. "[D]amages in this action can be calculated on a class-wide basis using a common methodology."[20]

### C.    Assignment

15.    Counsel for Defendants ("Counsel") has asked me to:

a. Review the Coffman Report and comment on Mr. Coffman's claim that Novavax's stock traded in an efficient market throughout the Class Period based on his analysis of certain indirect indicia of efficiency and a direct "cause and effect" test of efficiency commonly referred to as the *Cammer* Factor 5 Tests;

b. Assess the impact of the August 5, 2021 alleged corrective disclosure on the price of Novavax stock; and

c. Review the trading records of the Named Plaintiffs in Novavax's stock and assess the extent to which each of them suffered harm from Novavax's alleged misrepresentations.

### D.    Materials Considered

16.    In preparing this report, I have relied on my education, knowledge, and experience in finance, equity research, and financial economics, as well as considered documents and materials listed in **Appendix C**.

17.    My work on this matter is ongoing. I may review additional materials produced subsequently to the issuance of this report or conduct further analysis. I reserve the right to update, refine, or revise my opinions, or form additional opinions, including in response to statements by opposing experts and any additional information I may receive.

### E.    Compensation

18.    I am being compensated at my customary hourly rate of $1,500 for my work on this matter. In addition, I receive compensation based on the professional fees of Analysis Group, Inc. ("Analysis Group"), a financial and economic consulting firm, which has provided research support under my direction and supervision. Neither my compensation nor the

---

[20]    Coffman Report, ¶ 7.

compensation of Analysis Group is contingent on any outcome or opinions expressed in this matter.

## II.   SUMMARY OF OPINIONS

*Mr. Coffman's market efficiency analysis*

19. Mr. Coffman's conclusion that Novavax's stock traded in an efficient market throughout the Class Period rests on his review of eleven "factors" that he assumes are probative indicia of efficiency. However, ten of these factors are not considered direct tests of semi-strong form market efficiency according to the academic literature developed over the last five decades.

20. The only direct tests of semi-strong form market efficiency that Mr. Coffman has performed are the *Cammer* Factor 5 Tests. However, his fundamentally flawed and limited analyses of cause and effect do not prove that Novavax's stock traded in a semi-strong form efficient market throughout the Class Period.

21. Once certain flaws in Mr. Coffman's event study analyses are corrected:

   a. Novavax stock's abnormal returns on two of Mr. Coffman's News Days (March 2, 2021 and August 5, 2021) are not statistically significant.

   b. Novavax stock's abnormal returns on the alleged corrective disclosure dates (August 5, 2021 and October 19, 2021) are not statistically significant.

*Price impact of the August 5, 2021 alleged corrective disclosure*

22. Novavax's stock price rebounded after the initial decline following the August 5, 2021 alleged corrective disclosure. This is consistent with analysts' commentary and lack of any downward adjustment in analysts' price targets for Novavax following the disclosure.

*Trading history of the Named Plaintiffs*

23. Given the trading of Nandkumar and Kumar, there is no economic basis to claim that they suffered any damages from Novavax's alleged misrepresentations.

24. Gabbert's trading shows that he did not hold any Novavax shares as of August 5, 2021, and thus he did not suffer any damages associated with the misrepresentations that were allegedly corrected on that day.

25. Truong's trading was not inconsistent with the behavior of noise traders considering his trading pattern, which includes purchasing and selling hundreds of thousands of Novavax shares throughout the Class Period, and sometimes purchasing and selling tens of thousands of Novavax shares on the same day.

### III. TEN OF THE ELEVEN "FACTORS" THAT MR. COFFMAN EMPLOYS FOR EVALUATING MARKET EFFICIENCY ARE NOT DIRECT TESTS OF SEMI-STRONG FORM MARKET EFFICIENCY

26. According to Fama (1970), a stock trades in a: (i) "*Weak form*" efficient market if its price fully reflects information about its past prices only; (ii) "*Semi-strong form*" efficient market if its price fully reflects all public information relevant to the security's value including, but not limited to, its past prices; and (iii) "*Strong form*" efficient market if its price fully reflects all public and private (insider) information.[21]

27. Nine of the eleven "factors"[22] that Mr. Coffman considered for evaluating market efficiency of Novavax's stock are indirect indicators of efficiency, not direct tests of efficiency.[23] Thus, Mr. Coffman's analyses of these indirect factors do not prove that Novavax's common stock traded in an efficient market during the Class Period.

28. Furthermore, two of those nine factors (*i.e.*, "Institutional Ownership"[24] and "Option Trading"[25] levels) do not "support[] that Novavax Common Stock traded in an efficient market throughout the Class Period."[26]

---

[21] Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance* 25 (2), (1970), pp. 383–417, at p. 383.

[22] Coffman Report, Section VII.A–L.

[23] Mr. Coffman acknowledged as such in his deposition. Deposition Transcript of Chad Coffman, September 14, 2023 ("Coffman Deposition"), p. 36:1–3 ("Cammer factor 5, which is a more direct test of whether information is impacting the market price, I think is -- weighs higher than average.").

[24] Coffman Report, ¶ 72.

[25] Coffman Report, ¶ 77.

[26] Coffman Report, ¶ 77.

a.  The mere ownership of shares by institutional investors (above some unspecified cut-off level) does not prove market efficiency. Instead, it is institutional investors' trading that may render market efficient.[27] My analysis of Novavax trading data (which I discuss later in this report) indicates that trading in Novavax stock during the period at issue was primarily conducted by retail, not institutional, investors.

b.  The "considerable" volume of option trading in Novavax stock during the Class Period does not necessarily "support[] that Novavax Common Stock traded in an efficient market throughout the Class Period." [28] Mr. Coffman's assertion is speculative because he has not specified any objective metric for what counts as "considerable" option trading volume, nor has he specified the level of option trading needed to "improve"[29] the market efficiency of the underlying stock.

29.  In addition, a tenth factor, the autocorrelation test that Mr. Coffman conducted, is a direct test, only of weak-form efficiency.[30] As such, the absence of autocorrelation in Novavax's stock return merely demonstrates that Novavax's stock impounded a narrow set of public information, *i.e.,* the history of its past prices. However, that does not mean it traded in a semi-strong form efficient market, *i.e.,* one in which its price quickly impounds all publicly available information. As Mr. Coffman recognizes, to invoke the "fraud on the market" theory of reliance, Plaintiffs must prove that Novavax's stock traded in a semi-strong form efficient market.[31]

---

[27]  Lo (2008) describes arbitrage as trading by "an army of investors [who] pounce on even the smallest informational advantages at their disposal [to earn a profit], and in doing so they incorporate their information into market prices and quickly eliminate the profit opportunities that first motivated their trades. If this occurs instantaneously, which it must in an idealized world of 'frictionless' markets and costless trading, then prices must always fully reflect all available information." Lo, Andrew, W., "Efficient Markets Hypothesis," *New Palgrave Dictionary of Economics*, 2nd Ed., (2008), S. N. Durlauf & L. E. Blume, (Eds.), Palgrave McMillan, pp. 2–3.

[28]  Coffman Report, ¶ 77.

[29]  Coffman Report, ¶ 77.

[30]  Fama (1970), pp. 391–394. Coffman Report, ¶ 73.

[31]  Coffman Report, ¶ 14 ("The fraud on the market theory is based on the fact that in an efficient market (one in which widely-available public information is quickly incorporated into the market price of a security), all purchasers implicitly rely on any material misrepresentations or omissions since the value of those misrepresentations or omissions is incorporated into each class member's purchase price.").

30. As I discuss in the next section, Mr. Coffman's only direct tests of semi-strong form efficiency (the *Cammer* Factor 5 Tests) are fundamentally flawed and do not prove that Novavax's stock traded in a semi-strong form efficient market.

## IV. MR. COFFMAN'S *CAMMER* FACTOR 5 TESTS ARE FLAWED AND DO NOT PROVE THAT NOVAVAX'S STOCK TRADED IN AN EFFICIENT MARKET THROUGHOUT THE CLASS PERIOD

### A. Overview of Mr. Coffman's Event Study Method

31. Section VII.F of the Coffman report, entitled "*Cammer* Factor 5: Price Reaction To New Information," describes the analyses that Mr. Coffman conducted to reach the conclusion that there was a "cause-and-effect relationship between new material news and changes in the market price of Novavax Common Stock during the Analysis Period, and thus the Class Period."[32] Two of Mr. Coffman's *Cammer* Factor 5 Tests are based on a statistical technique referred to as an "event study,"[33] which I summarize below.

32. A stock price can vary randomly even in the absence of news (*i.e.*, due to "noise" alone[34]). An event study is used to isolate the portion of a stock's price change on a given day that is unrelated to changes in market and industry indices. An event study typically entails the following steps:

   a. First, estimate the portion of a stock's return on the day of interest that is attributable to contemporaneous changes in market and industry indices [35] (the stock's "expected return"), based on the historical relationship between the stock's return and such index returns over a prior estimation period, using a regression model.[36]

---

[32]    Coffman Report, ¶ 64.

[33]    *See* Coffman Report, ¶¶ 48–61.

[34]    Black, Fischer, "Noise," *Journal of Finance* 41 (3), (1986), pp. 528–543 (henceforth, "Black (1986)").

[35]    Mr. Coffman uses the returns of the S&P 500 Total Return Index (the market index) and the NASDAQ Biotechnology Total Return Index (the industry index) as his measures of the daily changes in market and industry factors. *See* Coffman Report, ¶ 49.

[36]    The regression (or "market model") yields estimates of market and industry "betas," which are measures of the relationship of the stock's return and the market and industry index returns over the estimation period. Multiplying the observed market and industry index returns on any day by their respective betas yields the portions of the stock's return that was expected given the observed changes in the market and industry indices that day, respectively. Adding these two portions of the expected return (due to the changes in the market and industry indices) yields the stock's total expected return that day.

10

Mr. Coffman uses a rolling window estimation period to estimate this historic relationship, *i.e.,* to determine the expected return on any day, he constructs a regression model using data from the prior 120 trading days (roughly six months).[37] He removes four dates as "outliers" (as well as any earnings announcement dates and alleged corrective disclosure dates) that fall within the 120-trading-day estimation period.[38]

b. Next, calculate the stock's "abnormal return" on the day at issue, which equals the stock's actual (or "raw") return less its expected return.

c. Finally, as abnormal returns fluctuate daily, to determine if the abnormal return on a particular day is unusually large, it is compared to its average variability over the estimation period (the regression "standard error"). The ratio of the abnormal return to the standard error is referred to as the *t*-statistic. No matter how large the abnormal return on any day, the possibility that it is due to chance or noise alone can never be entirely ruled out. However, if the abnormal return's *t*-statistic is 1.96 or greater (in absolute magnitude), then the abnormal return is said to be "statistically significant" at the conventional 95% confidence level, (*i.e.,* the chance that the abnormal return was attributable to the normal daily fluctuations in the stock's returns or noise in that instance is 5% or less).[39]

33. The above calculations are mechanical in nature and can be conducted to determine a stock's abnormal return and its statistical significance on any day, regardless of whether that day is classified as a news day (*i.e.,* a date when some company-specific news was released) or not.

---

[37]     Coffman Report, ¶ 50.

[38]     Coffman Report, Exhibit 5 Note ("Earnings announcements, the alleged corrective disclosure dates, and four outlier dates have been removed from the estimation. The outliers include the following dates: 1/21/2020: due to news reports of Covid-19's spread and Novavax Covid-19 vaccine news, 2/27/2020 - 2/28/2020: due to Covid-19 vaccine development news, and 1/29/2021: due to the Company announcing Covid-19 vaccine effectiveness results in a U.K. study.").

[39]     Mr. Coffman adopts the conventional 95% confidence level to determine statistical significance in his event study analysis. Coffman Report, ¶ 53. Henceforth, unless stated otherwise, for ease of exposition, whenever I refer to an abnormal return being "statistically significant," I mean that it is statistically significant at the 95% confidence level.

34. In his cause-and-effect tests, Mr. Coffman identifies:

    a. Ten news days over an "Analysis Period" (May 11, 2020 through October 19, 2022). These ten new days are days when Novavax announced its quarterly earnings (henceforth Mr. Coffman's "News Days"[40]). Only two of these are within the Class Period, four are before the Class Period, and four are after the Class Period.[41]

    b. 25 days as having "little or no news" (henceforth Mr. Coffman's "No News Days"[42]) over his Analysis Period.[43] Only three of these are within the Class Period.[44]

Mr. Coffman does not identify any other day during the Analysis Period (which includes the Class Period) as either a News Day or a No News Day.

**B.**     **Summary of the Results of Mr. Coffman's Cause-and-Effect Tests**

    **1.**     **Mr. Coffman's Test of Cause and Effect on News Days Only ("News Days Test")**

35. In this test, Mr. Coffman examines whether Novavax's abnormal return following each of the ten earnings announcements was statistically significant.[45] He finds that Novavax's abnormal return was statistically significant following six of these announcements, including the two within the Class Period.[46] Based on this result, he opines that "there is a

---

[40]     Mr. Coffman notes that "newly released earnings reports by a company are an objective set of news to identify and test." Coffman Report, ¶ 56.

[41]     Coffman Report, ¶ 55 ("To analyze cause-and-effect, I examined the price response of Novavax Common Stock to the ten earnings announcements during the Analysis Period. This includes the two earnings announcements that occurred during the Class Period as well as the four quarters prior to the start of the Class Period and the four quarters after the end of the Class Period in order to have a more robust set of observations. See Exhibit 7.")

[42]     According to Mr. Coffman, these 25 No News days are "days during the Analysis Period where [he] identified 5 or less Novavax-related news items from the Factiva database and when there were no analyst reports or SEC filings issued." Coffman Report, ¶¶ 59–60.

[43]     Coffman Report, ¶ 25.

[44]     *See* Table 1 Workpaper.

[45]     Coffman Report, ¶ 55 and Exhibit 7. All of the ten earnings announcements were made after market hours (*see* Coffman Report, Exhibit 7), and therefore for each announcement Mr. Coffman examines the abnormal return on the next trading day.

[46]     Coffman Report, Exhibit 7.

12

clear cause-and-effect relationship between new public information about Novavax and the market price of Novavax Common Stock."[47]

### 2. Mr. Coffman's Test of Cause and Effect Based on Difference in the Percentages of News and No News Days When Novavax's Abnormal Return Was Statistically Significant

36.    Mr. Coffman also compares the percentage of 10 News Days when Novavax's abnormal return was statistically significant (six out of his selected ten New Days over the Analysis Period, *i.e.,* 60%) to the percentage of 25 No News Days when Novavax's abnormal return was statistically significant (zero out of his selected 25 No News Days, *i.e.,* 0%). He notes that the difference in these percentages is statistically significant at the 99% confidence level and claims that this finding constitutes "evidence of a cause-and-effect relationship between new publicly released information concerning the Company and changes in the price of Novavax Common Stock."[48] I refer to this test as Mr. Coffman's "News vs. No News Days Test" or his "Difference of Proportions Test."

### 3. Mr. Coffman's Other Tests of Cause and Effect

37.    Mr. Coffman conducts two other tests of cause and effect, neither of which is based on Novavax's statistically significant abnormal returns.

#### a. Difference of Novavax's Average Abnormal Returns on All News Days versus All No News Days, Regardless of the Statistical Significance of These Abnormal Returns

38.    Mr. Coffman calculates Novavax's average abnormal returns (on an absolute basis) on all his selected (10) News Days and (25) No News Days over the Analysis Period (regardless of the statistical significance of these abnormal returns) to be 17.14% and 3.45%, respectively. He claims this difference "demonstrates that on days when important company-specific information is released to the market, the stock price moves much more than on days where there is no company-specific news."[49]

---

[47]    Coffman Report, ¶ 48.

[48]    Coffman Report, ¶ 59 and Footnote 68.

[49]    Coffman Report, ¶ 60.

**b. Mr. Coffman's Trading Volume Test**

39. Mr. Coffman compares the average daily trading volume in Novavax shares on the 10 News Days and the 25 No News Days over his Analysis Period.[50] He finds that the average trading volume on News Days was greater than on No News Days and that this difference was statistically significant.[51] He asserts that this finding "establish[es] a strong cause-and-effect relationship between new, Company-specific news and rapid changes in the price of Novavax Common Stock."[52]

**C.    Mr. Coffman's *Cammer* Factor 5 Tests Are Fundamentally Flawed**

40. Mr. Coffman's *Cammer* Factor 5 tests discussed above are fundamentally flawed. Therefore, his conclusions based on such tests do not establish that the price of Novavax's common stock consistently reacted to news (*i.e.,* traded in an efficient market) throughout the Class Period.

**1.    Mr. Coffman's Analyses Are Restricted to Small Subsets of Days**

41. To begin with, Mr. Coffman's tests focus on either a small set of 10 News Days, or a comparison of two small subsets of days, and disregard the vast majority of days over the relevant periods. For instance, the Analysis Period that Mr. Coffman selected covers 616 trading days. But his analysis is restricted to 10 News Days and 25 No News Days which comprise only 1.6% and 4.1% of the total number of trading days over the Analysis Period, respectively. That is, Mr. Coffman's analysis ignores 581 days (or 94%) in his Analysis Period.

42. I understand that for class certification purposes, Plaintiffs must demonstrate that the market for Novavax's stock was efficient over the Class Period. Finding that the stock's price reacted to news prior to, or after, the Class Period does not directly prove that the Novavax stock's price reacted to news *during* the Class Period, which includes 113 trading days.

---

[50]    Coffman Report, ¶ 25.

[51]    Coffman Report, ¶ 62.

[52]    Coffman Report, ¶ 63.

43.    Mr. Coffman's analysis of cause and effect during the Class Period is limited to only 2 News Days and 3 No News Days, which comprise only 1.8% and 2.7% of the total number of trading days in the Class Period, respectively. That is, Mr. Coffman's analysis ignores 108 days (or 96%) in the Class Period.

44.    Showing cause and effect on only two News Days over a 113-day Class Period does not constitute reliable proof that Novavax's stock traded in an efficient market *throughout* the Class Period, as courts[53] and academic studies have noted.[54]

### 2.    Two of Mr. Coffman's Cause-and-Effect Tests Do Not Examine the Effect of News on Novavax's Stock Price

45.    Setting aside the limited set of days Mr. Coffman has examined to find evidence of cause and effect, two of his cause-and-effect tests do not even consider whether there was an "effect" (*i.e.,* whether Novavax's abnormal return was statistically significant in the sample of days considered).

46.    Mr. Coffman's trading volume test simply compares Novavax stock's average trading volume across News and No News days. This analysis, however, does not demonstrate cause and effect in how Novavax's stock *price* quickly impounded news (*i.e.,* traded in an informationally efficient market throughout the Class Period).

47.    The difference between Novavax's average (absolute) abnormal returns on all News Days versus all No News Days, *regardless of the statistical significance of these abnormal returns* (one of Mr. Coffman's cause-and-effect tests) also does not "demonstrate[s] that

---

[53]    For example, In *PolyMedica II*, the plaintiff's expert had found that the stock price reacted significantly to news on 5 (or 3.13%) of 160 trading days in the contested period in that case. However, the Court opined that a "mere listing of five days on which news was released and which exhibited large price fluctuations proves nothing" about the cause-and-effect relationship between the release of news and its reflection in the company's stock price. *In re PolyMedica Corp. Sec. Litig.,* 453 F. Supp. 2d 260, 270 (D. Mass. 2006) (*"PolyMedica II"*), p. 7.

[54]    Ferrillo, Paul A., Frederick C. Dunbar, David Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof from Plaintiffs in Fraud-on-the-the-Market Cases," *St. John's Law Review* 78 (1), (2004), pp. 81–129 (henceforth, "Ferrillo *et al.* (2004)"), at p. 128 ("In support of their motion for class certification, securities fraud plaintiffs ought to be required to make some detailed showing that the stock in question traded in an efficient manner. Merely demonstrating a single or small number of cases where there is an apparent cause and effect relationship is not enough, since this measures only one point in time during the class period, and only the stock's response to one or a handful of disclosures. If we have learned anything about the advances of knowledge, it is that proper tests of whether an effect is present must be done through the scientific method.").

15

on days when important company-specific information is released to the market, the stock price moves much more than on days where there is no company-specific news"[55] as he claims.[56]

48. This is because if a stock's abnormal return is not statistically significant, then its observed price change is not distinguishable from zero with an acceptable degree of certitude. According to well-accepted economic principles, in such instances, it is incorrect to assert that the abnormal return following some news release was attributable to that news release rather than noise *per se*.[57] Yet, Mr. Coffman's conclusion from this test is, at least implicitly, based on a fundamentally flawed premise that Novavax's abnormal returns on *all* News Days was caused by the release of company-specific information, even if the abnormal return was *not* statistically significant. The results of such a flawed analysis do not prove that Novavax's stock traded in an informationally efficient market (*i.e.,* consistently reacted to news) throughout the Class Period.

### 3.    Mr. Coffman Ignores the Directionality of Novavax's Price Reaction Following News

49. An abnormal return can be either positive or negative. Its statistical significance (a mathematical result) does not, by itself, demonstrate cause and effect, *i.e.*, prove that the abnormal return can be reliably attributed to some contemporaneous news release. For example, there are several days when Novavax's abnormal return is statistically significant according to Mr. Coffman's event study, but he does not label these as News Days in his report, and I too have confirmed that there was no new company-specific information

---

[55]    Coffman Report, ¶ 60.

[56]    A stock's abnormal return can be either positive or negative (*i.e.*, the stock's raw return could be greater or less than its expected return) on any day, and if the absolute value of that abnormal return exceeds a threshold (typically in sufficiently large samples, 1.96 times the standard error) then that abnormal return is considered to be statistically significant at the 95% confidence level in a "two-sided" test of significance such as the one Mr. Coffman has conducted. Note that in such a mechanical calculation, the sign of the abnormal return (or the "direction" of the price reaction) is not relevant. *See* Coffman Report, ¶ 60.

[57]    Bajaj, Mukesh, Sumon C. Mazumdar, and Daniel A. McLaughlin, "Assessing Market Efficiency For Reliance On The Fraud-on-The-Market Doctrine After Wal-Mart And Amgen, *The Law and Economics of Class Actions, Research in Law and Economics* 26, (2014), pp. 161–207 (henceforth, "Bajaj *et al*. (2014)"), at p. 178 ("A statistically significant price reaction on any day (even following some contemporaneous news release) does not necessarily prove that such news caused the observed price reaction, because correlation alone is not proof of causation. To draw an economic conclusion regarding "cause and effect," further analysis is critical for several reasons.").

released on those days.[58] On such days, Novavax's abnormal returns, even if statistically significant, are reasonably attributable to noise, not news.[59]

50.    Even if Novavax's abnormal return was statistically significant on a News Day, that does not prove cause and effect. As courts and studies have noted, cause and effect can only be established if the "effect" is in the right direction, *i.e.,* if the statistically significant abnormal return following a news release is positive following good news, and negative following bad news.[60]

51.    Mr. Coffman has testified that he did not examine whether Novavax's abnormal returns were consistent with the direction of the earnings releases that he claims caused the price reaction.[61] My review confirms that on at least one of the six instances where Mr. Coffman

---

[58]    I did so based on my own review of news headlines available through Factiva. I replicated Mr. Coffman's news search criteria and identified headlines "as a result of two searches, one for 'All Sources' with the company field 'Novavax, Inc.,' and a second search for 'Major News and Business Sources' with the keyword field 'Novavax,' excluding the company field 'Novavax, Inc.'" Coffman Report, Footnote 39. My Factiva search covered all U.S. English language sources on three days when Novavax's abnormal return was statistically significant according to Mr. Coffman's event study, *viz*., February 27, 2020, March 17, 2020, and July 19, 2021, and found no new information released on these days. *See* Coffman Report Production, "NVAX Event Study.xlsx."

[59]    For example, on July 19, 2021, Novavax's abnormal return was 10.65% and statistically significant according to Mr. Coffman's event study. However, he does not attribute that abnormal return to any news. My own review of the 6 English language articles related to Novavax published that day available through Factiva confirms that there was no new information regarding Novavax released that day.

There were also days outside the Analysis Period (*e.g.,* February 27, 2020 and March 17, 2020, which were not earnings announcement days, and thus not News Days under Mr. Coffman's definition) when Novavax's abnormal return was statistically significant based on Mr. Coffman's event study model, and my own review of Factiva also confirms that on these days, there was no new information released about Novavax.

[60]    Devlin-Brown, Arlo, Kathryn Cahoy, Beth S. Brinkmann, Lauren S. Willard, and Thomas Black, Brief of Law Professors as Amici Curiae in Support of Petitioners, *Petroleo Brasileiro S.A. – Petrobas, et al., v. Universities Superannuation Scheme Limited, et. al.*, (Supreme Court of the United States, filed December 4, 2017) ("**Absent directionality, an event study cannot provide evidence that a market is efficient or that a misrepresentation had an impact on a stock's price**.") (emphasis added). *See also, George v. China Auto. Sys., Inc., 2013 WL 3357170,* ("In re DVI Sec. Litig., 249 F.R.D. 196, 211 (E.D.Pa. 2008). In this case, the Court stated that failure of a news event to result in a price movement could simply be reflective of investor indifference. This is certainly true, but investor indifference could of course be associated with an inefficient market in which a news event that would — in an efficient market — be associated with a price movement, does not in fact cause any movement (or the **directionally expected movement**) at all." (emphasis added); Bajaj *et al.* (2014).

[61]    Coffman Deposition, pp. 93:14–94:10 ("Q. But so then is it fair to say that the efficient, the goal of the efficiency analysis here is to determine whether or not the stock reacts to new information, not whether it reacts consistently with the new information? […] A. Well, I mean, in terms of the exactly how these parameters and comparisons are being run, it's not looking at directionality, that's correct […] I didn't do a detailed analysis of directionality.").

17

finds Novavax's abnormal return was statistically significant following an earnings announcement, the abnormal return was *not* in the right direction.[62] Specifically, on March 2, 2021 following the release of the Company's Q4 2020 results, Novavax's abnormal return was statistically significantly negative. However, the unexpected ("surprise")[63] components of the quarterly earnings per share ("EPS") and revenue releases were positive, *i.e.,* exceeded analysts' consensus estimates.[64] Analyst reports issued soon after this earnings announcement were also positive, *i.e.,* inconsistent with the direction of the stock's abnormal return.[65]

---

[62]  These six instances (which included two during the Class Period and others in the Analysis Period either before or after the Class Period) were: (1) May 12, 2020 following the release of the Company's Q1 2020 results; (2) November 10, 2020 following the release of the Company's Q3 2020 results; (3) March 2, 2021 following the release of the Company's Q4 2020 results; (4) May 11, 2021 following the release of the Company's Q1 2021 results; (5) August 6, 2021 following the release of the Company's Q2 2021 results; and (6) August 9, 2022 following the release of the Company's Q2 2022 results. *See* Coffman Report, Exhibit 7.

[63]  Such a surprise measure has been widely used in the academic literature that studies the impacts of earnings announcements on abnormal returns. *See, e.g.*, Bartov, Eli, Dan Givoly, and Carla Hayn, "The Rewards to Meeting or Beating Earnings Expectations," *Journal of Accounting and Economics*, 33(2), (2002), pp. 173–204, at p. 175 ("Our primary findings show that investors reward firms whose earnings meet or beat analysts' estimates."); Kasznik, Ron and Maureen F. McNichols, "Does Meeting Earnings Expectations Matter? Evidence From Analyst Forecast Revisions And Share Prices," *Journal of Accounting Research* 40 (3), (2002), pp. 727–759, at p.728 ("We provide evidence that abnormal annual returns are significantly greater for firms meeting expectations, controlling for the information in the current year's earnings.").

[64]  That day, the Company announced: a quarterly EPS of -$2.70 compared to analysts' consensus estimate of -$2.87 (a positive $0.17 earnings per share surprise), and quarterly revenue of $279.66 million which exceeded analysts' consensus estimate of $202.44 million (a positive $77.22 million surprise) (Source: S&P Capital IQ).

[65]  *See, e.g.*, Jefferies, "Q4 Update and Thoughts on Catalyst Path From Here – Reiterate BUY," March 2, 2021 ("We think NVAX has become one of the premier CV-19 vaccine companies and is poised to be an important player in the CV-19 vaccine rollout in 2021 and beyond. Despite NVAX having retraced some of its early gains, from a valuation perspective and when comparing it to its peers (MRNA, BNTX, CVAC), we think NVAX is best positioned for stock appreciation on positive newsflow, including EUA, additional contracts and updates on its bivalent vaccine over the coming months. We reiterate our BUY rating and are raising our PT to $310 on increased PoS and greater mkt opportunity for NVAX's CV-19 vaccine.");

Cantor Fitzgerald, "4Q20 – What a Difference a Year Makes, Driven by COVID-19, Company is Now 'Real,'" March 2, 2021 ("We continue to see this candidate as a more-than-viable, albeit not 'first-in-class,' perhaps 'best-in-class', vaccine for reducing the incidence of COVID-19 infections and disease, and possibly even transmission. Core to our thesis, we highlight the potential benefit of '2373 against other variants, in particular the escape variant 501Y.V2 that accounted for ~93% of sequenced cases in the South African study.");

J.P. Morgan, "Anticipating 2Q Rich with Reg Updates, Potential EUA filing; 4Q Takeaways & Model Update," March 2, 2021 ("Bigger picture, with anticipated authorization decisions/EUA filings over the upcoming weeks, we continue to see NVX-CoV2373 well-positioned to address both the pandemic and longer-term/potentially seasonal phases of circulating SARS-CoV2, and view current NVAX shares as undervalued relative to implied asset valuations of competitor vaccine products.").

**4.   Mr. Coffman Fails to Consider the Possibility that Novavax's Large Price Changes on Certain Dates He Considers "Outliers" Were Caused by Noise, Not News**

52.   Mr. Coffman's event study results (Novavax's daily abnormal returns and their statistical significance) from which he draws a cause-and-effect conclusion under the *Cammer* Factor 5 Tests hinge critically on the estimation periods he selects to estimate the stock's predicted return for each day. Mr. Coffman uses a prior 120-trading-day rolling estimation window,[66] and removes four dates as "outliers" (as well as any earnings announcement dates and alleged corrective disclosure dates) that fall within the 120-trading-day window, claiming that Novavax's price changes on those "outlier" dates were "due to" some news releases.[67] In his deposition, Mr. Coffman testified that he had no systematic methodology for identifying these "outlier" dates, and referred to the news releases on these outlier dates as "something obvious […] [that had a] big impact on what [he was] estimating."[68] In my review of hundreds of event studies, I have never seen such an arbitrary removal of cherry-picked dates from an estimation period.[69]

53.   Even if a stock's price change following some news release is large, that does not necessarily prove that the price change was caused by that news release. The possibility that a stock's return was due to noise, not news, can never be ruled out.[70] This is particularly true if the likelihood that the stock price change was caused by noise trading is high.

---

[66]   Coffman Report, ¶ 50.

[67]   Coffman Report, Notes to Exhibits 5 and 6.

[68]   Coffman Deposition, pp. 106:18–107:19 ("Q. Was there a particular threshold that you established as the basis for determining whether a date was an outlier in terms of the [sic] move in the stock price? A. No. It's one of those things where it sort of smacks you in the face and it's obvious. […] So it's not a specific percentage threshold. It's sort of a question of is there something obvious here that there's one day that's having a big impact on what we're estimating, and, again, estimating in terms of relationship not the outcome of my analysis but just the relationships amongst the variables.").

[69]   Kothari, S. P., and Jerold B. Warner, "Chapter 1 - Econometrics of Event Studies," *Handbook of Corporate Finance: Empirical Corporate Finance*, North Holland, (2009).

[70]   As I discussed above, even if a stock's abnormal return is statistically significant at the conventional 95% confidence level, there remains a 5% chance that the abnormal return was due to noise alone.

54.    Novavax's stock price was highly volatile from January 2020 (when the Company first announced that it had initiated development of Covid-19 vaccine [71]) onwards and throughout the Class Period. *See* **Exhibit 1.** The empirical evidence I have reviewed indicates that one cannot rule out that Novavax's daily price changes on Mr. Coffman's outlier dates were driven in large part by noise trading, not news. However, Mr. Coffman has failed to review the economic evidence to determine whether Novavax's returns on his outlier dates were "due to" noise rather than news, as he assumed. His attribution of Novavax's stock price change on these outlier dates to some contemporaneous news releases is speculative and incorrect.

55.    For example, Mr. Coffman excludes February 27 and 28, 2020 as "outliers" purportedly "*due to* Covid-19 vaccine development news."[72] However, my review of Novavax-specific news from Factiva on these dates simply yields articles that repeated information that had been previously released on February 26, 2020. [73] I found no *new* Novavax-specific information that was released on either of these two dates, nor has Mr. Coffman identified any such news.

56.    Mr. Coffman also excludes Friday, January 29, 2021, when Novavax's stock price increased by 65%, as an "outlier" claiming that it was "due to" the Company's "announced Covid-19 vaccine effectiveness results in a U.K. study."[74] However, analysts' consensus price target for the stock rose only 10% that day. [75] Even a week later (by Friday, February 5, 2021), analysts' consensus price target had increased only by 28%, even though Novavax's stock price had risen by 117% (compared to Novavax's consensus price target

---

[71]    Fitzhugh, Michael, "Novavax Developing Nanoparticle Vaccine for Wuhan Coronavirus," *Bioworld,* January 21, 2020, available at https://www.bioworld.com/articles/432528-novavax-developing-nanoparticle-vaccine-for-wuhan-coronavirus?v=preview.

[72]    Coffman Report, Notes to Exhibits 5 and 6 (emphasis added).

[73]    Novavax's stock price had a statistically significant positive abnormal return on February 26, 2020 based on Mr. Coffman's event study model. In my review of Factiva news headlines on February 27 and 28, 2020, I found headlines stating that Novavax announced progress in its efforts to develop a Covid-19 vaccine. However, Factiva headlines from February 26, 2020 (*e.g.,* "Press Release: Novavax Advances Development of Novel COVID-19 Vaccine") indicate that this news had already been released to the market on February 26.

[74]    Coffman Report, Notes to Exhibits 5 and 6.

[75]    Consensus price target data is from S&P Capital IQ.

and closing price on January 28, 2021, respectively).[76] The three analysts who increased their price targets for Novavax over this period cited Novavax's Covid-19 vaccine effectiveness results in a U.K. study, as well as optimism regarding the prospects of the Company's Novavax's seasonal influenza vaccine, and Covid-19 vaccine logistics, among other factors.[77] During the same period, the remaining three equity analysts following Novavax did not change their price targets.[78]

---

[76] These percentage changes are measured relative to Novavax's consensus price target and closing price on January 28, 2021, respectively. Consensus price target data is from S&P Capital IQ. Stock price is from Bloomberg, L.P.

[77] The period is from January 29 through February 5, 2021. Three analysts increased their price targets for Novavax over this period based on my review of S&P Capital IQ data, *viz.,* Cantor Fitzgerald, J.P. Morgan and B. Riley Securities.

On January 29, 2021, by which time Novavax's stock price had increased by 65% to $220.94 compared to its closing price on January 28, 2021 ($134.01), Cantor Fitzgerald increased its price target by 18% from $211 to $248, (noting "Our PT increase is a result of our enhanced conviction about a differentiated clinical and logistics profile for the SARS-CoV-2 vaccine candidate NVX-CoV2373."). *See* Cantor Fitzgerald, "UK P3 Results with '2373 Point to Best-In-Class Profile, EUA in 1H21," January 29, 2021. Stock price is from Bloomberg, L.P.

On January 29, 2021, J.P. Morgan increased its price target from by 37% from $215 to $295 (noting "Our Dec-21 price target of $295 is [based on methodologies that] reflect peak revenue opportunities of ~$500M for NanoFlu (including US sales and Ex-US royalties) and ~$4-5B in peak sales for NVX-CoV2373 (POS of 85%).") *See* J.P. Morgan, "UK Efficacy Support '2373 as Best-In-Class, while SA Data Point to Widening Market Opp'y; Raising PT to $295," January 29, 2021. Stock price is from Bloomberg, L.P.

On February 1, 2021, by which date Novavax's stock price had increased by 100% to $268.30 compared to its closing price on January 28, 2021 ($134.01), B. Riley Securities analysts increased their price target by 50% from $223 to $334 (noting the following factors underlying their price target revision: (1) increased probability of success [of the Covid-19 vaccine] from 75% to 90%, (2) total addressable market slightly increased due to improving vaccine sentiment and urgency created by new variants, and (3) NVAX market share increased, primarily coming from a declining pool of second wave vaccine makers, and largely at par with two other share leaders in MRNA and PFE/BNTX long-term."). *See* B. Riley Securities, "Raising NVAX PT from $223 to $334 On Heels of Underwhelming JNJ Ph. III Data Serving as an Incremental Tailwind; Staying Disciplined with Second Wave Vaccine Makers Such as Neutral-Rated ARCT," February 1, 2021. Stock price is from Bloomberg, L.P.

On February 4, 2021, by which time Novavax's stock price had increased by 110% to $280.92 compared to its closing price on January 28, 2021 ($134.01), Cantor Fitzgerald again raised its price target (by 36% from $248 to $338) (noting "Our PT increase is a result of our enhanced conviction for a differentiated clinical and logistics profile from the SARS-CoV-2 vaccine candidate (we say "Jab") NVX-CoV2373 and the potential EUA/approval in several countries in 2021."). *See* Cantor Fitzgerald, "Novavax, Inc. (NVAX) - Visibility on ex-US Emergency Use, Manufacturing, and US PREVENT-19 Progress Bodes Well for New 'Jab' Option," February 4, 2021. Stock price is from Bloomberg, L.P.

[78] Three analysts maintained their price target for Novavax in this period from January 29 through February 5, 2021. Individual analyst price targets are from S&P Capital IQ. *See, e.g.*, H.C. Wainwright & Co., "After Traveling at Warp Speed, NVX-CoV2373 Has Now Arrived; Reiterate Buy and $207 PT," January 29, 2021 ("With these encouraging results, as well as data from Phase 1, 2 and 3 trials that involved over 20,000 participants, we believe Novavax is in strong position to gain authorization for use of NVX-CoV2373 in the UK. Therefore, we reiterate our Buy rating and $207 PT.").

57. The muted changes in the analysts' consensus price target for Novavax's stock following the Company's "announced Covid-19 vaccine effectiveness results in a U.K. study"[79] on January 29, 2021 indicate that the 65% price increase on January 29 cannot be reasonably attributed to the news entirely, contrary to Mr. Coffman's claim, and thus the possibility that the return was due to noise cannot be ruled out.

### a. Noise Trading

58. Noise trading is a well-understood economic phenomenon that has been extensively researched in the finance literature. Finance scholars Fischer Black and Albert Kyle introduced the notion that some investors are "noise traders" nearly forty years ago.[80] Such investors have no access to inside information about company fundamentals, yet "irrationally act on noise as if it were information that would give them an edge."[81] As the amount of noise trading increases, the amount of noise in the stock price increases cumulatively.[82] When noise traders are too bullish (or bearish), rational arbitrageurs who trade against noise traders can suffer a loss if they have to buy back the stock when the price is too high (or liquidate their position when the price is too low).[83] Thus, the unpredictability of noise traders' beliefs about the asset's price can deter rational

---

[79] Coffman Report, Notes to Exhibits 5 and 6.

[80] *See* Black (1986) and Kyle, Albert S., "Continuous Actions and Insider Trading," *Econometrica* 53, (1985), pp. 1315–1335 (henceforth, "Kyle (1985)").

[81] DeLong, J. Bradford, Andrei Shleifer, Lawrence H. Summers, and Robert J. Waldmann, "Noise Trader Risk in Financial Markets," *Journal of Political Economy* 98, (1990), pp. 703–738 (henceforth, "DeLong *et al.* (1990)"), at p. 704. *See also*, Black (1986), p. 531 ("Noise trading is trading on noise as if it were information. People who trade on noise are willing to trade even though from an objective point of view they would be better off not trading."); Ramiah, Vikash, Xiaoming Xu, and Imad A. Moosa, "Neoclassical Finance, Behavioral Finance And Noise Traders: A Review And Assessment Of The Literature," *International Review of Financial Analysis* 41, (2015), pp. 89–100, at p. 89 ("A 'noise trader' is a term that is used to describe a market participant who makes investment decisions without the use of finance fundamentals, exhibits poor market timing, follows trends and tends to overreact or underreact to good and bad news.").

[82] Black (1986), p. 532 ("As the amount of noise trading increases, […] the prices have more noise in them. […] The noise that noise traders put into stock prices will be cumulative, in the same sense that a drunk tends to wander farther and farther from his starting point."). *See also*, DeLong *et al.* (1990), p. 705 (noting a risk that "noise traders' beliefs will not revert to their mean for a long time and might in the meantime become even more extreme.").

[83] DeLong *et al.* (1990), p. 705.

arbitrageurs from trading against them.[84] If rational investors do not fully offset noise traders' demand or supply, then "greater noise trade harms informational efficiency."[85]

59.    Some securities are particularly vulnerable to such noise trading impact, *e.g.,* those in which the investor base comprises largely of retail traders. As one study has noted: "Retail investors are natural candidates for the role of noise traders because their trades are weakly correlated with fundamentals."[86] Noise trading can distort prices, and over time increase volatility and decrease market efficiency.[87] In short, if a stock's returns display high volatility and if a large share of the stock's investor base comprises of retail traders, then the stock's price changes are less likely to be tied to company-specific news and more likely to be driven by noise. Novavax's stock displayed such characteristics, as I discuss below.

### b.    Novavax's Noise Trading Frenzy in January 2021

60.    It has by now been well-documented that a noise trading frenzy in some stocks, including Novavax, and certain other Covid-19 vaccine manufacturers (Moderna and Inovio Pharmaceuticals) occurred in January 2021, and specifically on January 29, 2021. For

---

[84]    *See, e.g.*, DeLong *et al.* (1990), p. 703 ("The unpredictability of noise traders' beliefs creates a risk in the price of the asset that deters rational arbitrageurs from aggressively betting against them."); Black (1986), p. 532 ("The information traders will not take large enough positions to eliminate the noise. For one thing, their information gives them an edge, but does not guarantee a profit. Taking a larger position means taking more risk. So there is a limit to how large a position a trader will take.").

[85]    Tetlock, Paul C, "Does Noise Trading Affect Securities Market Efficiency?" *Columbia University Working Paper*, (2006), pp. 1–43, at p. 2. *See also*, Black (1986), p. 532 ("As the amount of noise trading increases, […] prices will be less efficient."); DeLong *et al.* (1990), p. 705 ("Because the unpredictability of noise traders' future opinions deter arbitrage, prices can diverge significantly from fundamental value […].").

[86]    Peress, Joel and Daniel Schmidt, "Noise Traders Incarnate: Describing A Realistic Noise Trading Process," *Journal of Financial Markets* 54, (2021), pp. 1–26, at p. 2.

[87]    Specifically*,* Shefrin and Statman (1994) analyzed how trading by noise investors who "weight recent observations too heavily, thus underweighting prior information, or […] commit a gambler's fallacy, expecting recent events to reverse so that short runs of realized events more closely resemble long-term probabilities," could distort prices, and over time increase volatility and decrease market efficiency. *See* Odean, Terrance, "Volume, Volatility, Price, And Profit When All Traders Are Above Average," *Journal of Finance* 53 (6), (1998), pp. 1887–1934, at p. 1891, discussing the results of Shefrin, Hersh, and Meir Statman, "Behavioral Capital Asset Pricing Theory," *Journal of Financial and Quantitative Analysis* 29, (1994), pp. 323–349.

example, the Securities and Exchange Commission ("SEC") Report dated October 14, 2021, noted:[88]

> GameStop Corp ("GameStop" or "GME") and multiple other stocks experienced a dramatic increase in their share price in January 2021 as bullish sentiments of individual investors filled social media. As the companies' share prices skyrocketed to new highs, increased attention followed, and their shares became known as "meme stocks." Then, as the end of January approached, several retail broker-dealers temporarily prohibited certain activity in some of these stocks and options.

61.  On January 28, 2021, the retail broker-dealers Robinhood and Interactive Brokers stated that investors, in some instances, would only be allowed to sell their positions in certain securities and not allowed to open a new position.[89] On January 28, 2021, Robinhood initially restricted trading in GameStop and 12 other stocks. On January 29, 2021, Robinhood tightened its restrictions on GameStop (reducing the number of shares customers could buy to one share) and expanded the list of restricted stocks to 50 stocks, which included Novavax and some other Covid-19 vaccine manufacturers (Moderna and Inovio Pharmaceuticals).[90]

62.  On February 18, 2021, Robinhood's CEO testified before the House Financial Services Committee that Robinhood's decision "to halt buying activity on GameStop stock on January 28 was a result of 'extraordinary' trading and subsequent complications posed by clearing rules."[91] Kenneth Griffin, Chief Executive Officer of Citadel LLC, one of the world's largest hedge funds, and one of the market makers that Robinhood used to clear its

---

[88]  "Staff Report on Equity and Options Market Structure Conditions in Early 2021, SEC, October 14, 2021 ("SEC Report"), at p. 2. The SEC Report, at p. 32, further stated: "In their customer account agreements, some broker-dealers reserve the right to decline customer orders or cancel trades without prior notice. Such actions could be taken, for example, for legal, compliance, or risk management reasons. As GME and other meme stocks experienced increased levels of volatility, some broker-dealers with a largely individual investor customer base restricted some types of trading by their customers in those stocks."

[89]  *See, e.g.*, Fitzgerald, Maggie, "Robinhood Restricts Trading In GameStop, Other Names Involved in Frenzy," *CNBC*, January 28, 2021, available at https://www.cnbc.com/2021/01/28/robinhood-interactive-brokers-restrict-trading-in-gamestop-s.html.

[90]  Novavax (NVAX), Moderna (MRNA), and Inovio Pharmaceuticals (INO) were included in Robinhood's restricted trading list. *See, e.g.*, Fitzgerald, Maggie, "Robinhood Is Still Severely Limiting Trading, Customers Can Only Buy One Share of GameStop," *CNBC*, January 29, 2021, available at https://www.cnbc.com/2021/01/29/robinhood-is-still-severely-limiting-trading-gamestop-holders-can-only-buy-one-additional-share.html.

[91]  Ashwell, Ben, "The Story Behind Robinhood's Decision to Halt GameStop Buying," *IR Magazine*, February 19, 2021, available at https://www.irmagazine.com/regulation/story-behind-robinhoods-decision-halt-gamestop-buying.

retail orders, also testified that trading volume in January was abnormal, noting that Citadel had executed "7.4 billion shares on behalf of retail investors on January 27, which was greater than the average daily volume of the entire US equities market in 2019."[92]

### c. Novavax's Volatility and Trading Volume from January 21, 2020 to the end of the Class Period Were Consistent With Noise Trading

63.    As discussed above, Novavax's stock returns were exceptionally volatile from January 2020 (when Novavax announced the launch of its Covid-19 vaccine development) through the end of the Class Period (October 19, 2021). (*See* **Exhibit 1).** As I noted above, there is evidence that high volatility can be due to noise trading. My analysis confirms that Novavax's return volatility (measured by the standard deviation of daily returns[93]) was significantly greater than that of a set of biotech companies that did not report any Covid-19 vaccine initiatives (the "Peer Biotech Companies"),[94] and was comparable to Moderna and Inovio Pharmaceuticals that were also subject to noise trading pressures in January 2021, and, like Novavax, had been put on Robinhood's list of restricted stocks as discussed above. (*See* **Exhibit 2**).

64.    Novavax's high volatility was accompanied by high trading volume. **Exhibit 3** shows that Novavax's weekly trading volume (as a percentage of shares outstanding)—weekly

---

[92]    Ashwell, Ben, 2021, "The Story Behind Robinhood's Decision to Halt GameStop Buying," *IR Magazine*, February 19, 2021, available at https://www.irmagazine.com/regulation/story-behind-robinhoods-decision-halt-gamestop-buying.

[93]    Standard deviation of daily stock returns is calculated over the prior 120 days.

[94]    My set of Peer Biotech Companies includes 14 companies: Acadia Pharmaceuticals (ACAD), Acceleron Pharma (XLRN), Arrowhead Pharmaceuticals (ARWR), Ascendis Pharma (ASND), BridgeBio Pharma (BBIO), Crispr Therapeutics AG (CRSP), Exelixis Inc (EXEL), Galapagos NV (GLPG), Ionis Pharmaceuticals (IONS), Jazz Pharmaceuticals (JAZZ), Mirati Therapeutics (MRTX), Syneos Health (SYNH), Ultragenyx Pharmaceutical (RARE), and United Therapeutics (UTHR).

These companies were: (1) constituents of the NASDAQ Biotechnology Total Return Index (XNBI) (which Mr. Coffman uses as the industry index in estimating Novavax's expected returns) as of January 2020 and were listed on NYSE or NASDAQ each day over the period January 1, 2020 – October 19, 2021; (2) had an average daily market capitalization from January 1, 2020 through October 19, 2021 that was in the range of 80% to 120% of Novavax's average market capitalization over the same period; and (3) were not involved in the development of a Covid-19 vaccine based on my review of mentions of the word "vaccine" in these companies' Form 10-Q or 10-K filings filed in the fourth calendar quarter of 2021 (or 20-F for the calendar year 2021 for ADRs).

turnover—was significantly greater than that of the Peer Biotech Companies and was comparable to Moderna and Inovio Pharmaceuticals.[95]

65.  Mr. Coffman also found that Novavax's trading volume as a percentage of shares outstanding was relatively high (more than 14 times higher than the average trading volume of all other stocks in the NYSE and NASDAQ exchanges),[96] but asserts that the finding "supports the conclusion that the market for Novavax Common Stock was efficient."[97] He fails to provide any explanation or support for his assertion. **Exhibit 3** shows that there were several weeks during which the weekly turnover of Novavax's stock was close to or greater than 100%. For example, the weekly trading volume for the week that includes January 29, 2021 was 86%. This implies within that one week, 86% of Novavax's shares outstanding changed hands. From an economic perspective, there is no basis to assume that all this high level of trading volume and the associated price effect was due to some news.

66.  To ascertain if Novavax's high trading volume was largely driven by retail trading (which is more likely to be considered noise trading), I compared the "odd lot" trading[98] in Novavax's stock to that of the Peer Biotech Companies, Moderna, and Inovio Pharmaceuticals. **Exhibit 4** shows that Novavax's odd lot trading volume (as a percentage

---

[95]  My conclusions do not change if I calculate weekly trading volume as percent of share float (rather than shares outstanding). I adopted Mr. Coffman's method for calculating share float (described in Exhibit 12 to his expert report), by subtracting insider holdings from and adding short interest to shares outstanding.

[96]  Mr. Coffman notes that "the average weekly trading volume for Novavax Common Stock during the Class Period was 30.98% of shares outstanding, compared to 2.14% for the average weekly trading volume on both the NYSE and NASDAQ exchanges." *See* Coffman Report, ¶ 28. In other words, during the Class Period the average weekly trading volume of Novavax stock was more than 14 times higher than the average trading volume of all other stocks in the NYSE and NASDAQ exchanges.

[97]  Coffman Report, ¶ 28. Mr. Coffman also testified that "high volume is generally indicative of continuity, liquidity and market depth which are highly indicative of market efficiency." Coffman Deposition, p. 38:6–16 ("Second, it's -- high volume is generally indicative of continuity, liquidity and market depth which are highly indicative of market efficiency. So it sort of sets of conditions for market efficiency. And then substantial volume also indicates there's likely a market for distribution and information about the security, and then I cite to a source that explains how -- that describes how trading volume is reflective of why it would tend to support an efficient market.")

[98]  "Odd lot" trades are typically defined as transactions of less than 100 shares of a stock. *See, e.g.,* "Odd lot" *Nasdaq,* available at https://www.nasdaq.com/glossary/o/odd-lot. Financial literature generally recognizes prevalence of odd lots as an indicator of retail trader activity because odd lots are associated with smaller transaction sizes. *See, e.g.,* Kupfer, Alexander, and Markus G. Schmidt, "In Search of Retail Investors: The Effect of Retail Investor Attention on Odd Lot Trades," *Journal of Empirical Finance*, (2021) (finding that abnormal increase in Google search trends for a given stock—proxy for retail investor attention—is associated with an increase in odd lot trading).

of shares outstanding[99]) was significantly greater than that of the Peer Biotech Companies and comparable to Moderna and Inovio Pharmaceuticals.

67.    I also found that over the Analysis Period, and during the Class Period, institutional trading comprised a small portion of Novavax's trading volume.[100]

68.    In sum, all the factors discussed above indicate that it is highly likely that Novavax's stock was driven by noise trading during the Analysis Period, which again suggests that the stock's daily price changes cannot be attributed solely to news, as Mr. Coffman has erroneously assumed.

### 5.    Mr. Coffman's Event Study Model is Flawed as Its Estimation Periods Include Novavax's Returns on Days Within the Class Period

69.    As I discussed above, to calculate a stock's abnormal return on any day (the raw return less the expected return), it is necessary to estimate the stock's expected return on the day at issue, *i.e.,* the rate of return that investors would have expected absent the alleged fraud, given changes in the market and industry indices observed that day. The expected return is calculated based on the estimated historical relationship between the stock's return and selected indices' returns over a prior estimation period using regression analysis. Hence, the choice of the estimation period critically affects the calculations of the expected return, and in turn the calculation of the abnormal return and its statistical significance on any day. Mr. Coffman's estimation period selection is flawed for at least two reasons.

---

[99]    My conclusions do not change if I calculate odd lot trading volume as percent of share float (rather than shares outstanding). I adopted Mr. Coffman's method for calculating share float (described in Exhibit 12 to his expert report), by subtracting insider holdings from and adding short interest to shares outstanding.

[100]    For example, in Q3 2021, the only full quarter within the Class Period, Novavax's total reported trading volume (calculated as the sum of daily reported trading volume on Bloomberg) was 309 million shares, of which institutional trading (15 million shares) constituted only 5% of the total volume.

To calculate aggregate institutional trading in Novavax over the quarter, I aggregated the "additions" and the "reductions" (in absolute value) to the quarterly holdings of Novavax that all institutions required to file a quarterly Form 13-F had reported for Q3 2021. I calculated an "addition" ("reduction") to an institution's holding as the positive increase (decrease) in that holding compared to the previous quarter. Source: Bloomberg, L.P., and 13-F data from Capital IQ.

Similarly, in Q1 2021, the last full quarter before the start of the Class Period, Novavax's total reported trading volume was 272 million shares, of which institutional trading (17 million shares) constituted only 6% of the total volume.

27

70.    First, Mr. Coffman's estimation period for analyzing cause and effect on News Days within the Class Period (the earnings announcements on August 5, 2021) includes other earlier days in the Class Period, *i.e.,* days when Novavax's returns were allegedly tainted by the Defendants' purported misrepresentations. Expected returns based on such a tainted sample cannot reliably predict the stock's return absent the alleged fraud. Instead, to avoid this problem, it is customary to consider a pre-class period estimation period in conducting an event study. Therefore, I consider an estimation period that, like Mr. Coffman's, includes 120 trading days, but, unlike Mr. Coffman's rolling estimation periods, does not include returns tainted by the alleged artificial inflation in the stock's price, *i.e.*, ends on May 10, 2021, before the start of the Class Period.

71.    Second, as I discussed above, Mr. Coffman has arbitrarily removed certain "outlier" dates from his rolling estimation periods, asserting that Novavax's large stock price changes on those dates were "due to" some news releases.[101] For example, he removed January 29, 2021 as a news-driven outlier[102] without considering the possibility that Novavax's stock price return that day was at least partially attributable to noise trading. Excluding dates from an estimation period, without demonstrating that a large fraction of the price movement for an otherwise highly volatile stock was actually "due to" news, is incorrect. Below, when assessing the robustness of Mr. Coffman's conclusions of cause and effect, in estimating Novavax's abnormal returns on specific dates, I do not exclude any date from my alternative pre-Class Period estimation period.

### 6.    Correcting Mr. Coffman's Event Study Methodology Fundamentally Changes His Results

#### a.    March 2, 2021: A Pre-Class Period News Day, According to Mr. Coffman

72.    Mr. Coffman's event study results depend critically on his arbitrary exclusion of outliers. For example, according to Mr. Coffman, Novavax's abnormal return was statistically significant on March 2, 2021 (one of his 10 News Days) when the Company announced its

---

101    Coffman Report, Notes to Exhibits 5 and 6.

102    Coffman Report, Notes to Exhibits 5 and 6.

Q4 2020 and FY 2020 financial results.[103] However, repeating Mr. Coffman's calculation, using his rolling regression method but adding back all the dates that he had excluded from the estimation period related to March 2, 2021, I found that Novavax's stock return was no longer statistically significant.

### b. August 5, 2021: A News Day in the Class Period According to Mr. Coffman and One of The Two Alleged Corrective Disclosure Dates

73.     According to Mr. Coffman's event study analysis, Novavax's abnormal return on August 6, 2021, (following the August 5, 2021 after-market disclosure) was negative and statistically significant.[104]

74.     However, using my alternative pre-Class Period estimation period, which corrects flaws in Mr. Coffman's methodology,[105] Novavax's abnormal return following the August 5, 2021 disclosure was not statistically significant.

### c. October 19, 2021: One of The Two Alleged Corrective Disclosure Dates

75.     According to Mr. Coffman's event study analysis, Novavax's abnormal return on October 20, 2021 (following the October 19, 2021 after-market *Politico* article) was negative and statistically significant.[106]

76.     However, using my alternative pre-Class Period estimation period, which corrects flaws in Mr. Coffman's methodology,[107] Novavax's abnormal return following the October 19, 2021 *Politico* article was not statistically significant.

77.     Furthermore, and while not necessary to my conclusion regarding statistical significance, I understand from Counsel that certain company statements, media reports, and analyst

---

[103]     Coffman Report, Exhibit 7.

[104]     Coffman Report, Exhibit 7.

[105]     Specifically, for reasons I discussed in detail above, my estimation period does not include days during the Class Period and does not exclude outliers or earnings dates in the estimation period, which Mr. Coffman has incorrectly done.

[106]     Coffman Report Production, "NVAX Event Study.xlsx."

[107]     As discussed above, my estimation period does not include days during the Class Period and does not exclude outliers or earnings dates in the estimation period, which Mr. Coffman has incorrectly done.

29

commentary subsequent to the publication of the *Politico* article on October 19, 2021 suggest that the contents of the *Politico* article that Plaintiffs claim to be a corrective disclosure were themselves incorrect and misleading, and were corrected by information released from October 20 through November 4, 2021 (when Novavax issued its Q3 2021 earnings release after hours). To assess the price impact of these information releases in aggregate, I calculated Novavax's cumulative abnormal returns ("CAR") from market close on October 19, 2021 through market close on November 5, 2021, using the daily abnormal returns from Mr. Coffman's own event study model.[108] Novavax's CAR over this period is not statistically significant at the 95% confidence level, *i.e.,* the stock's price change over this period, adjusted for market and industry effects, is indistinguishable from zero. Further, by the close of November 1, 2021, Novavax's stock price had returned to its level prior to the publication of the October 19, 2021 *Politico* article.[109]

### 7. Mr. Coffman's News vs. No News Days Test Is Flawed and Does Not Show that the Novavax Stock Traded in An Efficient Market Throughout the Class Period

78. In his News vs. No News Days Test, Mr. Coffman compares the percentage of News versus No News Days when Novavax's abnormal return was statistically significant. If the difference in these proportions is statistically significant then, as Ferrillo *et al.* (2004) note, it is "a threshold step, not a sufficient condition, to show that a stock traded in an efficient market."[110] However, the validity of any conclusions drawn from such a Difference of Proportions Test depends on the manner in which the News and No News Days are selected. If these two sets of days are too small, then the conclusions are meaningless.

79. As discussed above, over his "broader" Analysis Period which includes 616 trading days, Mr. Coffman only considers 10 News Days and 25 No News Days for his Difference of

---

[108]    Coffman Report Production, "NVAX Event Study.xlsx."

[109]    Stock price is from Bloomberg, L.P.

[110]    Ferrillo *et al.* (2004), p. 122. Ferrillo *et al.* (2004) also note that if the difference in "the percentage of days with news that have a statistically significant price movement [and] the percentage of days without news that have a statistically significant price movement" is statistically significant "then the evidence would show that, on average, the defendant's stock price reacts to news announcements; if the difference is not statistically significant, then there would be no basis for saying that the defendant's stock price is affected by news." *See* Ferrillo *et al.* (2004), pp. 120–121.

Proportions Test, *i.e.,* he ignores 581 days (or 94%) in this analysis. Over the Class Period, which includes 113 trading days, Mr. Coffman only considers 2 News Days and 3 No News Days for his Difference of Proportions Test, *i.e.,* he ignores 108 days (or 96%) in this analysis.

80.    Such a limited analysis is *ad hoc* and unreliable. For instance, Mr. Coffman deems a day as having little or no news only if he "identified 5 or less Novavax-related news items from the Factiva database and when there were no analyst reports or SEC filings issued."[111] Thus, by Mr. Coffman's own reasoning, a day with 5 or more Novavax-related news items from the Factiva database, or days when there were analyst reports or SEC filings issued, could be considered days with news. Indeed, he removes some of these dates as "outliers," noting that there was news related to Novavax issued on those days. Yet, Mr. Coffman ignores all such potential news days in his cause-and-effect tests and considers only *two* earnings dates in the Class Period as News Days in his analysis.

81.    To demonstrate the *ad hoc* and unreliable nature of Mr. Coffman's analysis given his limited set of News and No News Days, I conducted an alternative version of his Difference of Proportions Test, using the same abnormal returns and t-statistics he calculated for each day during the Analysis Period, but considering a broader set of News and/or No News Days than those analyzed by Mr. Coffman. In particular, I defined News Days for this test to include: all days when Novavax issued press releases, and/or the earnings release days that Mr. Coffman considers to be News Days. I defined the remaining days of the relevant period (Analysis Period or Class Period) to be No News Days.

82.    I understand that the press releases that I rely upon for this analysis are part of the materials considered by Mr. Coffman for preparing his expert report, consisting of 202 Novavax press releases on 170 different days over Mr. Coffman's Analysis Period.[112] These press releases include discussions of company-specific events, *e.g.*, the press release on June 11,

---

[111]    Coffman Report, ¶ 59.

[112]    Coffman Report Production, Press Releases.

2021 discussed results of three studies that showed high efficacy of Novavax's vaccine candidate against novel variants of the Covid-19 virus.[113]

83.    The 202 press releases do not include the 10 earnings announcements that Mr. Coffman deems news. However, some of these press releases occurred on the same day as an earnings announcement. The total number of days in Mr. Coffman's Analysis Period that have either a press release, or an earnings announcement, or both is 174.

84.    Of the 202 press releases, 28 were issued during the Class Period on 23 different days. On one of these days, the Company also released its earnings, which Mr. Coffman considers to be a News Day. In total, there were 24 unique days in the Class Period when Novavax either issued a press release and/or there was an earnings announcement that Mr. Coffman considers to be a News Day.

85.    Therefore, in my alternative Difference of Proportions Test, I identify the following sets of News Days and No News Days:

   a.    *During the Analysis Period*: 174 News Days and the remainder of the days during the Analysis Period (616 minus 174, which equals 442) as No News Days.

   b.    *During the Class Period*: 24 News Days and the remainder of the days during the Class Period (113 minus 24, which equals 89) as No News Days.

---

[113]    "Novavax Announces Positive Data from Three Complementary Studies of COVID-19 Beta (B.1.351) Variant Strain Vaccine," *PR Newswire*, June 11, 2021, available at https://www.prnewswire.com/news-releases/novavax-announces-positive-data-from-three-complementary-studies-of-covid-19-beta-b1-351-variant-strain-vaccine-301311049.html ("Novavax, Inc. (Nasdaq: NVAX), a biotechnology company developing next-generation vaccines for serious infectious diseases, today announced preclinical and clinical data on the company's recombinant protein COVID-19 vaccine candidate, NVX-CoV2373, directed against the SARS-CoV-2 Beta (B.1.351) variant, which was originally identified in South Africa. The data show that the vaccine demonstrated strong immunogenicity and protection against both the Alpha (B.1.1.7) variant, which was originally identified in the United Kingdom, and the Beta (B.1.351) variant as well as the original SARS-CoV-2 in animal and human studies.").

**Table 1: Alternative News vs. No News Days Tests**

| Time Period | Total Days | News Days | News Days with Sign. Abn. Returns | Percent Stat. Sign. [A] | No News Days | No News Days with Sign. Abn. Returns | Percent Stat. Sign. [B] | Difference in Percentages [A]-[B] | Is the Difference Significant? |
|---|---|---|---|---|---|---|---|---|---|
| Analysis Period | 616 | 174 | 17 | **9.8%** | 442 | 26 | **5.9%** | 3.9% | **No** |
| Class Period | 113 | 24 | 3 | **12.5%** | 89 | 4 | **4.5%** | 8.0% | **No** |

86.     As the table above shows, under this broader definition of News and No News Days, there is *no* statistically discernable difference in Novavax's price reactions on News vs. No News Days:

    a.  *During the Analysis Period*: The percentage of News Days, and No News Days, with statistically significant returns equals 9.8%, and 5.9%, respectively. The difference between these percentages (3.9%) is *not* statistically significant.

    b.  *During the Class Period*: The percentage of News Days, and No News Days, with statistically significant returns equals 12.5%, and 4.5%, respectively. The difference between these percentages (8.0%) is *not* statistically significant.

87.     My analysis highlights the unreliable nature of Mr. Coffman's claims that Novavax's stock traded in an efficient market throughout the Class Period.[114] That is, contrary to Mr. Coffman's claim, his difference in proportions test, when properly conducted, provides *no* "powerful scientific evidence of a cause-and-effect relationship between new publicly released information concerning the Company and changes in the price of Novavax Common Stock."[115]

---

[114]    Coffman Deposition, p. 16:11–22 ("Q. Okay. So if I could draw your attention first to paragraph 6, and at the end of paragraph 6 just as you turn over onto the last page you state that you have formed the opinion that the market for Novavax's common stock was efficient during the class period. Is that one of the opinions that you have offered to date in this case, sir? A. Yes. Q. And since the date of this report, has your -- has that opinion changed in any way? A. No, it has not.").

[115]    Coffman Report, ¶ 59.

## V.  NOVAVAX'S STOCK PRICE REBOUNDED AFTER THE INITIAL DECLINE FOLLOWING THE AUGUST 5, 2021 ALLEGED CORRECTIVE DISCLOSURE

88.    As I discussed above, after correcting the flaws in Mr. Coffman's event study model, the August 5, 2021 alleged corrective disclosure is not statistically significant. Moreover, Novavax's closing stock price increased on each of the next four trading days. In fact, on the very next trading day, August 9, 2021, Novavax's stock price recovered more than half of the previous day's decline, increasing by $23.24, or 12.24%, to close at $213.13. (*See* **Exhibit 5**). Novavax's closing price on August 12, 2021 ($247.24) was higher than its closing price on August 5, 2021 ($236.20).[116] Further, adjusting for contemporaneous changes in the market and industry indices, Novavax's cumulative abnormal return from August 5 to August 12, 2021 was not statistically significant, *i.e.,* indistinguishable from zero. I have not identified any new positive company-specific information released over this period that could explain this rebound.[117]

89.    Novavax's stock price recovery is consistent with analysts' commentary and lack of any downward adjustment in analysts' price targets for Novavax following the disclosure. I reviewed 6 analyst reports on Novavax stock issued by 5 analysts on August 5 and 6, 2021, including those cited in the Complaint. None of these analysts lowered their price targets for Novavax and a few even increased their price targets after the disclosure.[118] As **Exhibit 5** shows, the analysts' consensus price target for Novavax increased from $249.60 on August 5, 2021 to $264.20 on August 6, 2021. This evidence is inconsistent with Plaintiffs' claim that "[a]nalysts and the media were initially disappointed and shocked by"[119] the August 5, 2021 disclosure.

---

[116]    *See* **Exhibit 5.**

[117]    The only potential relevant positive news that I have identified during this period is a *Reuters* article published at 6.36 pm on August 5, 2021 in which Novavax CEO stated that "We appear to have got past (certain) supply issues and are now being able to produce at scale." *See* Roy, Mrinalika and Carl O' Donnell, "Novavax Again Delays Seeking U.S. Approval for COVID-19 Vaccine," *Reuters*, August 5, 2021, available at https://www.reuters.com/business/healthcarepharmaceuticals/novavax-again-delays-seeking-us-approval-covid-19-vaccine-2021-08-05/. I understand that this is one of the alleged misrepresentations in the Complaint. However, there is no evidence that this article caused any price impact after market on August 5, 2021 or on August 6, 2021. *See* **Exhibits 5** and **6**.

[118]    Individual analyst price targets are from S&P Capital IQ.

[119]    Complaint, ¶ 196.

90.    Plaintiffs' claim is also inconsistent with the analyst reports cited in the Complaint. For example, Plaintiffs only quote a part of a sentence from an August 6, 2021 Jefferies analyst report ("We understand the lack of clarity around the US/EU filings is less than ideal"[120]). The complete quote from that analyst report confirms that this analyst remained bullish on Novavax's outlook:[121]

> We understand the lack of clarity around the US/EU filings is less than ideal, but considering these territories are already mostly addressed by the current EUA vaccines, from a utilization and [market opportunity] viewpoint, it is prudent to ensure RoW EUAs are on track. From a stock perspective, while we think the stock could open down especially given the recent run-up, **we continue to like the long-term outlook and believe [potential] news flow (***e.g.*** more filings, approvals, booster data, variant headlines) could push the shares highe**r.

In fact, the Jefferies analyst *increased* the price target for Novavax stock from $235 to $250 and maintained a "Buy" rating. This evidence is inconsistent with Plaintiffs' characterization of the Jefferies report.

91.    Plaintiffs also only quote a part of a sentence from a *Seeking Alpha* article on August 7, 2021 ("news was a shocker for investors"[122]). The complete quote from that article contradicts Plaintiffs' assertion:[123]

> While the news was a shocker for investors, **multiple positive news on a global scale went neglected as the negative news overshadowed all positive news about the company.** The company might be late in entering the race, but the race is long and far from over, and Novavax seems to have the best horse on the racecourse. The recent stock price decline **offers an attractive buying opportunity for long-term-oriented investors.**

## VI.    EVALUATION OF THE TRADING HISTORY OF THE NAMED PLAINTIFFS

### A.    Framework for Evaluating the Named Plaintiffs' Damages

92.    Given that Plaintiffs claim that Novavax's misrepresentations were revealed on two alleged corrective disclosure dates (August 5, 2021 and October 19, 2021, and henceforth the

---

[120]    Complaint, ¶ 196.

[121]    Jefferies, "Novavax – Q2: US Filing Slightly Delayed, But Solid Progress on RoW Vaccine Rollout," August 6, 2021 (emphasis added).

[122]    Complaint, ¶ 196.

[123]    Jain, Sarthak, "Novavax: The Race Is Far From Over Yet," *Seeking Alpha*, August 7, 2021.

35

"First" and "Second Corrective Disclosure," respectively), I separate the Class Period into two sub-periods: May 11, 2021 to August 5, 2021; and August 6, 2021 to October 19, 2021 (henceforth, "Period 1" and "Period 2," respectively).[124]

93.   According to Plaintiffs' theory of damages, Defendants' allegedly fraudulent conduct artificially inflated Novavax's stock price during the Class Period; Plaintiffs bought stock at those allegedly inflated prices; the First Corrective Disclosure partially removed some of the artificial inflation present in Novavax's stock price and the Second Corrective Disclosure removed all the remaining artificial price inflation. Thus, the alleged artificial inflation per share in Period 2 would be smaller than that in Period 1. It also follows that any Class member who purchased Novavax shares in Period 1 and then sold all those shares in Period 1 did not suffer any harm on those purchased shares because the inflation at the time of purchase was no higher than the inflation at the time of sale. Further, any Class member who was a net seller in Period 1 (*i.e.*, selling more shares than the amount purchased over that sub-period) but a net buyer over Period 2 (*i.e.*, selling less shares than the amount purchased over that sub-period) benefitted more from any alleged price inflation than they were harmed, when the net number of shares sold over Period 1 (at a higher inflation) exceeded the net number of shares purchased over Period 2 (at a lower inflation).

94.   To illustrate, consider the following hypothetical Class Member A, who held 400 shares before the Class Period (*i.e.,* 400 shares of "pre-Class Period" holdings), purchased 300 shares and sold 500 shares during Period 1 (*i.e.,* net selling 200 shares), and purchased 300 shares and sold 200 shares (*i.e.,* net buying 100 shares) during Period 2.

---

[124]   According to Plaintiffs' theory of damages, the alleged artificial inflation per share present in Novavax's stock price on any day in the Class Period reflects the cumulative effects of prior alleged misrepresentations that had introduced or maintained artificial inflation, as well as prior alleged corrective disclosures that had reduced or removed artificial inflation.

I understand that there were two alleged misrepresentations made during the Class Period on August 5 and September 29, 2021. My analysis confirms that these alleged misrepresentations did not increase the alleged inflation present in Novavax's stock price. Specifically, Novavax's stock price did not increase following the first of these alleged misrepresentations (*i.e.,* the publication of a *Reuters* article). (*See* Footnote 117). Also, Novavax's abnormal return (according to Mr. Coffman's event study) was not statistically significantly positive on either September 29, 2021 or September 30, 2021, following the alleged omission on September 29, 2021. (*See* Coffman Report Production, "NVAX Event Study.xlsx.") Therefore, these two alleged misrepresentations do not affect my conclusions in this Section.

95. Also assume that the price inflation was $20 per share in Period 1 and $10 per share in Period 2. This pattern is consistent with a class period with two corrective disclosure dates, with the first one partially correcting the alleged misrepresentations.

96. Damages suffered by Class Member A are calculated as follows: (1) In Period 1, Class Member A was damaged by $6,000 (*i.e.,* 300 shares purchased times the per-share inflation of $20), but benefited by $10,000 (*i.e.,* 500 shares sold times the per-share inflation of $20), resulting in net benefits of $4,000; (2) In Period 2, Class Member A was damaged by $3,000 (*i.e.,* 300 shares purchased times the per-share inflation of $10), but benefited by $2,000 (*i.e.,* 200 shares sold times the per-share inflation of $10), resulting in net damages of $1,000; (3) Over the entire Class Period, Class Member A benefitted by $3,000.

97. The above calculation does not take into account any pre-Class Period stock holding by Class Member A. However, taking the pre-Class-Period holding into consideration does not change the conclusion that Class Member A had net benefits of $3,000 during the Class Period. To account for the pre-Class Period holdings, one can calculate damages by matching purchases and sales using the first-in-first-out ("FIFO") or the last-in-first-out ("LIFO") method. As I show below, the damages are the same regardless of the method used to match purchases and sales.

    a. **Table 2** shows that using FIFO results in matching the first 400 shares sold in Period 1 to pre-Class Period holdings, and matching the next 100 shares sold in Period 1 to the 100 shares purchased in Period 1. The 200 shares sold in Period 2 are then matched to the remaining 200 shares purchased in Period 1. And finally, the 300 shares purchased in Period 2 are held through the end of the Class Period. Using FIFO thus results in net benefits of $3,000 for Class Member A.

**Table 2: FIFO Matching and Damages Calculation**

| Purchase Period | Sales Period | Matched Quantity | Inflation at Purchase | Inflation at Sale | Damages |
|---|---|---|---|---|---|
| Pre-Class Period | Period 1 | 400 | $0 | $20 | -$8,000 |
| Period 1 | Period 1 | 100 | $20 | $20 | $0 |
| Period 1 | Period 2 | 200 | $20 | $10 | $2,000 |
| Period 2 | Post-Class Period | 300 | $10 | $0 | $3,000 |
| | | | | Total | -$3,000 |

b. **Table 3** shows that using LIFO results in matching the first 300 shares sold in Period 1 to the 300 shares purchased in Period 1, and matching the next 200 shares sold in Period 1 to the 200 shares from the pre-Class Period holdings. The remaining 100 shares purchased in Period 2 and the remaining 100 in the pre-Class Period holdings are held through the end of the Class Period. Using LIFO thus also results in net benefits of $3,000 for Class Member A.

**Table 3: LIFO Matching and Damages Calculation**

| Purchase Period | Sales Period | Matched Quantity | Inflation at Purchase | Inflation at Sale | Damages |
|---|---|---|---|---|---|
| Period 1 | Period 1 | 300 | $20 | $20 | $0 |
| Pre-Class Period | Period 1 | 200 | $0 | $20 | -$4,000 |
| Period 2 | Period 2 | 200 | $10 | $10 | $0 |
| Period 2 | Post-Class Period | 100 | $10 | $0 | $1,000 |
| Pre-Class Period | Post-Class Period | 200 | $0 | $0 | $0 |
| | | | | Total | -$3,000 |

**B.    Evaluation of the Named Plaintiffs' Trading and Damages**

98.    **Table 4** summarizes the trading by the Named Plaintiffs over the two sub-periods described above.

38

**Table 4: Summary of the Named Plaintiffs' Trading History in the Class Period**

| | Period 1 *May 11, 2021- August 5, 2021* | | | Period 2 *August 6, 2021- October 19, 2021* | | | Net Trading *(Entire Class Period)* |
|---|---|---|---|---|---|---|---|
| **Named Plaintiff** | **Purchase** | **Sales** | **Net Trading** | **Purchase** | **Sales** | **Net Trading** | |
| Nandkumar | 20,000 | 31,000 | -11,000 | 31,500 | 22,500 | 9,000 | -2,000 |
| Kumar | 2,000 | 6,000 | -4,000 | 21,000 | 17,500 | 3,500 | -500 |
| Gabbert | 43,000 | 43,000 | 0 | 49,001 | 40,001 | 9,000 | 9,000 |
| Truong | 76,000 | 35,000 | 41,000 | 302,800 | 309,800 | -7,000 | 34,000 |

**Note**: A negative number in the "Net Trading" column indicates a net seller in the period and a positive number in the "Net Trading" column indicates a net buyer in the period.

### 1.    Nandkumar and Kumar[125]

99.     During Period 1, Nandkumar and Kumar sold more shares than they purchased. Nandkumar sold 31,000 shares and bought 20,000 shares, thus he had net sales of 11,000 shares. Similarly, Kumar sold 6,000 shares and bought 2,000 shares (*i.e.,* net sales of 4,000 shares). The fact that Kumar and Nandkumar sold more shares than they bought during Period 1 means that neither person suffered any damages related to the First Corrective Disclosure.[126]

100.    During Period 2, both Nandkumar and Kumar bought more shares than they sold. **Table 4** shows that during Period 2, Nandkumar bought 31,500 shares and sold 22,500 shares, thus had a net purchase of 9,000 shares. Similarly, Kumar had net purchases of 3,500 shares.

101.    While Nandkumar and Kumar could be damaged by their net purchases in Period 2, the net number of shares they sold in Period 1 (at a higher inflation) exceeded the net number of shares they purchased in Period 2 (at a lower inflation). Hence, under Plaintiffs' theory of

---

[125]    I have also been asked by Counsel to evaluate the trading history of Shawn N. Kumar ("Kumar"). I understand that Shawn N. Kumar "assigns, transfers, and sets over to [Nandkumar] all rights, title, and interest […] in connection with the purchase or sale of the publicly traded securities of Novavax, Inc." In the table above, I treat them separately and show trading by each of them. I discuss Nandkumar and Kumar together in this sub-section. *See* Declaration of Jeremy A. Lieberman in Support of Motion of Nuggehali Balmukund Nandkumar and Jeffrey A. Gabbert for Appointment as Co-Lead Plaintiffs and Approval of Selection of Counsel, January 11, 2022; Plaintiffs Nuggehalli Balmukund Nandkumar and Jeffrey Gabbert's Notice of Errata, August 10, 2023; Lead Plaintiff David Truong's Notice of Errata, August 25, 2023; and Lead Plaintiff Jeffrey Gabbert's Notice of Errata, September 6, 2023 (collectively, "Lead Plaintiff Motion and Notices of Errata").

[126]    Nandkumar and Kumar collectively held 21,000 Novavax shares at the start of the Class Period. Based on my illustration above, Nandkumar's and Kumar's pre-Class Period holdings do not change my conclusions in this Section. *See* Lead Plaintiff Motion and Notices of Errata.

39

damages and as explained above, both Kumar and Nandkumar actually benefited from the alleged misrepresentations over the entire Class Period. In fact, over the entire Class Period, both benefited from net selling shares at allegedly inflated prices (*i.e.,* both Nandkumar and Kumar had negative damages).[127]

### 2.    Gabbert

102.    Gabbert held no Novavax shares when the Class Period began,[128] and he sold all the shares he bought during Period 1 before the First Corrective Disclosure.[129] Thus, Gabbert was not harmed by the misrepresentation that was allegedly corrected on August 5, 2021.[130]

103.    Also, the Named Plaintiff Motion shows that Gabbert executed trades outside the regular trading hours of 09:30 – 16:00. For example, he purchased 3,000 shares on June 17, 2021, and another 500 shares on October 18, 2021 outside the regular trading hours.[131] Mr. Coffman has not presented any analyses to show that during the Class Period, the market for NVAX's stock outside the regular trading hours was efficient.

### 3.    Truong

104.    As **Table 4** shows, Truong purchased and sold hundreds of thousands of shares during the Class Period. Further, as shown in **Table 5**, on various occasions, Truong purchased and sold tens of thousands of shares on the same day. For example, on September 28, 2021, he purchased 65,000 shares and sold 66,900 shares. The purchases and sales on September 28, 2021 were distributed over more than 1,000 transactions. Similarly, on October 1, 2021, Truong purchased 45,000 shares and sold 83,000 shares. The buying and selling on October

---

[127]    Kumar's cumulative trading reached a zero balance on three different days during the Class Period, including August 17, 2021, August 18, 2021, and August 27, 2021. This indicates that at these points, Kumar had completely liquidated any purchase of NVAX he had made since the beginning of the Class Period.

[128]    Lead Plaintiff Motion and Notices of Errata.

[129]    Lead Plaintiff Motion and Notices of Errata.

[130]    Similar to Kumar, Gabbert's cumulative trading balance also reached zero on four other days during the Class Period, including May 18, 2021, May 24, 2021, August 4, 2021, and September 7, 2021. I understand that Gabbert purchased 1,500 shares at $189.38 and another 1,000 shares at $189.00 on August 6, 2021, after the First Corrective Disclosure (*see* NOVAVAX_GABBERT_00000594-611, at 603). The two prices at which Gabbert purchased Novavax shares on August 6, 2021 were lower than the closing price on that day (at $189.89). *See* Bloomberg, L.P.

[131]    Lead Plaintiff Motion and Notices of Errata.

1, 2021 was distributed over more than 1,400 transactions. Truong does not provide any rationale for buying and selling tens of thousands of Novavax shares on those dates. For example, he failed to recall "any particular news or information that [he] learned about Novavax in the month of October of 2021 that affected [his] trading decisions."[132] In addition, during his deposition, Truong also failed to recall or identify any news and NVAX-specific information that motivated his trading decisions in June and July 2021.[133]

**Table 5: Truong's Trading in Novavax Stock on Selected Dates**

| Date | Shares Purchased | | Shares Sold | |
|---|---|---|---|---|
| | Number of Trades | Shares | Number of Trades | Shares |
| 2021-09-28 | 498 | 65,000 | 558 | 66,900 |
| 2021-09-29 | 319 | 55,000 | 745 | 55,000 |
| 2021-10-01 | 328 | 45,000 | 1,083 | 83,000 |

105. Truong's trading was not inconsistent with the behavior of noise traders considering that: 1) Truong executed thousands of transactions; 2) he purchased and sold hundreds of thousands of shares; 3) failed to provide any rationale for those transactions; and 4) his broker was Robinhood, which is known to be popular among uninformed retail traders.[134]

106. Further, the information regarding whether Truong's trades were during or outside the regular trading hours was not provided. To the extent that Truong purchased shares outside the regular trading hours, Mr. Coffman's conclusion regarding Novavax stock's market efficiency may not apply to those purchases.

---

[132] Deposition Transcript of David Truong, August 30, 2023 ("Truong Deposition"), p. 103:11–15 ("Q. Do you have a recollection of any particular news or information that you learned about Novavax in the month of October of 2021 that affected your trading decisions? A. No.").

[133] Truong Deposition, p. 87:7–11 ("Q. Do you have any recollection, sitting here today, of any particular news, relevant to Novavax, that came out in June 2021, that was important to you in your trading decisions that month? A. I can't recall."); p. 89:9–13 ("Q. […] Do you, sitting here today, have any recollection of any information that you learned about Novavax on that particular date, 7/26/2021, that would have led you to purchase shares? A. I don't – I don't remember."). *See also*, Truong Deposition, pp. 98:16–21, 101:12–19, 103:11–15.

[134] Research shows "Robinhood investors behaving as uninformed, momentum traders." *See* Eaton, Gregory, W., T. Clifton Green, Brian S. Roseman, and Yanbin Wu, "Retail Trader Sophistication and Stock Market Quality: Evidence from Brokerage Outages," *Journal of Financial Economics* 146, (2022), pp. 505–528, at p. 510.

Professor S.P. Kothari

September 22, 2023

## Exhibit 1
## Novavax (NVAX) Price History and Alleged Corrective Disclosures
*January 1, 2020 to October 19, 2021*



**Notes**:

[1] Price is the split-adjusted price from Bloomberg.

[2] The price changes and returns shown in the text boxes are raw returns, i.e., not adjusted for market or industry changes.

**Sources:** Bloomberg, L.P.; Complaint, ¶ 206; "Novavax Reports Second Quarter 2021 Financial Results and Operational Highlights," *PR Newswire*, August 5, 2021, available at https://www.prnewswire.com/news-releases/novavax-reports-second-quarter-2021-financial-results-and-operational-highlights-301349808.html.



**Exhibit 2A**
**Annualized 120-Day Rolling Volatility**
*January 1, 2020 - October 19, 2021*

**Notes:**

[1] Annualized volatility on each date is calculated as standard deviation of company stock returns over the prior 120-trading day period ending that date, and annualized using a 252 trading days assumption.

[2] Peer biotechnology companies are constituents of the NASDAQ Biotechnology Total Return Index (XNBI) selected according to the following criteria:

    1. Had an average market cap (simple average of daily market cap) over the period January 1, 2020 - October 19, 2021 which were between 80% and 120% of Novavax's average market cap over the same period.

    2. Were listed on NYSE or Nasdaq each day over the period January 1, 2020 - October 19, 2021.

    3. Were not involved in the development of a COVID vaccine based on my review of mentions of the word "vaccine" in these companies' Form 10-Q or 10-K filings filed in the fourth calendar quarter of 2021 (or 20-F for the calendar year 2021 for ADRs).

[3] The selected peer biotechnology companies are: Acadia Pharmaceuticals (ACAD), Acceleron Pharma (XLRN), Arrowhead Pharmaceuticals (ARWR), Ascendis Pharma (ASND), BridgeBio Pharma (BBIO), Crispr Therapeutics AG (CRSP), Exelixis Inc (EXEL), Galapagos NV (GLPG), Ionis Pharmaceuticals (IONS), Jazz Pharmaceuticals (JAZZ), Mirati Therapeutics (MRTX), Syneos Health (SYNH), Ultragenyx Pharmaceutical (RARE), and United Therapeutics (UTHR).

**Source:** Bloomberg, L.P.

## Exhibit 2B
## Annualized 120-Day Rolling Volatility
*January 1, 2021 - October 19, 2021*



**Notes:**

[1] Annualized volatility on each date is calculated as standard deviation of company stock returns over the prior 120-trading day period ending that date, and annualized using a 252 trading days assumption.

[2] Peer biotechnology companies are constituents of the NASDAQ Biotechnology Total Return Index (XNBI) selected according to the following criteria:

1. Had an average market cap (simple average of daily market cap) over the period January 1, 2020 - October 19, 2021 which were between 80% and 120% of Novavax's average market cap over the same period.

2. Were listed on NYSE or Nasdaq each day over the period January 1, 2020 - October 19, 2021.

3. Were not involved in the development of a COVID vaccine based on my review of mentions of the word "vaccine" in these companies' Form 10-Q or 10-K filings filed in the fourth calendar quarter of 2021 (or 20-F for the calendar year 2021 for ADRs).

[3] The selected peer biotechnology companies are: Acadia Pharmaceuticals (ACAD), Acceleron Pharma (XLRN), Arrowhead Pharmaceuticals (ARWR), Ascendis Pharma (ASND), BridgeBio Pharma (BBIO), Crispr Therapeutics AG (CRSP), Exelixis Inc (EXEL), Galapagos NV (GLPG), Ionis Pharmaceuticals (IONS), Jazz Pharmaceuticals (JAZZ), Mirati Therapeutics (MRTX), Syneos Health (SYNH), Ultragenyx Pharmaceutical (RARE), and United Therapeutics (UTHR).

**Source:** Bloomberg, L.P.

**Exhibit 3A**
**Weekly Trading Volume as Percent of Shares Outstanding**
*January 1, 2020 - October 19, 2021*



**Notes:**

[1] Weekly Trading Volume as a Percent of Shares Outstanding is the sum of daily trading volume (during market hours) as a percent of shares outstanding over the course of a week. A week is defined as the calendar week starting on Monday.

[2] Peer biotechnology companies are constituents of the NASDAQ Biotechnology Total Return Index (XNBI) selected according to the following criteria:

    1. Had an average market cap (simple average of daily market cap) over the period January 1, 2020 - October 19, 2021 which were between 80% and 120% of Novavax's average market cap over the same period.

    2. Were listed on NYSE or Nasdaq each day over the period January 1, 2020 - October 19, 2021.

    3. Were not involved in the development of a COVID vaccine based on my review of mentions of the word "vaccine" in these companies' Form 10-Q or 10-K filings filed in the fourth calendar quarter of 2021 (or 20-F for the calendar year 2021 for ADRs).

[3] The selected peer biotechnology companies are: Acadia Pharmaceuticals (ACAD), Acceleron Pharma (XLRN), Arrowhead Pharmaceuticals (ARWR), Ascendis Pharma (ASND), BridgeBio Pharma (BBIO), Crispr Therapeutics AG (CRSP), Exelixis Inc (EXEL), Galapagos NV (GLPG), Ionis Pharmaceuticals (IONS), Jazz Pharmaceuticals (JAZZ), Mirati Therapeutics (MRTX), Syneos Health (SYNH), Ultragenyx Pharmaceutical (RARE), and United Therapeutics (UTHR).

**Source:** Bloomberg, L.P.

**Exhibit 3B**
**Weekly Trading Volume as Percent of Shares Outstanding**
*January 1, 2021 - October 19, 2021*



**Notes:**

[1] Weekly Trading Volume as a Percent of Shares Outstanding is the sum of daily trading volume (during market hours) as a percent of shares outstanding over the course of a week. A week is defined as the calendar week starting on Monday.

[2] Peer biotechnology companies are constituents of the NASDAQ Biotechnology Total Return Index (XNBI) selected according to the following criteria:

1. Had an average market cap (simple average of daily market cap) over the period January 1, 2020 - October 19, 2021 which were between 80% and 120% of Novavax's average market cap over the same period.

2. Were listed on NYSE or Nasdaq each day over the period January 1, 2020 - October 19, 2021.

3. Were not involved in the development of a COVID vaccine based on my review of mentions of the word "vaccine" in these companies' Form 10-Q or 10-K filings filed in the fourth calendar quarter of 2021 (or 20-F for the calendar year 2021 for ADRs).

[3] The selected peer biotechnology companies are: Acadia Pharmaceuticals (ACAD), Acceleron Pharma (XLRN), Arrowhead Pharmaceuticals (ARWR), Ascendis Pharma (ASND), BridgeBio Pharma (BBIO), Crispr Therapeutics AG (CRSP), Exelixis Inc (EXEL), Galapagos NV (GLPG), Ionis Pharmaceuticals (IONS), Jazz Pharmaceuticals (JAZZ), Mirati Therapeutics (MRTX), Syneos Health (SYNH), Ultragenyx Pharmaceutical (RARE), and United Therapeutics (UTHR).

**Source:** Bloomberg, L.P.

**Exhibit 4A**
**Weekly Odd Lot Volume as Percent of Shares Outstanding**
*January 1, 2020 - October 19, 2021*



**Notes:**

[1] Odd Lot Volume as a Percent of Shares Outstanding is the sum of daily volume traded in odd lots (defined as trades of less than 100 shares of a stock) as a percent of shares outstanding over the course of a week. A week is defined as the calendar week starting on Monday.

[2] Peer biotechnology companies are constituents of the NASDAQ Biotechnology Total Return Index (XNBI) selected according to the following criteria:

    1. Had an average market cap (simple average of daily market cap) over the period January 1, 2020 - October 19, 2021 which were between 80% and 120% of Novavax's average market cap over the same period.

    2. Were listed on NYSE or Nasdaq each day over the period January 1, 2020 - October 19, 2021, and have odd lot data available in SEC database for at least part of this period.

    3. Were not involved in the development of a COVID vaccine based on my review of mentions of the word "vaccine" in these companies' Form 10-Q or 10-K filings filed in the fourth calendar quarter of 2021 (or 20-F for the calendar year 2021 for ADRs).

[3] The selected peer biotechnology companies are: Acadia Pharmaceuticals (ACAD), Acceleron Pharma (XLRN), Arrowhead Pharmaceuticals (ARWR), BridgeBio Pharma (BBIO), Exelixis Inc (EXEL), Ionis Pharmaceuticals (IONS), Mirati Therapeutics (MRTX), Syneos Health (SYNH), Ultragenyx Pharmaceutical (RARE), and United Therapeutics (UTHR).

**Sources:** Bloomberg, L.P.; U.S. Securities and Exchange Commission (SEC).

## Exhibit 4B
## Weekly Odd Lot Volume as Percent of Shares Outstanding
*January 1, 2021 - October 19, 2021*



**Notes:**

[1] Odd Lot Volume as a Percent of Shares Outstanding is the sum of daily volume traded in odd lots (defined as trades of less than 100 shares of a stock) as a percent of shares outstanding over the course of a week. A week is defined as the calendar week starting on Monday.

[2] Peer biotechnology companies are constituents of the NASDAQ Biotechnology Total Return Index (XNBI) selected according to the following criteria:

　　1. Had an average market cap (simple average of daily market cap) over the period January 1, 2020 - October 19, 2021 which were between 80% and 120% of Novavax's average market cap over the same period.

　　2. Were listed on NYSE or Nasdaq each day over the period January 1, 2020 - October 19, 2021, and have odd lot data available in SEC database for at least part of this period.

　　3. Were not involved in the development of a COVID vaccine based on my review of mentions of the word "vaccine" in these companies' Form 10-Q or 10-K filings filed in the fourth calendar quarter of 2021 (or 20-F for the calendar year 2021 for ADRs).

[3] The selected peer biotechnology companies are: Acadia Pharmaceuticals (ACAD), Acceleron Pharma (XLRN), Arrowhead Pharmaceuticals (ARWR), BridgeBio Pharma (BBIO), Exelixis Inc (EXEL), Ionis Pharmaceuticals (IONS), Mirati Therapeutics (MRTX), Syneos Health (SYNH), Ultragenyx Pharmaceutical (RARE), and United Therapeutics (UTHR).

**Sources:** Bloomberg, L.P.; U.S. Securities and Exchange Commission (SEC).

**Exhibit 5**
**Novavax Share Close Price and Analysts' Consensus Price Target**
*August 4, 2021 - August 12, 2021*



**Note**:
[1] Analysts' consensus price target is calculated by S&P Capital IQ as the average across five analyst estimates.

**Sources**: S&P Capital IQ; "Novavax Reports Second Quarter 2021 Financial Results and Operational Highlights," *PR Newswire*, August 5, 2021, available at https://www.prnewswire.com/news-releases/novavax-reports-second-quarter-2021-financial-results-and-operational-highlights-301349808.html.

**Exhibit 6**
**Novavax One-Minute Intraday Stock Prices**
*August 5, 2021: 4:01am - 8:00pm (ET)*



**Notes**:
[1] Intraday per minute prices are closing prices as of each minute reported by TickData.
[2] Novavax issued a press release reporting their Q2 2021 financial results at 4:05pm ET.

**Sources**: TickData; Roy, Mrinalika and Carl O'Donnell, "Novavax again delays seeking U.S. approval for COVID-19 vaccine," *Reuters*, August 5, 2021, available at https://www.reuters.com/business/healthcare-pharmaceuticals/novavax-again-delays-seeking-us-approval-covid-19-vaccine-2021-08-05/; "Novavax Reports Second Quarter 2021 Financial Results and Operational Highlights," *PR Newswire*, August 5, 2021, available at https://www.prnewswire.com/news-releases/novavax-reports-second-quarter-2021-financial-results-and-operational-highlights-301349808.html.

# APPENDIX A

## *Curriculum Vitae*



**S.P. KOTHARI**

Gordon Y Billard Professor of Accounting and Finance
MIT Sloan School of Management
E-mail: Kothari@MIT.edu
Web: http://web.mit.edu/kothari/www/
O: (617) 253-0994 | M: (585) 820-8046

Exec. Assistant: Michael Brockett
617.258.6550 brockett@mit.edu

http://scholar.google.com/citations?user=1YTXJkoAAAAJ&hl=en
Papers: http://ssrn.com/author=17425

**MIT Sloan Office Address**
Sloan School of Management
Massachusetts Institute of Technology
100 Main Street, E62-662
Cambridge, MA  02142-1347

**SELECTED AWARDS**

**Padmashri**, Government of India, January 2020
**Honorary Doctorate**, London Business School, 2019
AAA Presidential Scholar, 2017-18
**Doctor Honoris Causa**, University of Cyprus, 2016
AAA Notable Contributions to Accounting Literature Award, 2014
**Doctor Honoris Causa**, University of Technology, Sydney, 2013
Distinguished Alumnus Award, Birla Institute of Technology & Science, Pilani, India, 2013

**EMPLOYMENT**

**Massachusetts Institute of Technology, Sloan School of Management**
| | |
|---|---|
| 2015- Present | Gordon Y Billard Professor of Accounting and Finance |
| 2010 –2015 | Deputy Dean |
| 2007 – 2008 | Deputy Dean |
| 2006 – 2007 | Head of the Department of Economics, Finance, and Accounting |
| 2003 – 2005 | Head of the Department of Economics, Finance, and Accounting |
| 1999 – 2003 | Gordon Y Billard Professor and Head of the Accounting Group |
| 1997 – 1998 | Visiting Professor |

**University of Rochester, Simon School of Business**
| | |
|---|---|
| 1998 – 1999 | Professor and Accounting Area Coordinator |
| 1996 – 1997 | Professor and Accounting Area Coordinator |
| 1991 – 1996 | Associate Professor & Accounting Area Coordinator |
| 1988 – 1991 | Assistant Professor and Accounting Area Coordinator |
| 1986 – 1988 | Assistant Professor, University of Rochester |

**Harvard University, Harvard Business School**
| | |
|---|---|
| 2005 – 2006 | Thomas Henry Carroll-Ford Visiting Professor of Business Administration, Harvard Business School |

**Barclays Bank**
2008 – 2009     Global Head of Equity Research, Barclays Global Investors

**US Securities and Exchange Commission, Washington, D.C.**
2019- 2021     Chief Economist and Director of the Division of Economic and Risk Analysis

## BOARD OF DIRECTORS APPOINTMENTS

2021 – Present  Velan Studios https://www.velanstudios.com/
2021 – Present  EbixCash https://www.ebixcash.com/
2015 – 2019    **BSE** (Bombay Stock Exchange) http://www.bseindia.com/
2014 – 2016    FIA Technology Services http://www.fiaglobal.com/index.php
2008 – 2019    Monsoon Kitchens http://www.monsoonkitchens.com/
1998 – 2004    Vicarious Visions
2016 – 2019    Trillium Asset Management
2017 – 2019    Velan Studios https://www.velanstudios.com/

## OTHER APPOINTMENTS

2018-19       Co-Chair, Board of Governors, Asia School of Business http://www.asb.edu.my/
2010-19       Director, MIT India Program http://web.mit.edu/misti/mit-india/
2001 – 2003    Honorary Visiting Professor, Cranfield University
2001, Winter   Visiting Professor, London Business School
1997, Summer  Visiting Professor at the University of Technology in Sydney, Australia
1996, Fall     Weinstein Distinguished Visiting Professor, Baruch CUNY, New York
1994 – 1997    Honorary Visiting Professor, City University Business School, London
1979 – 1980    Officer, DCM's Shriram Fertilizers and Chemicals, Mumbai

## EDUCATION

**Ph.D.** Accounting, University of Iowa, 1986

**M.B.A.** (PGDM) Accounting and Finance, Indian Institute of Management, Ahmedabad, India, 1982

**B.E.** Chemical Engineering, Birla Institute of Technology and Science, Pilani, India, 1979

## RESEARCH

1. Collins, D, W., Kothari, S., Rayburn J., 1987, Firm Size and the Information Content of Prices with Respect to Earnings, *Journal of Accounting and Economics* 9, 111-138.

2. Kothari, S., Lys, T., Smith, C., and Watts, R., 1988. Auditor Liability and Information Disclosure, *Journal of Accounting, Auditing and Finance* 3, 307-339.

3. Handa, P., Kothari, S., and Wasley, C., 1989, The Relation Between the Return Interval and Betas: Implications for the Size-Effect, *Journal of Financial Economics* 23, 79-100.

4. Kothari, S., Wasley, C., 1989, Measuring Security Price Performance in Size Clustered Samples, *The Accounting Review* 64, 228-249.

5. Collins, D., Kothari, S., 1989, An Analysis of the Cross-sectional and Intertemporal Determinants of Earnings Response Coefficients, *Journal of Accounting and Economics* 11, 143-181.

6. Ball, R., Kothari, S., 1989, Nonstationary Expected Returns: Implications for Tests of Market Efficiency and Serial Correlation in Returns, *Journal of Financial Economics* 25, 51-74.

7.  Ball, R., Kothari, S., 1991, Security Returns Around Earnings Announcements, *The Accounting Review* 66, 718-738.

8.  Kothari, S., Sloan, R., 1992, Information in Prices About Future Earnings: Implications for Earnings Response Coefficients, *Journal of Accounting and Economics* 15, 143-171.

9.  Kothari, S., Shanken, J., 1992, Stock Return Variation and Expected Dividends: A Time-Series and Cross-Sectional Analysis, *Journal of Financial Economics* 31, 177-210.

10. Kothari, S., 1992, Price-Earnings Regressions in the Presence of Prices Leading Earnings: Earnings Level versus Change Specification and Alternative Deflators, *Journal of Accounting & Economics* 15, 173-202.

11. Ball, R., Kothari, S., and Watts, R., 1993, The Economics Determinants of the Relation Between Earnings Changes and Stock Returns, *The Accounting Review* 68, 622-638.

12. Handa, P., Kothari, S., Wasley, C., 1993 Sensitivity of Multivariate Tests of the CAPM to the Return Measurement Interval, *Journal of Finance* 48, 1543-1551.

13. Collins, D., Kothari, S., Shanken, J., and Sloan, R., 1994, Lack of Timeliness and Noise as Explanations for Low Contemporaneous Return-Earnings Association, *Journal of Accounting & Economics* 18, 289-324.

14. Ball, R., Kothari, S., Wasley, C., 1995, Can We Implement Research on Stock Trading Rules? *Journal of Portfolio Management* 21, 54-63.

15. Ball, R., Kothari, S., Shanken, J., 1995, Problems in Measuring Portfolio Performance: An Application to Contrarian Investment Strategies, *Journal of Financial Economics* 38, 79-107.

16. Kothari, S., Shanken, J., Sloan, R., 1995, Another Look at the Cross-Section of Expected Stock Returns, *Journal of Finance* 50, 185-224.

17. Kothari, S., Zimmerman, J., 1995, Price and Return Models, *Journal of Accounting and Economics* 20, 155-192.

18. Guay, W., Kothari, S., Watts, R., 1996, A Market-based Evaluation of Discretionary-Accrual Models, *Journal of Accounting Research Supplement* 34, 83-115.

19. Kothari, S., Warner, J., 1997, Measuring Long-Horizon Security Price Performance, *Journal of Financial Economics* 43, 301-339.

20. Kothari, S., Shanken, J., 1997, Book-to-Market, Dividend Yield, and Expected Market Returns: a Time-Series Analysis, *Journal of Financial Economics* 44, 169-203.

21. Dechow, P., Kothari, S., Watts, R., 1998, The Relation Between Earnings and Cash Flows, *Journal of Accounting & Economics* 25, 133-168.

22. Ball, R., Kothari, S., Robin, A., 2000, The Effect of International Institutional Factors on Properties of Accounting Earnings, *Journal of Accounting & Economics* 29, 1-51.

23. Kothari, S., Warner, J., 2001, Evaluating Mutual Fund Performance, *Journal of Finance* 56, 1985-2010.

24. Hentschel, L., Kothari, S., 2001, Are Corporations Reducing or Taking Risks with Derivatives? *Journal of Financial and Quantitative Analysis* 36, 93-118.

25. Kothari, S., 2001, Capital Markets Research in Accounting, *Journal of Accounting & Economics* 31, 105-231.

26. Kothari, S., Laguerre, T., Leone, A., 2002, Capitalization versus Expensing: Evidence on the Uncertainty of Future Earnings from Capital Expenditures versus R&D Outlays, *Review of Accounting Studies* 7, 355-382.

27. Core, J., Guay, W., Kothari, S., 2002, The Economic Dilution of Employee Stock Options: Diluted EPS for Valuation and Financial Reporting, *The Accounting Review* 77, 627-652.

28. Guay, W., Kothari, S., 2003, How Much Do Firms Hedge with Derivatives? *Journal of Financial Economics* 70, 423-461.

29. Guay, W., Kothari, S., Sloan, R., 2003, Accounting for Employee Stock Options, *American Economic Review* 93, 405-409.

30. Kothari, S., Shanken, J., 2004, Asset Allocation with Inflation-Protected Bonds, *Financial Analysts Journal* 60, 54-70.

31. Chan, W., Kothari, S., Frankel, R., 2004, Testing Behavioral Finance Theories Using Trends and Consistency in Financial Performance, *Journal of Accounting & Economics* 38, 3-50.

32. Kothari, S., Sabino, J., Zach, T., 2005, Implications of Survival and Data Trimming for Tests of Market Efficiency, *Journal of Accounting & Economics* 39, 129-161.

33. Kothari, S., Leone, A., Wasley, C., 2005, Performance Matched Discretionary Accrual Measures, *Journal of Accounting & Economics* 39, 163-197.

34. Barclay, M., Gode, D., Kothari, S., 2005, Matching Delivered Performance, *Journal of Contemporary Accounting & Economics* 1, 1-25.

35. Frankel, R., Kothari, S., Weber, J., 2006, Determinants of the Informativeness of Analyst Research, *Journal of Accounting & Economics* 41, 29-54.

36. Kothari, S., Lewellen, J., Warner, J., 2006, Stock Returns, Aggregate Earnings Surprises, and Behavioral Finance, *Journal of Financial Economics* 79, 537-568.

37. Kolasinski, A., Kothari, S., 2008, Investment Banking and Analyst Objectivity: Evidence from Analysts Affiliated with M&A Advisors, *Journal of Financial and Quantitative Analysis* 43, 817-842.

38. Jin, L., Kothari, S., 2008, Effect of Personal Taxes on Managers' Decision to Sell Unrestricted Equity, *Journal of Accounting & Economics* 46, 23-46.

39. Kothari, S., Li, X., Short, J., 2009, The Effect of Disclosures by Management, Analysts, and Financial Press on the Equity Cost of Capital: A Study Using Content Analysis, *The Accounting Review* 84, 1639-1670.

40. Kothari, S., Shu, S., Wysocki, P., 2009, Do managers withhold bad news? *Journal of Accounting Research* 47, 241-276.

41. Kothari, S., Ramanna, K., Skinner, D., 2010, Implications for GAAP from an Analysis of Positive Research in Accounting, *Journal of Accounting & Economics* 50, 246-286.

42. DeFranco, G., Kothari, S., Verdi, R., 2011, The Value of Earnings Comparability, *Journal of Accounting Research* 49, 895-931.

43. Guay, W., Kothari, S., Shu, S., 2011, Properties of Implied Cost of Capital Using Analysts' Forecasts, *Australian Journal of Management* 36, 125-149.

44. Ball, R., Kothari, S., Nikolaev, V., 2013, On Estimating Conditional Conservatism, *The Accounting Review* 88, 755-787.

45. Ball, R., Kothari, S., Nikolaev, V., 2013, Econometrics of the Basu Asymmetric Timeliness Coefficient and Accounting Conservatism, *Journal of Accounting Research*, 51, 1071-1097.

46. Kothari, S., Mizik, N., Roychowdhury, S., 2016, Managing for the Moment: The Role of Real Activity versus Accrual Earnings Management in SEO Valuation, *The Accounting Review,* 91, 559-586.

47. Jayaraman, S., Kothari, S., 2016, The Effect of Corporate Transparency on Bank Risk-Taking and Banking System Fragility, *The Accounting Review*, 91, 535-558.

48. Kothari, S., So, E., Verdi, R., 2016, Analysts' Forecasts and Asset Pricing: A Survey, *Annual Review of Financial Economics,* 8, 197-219.

49. He, X., Kothari, S., Xiao, T., Zuo, L., 2018, Long-Term Impact of Business Cycles on Auditors' Judgment, *The Accounting Review*, 93*,* 203-229.

50. Kothari, S., Wasley, C., 2019, Commemorating the 50-Year Anniversary of Ball and Brown (1968): The Evolution of Capital Market Research over the Past 50 Years, *Journal of Accounting Research* 57, 1117-1159.

51. Del Viva, L, Kothari, S., Lambertides, Neophytos, Trigeorgis, Lenos, 2021, Asymmetric Returns and the Economic Content of Accruals and Investment, *Management Science* 67, 3921-3942.

52. He, X, Kothari, S., Xiao, T., Zuo, L., 2022, Industry-Specific Knowledge Transfer in Audit Firms: Evidence from Audit Firm Mergers in China, *The Accounting Review* 97, 249-277.

53. Elavia, T., Kothari, S., Li, X., You, H., 2022, Gains from Markowitz Optimization: Evidence from Re-optimization of Mutual Fund Holdings, *Journal of Portfolio Management* 48, 199-218.

54. Guest, N., Kothari, S., Pozen, R., 2022, Why Do Large Positive Non-GAAP Earnings Adjustments Predict Abnormally High CEO Pay? *The Accounting Review*, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3030953.

55. Guest, N., Kothari, S., So, E., 2022, Flight-to-Dividends: The Role of Earnings in Periods of Capital Scarcity, *Management Science*, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=2929704.

56. Kothari, S., Johnson, T., So, E., 2022, Commission Savings and Execution Quality for Retail Trades, working paper, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3976300.

57. Guest, N., Kothari, S., Venkat, P., 2022, Share Repurchases on Trial: Large-Sample Evidence on Market Outcomes, Executive Compensation, and Corporate Finances, Financial Management 52, 19–40, https://doi.org/10.1111/fima.12415.

58. Kothari, S., Li, J., Li, X., and Sheng, M., 2023, ETF Activities and Analysts' Forecasts, MIT Sloan Research Paper No. 6935-23, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4398547.

59. Kothari, S., Lewellen, J., Warner, J., 2016, The Behavior of Aggregate Corporate Investment, working paper, MIT Sloan School of Management.

60. Jayaraman, S., Kothari, S., Ramanna, K. 2017, Capture and Competition: The Role of Product Market Competition in Reallocating Rents from Regulatory Capture, working paper, MIT Sloan School of Management.

A-5

61. Frankel, R., Kothari, S., Zuo, L., 2018, Why shareholder wealth maximization despite other objectives, working paper, MIT Sloan School of Management.

62. Kothari, S., Loutskina, E., Nikolaev, V., 2011, Agency Theory of Overvalued Equity as an Explanation for the Accrual Anomaly, working paper, MIT Sloan School of Management.

63. Guay, W., Kothari, S., Loktionov, Y., 2008, Accounting for Derivatives in Emerging Market Economies, working paper, MIT Sloan School of Management.


**DISCUSSIONS and RESEARCH IN PROFESSIONAL JOURNALS, BOOKS, AND MONOGRAPHS**

1. Kothari, S., Shanken, J., 1993. Fundamentals Largely Explain Stock Price Volatility. *Journal of Applied Corporate Finance* 6, 81-87.

2. Kothari, S., Shanken, J., 1993. Growth Rates, Not Levels. *Journal of Applied Corporate Finance* 6, 111-112.

3. Kothari, S., Shanken, J., 1995.  In Defense of Beta. *Journal of Applied Corporate Finance* 8, 53-58.

4. Kothari, S., Shanken, J., 1999.  Beta and Book-to-Market: Is the Glass Half Full or Half Empty, in: D. B. Keim and W.T. Ziemba, eds.: *Security Market Imperfections in Worldwide Equity Markets* (Cambridge, U.K.: Cambridge University Press).

5. Kothari, S., 2000, Discussion of "The Relation Between Analysts' Forecasts of Long-Term Earnings Growth and Stock Price Performance Following Equity Offerings," *Contemporary Accounting Research* 17, 33-39.

6. Kothari, S., 2000, Role of Financial Reporting in Reducing Financial Risks in the Market, in Eric Rosengren and John Jordan, eds.: Building an Infrastructure for Financial Stability (Federal Reserve Bank of Boston, pp. 89-102).

7. Kothari, S., Shanken, J., 2002. Anomalies and Efficient Portfolio Formation. Association of Investment Management Research, Charlottesville, VA.

8. Kothari, S., Shanken, J., 2003, Time-Series Coefficient Variation in Value-Relevance Regressions: A Discussion of Core, Guay, and Van Buskirk and New Evidence, *Journal of Accounting & Economics* 34, 69-87.

9. Kothari, S., Warner, J., 2007, Econometrics of Event Studies, in Espen Eckbo, Ed., Handbook of Empirical Corporate Finance (Elsevier/North-Holland).

10. Kothari, S., Lester, R., 2012, The Role of Accounting in the Financial Crisis: Lessons for the Future, *Accounting Horizons* 26, 335-351.

11. Kothari, S., Swamy, G., Danilov, K., 2012, Generating Superior Performance in Private Equity: A New Investment Methodology, *Journal of Investment Management* 11, 28-41.

12. Pozen, R., Kothari, S., 2017, Decoding CEO Pay, *Harvard Business Review*, July-August, 78-84.

13. Kothari, S.P. and Wasley, Charles E., 2019, Commemorating the 50-Year Anniversary of Ball and Brown (1968): The Evolution of Capital Market Research over the Past 50 Years. *Journal of Accounting Research* 57, 1117-1159, https://ssrn.com/abstract=3538366.

A-6

14. Kothari, S., Blass, D., Cohen, A., Rajpal, S., 2020, U.S. Credit Markets: Interconnectedness and the Effects of the COVID-19 Economic Shock, US Securities and Exchange Commission, Washington, D.C.

15. Kothari, S., Zhang, L., Zuo, L., 2022, Disclosure Regulation: Past, Present, and Future, Handbook of Financial Decision Making, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4122664.

16. Henderson, D., Jackson, D., Kaiser, D., Kothari, S., Sarma, S., 2022, Ideas for Designing An Affordable New Educational Institution, MIT and J-WEL, https://openlearning.mit.edu/sites/default/files/2022-10/An-Affordable-New-Educational-Institution-NEI-MIT-JWEL-2022%20%28Final%209-27%29.pdf.

17. Brief for S.P. Kothari and James Overdahl as *Amici Curiae* in support of petitioners Chamber of Commerce of the United States of America, et al., in the United States Court of Appeals for the Fifth Circuit, July 17, 2023.

**BOOKS**

*Financial Statement Analysis*, Edited by Ray Ball and S.P. Kothari, McGraw-Hill, 1994.

*Contemporary Accounting Research: Synthesis and Critique*, Edited by S.P. Kothari, Thomas Z. Lys, Douglas J. Skinner, Ross L. Watts, and Jerold L. Zimmerman, North-Holland Publishing, 2002.

Frankel, R., Kothari, S., Zuo, L., 2023, *The Economics of Accounting*, Oxford University Press, forthcoming, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3165085.

**FINANCIAL PRESS WRITINGS**

Opinion-page editorials in *The Hindu Business Line,* Madras, New Delhi, and other cities in India from January 1994 to August 1994.  Wrote about 20 articles.

Opinion-page editorials in *The Economic Times,* India.  (Circulation >500,000). About 35 articles from August 1994 to September 1996.  A listing of selected articles from the Economic Times and other publications follows:

- Badla: Let it compete to survive, April 12, 1995.
- Lessons from MS Shoes scandal, April 23, 1995.
- An ethical reason to privatize, May 5, 1995.
- Needed, a free food grain market, June 9, 1995.
- Economics of investment in power, June 23, 1995.
- What explains the stock market fall? July 31, 1995.
- Value lies in future as well, August 7, 1995, with Clifford W. Smith, Jr.
- A hundred states within, August 31, 1995.
- A bourse for forward trading, September 15, 1995.
- Making the public FDI friendly, October 7, 1995.
- Rational expectations from Indian policy makers, October 17, 1995.
- RBI intervention: A bad idea, November 4, 1995, with Clifford W. Smith, Jr.
- Telecom: The ring is missing, December 1, 1995.
- Switch institutions, not shares, January 1, 1996.
- Change campaign finance laws, February 12, 1996.
- Lift all restrictions on rupee, February 24, 1996.
- Need to privatise telecom industries, March 19, 1996.
- A minimum utility tax, August 5, 1996.
- Derivatives & regulatory roadblocks, August 19, 1996, with Clifford W. Smith, Jr.
- The Importance of Being Open, September 1, 1996, with Clifford W. Smith, Jr.
- Let a private cricket league bloom, The Economic Times, October 15, 2007

A-7

- o http://economictimes.indiatimes.com/opinion/view-point/let-a-private-cricket-league-bloom/articleshow/2458359.cms
- On Section 377, a call to leadership, Mid-Day, January 31, 2014
  - o http://www.mid-day.com/articles/on-section-377-a-call-to-leadership/15061007
- Narendra Modi and Arun Jaitley should strive to improve profit outlook for investment, The Economic Times, September 5, 2014
  - o http://economictimes.indiatimes.com/opinion/comments-analysis/narendra-modi-and-arun-jaitley-should-strive-to-improve-profit-outlook-for-investment/articleshow/41746037.cms
- Bigger student loans for STEM students, *Wall Street Journal*, August 14, 2016
  - o https://www.wsj.com/articles/bigger-loans-for-stem-students-1471210878
- President Trump should say no to the Paris climate accord, *The Daily Caller*, May 29, 2017
  - o http://dailycaller.com/2017/05/29/president-trump-should-say-no-to-paris-climate-accord/
- If the CEO is overpaid, blame the compensation committee, with Bob Pozen, *Wall Street Journal*, August 21, 2017
  - o https://www.wsj.com/articles/if-the-ceo-is-overpaid-blame-the-compensation-committee-1503355104
- Why regulators shouldn't get trigger-happy in trying to rein in GameStop's stock mania? with Eric So, MarketWatch, January 30, 2021
  - o https://www.marketwatch.com/story/why-regulators-shouldnt-get-trigger-happy-in-trying-to-rein-in-gamestops-stock-mania-11611939882
- View: Don't shy away from running a larger fiscal deficit, with Karthik Ramanna, The Economic Times, February 8, 2021
  - o https://economictimes.indiatimes.com/news/economy/indicators/view-dont-shy-away-from-running-a-larger-fiscal-deficit/articleshow/80739338.cms
- View: Do CEOs spread themselves too thin because of their social and political objectives, The Economic Times, April 20, 2021
  - o https://economictimes.indiatimes.com/news/company/corporate-trends/profit-alone-is-profitable/articleshow/82132593.cms

## PROFESSIONAL ACTIVITIES

**Editor**, *Journal of Accounting & Economics,* 1997-2019.
Associate Editor, *Journal of Contemporary Accounting & Economics*, 2005-2010.
Associate Editor, *Asia-Pacific Journal of Accounting & Economics,* 2000-2004.
Associate Editor, *Journal of Accounting & Economics,* 1990-1996.
Editorial Board Member, *The Accounting Review,* 1989-1992.

Referee for: *The Journal of Finance, Journal of Financial Economics, Journal of Accounting Research, The Accounting Review, Journal of Financial and Quantitative Analysis, Contemporary Accounting Research, Journal of Business, The Review of Financial Studies, Review of Economics and Statistics, British Accounting Review.*

**Keynote Speaker** at British Accounting Association Annual Meetings, April 1995, Accounting Association of Australia and New Zealand Annual Meetings, July 1996, HKUST Summer Symposium on Accounting Research, June 2001 and July 2012, Accounting Research Consortium, University of Technology, Sydney, Australia, January-February 2012, Ontario Universities Accounting and Finance Symposium, October 2016; Corporate Finance, Governance & Sustainability Conference at Delhi School of Business, October 2016, Distinguished Faculty Speaker at the British Accounting Association Doctoral Consortium, April 1995, Distinguished Faculty Speaker at the Accounting Association of Australia and New Zealand Doctoral Consortium, July 1996, Doctoral Consortium speaker at the *Asia-Pacific Journal of Accounting & Economics* Conference in Shanghai, January

2003, *AAA Financial Accounting Reporting Section* Doctoral Consortium in Orlando, January 2003, AAA Doctoral Consortium speaker at Lake Tahoe, June 2004.

## INVITED PRESENTATIONS AT SCHOOLS AND CONFERENCES

1986    SUNY at Buffalo, University of Michigan, University of Rochester, University of Chicago, Wharton School, Northwestern University, Washington University at St. Louis, University of Texas at Austin, and Carnegie Mellon University.

1987    University of Michigan, Massachusetts Institute of Technology, SUNY at Buffalo, International Conference on Forecasting at Boston, and AAA Meetings.

1988    University of Chicago, Cornell University, University of Washington at Seattle, SUNY at Buffalo, and Michigan State University.

1989    Columbia University Research Conference, Duke University, University of Iowa, Stanford University, University of California at Berkeley, University of Minnesota, New York University, and University of Pennsylvania at College Park.

1990    Harvard University, Northwestern University, Ohio State University, University of Arizona, University of Southern California, Temple University, Washington University at St. Louis, AAA meetings at Toronto, European Finance Association meetings, and Contemporary Accounting Research Conference.

1991    Arizona State University, Indiana University, and University of Michigan.

1992    Cornell University, Vanderbilt University, University of Wisconsin at Madison, University of Illinois, University of Nebraska, Stanford University Summer Camp, AAA Meetings at Washington D.C., Duke University, Michigan State University, Wharton School at the University of Pennsylvania, SUNY at Buffalo, University of Missouri at Columbia, and JAAF-Peat Marwick Conference.

1993    Baruch CUNY at New York, Pennsylvania State University, City University Business School at London, Institute for Quantitative Investment Research at Cambridge, Accounting and Finance Conference at St. Louis, International Seminar on Futures and Options in Mumbai, India, University of Iowa, and Iowa State University.

1994    University of Manchester, University of Glasgow, Carnegie Mellon University, Harvard Business School, London Business School, and Baruch CUNY.

1995    City University Business School at London, Western Finance Association Meeting at Aspen, Colorado, AAA Meetings at Orlando, SUNY at Buffalo, Syracuse University, and Rice University.

1996    Northwestern University, City University Business School, KOC University at Istanbul, University of New South Wales at Sydney, JAR Conference at Chicago, Michigan, ISDA Conference, Washington DC, Arizona, AAA meetings at Chicago, Boston College, and University of Maryland.

1997    University of Southern California, Tulane University, Ibbotson Associates Cost of Capital Conference at Chicago, London School of Economics, City University Business School at London, National Association of Pension Funds at London, University of Technology at Sydney, Harvard University, University of Rochester, Washington University at St. Louis, Cornell University, and Columbia University.

1998    Stanford University, Morningstar Inc. at Chicago, New Faculty Consortium at St. Charles, University of Notre Dame, University of Alberta, University of Technology at Sydney, University

A-9

of Iowa, University of California at Berkeley, *Contemporary Accounting Research* Conference at Vancouver, and University of California at Los Angeles.

1999    AAA-KPMG International Accounting Conference at Montvale, NJ, University of British Columbia, University of Tilburg in Holland, INSEAD in France, University of Colorado at Denver, University of Michigan, University of Oklahoma, Financial Economics and Accounting Conference at the University of Texas at Austin, and Boston Area Research Colloquium at Boston University.

2000    Australian Graduate School of Management, University of Technology at Sydney, University of Sydney, Syracuse University, Boston Federal Reserve Annual Research Conference, Stanford University, Harvard University, AAA-BAA conference at Cambridge University, European Financial Association Conference in London, University of Chicago, American Accounting Association meetings in Philadelphia, and MIT Sloan School of Management.

2001    Cranfield University, Yale University, University of Rochester, HKUST, University of Technology at Sydney, University of Chicago, Pennsylvania State University, University of Texas at Dallas, MIT, and Duke University.

2002    Georgetown University, London Business School Donor Seminar, University of Pittsburgh, London Business School Symposium, Cornell University, Oklahoma State University, University of Rochester, New York University, Arizona State University, and Wharton School at the University of Pennsylvania.

2003    FARS Conference, APJAE Conference in Shanghai, University of Southern California, and University of Technology at Sydney.

2004    APJAE Conference in Kuala Lumpur, Emory University, AAA Doctoral Consortium, Harvard University, Fed-JFE Conference at Ohio State University, the U.S. Securities & Exchange Commission, Case Western Reserve University, University of Maryland, and Financial Economics and Accounting Conference at USC.

2005    Journal of Accounting, Auditing, and Finance Conference at NYU, Harvard University, Carnegie Mellon University, Samsung School of Business, S. Korea, and University of Texas at Dallas.

2006    Stanford University, Southern Methodist University, University of Georgia, Rutgers University, University of Chicago, Ohio State University, University of Minnesota, Michigan State University, Indian Institute of Technology, Bombay, BSI Gamma Foundation, Switzerland, and Cornell University.

2007    Indian Institute of Management, Calcutta, Brigham Young University, University of California, Riverside, University of Edinburgh, University of Southern California, University of Texas at Austin, Tuck at Dartmouth College, University of California, Los Angeles, Washington University in St. Louis, University of Massachusetts at Amherst, BARC Seminar at Boston University, Association of Finance Professionals, Boston, and London Business School.

2008    Lancaster University and University of Manchester.

2009    Temple University, London Business School, University of Rochester, Stanford University, American Accounting Association meetings in New York, Georgetown University, JAE Conference at MIT, and BITS Pilani.

2010    University of Chicago, University of Texas at San Antonio, and Sabanci University, Istanbul.

2011    Canadian Accounting Association, London School of Economics, Fudan University, and Xi'an Jiaotong University.

A-10

2012    Harvard Business School, Tsinghua University, Sun Yat-Sen University, and HKUST.

2013    USC, NY Federal Reserve Bank.

2014    Louisiana State University, National Taiwan University.

2015    Lehigh University, University of California, Irvine, Ohio State University, University of Cyprus, MIT Club of Cyprus, Indian School of Business National Conclave.

2016    Hong Kong Polytechnic University, IIT, Bombay, Texas Christian University, Chinese University of Hong Kong, London Business School, University of Iowa, City University London.

2017    Oxford University Blavatnik School, MIT, Indian Institute of Management, Ahmedabad, Tulane University.

2018    MIT Sloan, PCAOB in Washington DC, SEC in Washington DC, Keynote speech at the Conference on Financial Economics and Accounting at Tulane University.

2021    FMA meetings, IIM Ahmedabad.

2022    AFA meetings, MIT Asia Conference in Accounting.


**TEACHING**

Corporate Financial Accounting, MBA core course
Financial Statement Analysis, MBA elective course
Empirical Accounting Research, PhD seminar
Positive Accounting Theories, MBA elective course
Cases in Finance, MBA elective course
Introduction to Financial Accounting, Undergraduate course
Corporate Financial Accounting: Simon School's Executive MBA programs in Holland and Switzerland

Intensive doctoral research courses in Accounting and Finance to faculty and students in:
Finland (1991, 1992), University of Alberta, Canada (1991), European Institute for Advanced Studies in Management, Brussels (1993), Baruch College, City University of New York, NY (1996), University of Technology at Sydney, Australia (1997, 1998, 2000, 2001, 2003), London Business School (2001).

**DISSERTATIONS**

On the Ph.D. dissertation committees of (initial placement in parentheses):

**As Chairperson**
1. Christopher Noe (Harvard Business School)
2. Glen Hansen (Pennsylvania State University)
3. Wayne Guay (Wharton University of Pennsylvania)
4. Peter Wysocki (University of Michigan)
5. Yong Chul Shin (Tulane University)
6. Ying Li (Baruch College, CUNY)
7. Wesley Chan (Alpha Simplex)
8. Michelle Liu-Watts (CUNY Baruch)
9. Xu Li (University of Texas at Dallas)
10. Yanfeng Xue (University of Texas at Austin)
11. Jieying Zhang (University of Southern California)
12. Volkan Muslu (University of Texas at Dallas)

A-11

13. Adam Kolasinski (University of Washington)
14. Valeri Nikolaev (University of Chicago)
15. George Papadakis (Boston University)
16. Amit Koshal (Industry)
17. Jeri Seidman (University of Texas at Austin)
18. Konstantin Rozanov (London Business School)
19. Yuri Loktionov (University of Southern California)
20. Mihir Mehta (Temple University)
21. Nicholas Guest (Cornell University)

**As Committee member**
22. Gita Rao (Illinois)
23. Richard Sloan (Wharton)
24. Tony Greig (Purdue)
25. Anwer Ahmed (Florida)
26. Patty Dechow (Wharton)
27. Sudipta Basu (CUNY, Baruch)
28. Michele Daley (Rice)
29. Paul Irvine (Emory)
30. Roger Edelen (Wharton)
31. Mingyi Hung (University of Southern California)
32. Mary Ellen Carter (Columbia)
33. Eric Wolff (Carnegie Mellon University)
34. Susan Shu (Boston College)
35. Elizabeth Keating (Northwestern University)
36. Laurence van Lent (University of Tilburg)
37. Gans Narayanamoorthy (Yale University)
38. Kevin Chan (HKUST, Hong Kong)
39. Karthik Ramanna (Harvard University)
40. Kexin Zheng (University of Connecticut)
41. Rebecca Lester (Stanford University)
42. Jinwan Kim (Stanford University)


## COMMITTEE / ADMINISTRATION

MIT 401(k) Oversight Committee, 2014-2019.
MIT Committee on Graduate Programs, 2017-2019.
MIT International Advisory Committee
MITx Faculty Advisory Committee
MIT Sloan: International Initiatives Committee, Co-Chair of Space Committee, Chair of Load Committee, and Member of various standing committees, MIT Sloan School of Management, 2011-2015.
Policy Committee and Personnel Committee, MIT Sloan School of Management, 1999-Present.
Head of the Department of Economics, Finance, and Accounting, MIT Sloan School of Management, 2003-2005, 2006-2007.
Head of the Accounting group, MIT Sloan School of Management, 1999-2003.
Sloan Fellows Program Committee, MIT Sloan School of Management, 2001-2005.
Sloan Research Productivity Committee, MIT Sloan School of Management, 2001-2002.
Sloan Fellows/MOT Program Restructuring Committee, MIT Sloan School of Management, 2002.
Management Programs Committee, MIT Sloan School of Management, 2000-2001.
Promotion and Tenure Committee, University of Rochester, 1996 -1999.
Accounting Area Coordinator, University of Rochester, 1988-1999.
Ph.D. committee, University of Rochester, 1989-1995.
MBA committee, University of Rochester, 1989-1994.
University of Rochester Senate, 1994-1996.
Committee on Teaching Excellence, University of Rochester, 1995-1996.

A-12

## APPENDIX B

### Prior Expert Reports and Testimonies
*2020 - 2023*

2021: Expert report on behalf of Lead Plaintiffs in re Mattel Inc. Securities Litigation UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION, Case No. 19-CV-10860-AB (PLA).

2021: Expert report and deposition on behalf of KATHLEEN JENNINGS, the Attorney General of the State of Delaware, Plaintiff vs. Trustees under the Last Will and Testament and Codicils thereto of Alfred I. DuPont, deceased, in CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA, Case No: 16-2017-CA-004945.

2021: Expert report and deposition on behalf of defendants in re MYLAN N.V. and MYLAN INC. Securities Litigation, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, Case No. 1:16-CV-07926 (JPO).

2021: Expert report and deposition on behalf of defendants in re ABU DHABI INVESTMENT AUTHORITY, Plaintiff, v. MYLAN N.V. and MYLAN INC., UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, Case No. 1:20-cv-01342.

2022: Expert report and deposition on behalf of defendants in re SJUNDE AP-FONDEN, Plaintiff, v. The Goldman Sachs Group, Inc., Lloyd C. Blankfein, Harvey M. Schwartz, and Gary D. Cohn, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, Case No. 1:18-cv-12084-VSB.

2021 and 2022: Expert report and deposition on behalf of defendants in re FAIRHOLME FUNDS, INC., et al., v. THE FEDERAL HOUSING FINANCE AGENCY, et al., Civil No. 13-1053 (RCL) and ARROWOOD INDEMNITY COMPANY, et al., v. FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al., Civil No. 13-1439 (RCL), UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA.

2022: Expert report and deposition on behalf of plaintiff in re CASSANDRA SHIH, v. PETAL CARD, INC. f/k/a CREDITBRIDGE, INC., ANDREW ENDICOTT, and JASON GROSS, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, CIVIL ACTION NO: 18-cv-5495-JFK.

2022: Expert reports and deposition on behalf of plaintiff in re SJUNDE AP-FONDEN and THE CLEVELAND BAKERS AND TEAMSTERS PENSION FUND, individually and on behalf of all others similarly situated, Plaintiffs, v. GENERAL ELECTRIC COMPANY and JEFFREY S. BORNSTEIN, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, Civil Action No. 1:17-cv-8457-JMF.

2023: An Affidavit of Dr. S. P. Kothari to Ontario Superior Court of Justice in re Shantanu Shirodkar and Coinbase Global Inc., CV-22-00690257-00CP.

# APPENDIX C

## Materials Considered

### Legal Filings

Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws, *In Sothinathan Sinnathurai, Individually and on Behalf of All Others Similarly Situated, v. Novavax, Inc., et al.,* Case 8:21-cv-02910-TDC, March 11, 2022.

Declaration of Francis P. McConville in Support of Motion of David Truong for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, January 11, 2022, and all accompanying exhibits.

Declaration of Jeremy A. Lieberman in Support of Motion of Nuggehali Balmukund Nandkumar and Jeffery A. Gabbert for Appointment as Co-Lead Plaintiffs and Approval of Selection of Counsel, January 11, 2022, and all accompanying exhibits.

Lead Plaintiff David Truong's Notice of Errata, August 25, 2023, and all accompanying exhibits.

Lead Plaintiff Jeffrey Gabbert's Notice of Errata, September 6, 2023.

Plaintiffs Nuggehalli Balmukund Nandkumar and Jeffrey Gabbert's Notice of Errata, August 10, 2023, and all accompanying attachments.

Memorandum Opinion on Motion to Dismiss, *In Sothinathan Sinnathurai, Individually and on Behalf of All Others Similarly Situated, v. Novavax, Inc., et al.,* Case 8:21-cv-02910-TDC, December 12, 2022.

Expert Report of Chad Coffman, March 16, 2023, and all accompanying exhibits and production.

### Depositions

Deposition Transcript of David Truong, August 30, 2023.

Deposition Transcript of Chad Coffman, September 14, 2023.

### Court Opinions and Other Filings

Devlin-Brown, Arlo, Kathryn Cahoy, Beth S. Brinkmann, Lauren S. Willard, and Thomas Black, Brief of Law Professors as Amici Curiae in Support of Petitioners, *Petroleo Brasileiro S.A. – Petrobas, et al., v. Universities Superannuation Scheme Limited, et al.,* Supreme Court of the United States, 2017.

*George v. China Automotive Sys., Inc.,* 2013 WL 3357170 (S.D.N.Y July 3, 2013).

*In re Polymedica Corp. Sec. Litig.,* 453 F. Supp. 2d 260, 270 (D. Mass. 2006).

### Bates Stamped Documents

NOVAVAX_GABBERT_00000560–587

NOVAVAX_GABBERT_00000594–611

NOVAVAX_GABBERT_00000612–643

NOVAVAX_GABBERT_00000648–665

NOVAVAX_NANDKUMAR_00000008–037

NOVAVAX_NANDKUMAR_00000038–080

NOVAVAX_NANDKUMAR_00000081–141

NOVAVAX_NANDKUMAR_00000142–197

NOVAVAX_NANDKUMAR_00000198–227

NOVAVAX_NANDKUMAR_00000228–272

NOVAVAX_NANDKUMAR_00000273–284

NOVAVAX_NANDKUMAR_00000285–302

NOVAVAX_NANDKUMAR_00000303–320

NOVAVAX_NANDKUMAR_00000321–339

NOVAVAX_NANDKUMAR_00000340–351

NOVAVAX_NANDKUMAR_00000352–373

NOVAVAX_NANDKUMAR_00000374–416

NOVAVAX_NANDKUMAR_00000417–472

NOVAVAX_NANDKUMAR_00000473–484

NOVAVAX_NANDKUMAR_00000485–506

NOVAVAX_NANDKUMAR_00000507–539

NOVAVAX_NANDKUMAR_00000540–577

NOVAVAX_NANDKUMAR_00000578–619

NOVAVAX_NANDKUMAR_00000620–655

NOVAVAX_NANDKUMAR_00000656–664

NOVAVAX_NANDKUMAR_00000665–680

NOVAVAX_NANDKUMAR_00000681–695

NOVAVAX_TRUONG_00000001–035

NOVAVAX_TRUONG_00000036–098

NOVAVAX_TRUONG_00000099–125

NOVAVAX_TRUONG_00000126–161

NOVAVAX_TRUONG_00000162–278

NOVAVAX_TRUONG_00000279–322

NOVAVAX_TRUONG_00000323–564

NOVAVAX_TRUONG_00000565–738

NOVAVAX_TRUONG_00000739–864

NOVAVAX_TRUONG_00000865–874

NOVAVAX_TRUONG_00000875–970


## Equity Analysts' Reports

B. Riley Securities, "2Q Recap: Maintains Guidance on Mfg. & Reg. Timelines. First 100 Mn. Doses Being Shipped in Sep; U.S. EUA Path Intact Despite Minor Delay. Reit. Buy, PT to $305," August 6, 2021.

B. Riley Securities, "Raising NVAX PT from $223 to $334 On Heels of Underwhelming JNJ Ph. III Data Serving as an Incremental Tailwind; Staying Disciplined with Second Wave Vaccine Makers Such as Neutral-Rated ARCT," February 1, 2021.

Cantor Fitzgerald, "2Q21: Cash, Good Variant & Booster Data and, Finally, (exUS) EUA Filing," August 6, 2021.

Cantor Fitzgerald, "4Q20 – What a Difference a Year Makes, Driven by COVID-19, Company is Now 'Real,'" March 2, 2021.

Cantor Fitzgerald, "Novavax, Inc. (NVAX) - Visibility on ex-US Emergency Use, Manufacturing, and US PREVENT-19 Progress Bodes Well for New 'Jab' Option," February 4, 2021.

Cantor Fitzgerald, "UK P3 Results with '2373 Point to Best-In-Class Profile, EUA in 1H21," January 29, 2021.

H.C. Wainwright & Co., "After Traveling at Warp Speed, NVX-CoV2373 Has Now Arrived; Reiterate Buy and $207 PT," January 29, 2021.

H.C. Wainwright & Co., "NVX-CoV2373 On the Verge of First Approvals and Emergence as Best Booster; Reiterate Buy and $294 PT," August 6, 2021.

J.P. Morgan, "Anticipating 2Q Rich with Reg Updates, Potential EUA filing; 4Q Takeaways & Model Update," March 2, 2021.

J.P. Morgan, "Regulatory Action and Vaccine Rollouts for LMICs on Deck in 2H21; 2Q Takeaways & Model Update," August 6, 2021.

J.P. Morgan, "UK Efficacy Support '2373 as Best-In-Class, while SA Data Point to Widening Market Opp'y; Raising PT to $295, January 29, 2021.

Jefferies, "Novavax – Key Points from The Q2 Conference Call," August 5, 2021.

Jefferies, "Novavax – Q2: US Filing Slightly Delayed, But Solid Progress on RoW Vaccine Rollout," August 6, 2021.

Jefferies, "Novavax - Q4 Update and Thoughts on Catalyst Path From Here – Reiterate BUY," March 2, 2021.

## Publications

"Staff Report on Equity and Options Market Structure Conditions in Early 2021," *SEC*, October 14, 2021.

Bajaj, Mukesh, Sumon C. Mazumdar, and Daniel A. McLaughlin, "Assessing Market Efficiency For Reliance On The Fraud-On-The-Market Doctrine After Wal-Mart And Amgen," *The Law and Economics of Class Actions, Research in Law and Economics* 26, (2014), pp. 161–207.

Bartov, Eli, Dan Givoly, and Carla Hayn, "The Rewards to Meeting or Beating Earnings Expectations," *Journal of Accounting and Economics* 33 (2), (2002), pp. 173–204.

Black, Fischer, "Noise," *Journal of Finance* 41 (3), (1986), pp. 528–543.

DeLong, J. Bradford, Andrei Shleifer, Lawrence H. Summers, and Robert J. Waldmann, "Noise Trader Risk in Financial Markets," *Journal of Political Economy* 98, (1990), pp. 703–738.

Eaton, Gregory, W., T. Clifton Green, Brian S. Roseman, and Yanbin Wu, "Retail Trader Sophistication and Stock Market Quality: Evidence from Brokerage Outages," *Journal of Financial Economics* 146, (2022), pp. 505–528.

Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 25 (2), (1970), pp. 383–417.

Ferrillo, Paul A., Frederick C. Dunbar, and David Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof from Plaintiffs in Fraud-on-the-Market Cases," *St. John's Law Review* 78 (1), (2004), pp. 81–129.

Kasznik, Ron and Maureen F. McNichols, "Does Meeting Earnings Expectations Matter? Evidence from Analyst Forecast Revisions and Share Prices," *Journal of Accounting Research* 40 (3), (2002), pp. 727–759.

Kothari, S. P., and Jerold B. Warner, "Chapter 1 - Econometrics of Event Studies," *Handbook of Corporate Finance: Empirical Corporate Finance*, North Holland, (2009).

Kupfer, Alexander, and Markus G. Schmidt, "In Search of Retail Investors: The Effect of Retail Investor Attention on Odd Lot Trades," *Journal of Empirical Finance*, (2021).

Kyle, Albert S., "Continuous Actions and Insider Trading," *Econometrica* 53, (1985), pp. 1315–1335.

Lo, Andrew, W., "Efficient Markets Hypothesis," *New Palgrave Dictionary of Economics*, 2nd Ed., (2008), S. N. Durlauf & L. E. Blume, (Eds.), Palgrave McMillan, pp. 2–3.

Odean, Terrance, "Volume, Volatility, Price, and Profit When All Traders Are Above Average," *Journal of Finance* 53 (6), (1998), pp. 1887–1934.

Peress, Joel, and Daniel Schmidt, "Noise Traders Incarnate: Describing A Realistic Noise Trading Process," *Journal of Financial Markets* 54, (2021), pp. 1–26.

Ramiah, Vikash, Xiaoming Xu, and Imad A. Moosa, "Neoclassical Finance, Behavioral Finance and Noise Traders: A Review and Assessment of the Literature," *International Review of Financial Analysis* 41, (2015), pp. 89–100.

Shefrin, Hersh, and Meir Statman, "Behavioral Capital Asset Pricing Theory," *Journal of Financial and Quantitative Analysis* 29, (1994), pp. 323–349.

Tetlock, Paul C., "Does Noise Trading Affect Securities Market Efficiency?" *Columbia University Working Paper*, (2006), pp. 1–43.

Weiss, Neil A., *Introductory Statistics*, 9th Ed., (2012), Addison-Wesley.

## SEC Filings

Acadia Pharmaceuticals, Q3 2021 Form 10-Q.

Acceleron Pharma, Q3 2021 Form 10-Q.

Arrowhead Pharmaceuticals, 2021 Form 10-K.

Ascendis Pharma, 2021 Form 20-F.

BridgeBio Pharma, Q3 2021 Form 10-Q.

Crispr Therapeutics AG, Q3 2021 Form 10-Q.

Exelixis Inc., Q3 2021 Form 10-Q.

Galapagos NV, 2021 Form 20-F.

Ionis Pharmaceuticals, Q3 2021 Form 10-Q.

Jazz Pharmaceuticals, Q3 2021 Form 10-Q.

Mirati Therapeutics, Q3 2021 Form 10-Q.

Novavax, 2022 Form 10-K.

Novavax, 2023 Form 10-K.

Syneos Health, Q3 2021 Form 10-Q.

Ultragenyx Pharmaceutical, Q3 2021 Form 10-Q.

United Therapeutics, Q3 2021 Form 10-Q.

## Websites

"Novavax Announces Positive Data from Three Complementary Studies of COVID-19 Beta (B.1.351) Variant Strain Vaccine," *PR Newswire*, June 11, 2021, available at https://www.prnewswire.com/news-releases/novavax-announces-positive-data-from-three-complementary-studies-of-covid-19-beta-b1-351-variant-strain-vaccine-301311049.html.

"Novavax Reports Second Quarter 2021 Financial Results and Operational Highlights," *PR Newswire*, August 5, 2021, available at https://www.prnewswire.com/news-releases/novavax-reports-second-quarter-2021-financial-results-and-operational-highlights-301349808.html.

Roy, Mrinalika and Carl O' Donnell, "Novavax Again Delays Seeking U.S. Approval for COVID-19 Vaccine," *Reuters*, August 5, 2021, available at

https://www.reuters.com/business/healthcare-pharmaceuticals/novavax-again-delays-seeking-us-approval-covid-19-vaccine-2021-08-05/.

Jain, Sarthak, "Novavax: The Race Is Far From Over Yet," *Seeking Alpha*, August 7, 2021, available at https://seekingalpha.com/article/4446653-novavax-race-far-from-over-yet.

Owermohle, Sarah, Erin Banco, and Adam Cancryn, "'They Rushed the Process': Vaccine Maker's Woes Hamper Global Inoculation Campaign," *Politico*, October 19, 2021, available at https://www.politico.com/news/2021/10/19/novavax-vaccine-rush-process-global-campaign-516298.

Ashwell, Ben, "The Story Behind Robinhood's Decision to Halt GameStop Buying," *IR Magazine*, February 19, 2021, available at https://www.irmagazine.com/regulation/story-behind-robinhoods-decision-halt-gamestop-buying.

Fitzhugh, Michael, "Novavax Developing Nanoparticle Vaccine for Wuhan Coronavirus," *Bioworld*, January 21, 2020, available at https://www.bioworld.com/articles/432528-novavax-developing-nanoparticle-vaccine-for-wuhan-coronavirus?v=preview.

Fitzgerald, Maggie, "Robinhood Is Still Severely Limiting Trading, Customers Can Only Buy One Share of GameStop," *CNBC*, January 29, 2021, available at https://www.cnbc.com/2021/01/29/robinhood-is-still-severely-limiting-trading-gamestop-holders-can-only-buy-one-additional-share.html.

Fitzgerald, Maggie, "Robinhood restricts trading in GameStop, Other Names Involved in Frenzy," *CNBC*, January 28, 2021, available at https://www.cnbc.com/2021/01/28/robinhood-interactive-brokers-restrict-trading-in-gamestop-s.html.

"Odd lot," *Nasdaq*, available at https://www.nasdaq.com/glossary/o/odd-lot.

**Data**

Bloomberg, L.P.

Factiva.

S&P Capital IQ.

SEC (Metrics by Individual Security and Exchange).

TickData.