# EXHIBIT E

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - x

                                    :

SOTHINATHAN SINNATHURAI,       :

Individually and on Behalf     :

of All Others Similarly        :

Situated,                      :

                                    :

        Plaintiffs,            :    Civil Action No.

                                    :

    vs.                        :    TDC-21-2910

                                    :

NOVAVAX, INC., et al.,         :

                                    :

        Defendants.            :

                                    :

- - - - - - - - - - - - - - - x

                    August 25, 2023

                    9:02 a.m. EDT

        Remote videotaped deposition of JEFFREY GABBERT, taken pursuant to notice and reported stenographically by Misty Klapper, Registered Professional Reporter, Certified Realtime Reporter and Notary Public.

Page 2

APPEARANCES:

(ALL APPEARANCES VIA REMOTE VIDEOCONFERENCE)

ON BEHALF OF LEAD PLAINTIFFS:

PHILLIP J. LEGGIO, ESQUIRE
LABATON SUCHAROW LLP
300 Delaware Avenue, Suite 1340
Wilmington, Delaware 19801
(302) 573-2540
E-mail: pleggio@labaton.com

ON BEHALF OF DEFENDANTS:

CHARLES D. ZAGNOLI, ESQUIRE
ROPES & GRAY LLP
191 North Upper Wacker Drive, 32nd Floor
Chicago, Illinois 60606
(312) 845-1374
E-mail: charles.zagnoli@ropesgray.com

AND

C. THOMAS BROWN, ESQUIRE
J. WILLIAM PIERESON, ESQUIRE
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
(617) 951-7000
E-mail: thomas.brown@ropesgray.com
will.piereson@ropesgray.com

AND

EILEEN M. FALK, ESQUIRE
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 508-4721
E-mail: eileen.falk@ropesgray.com

APPEARANCES (CONTINUED FROM PREVIOUS PAGE):

ON BEHALF OF THE DEPONENT:

BRIAN CALANDRA, ESQUIRE

ELINA RAKHLIN, ESQUIRE

POMERANTZ LLP

600 3rd Avenue

New York, New York 10016

(212) 661-1100

E-mail: bcalandra@pomlaw.com

erakhlin@pomlaw.com

ALSO PRESENT:

RYAN HEATHCOCK, VIDEOGRAPHER

Page 4

P R O C E E D I N G S

VIDEO OPERATOR:  Good morning. We are going on the record at 9:02 a.m. Eastern on Friday, August the 25th 2023.

Please note that this deposition is being conducted virtually.  The quality of the recording depends on the quality of the camera and internet connection of the participants.  What is seen from the witness and heard on the screen is what will be recorded.  Audio and video recording will continue to take place unless all parties agree to go off the record.

And so now this begins Media Unit Number 1 in the video-recorded deposition of Mr. Jeffrey Gabbert. This deposition is being taken by counsel for the defense in the matter of Sinnathurai versus Novavax, Inc.,

Page 5

et al. This case has been filed in the United States District of Maryland. The case number is TDC-21-2910.

My name is Ryan Heathcock, representing Veritext Legal Solutions, and I am the videographer.

Our court reporter today is Ms. Misty Klapper, also from the firm Veritext Legal Solutions.

I am not related to any party in this action, nor am I financially interested in the outcome.

If there are any objections to proceeding, please state them at the time of your appearance.

Counsel, will you now state your appearances and affiliations for the record, beginning with the noticing attorney.

MR. ZAGNOLI: Charles Zagnoli of Ropes & Gray for the Defendants.

Page 6

MR. CALANDRA:  Brian Calandra, Pomerantz LLP on behalf of the witness.

MS. REPORTER:  Mr. Brown?

MR. BROWN:  Sorry.  My -- my mute wasn't coming out.

C. Thomas Brown of Ropes & Gray on behalf of Defendants.

MS. REPORTER:  Mr. Leggio?

MR. LEGGIO:  Phillip Leggio from Labaton Sucharow on behalf of Lead Plaintiffs in the class.

MS. REPORTER:  Ms. Falk?

MS. FALK:  This is Eileen Falk from Ropes & Gray on behalf of Defendants.

MS. REPORTER:  Mr. Piereson?

MR. PIERESON:  William Piereson from Ropes & Gray, also on behalf of Defendants.

MS. REPORTER:  Ms. Rakhlin?

I will note her appearance on

the record.

MR. CALANDRA:  She is appearing on behalf of the witness as well.

VIDEO OPERATOR:  Very good.

At this time will the court reporter please swear in the witness.

MS. REPORTER:  One moment.

JEFFREY GABBERT,

The witness herein, called for examination by counsel for the Defendants, having been duly sworn, was examined and testified as follows:

MS. REPORTER:  Please proceed counsel.  And you're -- okay.

MR. ZAGNOLI:  Thank you, Madam Court Reporter.

EXAMINATION BY COUNSEL FOR DEFENDANTS

BY MR. ZAGNOLI:

Q.    Mr. Gabbert, thank you for your time today.  I know getting a -- sitting for a deposition is not how anyone wants to spend their Friday, so we appreciate it.

Page 8

Before we get started, I want to go over just a few ground rules for today that will help the deposition move more smoothly. I'm going to ask you a -- a series of questions. And it's important that you let me finish the question before you start to answer. And on the flip side, I'll try to let you finish your answer before I ask my next question.

If we talk over each other, as the court reporter very helpfully reminded us a few moments ago, it's very difficult for her to take down what we're saying.

You -- you'll need to give verbal answers to my questions. Shakes of the head, nods are also very difficult for the court reporter to transcribe. If you -- if you give answers like uh-huh or um-hmm, again, it's -- it's difficult for the court reporter to write down and then the transcript will be unclear as to what your answer was. So I'd ask that you give verbal responses to the

Page 9

questions.

If you don't understand a question or you need some clarification, feel free to ask.  I'll be happy to try to rephrase the question or -- or clarify my meaning.  If you answer the question, I'll assume that you understood the question that I asked.

Does that make sense?

A.    Yes.

Q.    Okay.  Great.  Your counsel will probably object to some of my questions today.  That's common.  I'll probably ask some bad questions.

If he does object, you'll still need to answer the question unless your counsel gives you a specific instruction not to answer.

Does that make sense?

A.    Yes.

Q.    Okay.  Great.  If you want to take a break at any time, just let me know.

We'll be happy to take a break whenever -- whenever you need one.  We'll likely take some breaks throughout the day in any event, just to stretch legs and -- and use the restroom, that sort of thing.

The only exception is if I have a question pending, I'll ask you to answer the question before we take a break.  Otherwise, we can take a break whenever you feel like you need one.

Does that sound good?

A.     Yes.

Q.     All right.  Do you feel there's any reason that you cannot testify truthfully and accurately today?

A.     No.

Q.     Okay.  Great.  Would you please state your full name for the record.

A.     Jeffrey Alan Gabbert.

Q.     What is your current home address?

A.     8058 Winstead Manor Lane, Lorton,

Page 11

Virginia 220079 [sic].

Q.    Is that your only residential address?

A.    At this time, yes.

Q.    Have you ever been deposed before, Mr. Gabbert?

A.    Yes.

Q.    How many times?

A.    Once.

Q.    Was that in a -- a litigation?

A.    It was in an -- an investigation.

Q.    Okay.  What was the general subject matter of that investigation?

A.    Electrocutions in Iraq.

Q.    I -- I -- I assume that it didn't involve the federal securities laws in any way?

A.    No.

Q.    Okay.  Have you ever given testimony at a live court hearing?

A.    No.

Q.    Have you ever given testimony at

Page 12

a live arbitration hearing?

A. No.

Q. Are you prepared to appear and testify at any trial in this matter?

A. Yes.

Q. How did you prepare for your deposition today?

A. I've been preparing in that it's like a journey. Right? When you first solicit counsel, from that point forward, you know, you've been the -- the -- the journey or the event. And now, from that point forward, you are participating with counsel and you are actively engaging in the proceedings up to this point.

Q. Did you speak with your counsel to prepare for the deposition today? And it -- just a yes or no question. I don't want to know the content of those communications.

A. Yes.

Q. When did you speak with your

Page 13

counsel?

A.     I've had many communications with them.  Are you talking about when -- the last time --

Q.     Sorry.  Let me -- yeah, let me clarify.  That's a good -- that's a good clarification.

When did you speak with your counsel about your deposition today?  What were the approximate dates?

A.     Well, two days ago I spoke with him and then approximately maybe -- you know, the fact that I was going to have to be disposed [sic] because the mediation didn't work or, you know, had results.  You know, we talked about the fact that I was going to have to likely be disposed.  So there and then one other occasion.

Q.     Who participated in those -- in those conversations?  Just the names.

A.     So it was just myself and Brian Calandra on the occasions.  And then two days

Page 14

ago he had an assistant who didn't -- she was there more of an -- a listening mode.  She -- there was no really converse (sic) between myself and that person.

MR. CALANDRA:  Mr. Gabbert, I'll just caution you not to reveal any communications with counsel, just to keep that in mind going forward.

THE WITNESS:  Okay.

BY MR. ZAGNOLI:

Q.    Yes.  I'm just asking for basic details about the conversations.  You don't need to tell me the content of -- of the communications.

How long was the first conversation that you had with your lawyers about your deposition?

A.    The first one, it was approximately 15 minutes.

Q.    How long was the conversation you -- you said you had two days ago?

A.    About 25, 30 minutes.

Page 15

Q.    Aside from meeting with your attorney -- well, I should -- let me -- let me ask a question first.

Were those conversations by phone?  In person?  By videoconference?  Or by some other medium?

A.    All of those were by phone.

Q.    Aside from meeting with your attorneys, have you discussed today's deposition with anyone else?

A.    No.

Q.    Did you conduct any research or reading on your own to prepare for today's deposition?

A.    Research.  So in the process of, I guess -- you know, it -- responding to your request, the defense's request for all the -- you know, the questions that you asked, I had to go back through several gigabytes' worth of data to get those -- gather the documents that I was able to retrieve.

Q.    Okay.  Other than collecting

documents to produce to the defense, did you perform any research or reading to prepare for today's deposition?

A.    No, not -- not other than, you know, reading the material that was -- as part of the -- the case itself.

Q.    Okay.  Aside from your attorneys, have you discussed this litigation with anyone else?

A.    No.  Well, let me -- let me clarify.  So only to the extent that my good friend, who -- we discussed Novavax every single day.  On or about the 19th of October, after reading the political article, I told him that I was going to participate, you know, or seek legal counsel.  So that's it. So not since that date.  I haven't discussed any of the matters with him.

Q.    Okay.  What is your friend's name?

A.    Todd Thompson.

Q.    Okay.  How long have you known

Mr. Thompson?

A.    So I've known Mr. Thompson since probably 20 -- 2019.

Q.    Okay.  How did you meet Mr. Thompson?

A.    So Mr. Thompson is a vice president for Booz Allen.  We sit right next to each other.  And we both get in to work early every morning.  And we discuss specifically Novavax extant for, you know, over a year every single day.

Q.    Okay.  What was the nature of Mr. Thompson's interest in Novavax?

A.    So we both were interested in the company.  So he has an extensive background.  He was a vice president for Lockheed Martin.  So he's experienced in large scale deployments.  He's worked in Skunk Works, so he knows the things that can go wrong with manufacturing.

He is an -- you know, a -- an investor like myself, so we have that in --

Page 18

in common.  And we were both really endeared to the company and what it could provide -- the solution that it could provide for the world.

And so we knew that it was the -- through our research, it was the most effacious [sic] vaccine that had many attributes to it.  Specifically we talked about, you know, my deployments throughout the world, countries like Africa and others, that -- where Novavax didn't require deep freeze.

And so -- again, both of us were -- you know, had an investment thesis that this was something that could go a long way.  So we talked extensively about the -- its sort of runway with its other options with the NanoFlu vaccine.  So it's that combination.  It wasn't just one thing and done.

So, I mean, that's his interest. It was extensive, like myself.

Page 19

Q.    And I think you -- I think you mentioned that Mr. Thompson also invested in -- in Novavax; is that correct?

A.    That's correct, yes.

Q.    Okay.  You mentioned earlier, too, that you and Mr. Thompson sit next to each other.  Could you explain what the office arrangement is that you were referring to?

A.    Yeah.  It's a -- it's an open -- it's an open bay type thing and we have cubicle.  Well, there's no -- there are no cubicles.  So maybe a desk like your -- the office that's behind you.  So we sit literally right next to each other.

Q.    Do you also work for Booz Allen?

A.    No.  I own my own company.  I'm a -- I'm a sub to Booz Allen.

Q.    Okay.  Just to take a step back for a minute, could you give us a -- a summary of your post-high school education.

A.    Sure.  I graduated from

Page 20

New Mexico State University with a degree in management in 1986.  I have a master's degree in acquisition management from Florida Institute, graduated in 1995.  I have a master's in human resources from Webster University, graduated in 1989.  I have a -- a doctorate in business administration, graduated in 2007.  And I have a -- I'm sorry -- 2005.  And I have another master's degree in strategic studies from the Air War College in 2007.

Q.    Do you hold any professional licenses of any kind?

A.    My professional licenses are more -- so the answer is no.

Q.    What were the professional licenses you had in mind at the beginning of your question [sic]?

A.    So, I mean, it's more of certifications --

Q.    Certifications.  Okay.

A.    So certifications from the --

Page 21

that are recognized throughout the world in -- in contracting, in program management.

Q.    None of those certifications relate to financial planning or investing, I take it?

A.    I -- I would submit that contracting and acquisition management have a lot to do with financial management, but, you know -- you know, not -- you know, not -- not specifically.

Q.    Okay.  Understood.

Have you ever taken any courses concerning financial planning?

A.    Yeah, of course.  In all of my business pursuits and in my participation in the Harvard Advanced Management Program, again, you're taking -- your finance is laced throughout all of that curriculum.

Q.    Okay.  Is -- are there courses on investing included in that curriculum?

A.    Not -- I would say not specifically.  I mean, you learn about

Page 22

different types of shares, bonds and things of that nature, but not one in -- specifically in investing.

Q.    Okay.  Did you -- have you taken any courses on the federal securities laws?

A.    So in the -- not specifically. You learn about that in -- you know, in business law, but, you know, they don't specifically talk about the different U.S. codes and statutes associated with the SEC.

Q.    Okay.  You mentioned earlier that you are a -- currently a subcontractor to -- to Booz Allen.  And I think you may have said that you have your own company; is that correct?

A.    That's right.  I'm the founder and CEO of the Mission Consulting and Services.  It's a veteran -- it's a disabled veteran-owned small business.

Q.    Great.  What does your company do?

A.    So we provide IT and program

Page 23

management skill sets to the client.

Q.      Does your company have any other shareholders or investors besides yourself?

A.      I'm 100 percent owner.  You have to be a -- a predominant owner in order to qualify into the -- the veteran -- disabled veteran-owned business program.

Q.      Okay.  Do you trade securities as part of your job responsibilities with Mission Consulting?

A.      No.

Q.      Has Mission Consulting ever been a plaintiff or defendant in any litigation?

A.      No.

Q.      Before -- before you founded Mission Consulting, where were you employed?

A.      I was employed for 31 years with the United States Army.  I was briefly employed with CSRA as a bid program manager for the Navy contract writing system and then I started my own company.

Q.      That's wonderful.  Thank you for

Page 24

your service.

Are you familiar with Operation Warp Speed?

A.    Absolutely.

Q.    What -- what is your understanding of what Operation Warp Speed is?

A.    So Operation Warp Speed was stood up in order to rapidly combat the virus that our nation was confronted with.  So they were basically brought about to shepherd our nation's response.  And then also specifically, I think, to handle the logistics of disseminating the virus and then, of course, dealing with the different companies that were providing the solution.

Q.    Do you know any government representatives who were or currently are involved in Operation Warp Speed?

A.    So I -- I don't -- I don't know of anybody that's currently participating, no.

Page 25

Q.     Okay.  Do you have a relationship with any government representatives who were involved in contracting with Novavax on behalf of the Department of Defense?

A.     Can you say that again?

Q.     Sure.  I'm -- I'm asking if you had a personal relationship with any government representatives who were involved with contracting with Novavax on behalf of the Department of Defense.

A.     No.  I have no personal relationship, no.

Q.     All right.  Other than the case we are involved in now, have you ever brought a lawsuit -- a securities fraud lawsuit as a plaintiff?

A.     No.

Q.     Okay.  Have you been a party to any other litigation?

A.     No.

Q.     You mentioned that you were deposed once before in a -- what sounded like

Page 26

a military proceeding.  Was it a military proceeding that you were referring to?

A.  Yes.  It was a -- a matter of -- so I was sort of plucked out of the Air War College to become the commander of the Defense Contract Management Agency, Iraq and Afghanistan.  So it was my duties to oversee all contractual matters and to administer the KBR contract in both of those countries.

And so as part of a congressional investigation into the electrocution of Staff Sergeant Maseth -- which KBR was in charge of maintaining the facility to where he was electrocuted in the shower, to which they maintain that building.

So the deposition was from, you know, multiple agencies, but I had only been there, you know, six weeks.  Right?  But they expected me to you know, sort of answer all questions and be all-knowing, you know.

And so that's really -- they were -- the questions were along the lines

of, you know, Congress appropriated the money to your agency; you know, why didn't you hire master electricians to oversee, things of that nature; you know, what did you do with the money.  Of course I wasn't -- not privy. I wasn't part of the agency at that point. So that's the line of -- of questioning.

Q.    Okay.  So you were just a witness in those proceedings?  You weren't a --

A.    That is correct.

Q.    Okay.  What law firm or law firms represent you in this case?

A.    So it's Pomerantz LLC [sic] and Labaton Sucharow is the way I pronounce it. I'm probably mispronouncing it.

Q.    No, I think that was -- that was just exactly right.

Had you -- have you previously engaged with either law firm to represent you before your participation in this case?

A.    No.  Can I -- can I pause for one second?

Page 28

You previously asked a question and I -- I wanted to make sure -- well, you asked if I knew or participated with anybody in the Operation Warp Speed, right?  So I -- you said personal relationship and I just want to make sure that -- you know, I knew of someone that had dealt with someone that operated there, which is General Perna.  Right?  So I knew of him because he was my commander when I was the commanding general of the mission and installation contract and command.  So I knew of him, but he was my boss.

But, again, I'm a one-star.  He's a four-star.  My dealings with him are very little, but I knew of his reputation and I know of him as a logistician, of course.

Q.    Okay.  You weren't involved in Operation Warp Speed --

A.    Actually was not.

MS. REPORTER:  I'm sorry.  You were both at the same time.

THE WITNESS:  No, I was not.
Apologize for that.

BY MR. ZAGNOLI:

Q.    Already -- already breaking my rules, both of us.  So it goes.

MR. ZAGNOLI:  Thank you for the reminder, Madam Court Reporter.  My apologies too.

BY MR. ZAGNOLI:

Q.    All right.  Well, thank you for that clarification, Mr. Gabbert.  I appreciate it.

So we were talking how you had engaged the Pomerantz and -- and Labaton firms to represent you in -- in this litigation.

Did you consider any other firms to represent you in this case?

A.    I would say the answer -- it -- so I guess it's -- it's about the journey. So the answer is not an unequivocal yes or no, in that I -- I -- I solicited their --

Page 30

their help in a reaction to an article.  And then, once I got to know them along the way, I thought that -- you know, and learned more about them, that they were, in fact, the best that I think I could get.  So I stayed with them.

Q.    Okay.  You said you solicited their help.

Did you reach out to these firms in the first instance or did they --

A.    I'm -- I -- I'm sorry.

Yes, I did reach out to Pomerantz LLC.

Q.    How did you come to know of Pomerantz?

A.    It was in reaction to -- as I was stating earlier, I follow every day multiple mediums.  And so it was a response to one of their solicitations that they were pursuing this matter and -- and matters like these.

And so I went on to their website and filled out the form and was contacted

Page 31

the -- the next day from Robert Willoughby.

Q.    Okay.  Are you aware of any other firms that represent plaintiffs in this case?

A.    Not other than the two that we just talked about.  That's it.

Q.    Okay.  Is there someone at the Labaton firm that you view as a -- the lead lawyer on -- on their team?

A.    No, I -- I don't.  So it's sort of like, you know, Brian.  You know, I -- I don't know that he'll be the only one.  There could be Mr. Lieberman that represents us, you know, if it goes to trial.  So I -- I'm not -- you know, I'm not certain.

Q.    Okay.  Are you familiar with the concept of a monitoring agreement?

A.    Monitoring agreement.  No.

Q.    Are you receiving any money or valuable item in exchange for your testimony today?

A.    No.

Q.    Are you receiving any money or

Page 32

other item of value for serving as a lead
plaintiff in this case?

A.     I mean, I guess potentially I
could get whatever comes about as a -- a
judge's ruling or the jury's recommendation
and validation, but it would just be
apportional to whatever shares I had.  It
would be no more than that.

Q.     Yeah.  That's a good
clarification.

Other than any judgment or
settlement in this case, you're not receiving
any other compensation for serving as a lead
plaintiff?

A.     No.

Q.     You mentioned earlier that you
saw a solicitation from -- I -- I -- and I --
I don't remember if you said it was the
Pomerantz firm or the Labaton firm, but you
saw a notice from one of those firms about
their investigation into what -- what became
this case.

Page 33

Do you recall approximately when you saw that notice?

A.    Yeah, on the 19th of October.

Q.    Okay.  When did you reach out to the law firm for the first time?

A.    On the 19th of October.

Q.    Okay.  What do you understand would be your duties if you were appointed as the representative of a class in this case?

A.    My duties are to put the interest of the class first and foremost at all times. And it's my duties to participate -- be an active participant in all matters relating -- you know, all matters relating to this claim and -- you know, that's -- that's the -- the majority of what my duties are.

Q.    Okay.  Approximately how many times have you spoken with your counsel about this litigation?

A.    Verbally or just in all communications?

Q.    Why don't we say -- why don't we

Page 34

say verbally.

A.   About 16 times.

Q.   Okay.  Approximately how many of those communications were in person?

A.   None.

Q.   Okay.  Approximately how many were by videoconference?

A.   None.

Q.   Okay.  So I take it those were over the phone then?

A.   They were.

Q.   Okay.

A.   And some were video -- were on conference, conference calls.

Q.   Okay.  Sure.  Have you met any of the other plaintiffs in this litigation?

A.   I met the -- the other two lead plaintiffs, Nuggehalli Nandkumar and David Truong.

Q.   Okay.  How many times have you met them?

A.   I met them -- let's see.  It was

Page 35

primarily all of us together was one time in January.

Q.    Of this year?

A.    And we may have spoken one other time, where him -- just the two of us. Just -- I would say just that one time.

Q.    You said that was in January. What year was that meeting?

A.    2022.

Q.    Do you recall any conference calls between yourself and Mr. Truong or Mr. Nandkumar?

A.    Yeah, on the 22nd there was a -- that was a conference call.

Q.    Okay.  That was a conference call, okay.

Any other conference calls among -- between you and either of the other plaintiffs?

A.    No.

Q.    Have you reviewed any court filings in this litigation?

A.     Yes.

Q.     Which ones do you recall reviewing?

A.     So several.  So the first, I believe, was when we met to discuss and review the lead plaintiff submission.  Second was the reviewing of the sort of amended claim.  And then we had -- we met to review the judge's sort of response to the claim.

And then we reviewed -- so then just your -- your questions.  That's -- that's the extent I -- I can recall right -- right off top of my head.

Q.     Okay.  When you say your questions, what are you referring to?

A.     So the defense solicited all -- you know, all information, you know, the list of -- it was, you know, maybe 10 or 15 different items that were very extensive -- yeah, to -- that's what I'm referring to.

Q.     Okay.  The discovery requests?

A.     The discovery requests.  That's

the -- that's the right term, yeah.

Q.      Yeah, okay.

MS. REPORTER:  I'd remind everybody one at a time, please.

MR. ZAGNOLI:  Apologies.

BY MR. ZAGNOLI:

Q.      How would you describe the current status of the lawsuit?

A.      Well, I would say that the judge rendered a -- a decision on the defense's request to dismiss and he up -- upheld some matters and dismissed some matters in part. And he asked the parties to, you know, meet to see if he could mediate and, if not, go into discovery.  And if we can't work it out, we'll have to go to a jury trial.

Q.      Okay.  Now, are you aware of any pending motions in this case?

A.      I am not.

Q.      Do you intend to testify at any trial in this litigation?

A.      Yes.

Q.    On what subjects do you expect that you might testify?

A.    Well, all the matters that you have brought before me so far.  And then I think the -- of course, the -- or, you know, the other questions you're going to ask me, which are about the matters of the false statements and misrepresentations made by the defendants.

Q.    Okay.  Any other subjects that you expect you might testify about?

A.    We -- we may discuss some of the trades that are made by the defendants and that would be it.

Q.    You said the trades made by the defendants.

What are you referring to?

A.    I'm referring to -- so along the journey, throughout the class period, the defendants made trades that were very suspicious in nature right before bad news events.  So that may come up.  I don't know.

That would be up to my -- my -- you know, my legal counsel.

Q.    Okay.  What is your understanding of what it means for a case to proceed as a class action?

A.    So it's my understanding that several elements have to be met.  You put forward the motion to the judge.  He takes all matters into consideration, such as, you know, is this the most effective and efficient way; the individuals that were harmed have to have a like damage during the same period of time.  And the judge has to render those two factors and the fact that there would be adequate -- adequate representation from both sides.

Q.    Do you have an understanding of what a class period is?

A.    I do.

Q.    What is your understanding of a class period?

A.    A class period is a period of

Page 40

time to which the plaintiffs are saying that the matters occurred and then when they discovered, you know, that, in fact, something, you know, happened that was out of the norm or within the law and regulation. So it's sort of bound by those two events.

Q.    Okay.  What is your understanding of -- of what the class period is in this case?

A.    Yeah, the class period is the 24th of February through the 29th of October. Might be the -- I'm sorry -- might be the 21st of October.

Q.    So you said that -- you said that the start date of the class period is the 24th of February.  Do you have -- and in what year do you understand that to be?

A.    2021.

Q.    Okay.  Do you have an understanding as to what happened on the 24th of February that makes that date the start date of the class period?

Page 41

A.      Yeah.  So there were ten elements to which the plaintiffs were saying that misstatements/omissions took place.  And that was one of the ones that -- one event that the judge did not bring forward.

Q.      And I think you said the end of the class period in your understanding was on the 21st of October.

Is that also 2021?

A.      Yes.

Q.      Okay.  And what do you understand to have occurred on October 21st 2021 that sets the end of the class period on that date?

A.      Well, I'm not 100 percent certain on that particular event, but I know that on the 19th of October, the printing of the political article is what sort of was the -- sort of the last event, sort of.  So then it may be -- so I -- I'm not -- that's to -- to the extent that I know.  I'm not exact certain on, you know, why it was two days

Page 42

later.

Q.    Who are the members of the proposed class, in your understanding?

A.    The proposed class consists of the Novavax corporation, the CEO, Stanley Erck, and the chief commercialization officer, John Trizzino.

Q.    Are you familiar with the amended complaint that the plaintiffs filed in this action?

A.    Yes.  That's consistent with my previous testimony.

Q.    Okay.  Have you reviewed it before?

A.    Yes, consistent with my previous testimony.

Q.    Did you review the amended complaint before it was filed?

A.    Yes.

Q.    Did you provide any comments on the amended complaint?

A.    So I -- we -- again, on each of

Page 43

these matters -- as Brian can say, every time we -- they sent me something, we had a dialogue about it.  So I don't -- I don't know exactly what my comments were, but --

Q.    That's fine.

A.    -- I didn't sign any of those documents without, you know, a firm understanding of what it contained and, you know, my -- my views on it.

Q.    Okay.  In your understanding, what claims are plaintiffs asserting against the defendants in this lawsuit?

A.    So we're -- the class is asserting that in the first quarter conference call on the 10th of May, Stanley Erck, the CEO, made several false statements and omissions.  Specifically he -- he stated that they were producing material in ten different countries.  He stated that they were producing those -- in those ten countries at scale.  And he stated that they were producing in those ten countries in

Page 44

accordance with good manufacturing processes.

And then later on in the call, he stated that they had cleared all hurdles and, you know, that they were ready to proceed.

And then at the Cantor Fitzgerald health conference on the 29th of September, to which John Trizzino and Glenn participated in, Trizzino was asked a specific question as to what their official position was as it relates to manufacturing and assays.  And he said that they had, in fact, essentially conquered all of those issues and those issues were behind them.

So that's the assertion of the class.

Q.    And are you claiming in this lawsuit that those statements were inaccurate in some way or false and misleading in some way?

A.    Absolutely.

Q.    Okay.  And what is your understanding of why those -- or why are you

Page 45

claiming those statements were -- were false and misleading?

A.     Well, I think it requires context.  It requires context of this was a very tense period where, again, it was a race to -- and very important for Novavax to obtain EUA.  And, in accordance with their contract with the DoD and simply to get EUA from the FDA, they had to be able to produce at scale and they had to conform to current good manufacturing practices.

So that meant that their assays had to be to a certain standard.  And, you know, me specifically, you know, we were -- those things were -- many things were happening in context with, for example, Johnson & Johnson and their contamination of product.

Novavax was -- you know, every day that went by that they didn't obtain EUA was another day that we couldn't get shots in arms.  But it also, of course, affected the

Page 46

stock price, because they had competitors, you know, Moderna, Johnson & Johnson, BioNTech and -- and others, and Pfizer.

So in context -- also, you know, every day in the newsfeeds that -- and publications and on Fox news and others and even, you know, Rand Paul was sort of complex as to -- or perplexed, may I say, as to why Novavax was not applying for EUA.

And so when -- on the 10th of May, I -- I believe it was 10th of May when The Washington Post stated that Novavax was going to slip their EUA submittal yet again. When Stan made those remarks, it was in direct conflict with, you know, what was being said.  Right?  And there were things happening such as the factory in Canada, right, they needed vaccine.  The factory in the UK, where the prime minister goes and visits the -- the -- the factory, right, the EU, the WHO, Unicef, other countries needed that vaccine and they were going into

Page 47

agreements.

So when Stan says that you're producing at scale, you're producing across all ten countries and you are doing it within good manufacturing practices, then the only thing an investor can conclude is that you're stockpiling all of these vaccines.  And so then you start to wonder, well, what's the shelf life of those -- of that vaccine.

And -- of course, if you're going to then delay, things don't make sense and you're going to -- it's going to affect the stock price.

Q.    Okay.  Are you familiar with the concept of a confidential witness?

A.    I am.

Q.    Okay.  What is your understanding of -- of a confidential -- of the concept of a confidential witness?

A.    A confidential witness is someone who is going to make statements -- for example, in this case, confidential witnesses

in the Texas factory and the North Carolina factory who are going to make statements on the record and they are willing then, if need be, to -- to testify, but at that point -- particular point in time, they don't -- would not like their name to be known for personal reasons.

Q.    Do you know the names of any of the confidential witnesses described in the complaint in this case?

A.    No.

Q.    Do you know what -- so I think you mentioned that those -- some of those confidential witnesses worked at the Texas and North Carolina facilities.

Do you know what roles those confidential witnesses held at those facilities?

A.    Yes.  Well, mostly in the area of -- they mostly worked in the area of quality and then on the -- on the production line.

Page 49

Q.    Okay.  Have you personally spoken to any of the confidential witnesses referenced in the complaint?

A.    No.

Q.    Did you personally do anything to investigate the accuracy of the statements made by those confidential witnesses before the amended complaint was filed?

A.    I would -- I would state that their statements were consistent with several different data points throughout the medium that I -- that I read.  So, you know -- and -- and that was on the news.  So, for example, the shortages of some -- of some supplies.

Q.    Okay.  So you referenced the shortages of some supplies.

What supplies do you have in mind?

A.    So initially -- so let me clarify.  Can you clarify your question of --

Q.    Sure.

Page 50

A.    Let me -- let me -- so are you talking about specifically from what the -- you know, in concert with the -- with the witnesses or just shortage of supplies across the -- the class period?

Q.    Well, you -- you had said that -- you had said that confidential witnesses in this case had made statements that were consistent with things you had read yourself. And you offered as an example the shortages of supplies.

I'm just wondering what supply shortages you're thinking of with that example.

A.    Yeah.  So, you know, outside of that, the reason I caveated the question was because, you know, initially there was a concern that they wouldn't be able to get enough of the -- of the bark from the trees and things of that nature.  But inside of this question you're asking specifically, it comes down to filters, bags, blades and --

Page 51

yeah, filters, bags, blades and certain hoses.

Q.    Okay.  When did you first read about those supply shortages?

A.    So I -- I would say, again, it -- it was -- like I say, it connected a lot of the dots.  I can't remember a specific date, but, you know, the -- the -- the bags and the -- the filters were, you know, common in the news -- in the newsfeeds that I read which, you know, consisted of, you know, Barron's, Seeking Alpha, Koyfin, TheStreet, Politico, The Washington Post and just -- you know, again, I belong to several community chat boards that -- you know, so when you bring all of the collective together, there's several links in each one of those that take you different places.

And, again, I was part of this every single day, consuming information, so I don't know the specific date.

Q.    Okay.  But the -- the news

sources that you listed all provided coverage

of the supply shortages, to your

recollection?

A.      Well, they talked -- yeah --

MR. CALANDRA:  Object to the

form --

THE WITNESS:  So the answer

is --

MR. CALANDRA:  Objection.

Mr. -- Mr. Gabbert, I'm sorry.

I'll object to the form of that

question.

But, please, go ahead.

THE WITNESS:  Yeah.  So I would

say the answer to that is they said,

again, supply shortages.  They didn't

speak specifically to blades, right,

or to a particular item.  So, again,

contextually, when you -- it comes

back to the class' assertion that all

of our communique from the investors'

page and other forums, Novavax was

Page 53

saying they're on -- they're on track.

So you can only -- you don't take every word in the -- you know, in the open media as source.

BY MR. ZAGNOLI:

Q.    Okay.  Do you know whether any of the confidential witnesses were compensated for the information that they provided to you or your counsel?

A.    No.

Q.    You don't know whether they were compensated or they were not compensated?

A.    I don't know.  I do not know.

Q.    Do you know whether any of the confidential witnesses are being represented by counsel?

A.    No.

Q.    You don't know either way?

A.    I don't know them, so I ...

Q.    That's fine.

Are you familiar with a gentleman named Chad Kauffman?

Page 54

A.     No.

MR. ZAGNOLI:  So we've been going about an hour.  Would folks like to take a -- a quick break, ten minutes maybe --

MS. REPORTER:  Thank you.

MR. ZAGNOLI:  -- or should we --

VIDEO OPERATOR:  The time is 10 -- the time is 10:02 a.m. Eastern. We are now going off the record.

(Thereupon, a brief recess was taken.)

VIDEO OPERATOR:  This is the beginning of Media Unit Number 2 in the video-recorded deposition of Mr. Jeffrey Gabbert.

The time is 10:14 a.m. Eastern. We are now back on the record.

Counsel, you may proceed.

MR. ZAGNOLI:  Thank you.

///

Page 55

BY MR. ZAGNOLI:

Q.    Mr. Gabbert, before the break I had asked you a question about whether you had taken any steps to investigate the -- the statements made by the confidential witnesses in this case.  And you said you had -- you had noted that their statements were consistent with things you had read.

Do you recall that exchange?

A.    (No audible response.)

Q.    Okay.

MS. REPORTER:  Was there an answer, because I didn't hear it.

MR. CALANDRA:  Mr. Gabbert, are you on mute?

MR. ZAGNOLI:  He is not, no.

MR. CALANDRA:  Hmm.

There we go.

MR. ZAGNOLI:  There we go.

MS. REPORTER:  And the answer, please?

THE WITNESS:  No.

Page 56

BY MR. ZAGNOLI:

Q.      So you -- you don't recall that exchange that we had?

A.      Well, so why -- why don't you repeat the question so I'm --

Q.      Sure.  Sure.  No problem.

Before the break I had asked you a question about whether you had taken any steps to investigate the statements made by the confidential witnesses in this case.

You had said that -- you -- well, you had noted for us that you had observed that the confidential witnesses' statements were consistent with things you had read about Novavax.

Do you recall that exchange between -- between us?

A.      Yes, I do.

Q.      Okay.  Did you take any other steps to investigate what the confidential -- the confidential witnesses' statements?

A.      No.

Page 57

Q.      Okay.  What is your general understanding of the nature of Novavax's business?

A.      Novavax is a biotechnological company, basically headquartered out of Gaithersburg, Maryland, which is just north of me.

They early on attempted to provide vaccines for HIV, SARS and other viruses that -- around the time of -- so then they weren't successful in some of those, but they still, like we said, had a -- had a -- some pipeline, like malaria, for example.

And -- but they were running out of money, so they had to sell off their manufacturing facilities.  And then when the pandemic hit, it offered them an opportunity to leverage their solution towards this particular virus.

And then so they were given a -- sort of a lifeline from the Federal Government in the tune of -- I want to say it

Page 58

was $60 million initially for 10 million doses. And then a part of Operation Warp Speed that we spoke about, they were given 1.6 billion for another 100 million doses.

So that's sort of a -- Novavax in a nutshell. But, again, they -- when they sold their facility off -- I mean, their -- yeah, their manufacturing facilities off -- they, again, were a small company and then they had to, in response to this, scale.

Q.    Okay. So it's your understanding that Novavax had sold its manufacturing facilities and then had to open back up in response to the pandemic?

A.    That's correct.

Q.    Okay. Have you ever communicated with any current or former Novavax employees?

A.    I applied for a job there during this class period. That's how much I believed in the company and the cause that -- you know, where they're at.

As I provided in my testimony,

I -- you know, I've traveled to Africa and several other countries within and I knew that their low-cost product and their ability to reach some of those outer areas, you know, would provide great benefit to our -- to our world.

Q.    Okay.  When did you apply for a job at Novavax?

A.    So I can't -- I -- I -- as part of my searching for the material within your discovery, I can't recall the great -- the exact date.  Right?  It's -- but I -- it was through Indeed, and they would have my application.  Right?  So I -- I would have to rely on you for that.

Q.    Okay.  Do you recall what role you applied for?

A.    Yeah, it was in the area of, believe it or not, quality.  As my time in the military as both a product manager -- as you see behind me, I was the first product manager for the Predator class unmanned

Page 60

aerial vehicle, so -- I was also on the Apache program, so I visited factories all the time, understanding, you know, what it takes to -- to make a product.

And then I spent my time in the Defense Contract Management Agency. You know, we do QASP, quality assurance surveillance plans, all the time.

And in my current program, you know, in project management we deal with risk -- risk matrix, how do you mitigate risk, how do you put things in. So that was my background.

And then my background in contracting, I ran -- I was the commander for all Army installation contracts in the continental United States. So I oversaw, you know, 1700 contracting officers. So I thought with that skill set -- you know, and I have experience overseas doing foreign military sales. So, you know, if they were having issues or things of that nature, I can

Page 61

assimilate.

My father was also in the military, so, you know, I've been a part of different cultures and can deal with, like I said, the Iraqis, the Afghanistan -- Afghanis.  So I believe that, you know, if they had things in Czechoslovakia or other places, Korea, Japan or the like, I could be of assistance to them.

Q.    Did you ever sit for an interview in connection with that application?

A.    No.  I was never -- I was never called on.

Q.    Okay.  Did you receive any response to the application?

A.    No.

Q.    Okay.  Other than this job application that you mentioned, have you communicated with any Novavax employees, current or former?

A.    No.

Q.    Have you ever communicated with

Page 62

any of the defendants in this case, other than the job application you submitted to Novavax?

A.    Two-way communication, no.

Q.    Okay.  What -- are there one-way communications that you recall?

A.    Just, you know, hear -- you know, seeing them on TV, the investor calls at the conference, things of that nature.

Q.    Okay.  How did you first become aware of Novavax?

A.    Yeah.  So I first became aware of Novavax by watching a YouTube video on up-and-coming biomedical companies.

Q.    Do you recall when you watched that video?

A.    I -- I -- I -- believe it was -- it was in the early 2020 time frame.

Q.    Okay.  Why did you decide to invest in Novavax?

A.    Again, it was in response to that.  But, again, the overall investment

thesis, again, was built around, as I stated previously, the fact that -- you know, the results of their trials in Australia and then all of the reports that I read, both peer-reviewed reports and others, that talked about the efficacy of this.  And it was a non -- only other non-mNRA [sic] solutions or gave people a second choice.

And then, again, as I stated, the fact that you didn't have the logistics of it where you didn't have to deep freeze it, because that's very challenging in some of these third-world countries, as far as the distribution.  And then, when you couple that with the fact that they had the NanoFlu to go with that, it extended that life.

And so my thesis was that, you know, we would be getting these, like we get flu shots, every year, so why not have a combination.  And even the efficacy of -- when you read the reports of others that have tried the -- the -- the NanoFlu solution,

Page 64

they don't match to Novavax.

Q.    Okay.  Would it be fair to say that the foreign market for Novavax's COVID vaccine candidate was an important part of your investment thesis for the Novavax stock?

MR. CALANDRA:  Object to form.

But go ahead, Mr. Gabbert.

THE WITNESS:  Can you repeat the question?

BY MR. ZAGNOLI:

Q.    Yeah.  Maybe I can ask it a little bit differently too.

It's -- you've referred a few times to -- in describing your investment thesis for Novavax stock -- to the prospect of the vaccine making a big impact in -- in foreign countries, particularly third-world countries, I think you said.

I'm asking -- it -- it sounds to me like the foreign markets for Novavax's vaccine were an important part of your investment thesis for the stock.  And I'm

Page 65

asking if you would agree with that statement.

MR. CALANDRA:  And same objection.

But go ahead, Mr. Gabbert.

THE WITNESS:  Yeah, I -- I would say that the investment thesis is built upon a layered approach. Right?  So Novavax first had to honor its obligations in the United States in accordance with the two contracts that they signed.

So that's why EUA -- and -- and, of course, the United States is -- and the FDA is regarded around the world as the premier standard.  So the investment thesis falls apart if you don't get EUA in the -- in the United States.

So I would say that, you know, it's a building block to which, you know, that's lower on the tier.

Page 66

BY MR. ZAGNOLI:

Q.   When you say that's lower on the tier, what is lower on the tier in your mind?

A.   The foreign market.

Q.   Okay.  Lower on the -- on the tier than what, other --

A.   First and foremount [sic], the -- the foundation to which the investment thesis is built is on gaining EUA in the United States.

Q.   Okay.  Okay.  When did you first trade in Novavax stock?

A.   I don't know the exact date, but, again, it would be around the time that I previously testified, around 2020, after watching -- after watching that -- the video and doing some cursory, you know, study.

Q.   Other than Mr. Thompson, who you referred to earlier, have you discussed your decision to invest in Novavax stock with anyone?

A.   I chuckle because Novavax

consumed my life.  You know, it really did.  I was such a -- a believer in the Novavax.  So, you know, I worked 14 hour days.  And, you know, I'm -- like I said, an owner of a small business.  I worked full time on site.  Then I, in my spare time, every night do this kind of study.

My daughters -- both my daughters are invested in Novavax.  You know, of course my conversations with Todd Thompson would -- you know, people around us would -- would hear us talking about the stock.

So, you know, you know, directly, again, it -- it was just -- it was -- so it was part of me.  So I -- you know, how many people I talked about the Novavax stock is -- you know, and then, you know, applying for the job there, right?  I -- I would have lost a -- a significant amount of money to go if I was to have been selected.  And I would have had to move to Gaithersburg, as, you know, pretty much, you know, up the street, so ...

Page 68

Q.     Do you still hold Novavax stock to --

A.     I do not.

Q.     When did you sell your last shares of Novavax stock?

A.     I believe it was at the end of -- somewhere in the end of 2021, somewhere around that -- that time period.  I don't know the exact date.

Q.     Okay.  Do --

A.     I'm sorry -- yeah.  Yeah, that's right.  That's correct.

Q.     Okay.  Do you recall whether it was before or after October of 2021?

A.     It was after.

Q.     Okay.  Did you buy any Novavax stock after October of 2021?

A.     Yes, I believe so.

Q.     Okay.  Do you recall approximately how much?

A.     It would have been in -- in small, you know -- well, you know, everything

Page 69

is relative, right?  So it would have been probably in my -- in 1,000 shares.  I don't know the exact -- the exact number.

Q.    Okay.  Do you recall why you bought those shares after October of 2021?

A.    Yeah.  So as I've testified, you know, my -- I -- I was overextended in the stock as it -- in proportion to my portfolio. So the fact that the -- the larger community was coming to the realization that Novavax was continuing to move their EUA application further and further out and then the Politico article.

So, you know, part of it is that, you know, I was -- I was emotionally invested.  I had suffered, you know, a considerable hit and -- a considerable loss is probably the right way to say.

And so it's a -- it -- it's a mixture of still being in denial and believing in the company that, you know, you sort of put yourself behind.  And, you know,

trying to -- trying to recover, you know.
And -- and that's when you -- you know, you
don't just fall off that tree.  It -- it
takes, you know, a psychological, I think,
process, you know, sort of like grieving.
You have to go through the process until you
get there.

So that -- that would be my
response.

Q.    You mentioned your portfolio
earlier and said Novavax was taking up a -- a
big portion of it.

Did you invest in other stocks
during 2021?

A.    Yes.

Q.    Okay.  Did you invest in any
other healthcare stocks?

A.    Yes.

Q.    Okay.  Do you -- could you give
us a few examples of the stocks you remember
investing in that are healthcare company
stocks you remember investing in, in 2021?

Page 71

A.      Yeah, Anavex Life Sciences.

Q.      And during 2020 and 2021, did you trade in the stocks of any other companies developing COVID vaccines?

A.      So I -- I believe that initially I also had stock in Astrazenetech [sic] because I was participating in their trial as part of the military initiative.

Q.      Okay.  Do you recall the time period over which you held AstraZeneca stock?

A.      It -- it was just a very short time.  It was not -- you know, maybe a couple of weeks.  It wasn't -- again, it was based upon my further and further understanding of the Novavax offering that led me to believe that they were a superior offering.

Q.      Okay.  Did you trade in any other COVID vaccine developer's stock?

A.      Not -- not to my recollection.

Q.      Okay.  You mentioned earlier that you had -- you had heard some one-way communications from Novavax to you.

Page 72

Did those include -- did you ever listen to any earnings calls from Novavax?

A.    Yeah, I listened to the earnings call.  I voted my shares.  You know, I listened to the -- you know, the annual meeting.

So the answer is yes.

Q.    Okay.  Which earnings calls do you recall listening to?

A.    So this is where, you know, it does get -- all the things run together, again, because of my -- my schedule.

I -- I -- I consume my media from, like I said, multiple sources, to include going on their -- the Novavax investor page, downloading the transcripts from different sites, such as Koyfin and others, Seeking Alpha and others.  And, like I said, I participated in those chat rooms.

So I -- I got my medium and listened to every call, either by personally listening to them or when I -- like I said, I

Page 73

could -- or through the transcripts.

Q.     Do -- do you recall listening or reading a transcript of Novavax's earnings call from May 10th 2021?

A.     Yeah.  Again, I -- I cannot say definitively.  Rather, I received the communication through the reading of the transcript or participating in the call.  You know, as -- as hard as I try to remember, the only way I could get definitive on that is to, you know, one, get a listing of those that -- you know, when you go onto the call, you say, you know, who you are, things of that nature.

But, you know, within my records I have copies of the -- the written transcripts, so I -- you know, of all of them.  So I -- I don't -- I don't know exactly how I consumed the information.

Q.     Do you recall reading that transcript or --

A.     I --

Page 74

Q.    -- you do have a general recollection -- I'm sorry.  Go ahead.

A.    I have read it.

I'm sorry for speaking over you. But, yes, I have read it.

Q.    Okay.  When did you first read that transcript, to your recollection?

A.    Well, again, I -- I -- when I -- again, I can't recall the -- the exact date.

Q.    Okay.  Have you ever read analyst reports about Novavax's stock?

A.    Well, so you -- when you are on the investor calls, you know, the analysts speak all the time.  Right?  So whether it be Matiana or Duncan, there are certain analysts that, you know, follow it all the time, either from Cantor or B. Riley or whatever. They -- they're the same sort of analysts.

And then you read as part of -- as part of TD Ameritrade on the upper left-hand quadrant, you know, you get the analyst remarks of grade or downgrade of

Page 75

the -- of the -- of the stock based upon -- you know, and then after every earnings, they talk about, you know, do they meet or beat expectations and they give synopsis and things of that nature there as well.

Q.    Okay.  Do you recall any specific analysts whose reports you read more than others?

A.    Like -- no, I -- again, it's -- that's not something that -- you know, a retail investor that you -- you know, paying particular attention to the analysts themselves.  It's -- but I do recognize, you know, of course those -- the familiar names from the -- the analysts who are -- come up repetitively throughout the -- the conversations, you know, and they're the ones that -- you know, when no one else is on the call, they're always there, you know.

Q.    Sure.  I believe you mentioned the Cantor Fitzgerald Global Healthcare conference earlier.

Page 76

Are you familiar with that conference?

A.    Yes, I am.

Q.    Okay.  Have you ever -- have you ever attended that conference?

A.    No.  I never attended those conferences.  But the reason that you -- so I guess I'll stop there.  Yes.

Q.    You referred earlier to a statement Mr. Trizzino made at -- at -- at one of the Cantor Fitzgerald Global Healthcare conferences.

Do you recall that testimony?

A.    I do.

Q.    Okay.  When did you first see or read or hear that statement by Mr. Trizzino?

A.    So there, too -- see, again, I'd -- I have to go back to my previous testimony and state that, look, you live this.  Right?  So every day you're in the chat room.  You're understanding when the next event is that is going to happen when

some news is going to come out.

So you are either going to either participate in the -- the conference or you're going to read the transcript. That's the medium to which -- again, so -- but I know your next question is going to be did you listen or read. And I -- I -- I just -- I can't -- I can't recall. I'd have to go and do some sort of, you know, hypnosis or something to figure out where the medium is that I consumed the -- the information.

But I can say emphatically that I either attended or I read the transcript sort of right after and during that time period of the event.

Q. Okay. Understood. Thank you.

Could you describe your overall investment strategy for publicly traded stocks.

A. I would say that it is -- it's a -- you know, it's a hybrid. Right? So it's -- some stocks I hold that I believe

Page 78

dearly in over a long time.  And there are others that I hold for a short period of time.

Q.    What are some of the reasons you might hold a stock for a short period of time?

A.    Some of the reasons you'll hold for a short period of time, so one is you'll -- you'll enter each trade with a -- sort of a thesis or a premise.  And you will -- you know, it -- it's -- you know, basically is that premise that you put forward, holding true or not.  And that dictates -- you know, there gets to a point where the risk doesn't -- you know, doesn't -- doesn't -- is not -- is not proving to the way you thought it would go and you have to -- you know, you have to go a different direction, live another day.

Q.    Okay.  Do you -- so would you consider your Novavax investment to be one of your longer term investments or one of your

Page 79

shorter term investments?

A.    So I would say that my overarching premise was, of course, as I've testified, to be a long-term strategy, right, based upon all the factors to which I've testified.

Q.    Okay.  What do you consider, then, to be a short period of time for an investment?

A.    Well, a short-term period of time is, you know, a day -- you know, as a day trader is, you know, a day.

Q.    Okay.  What information sources do you typically consult when making trading decisions about public stocks?  I think you've reviewed to a few over the course of our discussion so far, but are there some that you refer to more than others?

A.    Yeah.  So I also am a lifetime subscriber to Zacks, so I consume Zacks.  I consume -- let's see.  There's so many.  So Wall Street Journal.  You -- let's see --

Page 80

every day.  So Yahoo! Finance, you know, comes up all the time.  TD Ameritrade livestream news.  Let's see.  Bloomberg.  You listen to the Morning Report.  You know, on the weekends you listen to Larry -- you know, Larry Summers and his outlook on the economy.

You read Barron's.  You read -- you know, again, Seeking Alpha, Reuters -- what else -- like I said, in different sites, like Koyfin and others that have things posted.  Let's see.

That's -- that's what comes to -- to mind, but I'm sure there are -- again, because I think you get all different types of information.  And it's not that you believe half the things on the chat board, but you -- people are a collector.  Right?

So you use that as a -- a way, whether it be through the Yahoo! chat board or InvestorNet chat board, you -- you look at those and you follow the links and you look at the veracity of what's being said.  And

then, you know, some people are just -- it's just, like I said, just noise.  And -- but it's all-consuming.  It -- it ...

Q.    You ever consult Reddit as a source of information?

A.    Yeah -- yeah, I've been on Reddit.  I've posted on Reddit.

Q.    Did you ever post on Reddit about Novavax?

A.    I have, yes.

Q.    Okay.  Did you have a -- a user name or avatar that you used on Reddit?

A.    No.  I only posted one -- one thing on there, but -- so, yeah, I mean, it's -- it's there.  It's under the Novavax stream.  But, yeah, it was a -- a positive affirmation on -- about Novavax.

Q.    Do you recall the -- what you said in that post?

A.    No, I'd have to -- I'd have to go back.  Like I said, it was only a -- it was only one time.  But, yeah, there are

Page 82

Reddit -- you know, it's just one of many chat boards, sort of, that I've been talking about.

Q.    Do you have an -- an investment advisor?  Easy for me to say.

A.    The answer is not -- I do not pay anybody.  I don't have a formal investor advisor, no.

Q.    Okay.  Other than the news and media sources that you were just discussing and your discussions with Mr. Thompson, do you seek investment advice from any other sources?

MR. CALANDRA:  I'll object to that.

But go ahead, Mr. Gabbert.

THE WITNESS:  No.

BY MR. ZAGNOLI:

Q.    Do you use any type of model or algorithm in your trading decisions?

MR. CALANDRA:  Objection.

But go ahead, Mr. Gabbert.

Page 83

THE WITNESS:  No, but I wish I had one like those big market makers, man.

BY MR. ZAGNOLI:

Q.     Are you familiar with the concept of short selling in the context of stock trading?

A.     Yes.

Q.     Okay.  What is your understanding of the concept of short selling?

A.     So short selling is -- so either you make -- you either take one or -- of two sides on a trade.  You either believe the stock is going to go up or you believe that the stock is going to go down.

So if you're going to short sell something, you borrow shares at a -- the highest price you can and then you try to sell it at the lowest price you can and the difference of -- when you basically replace those shares, you either gain or you lose.

Q.     Did you engage in any short

selling for any of the stocks you traded during 2021?

A.    I don't know if it's in this -- if I've ever short sold in -- during this class period, but -- and it's to my recollection I never short sold Novavax and -- but -- so the answer is yeah, I have short sold, before but I don't know any specifics about any one stock.

Q.    But you didn't short sell any Novavax stock?

A.    Not to my recollection, no.

Q.    Okay.  Do you know what trading on the margin refers to in the context of selling public stocks?

A.    Yes.

Q.    Okay.  Have you traded stock on the margin before?

A.    Yes.

Q.    Okay.  Did you ever trade Novavax stock on the margin?

A.    So -- so the reason I'm

hesitating is that, you know, when you have your portfolio, you're -- you're -- you're investing in -- you know, you see the -- the margin number that you have there, but -- you know, it -- it could have -- the margin would be a -- you know, could have been applied to this trade or one of your other trades.

So I don't know, you know, specifically, but I would venture to say that if I had to say yes or no, I would say yes.

Q.   Okay.  So you think you did trade Novavax stock on the margin?

A.   Yeah.  So I -- again, I would have to clarify that -- that comment with, you know, I -- you know, I guess I -- again, I would have to clarify with -- you know, I didn't have a lot of money.  Right?  And then through my trading I was able to gain an appreciable amount, to which, you know, I lost.

But the answer to your question is that the -- the -- the sum with that and

Page 86

my other trades I can't say definitively; rather, I -- those particular trades were on the margin because, again, I held them as part of that, you know, total dollar amount. So I -- I -- I don't know.  But --

Q.    Okay.  Okay.  Mr. Gabbert, we'd like to show you a document at this point. Were you able to access the court reporter's document sharing system?

A.    I don't -- I don't -- I don't know.  I mean, she'd have to show it to see.

Q.    Okay.

MR. ZAGNOLI:  I don't know. Brian, should we use E-mail again? What do you think's going to be easier here?

MR. CALANDRA:  I think we should use E-mail.

MR. ZAGNOLI:  Okay.

MR. CALANDRA:  I think it will -- it will just take some time to drag it --

Page 87

MR. ZAGNOLI:  Yeah.

MR. CALANDRA:  -- and set up.

MR. ZAGNOLI:  Sure.  Sure.

Okay.  Eileen, why don't you publish the -- Tab 14 to the exhibit share.  And then could you E-mail that around to the witness and Brian and others?

MS. FALK:  Yeah.

MR. ZAGNOLI:  Thank you.

MS. REPORTER:  The court reporter too, please.

MS. FALK:  For those who have the exhibit share, the document has been introduced there.  I can also E-mail it.

MR. CALANDRA:  And I can actually see it in the exhibit share.

So, Eileen, if you -- if you -- if it's harder -- if it's easier for you not to send it to me, you can not send it to me.

MS. FALK:  I believe there's also a view-only link to the exhibit share that I sent last night, but I will send this exhibit around as well to counsel and the witness.

BY MR. ZAGNOLI:

Q.    Mr. Gabbert, just let us know when you receive the E-mail from Eileen Falk, my colleague.

MR. ZAGNOLI:  Brian, should -- maybe we should take a five-minute break just to get the -- the E-mail set up here and let everybody stretch their legs so we're not just waiting.

MS. FALK:  The E-mail has been sent, so it should be --

MR. ZAGNOLI:  Oh, okay.  Okay.

THE WITNESS:  Is there any way for me to get the document used so you don't have to do all those E-mails?

MR. CALANDRA:  I had to register this morning, Mr. Gabbert, so

Page 89

it's not -- I know you work in technology, but it's not 100 percent intuitive.  It's probably easier if you get the E-mail.

THE WITNESS:  I -- okay.  I have the -- I have the document.  I received --

BY MR. ZAGNOLI:

Q.    Okay.  Great.

A.    -- it, so we know we can get there.

Q.    Okay.  Great.

MS. FALK:  There is a view-only link that I shared yesterday evening with your counsel and we can go over that, perhaps, during the -- the break.

MR. ZAGNOLI:  Okay.

Thanks, Eileen.

BY MR. ZAGNOLI:

Q.    Mr. Gabbert, do you have this document opened?

Page 90

A.    I do.

Q.    Okay.

MR. ZAGNOLI:  So this will be Exhibit 1.  This is a document that was produced to us and bears the Bates stamp NOVAVAX_GABBERT_00000648.

(Exhibit 0001 was marked for identification.)

BY MR. ZAGNOLI:

Q.    Mr. Gabbert, is this your Ameritrade account history for 2021?

A.    Yes.

Q.    Okay.  We'll see some redactions in the documents today.  We'll reserve any objections to those for now.

Do you have any brokerage accounts other than your TD Ameritrade account?

A.    Brokerage accounts.  Only for 401(k) and -- and mutual funds.

Q.    Did you hold any Novavax shares in your 401(k)?

Page 91

A.    No.

Q.    Who created this account history in your understanding?

A.    I -- I -- I created it.

Q.    Okay.

A.    I -- I didn't create it.  I downloaded it from TD Ameritrade.

Q.    Okay.  Would this statement, if it were unredacted, reflect any trades in stocks other than Novavax?

A.    Oh, I'm -- yes, I'm sure it would.

Q.    Okay.  So this statement is not just for Novavax trades?  It would include other trades as well?

A.    No.  This is only for Novavax.

Q.    Okay.  Do you have any reason to think that this account history statement is inaccurate in any way?

A.    No.

Q.    If I wanted to see your -- understand your Novavax trading history for

Page 92

2021, would you tell me that I could review this document and trust its contents to gain that understanding?

A.    Yes.

Q.    Okay.  All right.  If you would turn with me to -- I think it's page 12 of the statement.  Let me know when you've arrived at that page.

A.    Yeah, I'm there.

Q.    Okay.  So there are a number of sales listed near the bottom of the page for May 10th.  Several of them are in amounts ranging from 10 to a little under 1,000 shares.  And then one of them is for 4,639 shares.

Did you place multiple sale orders for Novavax stock on May 10th?

A.    According to this document, yes.

Q.    Okay.  Do you typically trade or did you typically trade Novavax stock multiple times in a day?

A.    So, one, I would clarify that

these are not -- I don't believe that these are individual trades.  When you enter a trade into the system at a certain price, it's when -- so let's just say hypothetically you put in 1,000 shares.  It's -- if someone the -- on the opposite side doesn't -- it's not a -- an offer for 1,000, it's only, like in this case, 211 of the 1,000.  That's why it's in these increments.  I'm not sitting there microsecond by microsecond making these -- making these trades.

So I would say typically, again, my -- the answer is typically my investment thesis, it was that I was going to hold this for a long period of time.  But it because I was overextended in -- you know, to the -- I had -- again, you have to understand the state of mind and that this is a lot of money, man, to a guy doesn't have any money.

So it -- it -- and, again, it's relative.  I understand that people might not be able to totally understand what -- where

Page 94

I'm coming from here, but, you know, it's a matter of -- of -- of risk management. Right? And when certain things come out and the stock price is going down, that's significantly based on, you know, information that it -- it causes a -- a reaction.

Q.   Okay. Understood. So these line items likely just reflect the extent to which there were matching purchase orders out there for your sale order. It wasn't that you were placing six or seven separate sale orders. It was just that TD Ameritrade was looking for buyers for the sales of stocks that you were asking to sell?

A.   Yeah, that's my understanding. That's correct.

Q.   Okay. Understood. Yeah, makes sense.

Do you recall why you sold 6,000 shares on May 10th 2021?

A.   Again, I -- I can't put myself in that exact moment, but I can surmise it's

Page 95

because of the fact that The Washington Post article came out stating that the EUA was going to be shifted and the stock price dropped. And it was because of that drop that I sold.

Q. Okay.

MS. REPORTER: I'm sorry. I what?

THE WITNESS: I sold.

MS. REPORTER: Sold.

THE WITNESS: I would make that -- I would make that trade. But it -- it -- again, they could have -- I would have to have the time. Right? I don't know what time this particularly was. So I don't -- I'm not -- you know, I can't say unequivocally that that's the reason.

BY MR. ZAGNOLI:

Q. Okay. Do you recall why you would have bought 1,000 shares on May 10th 2021?

Page 96

A.      Well, I could have bought it because I believed what Stan said, in that they had produced it in 10 factories at current good manufacturing processes.  That could have been the reason.

But, again, I don't --

Q.      You don't --

A.      -- you're asking -- you're asking for a state of -- a -- a -- exact state of mind for, you know, two year -- two years ago or -- so --

Q.      So you don't recall specifically why you bought the shares on that day?

A.      I do not.

Q.      Do you commonly both buy and sell shares of a particular stock on the same day?

A.      I would say it's not -- not typical, no.

Q.      Did you buy and sell shares on the same day for Novavax commonly?

A.      Again, it wasn't consistent with my thesis, but there probably were times that

Page 97

I did.  Again, it's based upon, you know, information that I was maybe consuming during that thing, which would have influenced that buy or sell.

Q.   Okay.  Do you recall seeing any particular news item or other information about Novavax on -- on May 10th 2021?

A.   Yeah.  Again, it was the -- The Washington Post article saying that they believed that the EUA would be shifted to the following quarter, July at the earliest.

Q.   Okay.  Any other information you remember seeing on May 10th --

A.   No.  No, not -- no.

But, again, the feed would have been constant during that day.  You know, Seeking Alpha would have more than likely published something, what they believed their earnings to be.  So, again, I get to work at -- I'm sitting at my desk at 6:00 a.m., so I'm looking at all the -- the premarket information there and on TD Ameritrade.

Page 98

So, again, all that stuff, that feed, comes from multiple sources.  So it's hard to pinpoint exactly what -- what you heard it in here.

Q.    Okay.  Were there particular times of day that you typically reviewed information sources to -- to decide what your trading would look like for that day?

A.    So specific to Novavax, no. Again, this -- this whole thing sort of consumed -- consumed my life.  Right?  So I was, you know, predominantly focused on the -- on this trade at large.  And so, yeah, that would be -- again, it's in -- in stages throughout the day when I can -- when I have time.

In the mornings -- so on the way to work -- I live in Lorton, Virginia and it's a commute from here to my office across from the White House.  So there I listen to Bloomberg every morning.  So you're getting information from that source on the way to

work.

When you sit at your desk, you know, from 6:00 to, you know, maybe 8:30, myself and Todd are pretty much the only people in the office.  And so you're consuming the information there as well, as well as preparing for the workday and responding to people who are going to come in, because my job there was to represent the -- the director.  So he would have calls from, you know, the White House on our program or something that he had to respond to.  So I would have to prep that so when he got in at 8:30, he would have material.

Q.    Okay.  Why don't we turn to page 11 now of this document.  If you look with me right in the middle of the page there, there's a set of -- a set of transactions on June 15th and 16th 2021.

Do you see those transactions?

A.    Yes.

Q.    Okay.  So on June 15th it looks

Page 100

like there are four purchases listed here, this time in amounts 1,000, 2,000, 1,000, 1,000.  And there are two sale transactions for a total of 5,000 shares.

Do you recall why you sold 5,000 shares this day and bought 5,000 shares?

A.    Yeah.  So, again, consistent with my previous statements, I don't know exactly what is in my mind.  But when I look at the dates, I know that that's around the time of the annual meeting.  So it could have been information that came about there.  And there -- you know, there are times when, you know, I held 12,000 shares.

So that's -- you know, what this -- this is not necessarily, you know, one way or another.  It's just -- again, it's about a -- the state of mind to which I told you.  Right?  I was very fortunate.  I did accumulate this money, but it was money my family had never seen before.  And so, you know, it -- all that came into play with

doing due diligence every day and being able to show them that, you know, I have five degrees and I did -- have done my homework and that this was a cause that we needed to get behind.

So there's a whole lot of things that go into this thing other than pushing a button.

Q.    So it sounds like you don't remember specifically why you would have sold and bought an offsetting amount of shares on this particular date, right?

Understand you correctly?

A.    What I'm saying is that these dates are consistent with an event that took place, to which I would have consumed information, either listened in on or read the transcripts on.  And the reaction to that and other medium was most likely the cause. But that's -- that would be my answer.

Q.    Okay.  Okay.  Why don't we go to page 10.  And, again, near the middle of the

Page 102

page there's a set of line items for purchases and sales on -- on August 5th 2021.

Do you see that, those entries?

A.   I do.

Q.   Okay.  And so on this day, too, it looks like you bought 2,000 shares and sold 2,000 shares.

Do you have any -- do you recall seeing any particular news on that day about Novavax?

A.   Yeah.  Well, I don't -- I know in this time period -- I can't pinpoint that day -- is around their next quarter's earnings call.  So I would have, you know, been very attuned to what their quarterly report was going to be.  I would have been attune to, again, all the multiple feeds, to include, you know, listening to or reading the transcript of that event.

So that would be my response to that.

Q.   Okay.  Do you recall why you

Page 103

bought 2500 shares on August 6th?

A.     Again, I can't recall exactly what those things are, other than, again, the state of mind to which I have already testified to.

Q.     Okay.  Okay.  If you turn, then, with me to page 7 --

A.     Okay.

Q.     Okay.  At the top of the page there is a set of transactions on October 19th 2021.

Do you see those entries?

A.     I do.

Q.     Okay.  I think you -- I believe you testified earlier this was around the time that you saw an article in Politico; is that correct?

A.     Yeah, that is the date of the article and the day that I read it, yes.

Q.     Okay.  Do you recall why -- so here again we see that you sold 9,000 shares and bought 2,000 shares.

Page 104

Do you recall why you sold 9,000 shares that day?

A.   Yeah.  So again, I would testify that it goes to the state of mind, instead of repeating all that.  But I would also say that the -- the article caused a lot of poor reaction in the stock market.  And, again, it goes to I was already overbalanced in this and -- you know, I think that speaks for itself.

Q.   Okay.  Do you recall why you bought 2,000 shares on October 19th?

A.   Again, I -- I would say that -- again, my state of mind is, you know, for the same reason that I probably bought on the 20th.  Right?  It -- it's -- it's a state of mind.  You're in denial.  You -- you are -- you know, it's -- it's a great burden to be testifying and putting yourself out there.

You know, my name is listed, you know, in the 10 -- in the 10-Qs and the 10-Ks of Novavax.  So, you know, I'm -- I'm -- you

know, it's an embarrassment.

So there's some -- you know, and then your family, your own family.  So there -- it's -- it -- you can't just say one -- one reason.  It's a state of mind to which these transactions occurred.

Q.    Okay.  On -- over the next two days, the 20th and the 21st, you bought another, it looks like, 8,000 shares, if I'm doing my math correctly here, and then sold 2,000 Novavax shares over those next two days.

Do you remember why you bought 8,000 shares of Novavax stock on the two days following the Politico article?

A.    Again, I think consistent with my previous remarks, it's about -- the stock price dropped precipitively [sic].  You're still in a state of denying that, you know, you believe in the company.  You believe in the remarks and in the testament that has been made during the class period that they

Page 106

have overcome all of the challenges and, you know, there's something else at -- you know, at play.

So you hadn't given up -- like I said, I lived this. I lived this. And I was totally -- I'm not -- you know, this is -- it was much more than, you know, numbers on a page to me, unfortunately.

Q. So did you expect the price to rise after October 20th 2021?

A. So my state of mind was that just because there's a Politico article stating these mistruths and misinformation or omissions have taken place, you know, isn't -- doesn't make it fact. Right? But when you put the totality of the things together -- so the answer, instead of, you know, I -- I -- I am obviously a little sort of -- you know, still have some emotional ties to this, so I'm trying to answer your question as fully and truthfully as I can, in that my belief -- and I would testify -- I'm

testifying to is that even though the Politico article came out, which part of my being knew that I had to acknowledge, the second part is that due to the stock price drop, you know, I suffered a significant loss and I was then -- you know, based upon the premise that the EUA was going to go through and all the things were -- you know, where they were, that it would go back up, yes.

Q.    Is it -- is it fair to say that during this period you were trading stocks almost daily?

A.    You mean stocks in general or the Novavax stock?

Q.    In general to start, yeah.

A.    I would say I monitor my portfolio and the stocks and the way the market is going on a daily basis.  So, you know, in general, I would say not on a -- not every day, no.

Q.    Were you -- is it fair to say, based on this statement, that you were

Page 108

trading Novavax stock almost daily?

MR. CALANDRA:  Objection to form.

But go ahead, Mr. Gabbert.

THE WITNESS:  Well, I mean -- I mean, if -- a -- a portion -- I would say that -- not daily, but I would say that -- so not daily, but on periodic, you know, increments of time based upon information, a portion of, you know, that holding would be, yes.

BY MR. ZAGNOLI:

Q.    Okay.  I think that we can put aside this document, Mr. Gabbert.  Yeah -- yeah, why don't we put that document aside.

MR. ZAGNOLI:  Eileen, could you send around Tabs 15 and 16.  In the interest of time, we'll do -- send these to you both at the same time to see if we can speed this up a little bit.

So these will be Exhibits 2

and 3.  The first document has a Bates stamp of NOVAVAX_GABBERT_00000560. The second document should be Exhibit 3, bears a Bates stamp NOVAVAX_GABBERT_00000612.

(Exhibit 0002 was marked for identification.)

(Exhibit 0003 was marked for identification.)

BY MR. ZAGNOLI:

Q.    Just let me know when you have those documents, Mr. Gabbert.

You receive those documents?

A.    (Gesturing.)

Q.    Okay.

MR. ZAGNOLI:  Eileen, has that E-mail gone out?

MS. FALK:  It has.

MR. ZAGNOLI:  Okay.

I don't think these documents will take us very long and we can take a break at that point and maybe we

Page 110

can --

THE WITNESS:  I -- I received them.

BY MR. ZAGNOLI:

Q.    Oh, great.  Okay, good.  Maybe we can look into see if there's another way to show you these documents at the break so we can speed this up a little bit.

Okay.  Well, if you would look with me, then at, the document that I believe should be labeled Exhibit 2.  And it will say Tab 15.  You can ignore the tab numbers. There's no particular magic to those.

A.    Okay.

Q.    Okay.  Is this document a tax statement that was sent to you by TD Ameritrade for 2020?

A.    Yeah, it appears to be that. Yes.

Q.    Okay.  If you could look at page 10, it lists certain information about Novavax stock trades.

Do you see that information?

A.    I do.

Q.    Okay.  Do you have any reason to think that information is inaccurate or incomplete?

A.    No.

Q.    Okay.  If I wanted to understand your Novavax trading history for this period in 2020, could I rely on this document as a source of information to gain an understanding?

A.    Yes.

Q.    Okay.  Turn with me, then, Mr. Gabbert, to the document that I believe has been marked -- has been marked Exhibit 3.

Let me know when you have that document open.

A.    I do.  Oh, 3.  Oh, no, that's -- I had 2 open.  Sorry.

Q.    Oh, okay.  Yeah, sure.

A.    Let's see.  That's going to be tricky.  Okay.

Page 112

Q.    Is this a tax statement provided to you by TD Ameritrade for 2021?

A.    Yes, it is.

Q.    Okay.  If you turn to pages 15 and 16, they list information about trades in Novavax stock.

Do you see that information?

A.    I do.

Q.    Do you have any reason to doubt that this information is accurate and complete?

A.    State -- state the question one more time.

Q.    Do you have any reason to believe that this information may be inaccurate or incomplete?

A.    No.

Q.    If I wanted to understand your Novavax trading history for 2021, could I rely on this document as an accurate source of information for that understanding?

A.    Yes.

Page 113

Q.    Okay.

MR. ZAGNOLI:  We've been going a little over an hour.  Do folks want to take another ten-minute break?

MR. CALANDRA:  Charlie, I -- you've been moving quite briskly.

How much longer do you think you have?

MR. ZAGNOLI:  Yeah, that's a good question.  I know you've got a commitment this afternoon.  I'd like to get out of here so you can stick to that.

Probably -- probably another hour and a half would be my guess.

MR. CALANDRA:  Okay.  Then I -- yeah, I think a break is a good idea.

MR. ZAGNOLI:  Okay.  Okay. Yeah, sounds good.

VIDEO OPERATOR:  The time is 11:30 a.m. Eastern.  We are now off the record.

**Page 114**

(Thereupon, a brief recess was taken.)

VIDEO OPERATOR:  This is the beginning of Media Unit Number 3 in the video-recorded deposition of Mr. Jeffrey Gabbert.  The time is 11:40 a.m. Eastern.  We are now back on the record.

Counsel, you may proceed.

MR. ZAGNOLI:  Okay.  Eileen, if you could publish Tabs 3 and 3C to the exhibit share.

MR. CALANDRA:  And, Charlie, these will be Exhibits 4 and 5?

MR. ZAGNOLI:  These should be Exhibits 4 and 5, yeah.

(Exhibit 0004 was marked for identification.)

(Exhibit 0005 was marked for identification.)

BY MR. ZAGNOLI:

Q.    And, Mr. Gabbert, while we wait

Page 115

for Exhibit 5 to load here, we can look at Exhibit 4.

Let me know when you have that open.

MR. CALANDRA:  Are you having any issues, Mr. Gabbert?  I'm able to see it.  I think you're -- you're either -- your mic is covered.

THE WITNESS:  Yeah, I have 1 gigabyte, you know, transmission speed, 760 megabyte download, so it -- but it's -- so it's on their side. It's saying it's generating the file, but --

MR. CALANDRA:  Oh, okay.

THE WITNESS:  Okay.  It's up.

MR. CALANDRA:  Great.

BY MR. ZAGNOLI:

Q.    Okay.  Great.  Okay.  So, Mr. Gabbert, we're looking at a document that has been marked as Exhibit 4.  And this is titled Plaintiffs' Memorandum of Law in

Page 116

Support of Motion for Class Certification and Appointment of Class Representatives and Class Counsel.  It was filed on March 16, 2023 in this case.

Do you see that information --

A.    I do.

Q.    -- on the first --

A.    I do.

Q.    Did you review this document before it was filed?

A.    Yes.

Q.    Okay.  Did you provide comments on this document before it was filed?

A.    So, yes, on the -- you know, we essentially -- yeah, I don't know how I -- I've been cautioned to how I answer these kinds of questions, but --

MR. CALANDRA:  Just -- yeah, just don't -- be careful not to reveal any communications with counsel or to or from.

THE WITNESS:  Yeah.

Page 117

So the answer is yes.

BY MR. ZAGNOLI:

Q.    Okay.  Why don't we turn, then, to Exhibit 5.

A.    Okay.  Okay.  It's open.

Q.    Okay.  Great.  This is a document titled Declaration of Jeffrey Gabbert in Support of Plaintiff's Reply Memorandum in Further Support of His Motion for Class Certification.  And it was filed in this case on March 16, 2023.

Do you see that information on the first page?

A.    I do.

Q.    Okay.  Did you review this document before it was filed?

A.    Yes, I did.

Q.    Okay.  Did you -- and, again, this is just a yes or no question.

Did you provide comments on the document before it was filed?

A.    Yes.

Page 118

Q.    Okay.  Who drafted this document, in your understanding?

A.    It would be the -- the Pomerantz LLC.

Q.    Did you participate in drafting it?

A.    Again, I -- I participated in comments as to the information contained within, yes.

Q.    Okay.  If you would turn with me to the second page.

A.    Okay.

Q.    Okay.  Paragraph 5 reads, I have acted to protect my own and the class's interest in this action by retaining competent counsel.  I am well aware of the extensive experience of proposed class counsel, Labaton Sucharow LLP and Pomerantz LLP in protecting shareholder rights in class action litigation.

Do you see that language?

A.    I do.

Q.    Okay.  To your knowledge, what are other specific cases that the Pomerantz firm has been involved in, besides this one?

A.    I know that they have -- so I know that they have a -- they're -- they're a long-standing company.  I believe they were formed 1939.  They have -- so specific cases I -- I have read when I was doing my sort of review of the cases that they were behind.  And I recall the fact that they were successful in supporting those who were harmed, but I -- just in this moment right now, I'm drawing a blank as to the exact names of those companies.

Q.    Okay.  Do you recall any specific cases that the Labaton law firm has been involved in, besides this case?

A.    No.  My knowledge of them and my understanding of their pedigree and ability in the space was collectively talked about when we were -- when all the proposed lead plaintiffs were together.  So it was based

Page 120

upon that evidence that I drew these conclusions.

Q.    Okay.  So if you look with me at paragraph 6, the second sentence says, Among other things, I authorize the filing of the motion seeking to be appointed lead plaintiff and reviewed the operative complaint, motions, discovery requests and responses, as well as the court's related orders and opinions.

Do you see that language?

A.    No, I'm sorry.  Where is that?

Q.    It's the second sentence of paragraph 6, just --

A.    Oh, yeah.  Yeah.  Yes, okay.  Yeah.  Yeah.  Yeah.  Yeah.  Yeah.  Okay.  Yeah.  Yeah, I know -- I know -- yeah.  Now the context of operative complaint, yeah.  Yeah.  Yeah.  So yes.

Q.    Okay.  I believe you said earlier that you had reviewed the court's ruling on the motion to dismiss.

Page 121

Did I understand you correctly?

A.    That's correct.

Q.    Okay.  Have you read any other opinions in this case?

A.    Opinions of -- you know, that --

Q.    Issued by the court.

A.    So it -- it kind of all strings together, but, again, it -- the appointment of and approval of myself, David Truong and Nuggehalli as the lead plaintiffs and then again the judge's -- Judge Chuang's ruling on the submittal for dismissal are the two major ones that I recall.

Q.    Okay.  Do you recall whether the plaintiffs filed any briefs related to the defendant's motion to dismiss?

A.    Plaintiffs filed any briefs.  So in our -- again, I don't know about the legal exact terminology that you're using, but, again, we had, you know, probably 32 calls on this.  So it's a matter of when we are at that stage we talked about what it meant

Page 122

to -- you know, for the defense to submit the thing and then we all then talked about different possible outcomes and strategies related to that.

MR. CALANDRA:  And I'll just caution you, Mr. Gabbert.  Please be -- take care not to reveal the subject matter of any communications with counsel.

THE WITNESS:  Okay.  Sorry.

MR. CALANDRA:  You haven't done that yet, but I just -- you're -- we're getting very close to that.

BY MR. ZAGNOLI:

Q.    Mr. Gabbert, if you'd turn with me now to the first page of this declaration and look at paragraph number 3.

Let me know when you've reached that point.

A.    Okay.  I'm there.

Q.    Okay.  This paragraph says, As set forth in my certifications attached with

Page 123

the motion for appointment as lead plaintiff, see Docket Number 26, I purchased Novavax stock during the class period and suffered damages as a result.

Did I read that correctly?

A.   Yes.

Q.   Do you recall reviewing this certification before it was filed?

MR. CALANDRA:  I'll object that that is asked and answered.

But go ahead.

THE WITNESS:  Yes.

BY MR. ZAGNOLI:

Q.   Well, let me ask it --

A.   Yeah.

Q.   Okay.  You do recall reviewing the certification referenced here before it was --

A.   Oh -- yes.

Q.   Okay.  All right.

MR. ZAGNOLI:  Eileen, why don't we go to Tab 1C.  This will be

Page 124

Exhibit 6.

(Exhibit 0006 was marked for identification.)

THE WITNESS:  Yeah, it's not posted yet.

BY MR. ZAGNOLI:

Q.    It just came through on my end, so let me know when you see it.

A.    Marked exhibits, there's only five showing on the screen.

Q.    If you clicked marked exhibits, it might refresh.  Sometimes I have to refresh it for the new exhibit to show up.

A.    Yeah, okay.  That's -- that's correct.

Q.    Okay.

A.    So they -- yeah.

Q.    Okay.  If you would turn to page 7, you'll see some -- you'll see in the top right corner it says page X of Y.  If you would go to Page 7 of 10.

So this is a document that bears

Page 125

the title Certification Pursuant to Federal Securities Laws.  And it was filed in this case on January 1st -- I'm sorry -- January 11th 2022.

And in the first paragraph it refers to you, Mr. Gabbert, correct?

A.    That's correct.

Q.    Is this the same certification that was referenced in the declaration we were just looking at?

A.    Yes.

Q.    Okay.  And if you would turn to page 8 with me.

A.    Okay.

Q.    Is that your signature on the line?

A.    It is.

Q.    Okay.  If you would turn with me, then, to -- back to page 7.

A.    Okay.

Q.    Paragraph 5 says, The attached sheet lists all of my transactions in Novavax

securities during the class period as specified in the complaint.

Do you see that language?

A.   I do.

Q.   Okay.  Sorry to jump around a lot.  Let's go to page 9 now.

Is this the sheet referenced in paragraph 5 that we were just looking at?

A.   I -- I believe it was, yes.

Q.   Okay.  Did you review this chart specifically before it was filed?

A.   Yeah, I -- I provided this information.

Q.   Okay.  Did you prepare this chart?

A.   I -- I likely did.  I -- I can't say for certain.  I would have to go back through my communique with counsel to see if I prepared it or not, but I believe that I did.

Q.   Okay.  This chart lists only purchases of Novavax stock, correct?

Page 127

A.    That's correct.

Q.    We saw earlier that you sold Novavax stock between May 10 and October 19th 2021, right?

A.    So say the question again.

Q.    Sure.  When we were looking at your TD Ameritrade account history earlier, we saw that you had sold Novavax stock at various points between May 10 and October 19th of 2021, right?

A.    We did, yes.

Q.    Okay.  Are those sales listed here?

A.    No.  So this document only lists the purchases.  It does not include sales.

Q.    Do you know why the sales were omitted?

A.    I do not.  I -- I don't -- I don't recall exactly what the request was.

Again, there was, you know, 32 different communique.  I'd have to go back and see what the ask was compared to what I

Page 128

provided.

Q.    Okay.  In paragraph 5 of your certification you said that this attached sheet lists all of my transactions in Novavax securities, right?

A.    That's correct.

Q.    Would you agree, then, that this chart is incomplete?

A.    I would, if this is the chart that -- yeah -- was submitted.

Q.    Okay.

MR. ZAGNOLI:  Eileen, why don't we put up Tab 1F.  This will be Exhibit 7.

(Exhibit 0007 was marked for identification.)

BY MR. ZAGNOLI:

Q.    I just see that -- I just see Exhibit 7 now, Mr. Gabbert, so let me know when it shows up for you.

A.    Yeah.  Yeah, it's there.  I'm not seeing all of it, but it's there.

Page 129

Q.    Okay.  Do you have it open?

A.    I do.

Q.    Okay.  Mr. Gabbert, I'll represent to you that this is a chart that was filed as an attachment to a notice of errata submitted by your counsel in this case.  It was filed on August 10th 2023.

Have you seen this chart or a chart like it before?

A.    Yeah.  Again, I think -- so it -- it's important to -- to state that my counsel asked me for certain information --

MR. CALANDRA:  Sir -- Mr. Gabbert --

THE WITNESS:  Yeah.  Yeah.

MR. CALANDRA:  -- please do not reveal any communications.  If your -- if the words my counsel said or asked are coming out of your mouth, that is --

THE WITNESS:  Okay.

MR. CALANDRA:  -- a real

Page 130

hint --

THE WITNESS:  Yeah.

MR. CALANDRA:  -- that you'll --

THE WITNESS:  Okay.

MR. CALANDRA:  -- reveal privileged information.

So, Charlie, could you just repeat the question for Mr. Gabbert?

MR. ZAGNOLI:  Yeah.  Sure.  Be happy to.

BY MR. ZAGNOLI:

Q.    Have you seen this chart or a chart like it before?

A.    I have.

Q.    Okay.

A.    I --

Q.    If you'd turn with me to page 2 -- actually, pages 2 through 4 list some information about the trades in Novavax stock.

Do you see that information?

A.    Yes.

Q.    Okay.  Do you have any reason to believe this chart is inaccurate?

A.    No.

Q.    Do you have any reason to believe this chart is incomplete?

A.    Well, again, I -- it doesn't have the -- the -- oh, yeah it does.  Oh, yeah.  So -- yeah, the reason I'm having difficulty is the -- the redaction on page 2 doesn't have the header.

So the answer is no.

Q.    Are you seeing a redaction in the document you're looking at?

A.    There's no word redaction.  It's just the -- like, for example, there's no header on page 2.

Q.    I see what you're saying.  Okay.  Okay.

But you're not aware of any reason that this document would be incomplete, an incomplete representation of

your trades in Novavax stock for the date range covered by the chart?

A.    I -- I don't know of any reason why it would be incomplete.

Q.    Okay.  Okay.  You can put aside that document, then.

So, Mr. Gabbert, you mentioned a few times an article that you read on Politico -- website Politico on October 19th 2021.

Would you describe that article for me.

A.    Yeah, I believe the -- the gist of the -- the title of the article was a rush to -- sort of a rush to -- to EUA or a rush to the finish line.  And then it went into several items that we have already discussed about the manufacturing issues, as in -- so both supplies and assays that Novavax was having.

Q.    Okay.  Before you read this article, had you read other articles on

Politico before?

A.     Oh, yeah.  Sure.

Q.     How many articles would you say you've read on Politico before this one?

A.     I live in Washington, D.C., so I've read many articles from Politico.

Q.     Okay.  What sorts of articles do you usually read on Politico?

A.     So, you know, essentially -- so, for example, I belong to -- the effort that I'm supporting is the -- putting the electronic health record in the Veteran Administration throughout the United States. So, you know, Politico is known as a source to do this type of reporting.  So they were reporting on the issues that we were having with the Cerner Corporation.

So, you know, it's those types of articles that -- and, you know, them, BBC, others, are -- it's -- you know, I read them so that I get a -- a balanced trail of -- of an issue.

Q.    Okay.  What perspective would you say Politico adds to that balance that you just referred to?

A.    So, you know, it's, you know, my, you know, personal opinion that they're democratic leaning and they, you know, sort of have that sort of slant on most -- on most issues.  But writ large, I find them to be a credible news source.

Q.    Okay.  How did you find out about the Politico article regarding Novavax?

A.    Again, it -- it -- they're -- I can't say specifically because, again, the way I sort of process my day -- and, again, it comes across -- either it was on TD Ameritrade, the newsfeed line there, or on, you know, Yahoo! lines or -- you know, oftentimes in the chat room many people are on different time zones, so, you know, you'll find out things that are going on in Europe in other newspapers and articles from them.

So, you know, it's hard -- it's

hard to say exactly.

Q.   Okay.  In your understanding --

A.   But also -- but also, I'd like to say that -- which hasn't been stated yet, is, you know, I have a -- during this class period I had a Google alert.  So anytime Novavax was mentioned, you know, I would get that alert.  So it could have been also from that -- from that feed as well.

Q.   Okay.  In your understanding, what new information about Novavax did the article publish for the first time?

A.   Well, it -- it -- it contradicted statements that had been made by John Trizzino and Stanley Erck.

Q.   What statements do you have in mind specifically?

A.   Well, that they're producing in ten countries at scale using good, current GMP, which infers that, you know, they're adhering to all standards and that the assays are meeting what is called out as far as the

Page 136

potency and purity of the product. So, you know, the fact that they're having difficulty at those places is in direct conflict to -- with those statements.

And when Trizzino also said at the health conference when directly asked, you know, what is the company's, you know -- you know, official position and used those kind of words, he says that all -- that's all past them. So, you know, that's what I'm talking about.

Q. Okay. And what specific facts did the article publish that contradicted those statements by Mr. -- Mr. Trizzino?

A. Well -- and, again, I -- you know, I -- I can't recall the -- you're talking two years ago. Again, that -- again, it was, you know, about the things that I just stated that I recall.

Q. Okay.

MR. ZAGNOLI: Eileen, why don't we publish Tab 22 to the share here.

Page 137

And this will be Exhibit 8.

(Exhibit 0008 was marked for identification.)

BY MR. ZAGNOLI:

Q.    Okay.  It just showed up for me, Mr. Gabbert, so let me know when you have it open.

A.    Yeah, it showed up.  It's just loading now.

Q.    Okay.  Great.

A.    Okay.  It's up.  There we go.

Q.    Okay.

A.    That's it.

Q.    So this is the Politico article that we've been discussing?

A.    Yes.

Q.    Okay.  So take a moment to just flip through it.  And then point me to the specific facts in the article that, in your understanding, contradicted those statements by Mr. -- Mr. Trizzino that we were just talking about.

Page 138

A.      Well, just right there in the second paragraph is that, you know, they -- you know, they're going to fall significantly short of the number of doses that are required.

Then on the top of the second page is the -- you know, the delay was confirmed by three or more people.  And consistent with my previous testimony that, you know, they -- it was very important. They had 1.6 billion plus the 60 million, you know, sort of riding on this thing that they were to get the EUA.  So they consistently run into production problems.

So they -- again, they start talking about the -- you can't be, you know, producing at -- within -- with the -- within the assays if you have issues with purity.

Q.      Do you see any other facts --

A.      It is, you know, a struggle to obtain anywhere, you know, close.  Right?

Q.      Anywhere close to what?

Page 139

A.      To the purity levels that are required.

So again, that's inconsistent with both Erck and Trizzino's comments.

Q.      Any other facts that you see that would contradict Mr. Erck's and Mr. --

A.      Well, it's in the -- you know, so it's inferred that -- you know, they -- you know, Novavax and other manufacturing hurdles when, in fact, he said he -- Stan said where he's overcome all hurdles.

So, you know, that's a -- a key word.

Q.      Where -- where are you seeing that in the article?

A.      On the -- on the top of the -- again --

Q.      I see.

MS. REPORTER:  I'd remind everybody you are constantly on top of each other.

MR. ZAGNOLI:  Apologies, Madam

Page 140

Court Reporter.

BY MR. ZAGNOLI:

Q.      Is this the top of page 3, Mr. --

A.      Yes.

Q.      -- Gabbert?

A.      Yes.

Q.      Okay.  All right.  So, Mr. Gabbert, you -- you referenced that the article referred to production problems or manufacturing hurdles.

Had -- had it been publicly disclosed prior to October 19th 2021 that Novavax had faced manufacturing hurdles or production problems?

A.      So there are many elements to the word manufacturing.  There are many facets of that.  So previous to this, my only knowledge of the manufacturing issues were of the supply nature that we talked about in my previous testimony.

Q.      Okay.  And you're unaware of whether any other manufacturing hurdles or

production problems had been disclosed prior to October 19th, other than the supply problems you mentioned earlier?

A.     That's correct.

Q.     Okay.  What production problems or manufacturing hurdles -- what specific production problems or manufacturing hurdles does the Politico article reveal?

A.     So I think on the -- you know, in that -- the revelations about Novavax continued manufacturing problems, you know, come at a time when they're only 36 percent. And then it doesn't, in my recollection -- I'd have to go back and read it word for word -- talk about in any -- in the -- the specificity to which I'm putting forward those -- those finer details, such as the blades and things of that nature, right, which is consistent with my prior testimony and my state of mind as to some of those subsequent trades to this article.

Q.     But you mentioned that they're

Page 142

only 36 percent.  Could you point me to where
that was in the article.

        A.      Where did I get that?

                Yeah, I don't know if maybe I
was --

        Q.      Was it page 3, third paragraph
from the bottom?

        A.      On that page it says -- on page 2
it says 70, but -- where is --

                MS. REPORTER:  Did you say
third page, Mr. Zagnoli?

                MR. ZAGNOLI:  I did, yeah.

                MS. REPORTER:  Third paragraph,
I mean?

                THE WITNESS:  Yeah.

                MR. ZAGNOLI:  Yeah, third
page --

                THE WITNESS:  Yeah.  Yeah.
Yeah.  Yeah.

                MR. ZAGNOLI:  Third --

                THE WITNESS:  Yeah, maybe I --

                MS. REPORTER:  I can only get

one at a time.

MR. CALANDRA:  Mr. Gabbert, just wait for you to be asked a question.

Charlie, is your prior question still pending?

MR. ZAGNOLI:  I believe it is.

BY MR. ZAGNOLI:

Q.    Mr. Gabbert, I was just wondering if you could point me to the place -- you had referred to a 36 percent figure.

A.    Yeah, I was scanning the document very quickly and I believe that, you know, it says on -- they're hovering around 70 percent.  And it goes on to say, you know, low purity levels and what the problem with that is.  And that's probably because I have a wheeled mouse scanned down to this 36 number and misspoke on that one.

Q.    Okay.  So you were referring to the purity and potency percentages?

A.    Yes.

Page 144

Q.    Okay.  Understood.  Thank you.

You also mentioned the paragraph at the top of the second page of the article, I believe.  It says, The delay, which was confirmed by three other people familiar with the discussions ...

Did I understand you correctly, that was one of the new pieces of information that you referred to?

A.    Yes.

Q.    Okay.

A.    Because I -- I believe that it's somewhat not getting across the right line of sort of thought by just displaying it and parsing certain sentences.

You know, you really have to look at the article at -- in its entirety and, you know, it's in -- what you're bringing out is in context to the leading sentence in the following sentence and how I -- you know, how -- of course, how I formulated what I interpreted the article to mean.

Page 145

Q.    And what did you interpret the article to mean?

A.    What I interpret the article to mean is that -- and what's caused my reaction is that the things that Novavax were saying weren't adding up to what this report was purporting as the counter truth to that.

Q.    Okay.  And what -- what, in your mind, was Novavax saying at this time?

A.    Well, again, they're saying that they were producing at scale in accordance with current GMP across ten countries. Right?  That means a lot.  And then to say that you have overcome all hurdles and you've crossed the bridge, right, you basically are saying that these things are not true, that you're past that and you are producing these. And that leads the investor, me, to surmise that, you know, there's something else other than what they're saying is true that's moderating their ability to gain EUA.

Q.    Okay.  And so you read the

Page 146

Politico article to confirm or to publicize that the company was not producing at scale in ten countries and was --

(Crosstalk.)

THE WITNESS:  That's correct.

BY MR. ZAGNOLI:

Q.     -- to file its EUA on the timeline they had announced?

A.     It's not meeting the assays as they said that it was on -- on -- you know, on a repetitive basis.

Q.     Okay.  Do you recall what Novavax had predicted its EUA filing timeline would be as of October 19, 2021?

A.     Well, what it -- now, that is a leading question because they changed their time period on a routine basis.  So, you know, what day they predicted on that day I -- I can't say, no.

Q.     Okay.  Do you know -- has Novavax filed its EUA application as of today?

A.     To best of my knowledge, yes.

Page 147

Q.    Okay.  Do you know approximately when it filed that EUA application?

A.    Yeah, you're asking me questions outside of the class period, so I would say that, you know -- you know, I -- I didn't follow it because that's the only way I could cope.  But, you know -- so I don't know the exact day.  But to the best of my knowledge, they have filed it and -- and were -- were granted a -- an EUA.

Q.    Okay.

MR. ZAGNOLI:  Eileen, why don't we go to Tab 8.  And this is going to be Exhibit 9.

(Exhibit 0009 was marked for identification.)

BY MR. ZAGNOLI:

Q.    While that document's going through, this is a document that was produced to us and bears the Bates stamp NOVAVAX_GABBERT_00000001.

A.    I'm sorry, what -- what tab is

that?

Q.    This is Exhibit 8 and it just showed up -- oh, I'm sorry, Exhibit 9. Getting myself confused.  My apologies. Exhibit 9.

Do you have that document open in front of you, Mr. Gabbert?

A.    It's -- it's coming up.  Oh, got it.

Q.    Okay.

A.    I have it.

Q.    Great.  Do you recognize this document?

A.    It appears to be one of many exhibits that I provided to counsel.

Q.    Okay.  What does this document reflect?

A.    So -- so, again, you -- you -- you asked me almost the impossible question of producing every medium that I consumed during this class period.  And this document represents one of many, because I was -- you

Page 149

know, you're ask -- I'm -- I'm trying to retrace every click, everything that I was able to produce to be compliant with your request.

So this is one of those attempts to get at that.

Q.   Okay.  Can you -- so I -- I believe you said that you prepared this document and provided it to your counsel; is that correct?

A.   Well, I believe that's the only way he could get it, yes.

Q.   Okay.  Can you walk me through the steps you took to prepare this document.

A.   Well -- so again, I can't -- I cannot walk you through every step because --

Q.   A high level is fine.

A.   Yeah.  Well, because I don't -- in my pursuit of getting that, I had to go, first of all, and go to all of the -- my Gmail and do a search on all of those, right, because it comes from multiple sources.

Page 150

And in this one, you know, they -- you -- one of the things that is difficult to bring about is that I have multiple computers.  So, you know, you have to look at -- so that's why I can't just say what I exactly did to get this because, you know, I put, you know, several hours into getting -- trying to comply with your request.

So that's the -- I would imagine that I'm -- I went to try to find out where this material was and that's how I came about it.

Q.    Okay.  What information is displayed on this document?

A.    So this is sort of -- I guess it's -- it -- it appears to be all of the times that I went into my Google search and typed in the word Novavax.

Q.    Okay.  I see some references to NVAX.  Is that Novavax's stock symbol?

A.    NVAX, yes, it is.

Q.    Okay.  So this document shows your Google search history; is that correct?

A.    That's -- yes.  That's what it appears to be, yes.

Q.    Okay.  And does this document reflect your Google search history across your multiple computers you mentioned earlier?

A.    No, because I -- you know, because I run a business, I've gotten rid of some of those computers, so I don't have access to, you know, all of those.  But to the best of my ability, I -- I did.  I answered what I had access to.

Q.    Okay.  When did you dispose of those computers?

A.    I don't know, you know, the exact date, but I know that for a fact one of them was because we needed that laptop in my workplace to run an operations center.  So I ordered a new computer, to-wit: I took the new one and gave them the old one.  So we

wiped the old one and put it in the operations center.

Q.   Did you use that old computer to make trades in Novavax stock?

A.   I mean, I -- I imagine that I -- I mean, I -- I guess I -- I may have used that computer.  But, again, it's -- no -- no trade was not made throughout, you know, TD Ameritrade.  So --

Q.   Okay.

A.   -- it's just a -- a medium to an outside source.

Q.   Okay.  Would you have saved any information about Novavax or your trades in Novavax to that computer?

A.   I would not have saved any -- no, I would not have saved any information on my trades.  That's -- you know, the only thing that would have been there would have been, you know, my -- any search and downloads of different articles and things of that nature that would have went, you know, through --

Page 153

you know, they're just downloads to your computer when you click on it or things of that nature.  So it would have been just general -- general information that was in the public domain.

Q.   Okay.  So if you'd turn with me to the page that -- and so these -- Mr. Gabbert, these numbers in the bottom that I've been reading off for the record are referred to Bates numbers or Bates stamps.

If you'd turn to the page that ends with a Bates number of 167.

A.   Okay.

Q.   Okay.  So this -- this shows some Google searches you ran on October 19th 2021.

Do you see the two searches near the top that say NVAX Politico and NVAX site:politico.com?

A.   I do.

Q.   Okay.  Do you recall -- were you -- were you searching for the Politico article we were just looking at when you ran

Page 154

these searches?

A.      Again, I go back to my prior testimony in that it's a state of mind. Right?  It's my behavior in that I get multiple feeds.  So if TD Ameritrade says the Politico article, blah, blah, blah, right, then you would read that.  You could have got it from a -- one of the chat rooms, right, could have said Politico releases X and so it could have come from multiple sources.

So two things.  One, I -- by routine I would have tried to go to the source or I'm trying to Google it to find out what alternate sources are saying about the same article.

Q.      Okay.  Okay.  If you could turn with me to the page that ends with the Bates number 170.

A.      Okay.

Q.      At the very bottom it -- it shows a search for NVAX Frankfurt Exchange on June 4th 2021.

Page 155

Do you see that search?

A.     I do.

Q.     Do you recall why you ran a search for NVAX Frankfurt Exchange?

A.     Yeah.  Consistent with my previous testimony, if you go to the Yahoo! chat room for Novavax, it's an extensive community where there's several players in there, several people -- not -- I misspoke -- several investors in there that have credibility.  Many of them do not.  And some of them would gauge where Novavax stock was headed going into an earnings or something of that nature by how the Europeans were reacting.

And we also tried to see a cadet [sic] -- you know -- you know, the veracity of -- of what people are saying.  They would make statements that it's, you know, going down drastically on -- in -- in Europe.  So you would go there and see if it's -- what they're saying is true or not.

Page 156

Q.    Okay.  So it was a way for you to get an advance sense of where the stock price might be headed in the U.S. markets?

A.    Yeah, among -- among other things, yes.

Q.    Okay.  What are some of the other things that you would use it for?

A.    Again, that -- it's a matter of during this particular period that was leading into the investor call on -- I believe it was the 15th of June.

So you're -- there's, you know, different news things going on.  So you're -- you know, the stock market is a reflection of what the greater community, if you will, or group of investors believe is going to happen.  It's forward -- it's forward-looking.  It's forward-looking in their perspective.

Q.    Okay.  Okay.

MR. ZAGNOLI:  I -- I meant to note earlier and didn't, so I'll just

Page 157

note it now for the record.  We have removed some pages from this document that were completely redacted just to make it shorter so it's easier to flip through.

Just wanted to note that for the record.  What we have -- we have less pages that had readable content.

MR. CALANDRA:  I'll reserve an objection just for the record, but --

MR. ZAGNOLI:  Okay.

MR. CALANDRA:  Yeah.

MR. ZAGNOLI:  Okay.

BY MR. ZAGNOLI:

Q.    Okay.  So, Mr. Gabbert, if you'd turn with me to the page that ends with Bates stamp 399.

A.    Okay.

Q.    If you look at that page and -- and then the next couple, next few, you'll see a series of searches or a series of -- of visits to a website stocktwits.com.

Page 158

Do you see those?

A.    Yeah.  That -- I didn't intend to omit them as a -- one of the many, many sources and chat rooms that I visit.  So, yeah, I -- that's -- I do -- I am a member of that community.

Q.    Do you visit Stockwits fairly often?

A.    Yeah.  Probably daily.

Q.    Okay.  What sort of information do you rely on Stockwits to provide you?

A.    Again, it is one of many sources where you gain information.  So essentially you're gaining information from -- again, I -- it's really based upon my Army upbringing.  You act as a sensor and you don't credit or discredit anything until you've verified it because sometimes the truth lies somewhere in the middle.

And so, you know, I go to these things knowing that most -- as I've stated in my testimony, most of it is from

inexperienced retail investors.  But there are -- they are there searching things where you don't have the time to -- to visit every single medium out there to try to understand all the information.

Q.    Okay.  Is there any -- is there a particular type of information that you would rely on Stockwits for or --

A.    No.  Mostly I'm -- I'm visiting the -- the -- the chat room.

Q.    Okay.  Okay.  I think that's all the questions I have on that document.  So --

MR. CALANDRA:  Could we take a ten-minute break at this time?

MR. ZAGNOLI:  Yeah.  Yeah.  For sure.

MR. CALANDRA:  Okay.

MR. ZAGNOLI:  That would be fine.

MR. CALANDRA:  Thank you.

VIDEO OPERATOR:  The time is 12:38 p.m. Eastern.  We are now off

Page 160

the record.

(Thereupon, a brief recess was taken.)

VIDEO OPERATOR:  This is the beginning of Media Unit Number 4 in the video-recorded deposition of Mr. Jeffrey Gabbert.  The time is 12:48 p.m. Eastern.  We are now back on the record.

Counsel, you may proceed.

MR. ZAGNOLI:  Thank you.

BY MR. ZAGNOLI:

Q.    So, Mr. Gabbert, during the break we tried to put our next document on the exhibit share.  I don't see it coming through yet.  It's a large document.  But hopefully it's going to show up here in a second.

It's been pending for a moment, but let me know when you see that document.

MR. ZAGNOLI:  It will be -- it will be Exhibit 10 and it has a Bates stamp NOVAVAX_GABBERT_00000429.

Page 161

(Exhibit 0010 was marked for identification.)

BY MR. ZAGNOLI:

Q.     And as in the case of the last document, this document was -- was produced to us with a -- a large number of pages fully redacted.  The document was a few hundred pages long.  And so to make it easier to manage during today's deposition, we removed the completely redacted pages, but left pages with readable content in the document.

MR. CALANDRA:  And I'll just reserve an objection.  But please go ahead.

MS. FALK:  My apologies.  It appears as though this document is taking a long time to publish.

MR. ZAGNOLI:  Eileen, why don't we -- why don't you go ahead and put Tab 10 in and then we'll come back to this one when it loads.

I think we can probably, in the

Page 162

interest of time here, wrap up a few other things and then we can come back to this one, just to give it a little bit more time to finish loading.

MS. FALK:  We'll introduce this one.

MR. ZAGNOLI:  Okay.  So this will be Exhibit 11.  This is a document that was produced to us with the Bates stamp NOVAVAX_GABBERT_00000647.

(Exhibit 0011 was marked for identification.)

THE WITNESS:  Okay.

BY MR. ZAGNOLI:

Q.    Okay.  I see it in my -- on my end, Mr. Gabbert.  Let me know when you have that document in front of you.

A.    Yeah, I can see it.  Yeah.

Q.    Okay.  Great.  So this is an E-mail that was sent from you to Todd Thompson at bah.com on August 10th 2021 at

Page 163

8:21 p.m.

Do you see that information?

A.    I do.

Q.    Do you -- is this Mr. Thompson the same Mr. Thompson we were discussing earlier?

A.    It is.

Q.    Okay.  Do you recall this E-mail?

A.    I mean, not -- not specifically, no.  I mean, like I say, him -- we talked about this every day and exchanged information on it.

Q.    Okay.  Do you recall -- do you recall why you sent Mr. Thompson this link?

A.    Yeah.  Again, not -- not -- not specifically.  Again, this is routine, but something caused -- when I put the thing hmm there, it normally means that, you know, there's something of interest there that makes -- makes us think.  And so that's it.  That's all I can -- without watching the -- the video again, I -- I couldn't remark on

Page 164

it.

Q.   Okay.  Do you remember specifically what it was about this E-mail that made you think?

A.   I'm not -- I -- again, I -- as I just stated, you know, Todd and I would talk, you know, every day.  And when we -- each other received information on Novavax, we would share it with each other.

Q.   Okay.  To your knowledge, was Booz Allen performing any services for any COVID vaccine manufacturers during 2021?

A.   No.  No.

Q.   Okay.  So they weren't performing -- to your knowledge, they weren't performing any services for Novavax during 2021?

A.   No, not -- not -- not that I knew of, nor that I knew that -- nor did he ever mention any such ...

Q.   Okay.  All right.  I think we can put that document aside then.  Actually, I'm

Page 165

still not seeing this Exhibit Number 10.

MS. FALK:  Apologies.  I have E-mailed the document around.  It might take some time to -- to be sent.  And I have contacted Veritext support to try to see where it has published to.

MR. ZAGNOLI:  Okay.  The race is on to see if the E-mail comes through before the website or the website beats the E-mail.

BY MR. ZAGNOLI:

Q.    While we're waiting, Mr. Gabbert, I'll ask you another question:

How much are you claiming as damages in this case?

A.    Around $800,000.

Q.    Okay.  I just got Eileen's E-mail, so I'm -- I'm hopeful it's about to arrive for you as well.  Let's see.

Still don't see it on the website, unfortunately.

Page 166

MS. FALK:  I received a bounceback from the witness, so I have attempted to resend the exhibit as a zipped -- in a zipped folder.

MR. ZAGNOLI:  Okay.

MS. REPORTER:  If you attach it and send it through WeTransfer, it's very easy and fast.

MS. FALK:  I'm sorry, what is the service you're referring to?

MS. REPORTER:  Wetransfer.com. It's free.

MR. ZAGNOLI:  Brian, would you be all right with us sending --

MR. CALANDRA:  I have just received Eileen's E-mail.

MR. ZAGNOLI:  Oh, good.

BY MR. ZAGNOLI:

Q.    Mr. Gabbert, have you seen that E-mail come through?

A.    Not yet.

Q.    Okay.

Page 167

MR. CALANDRA:  43 megs isn't that big.  I am surprised that it's grinding the gears.

MR. ZAGNOLI:  Yeah.  Yeah, as am I.

Okay.  I just got the zipped file in my E-mail.

BY MR. ZAGNOLI:

Q.    Mr. Gabbert, have you seen the E-mail come through yet?

A.    I have not.

Q.    Okay.

MS. FALK:  Mr. Gabbert, our firm has a secure file share service called Kiteworks.  I'll be sending you a message through this service.  When you click on the link you might have to create a log-in, but that will contain the documents and that will hopefully not bounce back.

THE WITNESS:  Okay.

MS. REPORTER:  Sorry, Counsel.

Page 168

What site?

MR. ZAGNOLI:  It's our -- go ahead, Eileen.

MS. FALK:  It is called Kiteworks.  It's our Ropes & Gray secure file transfer service.

THE WITNESS:  Okay.  I got something here from Eileen.

BY MR. ZAGNOLI:

Q.    Okay.  Great.

A.    Do you want me to just put in my E-mail?

Q.    Sure.  Yeah.  If you've got it in your E-mail, that's fine.  It's the same document both places, so --

A.    No.  I got something from Ropes & Gray and it says put in your user name or E-mail.

Q.    Oh, yes.

A.    Yes.

MR. CALANDRA:  That's right, Mr. Gabbert.  Put in your E-mail and

that should give you --

THE WITNESS:  But now it's asking for a -- it's asking for a password.

MR. ZAGNOLI:  Yeah, you may need to create an account.

THE WITNESS:  Oh, just create one?

MR. ZAGNOLI:  Yeah.

MS. FALK:  I was able to drop the files into the marked exhibit folder.  Unfortunately, it is not marked in that file, but it is in the folder as Tab 9.  So you can view it in the marked exhibit folder now.

MR. ZAGNOLI:  Oh, great.

Yeah, I see that --

MR. CALANDRA:  Yeah, Mr. Gabbert, if you can open that, I'm comfortable post-marking it after the deposition concludes.

THE WITNESS:  Okay.  It's not

Page 170

working.

BY MR. ZAGNOLI:

Q.    Can you see the file in the exhibit share folder, Mr. Gabbert?

A.    Well, I'm still -- almost done with this process.  Let's see.

Q.    Okay.

A.    One more step.

Okay.  Let me see.

Yes, I have Exhibit 10.

Q.    Yes, this -- this would be Exhibit 10.

A.    Okay.  It's loading.

It's still loading, but it is working.

Q.    Okay.

A.    Okay.  It's 52 pages, yeah.

Q.    Okay.  Do you have it open?

A.    Okay.  Yeah.

Q.    Okay.  Great.  Apologies again for the technological challenges here.  I'm not sure why this file was so hard to

transfer, but I'm glad you have it open.

Earlier, Mr. Gabbert, you were referring to a document that summarized your E-mail history for E-mails about Novavax.

Is this the document that you were referring to?

A.    No, I -- I would not say that this is -- this was my attempt to provide you -- yeah -- yeah.  So yeah.  So all of the information from one source, but it -- I'd have to review -- yeah, so this is --

Q.    Who created this document?

A.    Oh, I created it.  But, again, it's -- I mean, I -- like I said, I have gigabytes worth of data that -- that I was trying to -- it -- because it's hard to -- like, for example, what I'm -- what I'm speaking of is that when you go to your Microsoft mail or you go to your Gmail account and you put in the word give me all your E-mails or hits that hit on Novavax, then once you get it, it's not so easy to

Page 172

extract it in a consumable form.  Right?

So, like, each one of these is a -- is an article or a story.  Right?  It's -- so that's what I'm making reference to.  So I -- yeah.  So I can't -- I -- I would not say that this represents every single E-mail because, again, I -- I have multiple sources, like from Seeking Alpha and others, that would have been part of this -- my transcriptions [sic] with them that would have given me articles that were related to Novavax.

Q.    Okay.  Can you at a high level walk me through how you created this document.

A.    Yeah.  Again, in -- in trying to comply with your request to give you every communication that I've had that surrounds the word Novavax, I explored multiple ways of trying to retrieve that information.  And you're asking from someone -- as I've testified, someone that lived this 24 hours a

day, other than the hours that I slept.

So -- how -- how -- and I know I'm adding additional context, but what I want to do is -- is for the record say that I've made every attempt to put this together in -- by going to my Google account, my Gmail account and putting in the word Novavax and searching for that and then trying to extract it in a consumable form.

So in this case, I do believe that I exported all of those from there to Excel and provided them to you.

Q.    Okay.  Do you have any other E-mail accounts besides your Gmail account in which you would have communicated or received communications about Novavax?

A.    Any other E-mails.  So I have my Gmail account and I have my MCS vet account. Those are my only two -- my only two accounts that I would have transmitted information reference to Novavax because, you know, it's a prohibitive practice to routinely use your

Page 174

work E-mail for -- for any business-related material.

So, you know, on my desk I have two separate computers, one for my work and one for my business.  So I don't collect -- I don't do any business transactions on my work E-mail.  It's a government platform to which they monitor and, you know, just -- it's prohibitive practice.

Q.    Okay.  Do you still have copies of the E-mails reflected in this chart?

A.    Yeah, if I provided them, then I -- I did provide those to -- to counsel.

Q.    You provided the actual E-mails on this chart to your counsel?

A.    Well, I'm not -- so the ones that -- let me say that -- put it a different way.

So the -- well, I -- because this thing is extensive.  Right?  I'm not being evasive.  I'm trying to answer it to the best of my ability.

I provided the E-mails to mostly Todd Thompson or any -- I did a search on my E-mail and provided those E-mails to my counsel.  If they're a direct match to this, I can't attest to.  I can only attest to I did everything in my power to retrieve the E-mails and provide it to him if I had access to it.

Q.   Okay.  Have you taken steps to prevent the deletion of E-mails listed on this chart to the extent you had copies of them?

A.   Oh, yes, I did.  Yeah.  I --

Q.   Okay.

(Crosstalk.)

BY MR. ZAGNOLI:

Q.   Okay.  Okay.  So if you'd turn with me to the page that ends with the Bates number 459.

A.   Okay.

Q.   Are -- so in the left-hand column is -- there's a set of dates and numbers.

Page 176

Are those dates written in the format day, month, year?

A.     They are.

Q.     Okay.

A.     No, it's month -- month -- I believe it's -- it would be -- oh, I'm -- I'm not certain.  That would be October.  Let's see if there's a -- an anomaly here.

Q.     At page four-sixty --

A.     No, it appears to be, yeah, month -- it appears to be -- I'm sorry, day, month, year.

Q.     Okay.  Okay.

A.     Yeah.

(Crosstalk.)

MS. REPORTER:  I'm sorry, you're both on top of each other.

THE WITNESS:  Okay.

BY MR. ZAGNOLI:

Q.     Mr. Gabbert, the -- you -- you would agree, then, that the dates are written in the format day, month, year?

Page 177

A.     That's correct.

Q.     Okay.  And next to the date, is that the time that the E-mail was received?

A.     Yes.

Q.     Okay.  You mentioned earlier that you had Google Alerts set up on Novavax, correct?

A.     Correct.

Q.     Are -- are these the Google Alerts listed here on this page that ends in 459?

A.     That's correct.

Q.     Okay.  Did you typically read these alerts when you received them?

A.     Typically, yes.

Q.     Did you read all of them?

A.     I didn't read -- I'm sure I -- well, so I didn't -- I read all of the -- so it comes across on my computer as an E-mail and then it has a synopsis.  So did I read the entire article, no.  But did I read them, yes.  And so it's also important to note that

Page 178

I -- what happens is they go to my Gmail and then my Gmail has a forward to my MCS account.

Q.   Okay.  But you -- you typically did read all the E-mails you got with the synopses of the articles?

A.   Yes.

Q.   You just didn't read all the articles?

A.   That's correct.

Q.   Did you choose to have the alerts come in with this frequency?

A.   Yeah, I -- well -- well, you -- I -- I would say that I don't know if it was a direct option of -- when you set up the Google Alert, you set up the generic -- anything that comes up with -- that's containing this, then you get the alert.  And then you can -- yeah.  So that's -- I -- I didn't -- I can't control -- couldn't control the frequency.  That's when they -- when they came in.  But I would have not selected this

frequency because, again, I lived this stock and I was very interested in the ability to get this to market.

Q.    So you said you would not have selected this frequency if you had a choice?

A.    I would have.  I would have.

Q.    You would have --

A.    Yes.

Q.    -- okay.  I --

A.    Yes, I would have.

Q.    Okay.  If you would turn with me, then, to the page ending in Bates number 472.

Let me know when you're on that page.

A.    Okay.

Q.    So around the middle of the page there's an E-mail from Reddit dated June 18th 2021, 8:37 a.m.  And it has the subject line Raw Material Shortage Holding Up Novavax's C ...

Do you see that line?

A.    I do.

Page 180

Q.    Okay.  Did you -- do you recall whether you read this post on Reddit?

A.    I -- I do not.  And if it would, it was -- it would have caused me great concern.

Q.    Were you aware by June 18, 2021 that Novavax was experiencing a raw materials shortage?

A.    No.  In accordance with Stan's remarks, I thought those were behind us.

Q.    But you were aware that Novavax had experienced raw material shortages in the past by 6-18-2021?

A.    Only to the extent that I've already testified about the early on concerns about the raw material.

Q.    And were those concerns about the tree bark?

A.    Yes.

Q.    Okay.  Okay.  If you would go with me to page 488.

A.    Okay.

Page 181

Q.    All right.  So if you look down near the bottom portion of the page, there's an E-mail from Simply Wall Street on August 8, 2021 at 16:41.

Do you see that line?

A.    I do.

Q.    Okay.  It has a subject line, NVAX: Price target increase to U.S. $264.

Do you see that subject line?

A.    Oh, yeah.  Okay.  You're further down.  Yes.  Yes.

Q.    Okay.  You see it now?

A.    I do.

Q.    Okay.  What is Simply Wall Street?

A.    So Simply Wall Street is -- in my view, is -- you know, just like Seeking Alpha, Simply Wall Street, Bizagi and others, they're financial companies like that that offer investors sources of information regarding the market.

Q.    Okay.  Did you typically read

Page 182

Simply Wall Street's E-mails?

A.    Like I said, along this journey I don't -- so not routinely, but, again, it's one of many sources that I -- I received information from.

Q.    So you did -- you would read their E-mails at least from time to time?

A.    Yeah.  I -- again, I -- I believe this is a -- so this is an indication that I had been to their site before and registered and that's why you see the no reply.  They send me information reference to stocks that I had searched on their site.  So -- but I'm trying to answer as fully as I can in that I don't -- in, you know, my daily routine, I don't go to that particular site.

Q.    Okay.  Do you recall this particular E-mail?

A.    No.  Like I say, it's one amongst many.

Q.    Okay.

Mr. Gabbert, I have no further

Page 183

questions for you.  Thank you very much for your time today.  It was a pleasure to meet you.

A.    Thank you.

VIDEO OPERATOR:  If there are no more questions, this will conclude today's deposition as provided by Mr. Jeffrey Gabbert.

The time is 1:20 p.m. Eastern and we are now off the record.

MR. CALANDRA:  Before you go off the record.

VIDEO OPERATOR:  Oh.  Okay.

MR. CALANDRA:  Are we still on the record?

MR. ZAGNOLI:  Yes, that's fine with me, Brian.

MR. CALANDRA:  Okay.  I'm just asking the videographer and the court reporter.  Are we still on?

MS. REPORTER:  The court reporter says yes.

Page 184

MR. CALANDRA:  Okay.  So I just want to say for the record that I have no questions.

And now we can conclude the deposition.

VIDEO OPERATOR:  Thank you, Counsel.

MS. REPORTER:  Let me get orders while we're all on.

Mr. Zagnoli?

MR. ZAGNOLI:  Yes.

MS. REPORTER:  What would you like?

MR. ZAGNOLI:  We'd like a rough transcript and a copy of the -- of the video too.

In terms of the final, I think a standard -- well, actually, what's today's date?  We probably would like the final transcript by next week.

MS. REPORTER:  What day next week, sir?

MR. ZAGNOLI:  What -- what are the -- what are your regular options?

MS. REPORTER:  One-day, two-day, three-day, business day.

MR. ZAGNOLI:  Okay.  I think something like three business days would be fine.

MS. REPORTER:  Okay.  Mr. Calandra?

MR. CALANDRA:  Same order for me.  I'll take the rough and I'll take the final at the same time period that Mr. Zagnoli has requested.

MS. REPORTER:  Mr. Leggio?

MR. LEGGIO:  Yeah.  I was going to actually have a little different request.

Can we do the -- the one-day actually?

MS. REPORTER:  For Monday?

MR. LEGGIO:  Yes, please.

MS. REPORTER:  Yes, sir.

**Page 186**

MR. LEGGIO:  All right.  Thank you.

MS. REPORTER:  Anybody else?

(No audible response.)

MS. REPORTER:  Okay.  With that, a reminder for Mr. Gabbert to stay on after the video operator concludes.

VIDEO OPERATOR:  All right.  If there are no more comments to be made, we are now going to go off the record at 1:22 p.m. Eastern.

Thank you all very much for your time and attention.  We're off the record.

(Thereupon, signature having not been waived, at 5:15 p.m. EDT, the deposition concluded.)

Page 187

_____

**JEFFREY A. GABBERT**

Subscribed and sworn to before me this ____ day of _____, 2023.

_____

**NOTARY PUBLIC**

Page 188

E X H I B I T S

NO.:              DESCRIPTION:                        PAGE:

Exhibit 0001    TD Ameritrade account

history with redactions,

Bates stamped

NOVAVAX_GABBERT_00000665        90

Exhibit 0002    TD Ameritrade tax statement

for Jeffrey Allan Gabbert,

dated 2/4/21, Bates stamped

NOVAVAX_GABBERT_00000560 –

NOVAVAX_GABBERT_00000587        109

Exhibit 0003    TD Ameritrade tax statement

for Jeffrey Allan Gabbert,

dated 2/3/22, Bates stamped

NOVAVAX_GABBERT_00000612 –

NOVAVAX_GABBERT_00000643        109

Exhibit 0004    Plaintiffs' Memorandum of

Law in Support of Motion for

Class Certification and

Appointment of Class

Representatives and Class

Counsel, dated  3/16/23        114

**Page 189**

E X H I B I T S (CONTINUED)

NO.:                    DESCRIPTION:                          PAGE:

Exhibit 0005    Declaration of Jeffrey Gabbert in Support of Plaintiff's Reply Memorandum in Further Support of His Motion for Class Certification, dated 3/13/23                114

Exhibit 0006    Certifications Pursuant to Federal Securities Laws of Nuggehalli Nandkumar, dated 1/10/22 and Jeffrey A. Gabbert, dated 11/29/21                124

Exhibit 0007    Novavax, Inc. Purchases for Period 3/2/21 - 10/19/21 by Nandkumar, Kumar and Gabbert    128

Exhibit 0008    PoliticoPro article dated 10/19/21                137

Exhibit 0009    Google My Activity log for Gabbert, various Bates numbers                147

**Page 190**

E X H I B I T S (CONTINUED)

NO.:                DESCRIPTION:                      PAGE:

Exhibit 0010    2021 Google Alerts log for

Gabbert, Bates stamped

NOVAVAX_GABBERT_00000429 –

NOVAVAX_GABBERT_00000509        161

Exhibit 0011    E-mail, Gabbert to

Thompson, dated 8/10/21,

Subject: hmm, Bates stamped

NOVAVAX_GABBERT_00000647        162

I N D E X

WITNESS:                EXAMINATION BY:              PAGE:

Jeffrey A. Gabbert    Mr. Zagnoli                    7

CERTIFICATE OF NOTARY

I, MISTY KLAPPER, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in shorthand and thereafter reduced to typewriting by me; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

Misty Klapper, RMR, CRR and

Misty Klapper, RMR, CRR

Notary Public

Page 192

ERRATA SHEET

CASE: Sinnathurai, v. Novavax, Inc., et al.

DEPOSITION OF:  Jeffrey A. Gabbert

TAKEN:  August 25, 2023

PAGE   LINE   NOW READS            SHOULD READ            REASON

____   ____   _____     _____     _____

____   ____   _____     _____     _____

____   ____   _____     _____     _____

____   ____   _____     _____     _____

____   ____   _____     _____     _____

____   ____   _____     _____     _____

____   ____   _____     _____     _____

____   ____   _____     _____     _____

____   ____   _____     _____     _____

____   ____   _____     _____     _____


                _____

                JEFFREY A. GABBERT


          Sworn and subscribed to before me

   this ____ day of _____, 2023.

My commission expires:          Notary Public:

_____      _____

**[& - 2,000]**

Page 1

**&**

**&** 2:9,14,20
5:22 6:7,15,19
45:17 46:2
168:5,17

**0**

**00000001**
147:21
**00000429**
160:22 190:5
**00000509** 190:6
**00000560** 109:2
188:10
**00000587**
188:11
**00000612** 109:5
188:15
**00000643**
188:16
**00000647**
162:11 190:10
**00000648** 90:6
**00000665** 188:6
**0001** 90:7
188:3
**0002** 109:6
188:7
**0003** 109:8
188:12
**0004** 114:17
188:17
**0005** 114:19
189:3
**0006** 124:2
189:10

**0007** 128:15
189:15
**0008** 137:2
189:18
**0009** 147:15
189:20
**0010** 161:1
190:3
**0011** 162:12
190:7
**02199-3600**
2:16

**1**

**1** 4:18 90:4
115:10
**1,000** 69:2
92:13 93:5,7,8
95:21 100:2,2
100:3
**1.6** 58:4 138:11
**1/10/22** 189:13
**10** 36:18 54:10
58:1 92:13
96:3 101:22
104:21,21,21
110:21 124:21
127:3,9 160:21
161:20 165:1
170:10,12
**10/19/21**
189:16,19
**100** 23:4 41:15
58:4 89:2
**10016** 3:5

**109** 188:11,16
**10:02** 54:10
**10:14** 54:18
**10th** 43:15
46:10,11 73:4
92:12,17 94:20
95:21 97:7,13
129:7 162:22
**11** 99:16 162:8
**11/29/21**
189:14
**114** 188:22
189:9
**11:30** 113:21
**11:40** 114:7
**11th** 125:4
**12** 92:6
**12,000** 100:14
**124** 189:14
**128** 189:17
**12:38** 159:22
**12:48** 160:8
**1340** 2:5
**137** 189:19
**14** 67:3 87:5
**147** 189:22
**15** 14:19 36:18
108:17 110:12
112:4
**15th** 99:19,22
156:11
**16** 34:2 108:17
112:5 116:3
117:11

**161** 190:6
**162** 190:10
**167** 153:12
**16:41** 181:4
**16th** 99:19
**170** 154:18
**1700** 60:18
**18** 180:6
**18th** 179:17
**19** 146:14
**191** 2:10
**1939** 119:7
**19801** 2:5
**1986** 20:2
**1989** 20:6
**1995** 20:4
**19th** 16:13 33:3
33:6 41:17
103:11 104:12
127:3,10 132:9
140:12 141:2
153:15
**1:20** 183:9
**1:22** 186:12
**1c** 123:22
**1f** 128:13
**1st** 125:3

**2**

**2** 54:15 108:22
110:11 111:19
130:19,19
131:10,17
142:8
**2,000** 100:2
102:6,7 103:22

**[2,000 - 845-1374]**

104:12 105:11
**2/3/22** 188:14
**2/4/21** 188:9
**20** 17:3
**20006** 2:21
**2005** 20:9
**2007** 20:8,11
**2019** 17:3
**202** 2:21
**2020** 62:18
66:15 71:2
110:17 111:9
**2021** 40:18
41:9,12 68:7
68:14,17 69:5
70:14,22 71:2
73:4 84:2
90:11 92:1
94:20 95:22
97:7 99:19
102:2 103:11
106:10 112:2
112:19 127:4
127:10 132:10
140:12 146:14
153:15 154:22
162:22 164:12
164:17 179:18
180:6 181:4
190:3
**2022** 35:9
125:4
**2023** 1:12 4:5
116:4 117:11
129:7 187:7

192:4,20
**2099** 2:20
**20th** 104:16
105:8 106:10
**21-2910** 1:7 5:4
**211** 93:8
**212** 3:5
**21st** 40:13 41:8
41:12 105:8
**22** 136:22
**220079** 11:1
**22nd** 35:13
**24** 172:22
**24th** 40:11,16
40:20
**25** 1:12 14:22
192:4
**2500** 103:1
**25th** 4:5
**26** 123:2
**264** 181:8
**29th** 40:11 44:6

**3**

**3** 109:1,4
111:15,18
114:4,11
122:17 140:3
142:6
**3/13/23** 189:9
**3/16/23** 188:22
**3/2/21** 189:16
**30** 14:22
**300** 2:5
**302** 2:6

**31** 23:17
**312** 2:11
**32** 121:20
127:21
**32nd** 2:10
**36** 141:12
142:1 143:11
143:19
**399** 157:17
**3c** 114:11
**3rd** 3:4

**4**

**4** 114:14,16
115:2,21
130:19 160:5
**4,639** 92:14
**401** 90:20,22
**43** 167:1
**449** 191:17
**459** 175:19
177:11
**472** 179:12
**488** 180:21
**4th** 154:22

**5**

**5** 114:14,16
115:1 117:4
118:13 125:21
126:8 128:2
**5,000** 100:4,5,6
**508-4721** 2:21
**52** 170:17
**573-2540** 2:6

**5:15** 186:17
**5th** 102:2

**6**

**6** 120:4,14
124:1
**6,000** 94:19
**6-18-2021**
180:13
**60** 58:1 138:11
**600** 3:4
**60606** 2:10
**617** 2:16
**661-1100** 3:5
**6:00** 97:20 99:3
**6th** 103:1

**7**

**7** 103:7 124:19
124:21 125:19
128:14,19
190:18
**70** 142:9
143:15
**760** 115:11

**8**

**8** 125:13 137:1
147:13 148:2
181:4
**8,000** 105:9,14
**8/10/21** 190:8
**800** 2:15
**800,000** 165:17
**8058** 10:22
**845-1374** 2:11

**[8:21 - alpha]** Page 3

**8:21** 163:1
**8:30** 99:3,14
**8:37** 179:18

**9**

**9** 126:6 147:14
148:3,5 169:14
**9,000** 103:21
104:1
**90** 188:6
**951-7000** 2:16
**9:02** 1:13 4:4

**a**

**a.m.** 1:13 4:4
54:10,18 97:20
113:21 114:7
179:18
**ability** 59:3
119:19 145:21
151:13 174:22
179:2
**able** 15:21 45:9
50:18 85:18
86:8 93:22
101:1 115:6
149:3 169:10
**absolutely** 24:4
44:20
**access** 86:8
151:12,14
175:7
**accordance**
44:1 45:7
65:11 145:11
180:9

**account** 90:11
90:18 91:2,18
127:7 169:6
171:20 173:6,7
173:14,18,18
178:3 188:3
**accounts** 90:17
90:19 173:14
173:19
**accumulate**
100:20
**accuracy** 49:6
**accurate**
112:10,20
**accurately**
10:15
**acknowledge**
107:3
**acquisition**
20:3 21:7
**act** 158:16
**acted** 118:14
**action** 1:6 5:12
39:5 42:10
118:15,20
191:11,15
**active** 33:13
**actively** 12:14
**activity** 189:20
**actual** 174:14
**actually** 28:20
87:18 130:19
164:22 184:18
185:16,19

**adding** 145:6
173:3
**additional**
173:3
**address** 10:21
11:3
**adds** 134:2
**adequate** 39:15
39:15
**adhering**
135:21
**administer**
26:8
**administration**
20:7 133:13
**advance** 156:2
**advanced**
21:16
**advice** 82:12
**advisor** 82:5,8
**aerial** 60:1
**affect** 47:12
**affected** 45:22
**affiliations**
5:18
**affirmation**
81:17
**afghanis** 61:6
**afghanistan**
26:7 61:5
**africa** 18:10
59:1
**afternoon**
113:11

**agencies** 26:17
**agency** 26:6
27:2,6 60:6
**ago** 8:12 13:11
14:1,21 96:10
136:17
**agree** 4:15 65:1
128:7 176:21
**agreement**
31:16,17
**agreements**
47:1
**ahead** 52:13
64:7 65:5 74:2
82:16,22 108:4
123:11 161:14
161:19 168:3
**air** 20:10 26:4
**al** 1:8 5:1 192:2
**alan** 10:19
**alert** 135:6,8
178:16,18
**alerts** 177:6,10
177:14 178:11
190:3
**algorithm**
82:20
**allan** 188:8,13
**allen** 17:7
19:16,18 22:13
164:11
**alpha** 51:12
72:18 80:8
97:17 172:8
181:18

**[alternate - asked]**

**alternate**
154:14
**amended** 36:7
42:8,17,21
49:8
**ameritrade**
74:20 80:2
90:11,17 91:7
94:12 97:22
110:17 112:2
127:7 134:16
152:9 154:5
188:3,7,12
**amount** 67:19
85:19 86:4
101:11
**amounts** 92:12
100:2
**analyst** 74:10
74:22
**analysts** 74:13
74:15,18 75:7
75:12,15
**anavex** 71:1
**announced**
146:8
**annual** 72:5
100:11
**anomaly** 176:8
**answer** 8:7,8
8:21 9:6,16,18
10:7 20:15
26:19 29:19,21
52:7,15 55:13
55:20 72:7

82:6 84:7
85:21 93:13
101:20 106:17
106:20 116:16
117:1 131:12
174:21 182:14
**answered**
123:10 151:14
**answers** 8:15
8:18
**anybody** 24:21
28:3 82:7
186:3
**anytime** 135:6
**apache** 60:2
**apart** 65:17
**apologies** 29:8
37:5 139:22
148:4 161:15
165:2 170:20
**apologize** 29:2
**appear** 12:3
**appearance**
5:16 6:22
**appearances**
2:1,2 3:1 5:18
**appearing** 7:2
**appears** 110:18
148:14 150:17
151:4 161:16
176:10,11
191:4
**application**
59:14 61:11,15
61:18 62:2

69:11 146:21
147:2
**applied** 58:18
59:17 85:6
**apply** 59:7
**applying** 46:9
67:17
**appointed** 33:8
120:6
**appointment**
116:2 121:8
123:1 188:20
**apportional**
32:7
**appreciable**
85:19
**appreciate** 7:22
29:12
**approach** 65:8
**appropriated**
27:1
**approval** 121:9
**approximate**
13:10
**approximately**
13:12 14:19
33:1,17 34:3,6
68:20 147:1
**arbitration**
12:1
**area** 48:19,20
59:18
**areas** 59:4
**arms** 45:22

**army** 23:18
60:16 158:15
**arrangement**
19:8
**arrive** 165:20
**arrived** 92:8
**article** 16:14
30:1 41:18
69:13 95:2
97:9 103:16,19
104:6 105:15
106:12 107:2
132:8,11,14,22
134:11 135:12
136:13 137:14
137:19 139:15
140:9 141:8,21
142:2 144:3,17
144:22 145:2,3
146:1 153:22
154:6,15 172:3
177:21 189:18
**articles** 132:22
133:3,6,7,19
134:21 152:21
172:11 178:6,9
**aside** 15:1,8
16:7 108:14,15
132:5 164:22
**asked** 9:8 15:18
28:1,3 37:13
44:8 55:3 56:7
123:10 129:12
129:18 136:6
143:3 148:19

[asking - believe]

**asking** 14:11 25:6 50:21 64:19 65:1 94:14 96:8,8 147:3 169:3,3 172:21 183:19
**assays** 44:10 45:12 132:19 135:21 138:18 146:9
**asserting** 43:11 43:14
**assertion** 44:14 52:20
**assimilate** 61:1
**assistance** 61:9
**assistant** 14:1
**associated** 22:10
**assume** 9:7 11:15
**assurance** 60:7
**astrazeneca** 71:10
**astrazenetech** 71:6
**attach** 166:6
**attached** 122:22 125:21 128:3
**attachment** 129:5
**attempt** 171:8 173:5

**attempted** 57:8 166:3
**attempts** 149:5
**attended** 76:5,6 77:13
**attention** 75:12 186:14
**attest** 175:5,5
**attorney** 5:20 15:2 191:13
**attorneys** 15:9 16:7
**attributes** 18:8
**attune** 102:17
**attuned** 102:15
**audible** 55:10 186:4
**audio** 4:13
**august** 1:12 4:4 102:2 103:1 129:7 162:22 181:4 192:4
**australia** 63:3
**authorize** 120:5
**avatar** 81:12
**avenue** 2:5,20 3:4
**aware** 31:2 37:17 62:11,12 118:16 131:20 180:6,11

**b**

**b** 74:17 188:1 189:1 190:1
**back** 15:19 19:19 52:20 54:19 58:13 76:18 81:21 107:9 114:7 125:19 126:17 127:21 141:14 154:2 160:8 161:20 162:2 167:20
**background** 17:15 60:13,14
**bad** 9:14 38:21
**bags** 50:22 51:1 51:8
**bah.com** 162:22
**balance** 134:2
**balanced** 133:21
**bark** 50:19 180:18
**barron's** 51:12 80:7
**based** 71:13 75:1 79:5 94:5 97:1 107:6,22 108:9 119:22 158:15
**basic** 14:11
**basically** 24:11 57:5 78:12

83:20 145:15
**basis** 107:18 146:11,17
**bates** 90:5 109:1,4 147:20 153:10,10,12 154:17 157:16 160:21 162:10 175:18 179:12 188:5,9,14 189:21 190:4,9
**bay** 19:11
**bbc** 133:19
**bcalandra** 3:6
**bears** 90:5 109:4 124:22 147:20
**beat** 75:3
**beats** 165:11
**beginning** 5:19 20:17 54:15 114:4 160:5
**begins** 4:17
**behalf** 1:4 2:3,8 3:2 6:2,8,11,15 6:19 7:3 25:4,9
**behavior** 154:4
**belief** 106:22
**believe** 36:5 46:11 59:19 61:6 62:17 68:6,18 71:5 71:15 75:20 77:22 80:16 83:13,14 88:1

**[believe - calandra]**

93:1 103:14
105:20,20
110:10 111:14
112:14 119:6
120:20 126:9
126:19 131:3,5
132:13 143:7
143:13 144:4
144:12 149:8
149:11 156:11
156:16 173:10
176:6 182:8
**believed**  58:20
96:2 97:10,18
**believer**  67:2
**believing**  69:21
**belong**  51:14
133:10
**benefit**  59:5
**best**  30:4
146:22 147:8
151:13 174:21
**bid**  23:19
**big**  64:16 70:12
83:2 167:2
**billion**  58:4
138:11
**biomedical**
62:14
**biontech**  46:3
**biotechnolog...**
57:4
**bit**  64:12
108:21 110:8
162:4

**bizagi**  181:18
**blades**  50:22
51:1 52:17
141:18
**blah**  154:6,6,6
**blank**  119:13
**block**  65:21
**bloomberg**
80:3 98:21
**board**  80:16,19
80:20
**boards**  51:15
82:2
**bonds**  22:1
**booz**  17:7
19:16,18 22:13
164:11
**borrow**  83:17
**boss**  28:13
**boston**  2:16
**bottom**  92:11
142:7 153:8
154:20 181:2
**bought**  69:5
95:21 96:1,13
100:6 101:11
102:6 103:1,22
104:12,15
105:8,13
**bounce**  167:20
**bounceback**
166:2
**bound**  40:6
**boylston**  2:15

**break**  9:22 10:1
10:8,9 54:4
55:2 56:7
88:12 89:17
109:22 110:7
113:4,17
159:14 160:13
**breaking**  29:4
**breaks**  10:3
**brian**  3:3 6:1
13:21 31:10
43:1 86:14
87:7 88:10
166:13 183:17
**bridge**  145:15
**brief**  54:12
114:1 160:2
**briefly**  23:18
**briefs**  121:15
121:17
**bring**  41:5
51:16 150:3
**bringing**
144:18
**briskly**  113:6
**brokerage**
90:16,19
**brought**  24:11
25:14 38:4
**brown**  2:13 6:4
6:5,7
**building**  26:15
65:21
**built**  63:1 65:8
66:9

**burden**  104:18
**business**  20:7
21:15 22:8,19
23:7 57:3 67:5
151:10 174:1,5
174:6 185:4,6
**button**  101:8
**buy**  68:16
96:15,19 97:4
**buyers**  94:13

**c**

**c**  2:13 4:1 6:7
179:20
**cadet**  155:16
**calandra**  3:3
6:1,1 7:2 13:22
14:5 52:5,9
55:14,17 64:6
65:3 82:14,21
86:17,20 87:2
87:17 88:21
108:2 113:5,16
114:13 115:5
115:15,17
116:18 122:5
122:11 123:9
129:13,16,22
130:3,6 143:2
157:9,12
159:13,17,20
161:12 166:15
167:1 168:21
169:18 183:11
183:14,18
184:1 185:9,10

**[call - class]** Page 7

call 35:14,16
43:15 44:2
72:4,21 73:4,8
73:12 75:19
102:14 156:10
called 7:9 61:13
135:22 167:15
168:4
calls 34:14
35:11,17 62:8
72:2,8 74:13
99:10 121:20
camera 4:10
canada 46:17
candidate 64:4
cantor 44:5
74:17 75:21
76:11
care 122:7
careful 116:19
carolina 48:1
48:15
case 5:1,3 16:6
25:13 27:12,20
29:18 31:3
32:2,12,22
33:9 37:18
39:4 40:9
47:22 48:10
50:8 55:6
56:10 62:1
93:8 116:4
117:10 119:17
121:4 125:3
129:7 161:4

165:16 173:10
192:2
cases 119:2,7,9
119:16
cause 58:20
101:4,19
caused 104:6
145:4 163:17
180:4
causes 94:6
caution 14:6
122:6
cautioned
116:16
caveated 50:16
center 151:20
152:2
ceo 22:17 42:5
43:16
cerner 133:17
certain 31:14
41:15,22 45:13
51:1 74:15
93:3 94:3
110:21 126:17
129:12 144:15
176:7
certificate
191:1
certification
116:1 117:10
123:8,17 125:1
125:8 128:3
188:19 189:8

certifications
20:20,21,22
21:3 122:22
189:10
certified 1:18
certify 191:4
chad 53:22
challenges
106:1 170:21
challenging
63:12
changed
146:16
charge 26:12
charles 2:9
5:21
charles.zagnoli
2:11
charlie 113:5
114:13 130:8
143:5
chart 126:10,15
126:21 128:8,9
129:4,8,9
130:13,14
131:3,6 132:2
174:11,15
175:11
chat 51:15
72:19 76:21
80:16,19,20
82:2 134:18
154:8 155:7
158:4 159:10

chicago 2:10
chief 42:6
choice 63:8
179:5
choose 178:11
chuang's
121:11
chuckle 66:22
civil 1:6
claim 33:14
36:8,9
claiming 44:16
45:1 165:15
claims 43:11
clarification
9:3 13:7 29:11
32:10
clarify 9:5 13:6
16:11 49:21,21
85:14,16 92:22
class 6:12 33:9
33:11 38:19
39:5,18,21,22
40:8,10,15,22
41:7,13 42:3,4
43:13 44:15
50:5 52:20
58:19 59:22
84:5 105:22
116:1,2,3
117:9 118:17
118:19 123:3
126:1 135:5
147:4 148:21
188:19,20,21

**[class - concerns]**                                                    Page 8

189:8
**class's** 118:14
**cleared** 44:3
**click** 149:2
153:2 167:17
**clicked** 124:11
**client** 23:1
**close** 122:13
138:21,22
**codes** 22:10
**colleague** 88:9
**collect** 174:5
**collecting**
15:22
**collective** 51:16
**collectively**
119:20
**collector** 80:17
**college** 20:11
26:5
**column** 175:21
**combat** 24:9
**combination**
18:19 63:20
**come** 30:14
38:22 75:15
77:1 94:3 99:8
141:12 154:10
161:20 162:2
166:20 167:10
178:12
**comes** 32:4
50:22 52:19
80:2,12 98:2
134:15 149:22

165:9 177:19
178:17
**comfortable**
169:20
**coming** 6:6
62:14 69:10
94:1 129:19
148:8 160:15
**command**
28:12
**commander**
26:5 28:10
60:15
**commanding**
28:10
**comment** 85:14
**comments**
42:20 43:4
116:12 117:20
118:8 139:4
186:10
**commercializ...**
42:6
**commission**
192:21
**commitment**
113:11
**common** 9:13
18:1 51:9
**commonly**
96:15,20
**communicated**
58:16 61:19,22
173:15

**communication**
62:4 73:7
172:18
**communicati...**
12:20 13:2
14:7,14 33:21
34:4 62:6
71:22 116:20
122:8 129:17
173:16
**communique**
52:21 126:18
127:21
**community**
51:14 69:9
155:8 156:15
158:6
**commute** 98:19
**companies**
24:16 62:14
71:3 119:14
181:19
**company** 17:15
18:2 19:17
22:14,20 23:2
23:21 57:5
58:9,20 69:21
70:21 105:20
119:6 146:2
**company's**
136:7
**compared**
127:22
**compensated**
53:7,12,12

**compensation**
32:13
**competent**
118:16
**competitors**
46:1
**complaint** 42:9
42:18,21 48:10
49:3,8 120:7
120:18 126:2
**complete**
112:11
**completely**
157:3 161:10
**complex** 46:7
**compliant**
149:3
**comply** 150:8
172:17
**computer**
151:21 152:3,7
152:15 153:2
177:19
**computers**
150:4 151:7,11
151:16 174:4
**concept** 31:16
47:15,18 83:5
83:10
**concern** 50:18
180:5
**concerning**
21:13
**concerns**
180:15,17

**[concert - corner]**

concert 50:3
conclude 47:6
  183:6 184:4
concluded
  186:18
concludes
  169:21 186:8
conclusions
  120:2
conduct 15:12
conducted 4:7
conference
  34:14,14 35:10
  35:14,15,17
  43:15 44:6
  62:9 75:22
  76:2,5 77:3
  136:6
conferences
  76:7,12
confidential
  47:15,18,19,20
  47:22 48:9,14
  48:17 49:2,7
  50:7 53:7,15
  55:5 56:10,13
  56:20,21
confirm 146:1
confirmed
  138:8 144:5
conflict 46:15
  136:3
conform 45:10
confronted
  24:10

confused 148:4
congress 27:1
congressional
  26:10
connected 51:6
connection
  4:10 61:11
conquered
  44:12
consider 29:17
  78:21 79:7
considerable
  69:17,17
consideration
  39:9
consisted 51:11
consistent
  42:11,15 49:10
  50:9 55:8
  56:14 96:21
  100:7 101:15
  105:16 138:9
  141:19 155:5
consistently
  138:13
consists 42:4
constant 97:16
constantly
  139:20
consult 79:14
  81:4
consulting
  22:17 23:10,12
  23:16

consumable
  172:1 173:9
consume 72:13
  79:20,21
consumed 67:1
  73:19 77:11
  98:11,11
  101:16 148:20
consuming
  51:20 81:3
  97:2 99:6
contacted
  30:22 165:5
contain 167:19
contained 43:8
  118:8
containing
  178:18
contamination
  45:17
content 12:19
  14:13 157:8
  161:11
contents 92:2
context 45:4,4
  45:16 46:4
  83:6 84:14
  120:18 144:19
  173:3
contextually
  52:19
continental
  60:17
continue 4:14

continued 3:1
  141:11 189:1
  190:1
continuing
  69:11
contract 23:20
  26:6,9 28:11
  45:8 60:6
contracting
  21:2,7 25:3,9
  60:15,18
contracts 60:16
  65:11
contractual
  26:8
contradict
  139:6
contradicted
  135:13 136:13
  137:20
control 178:20
  178:20
conversation
  14:16,20
conversations
  13:20 14:12
  15:4 67:10
  75:17
converse 14:3
cope 147:7
copies 73:16
  174:10 175:11
copy 184:15
corner 124:20

**[corporation - day]**

**corporation**
42:5 133:17
**correct** 19:3,4
22:15 27:10
58:15 68:12
94:16 103:17
121:2 124:15
125:6,7 126:22
127:1 128:6
141:4 146:5
149:10 151:2
177:1,7,8,12
178:10
**correctly**
101:13 105:10
121:1 123:5
144:7
**cost** 59:3
**counsel** 4:21
5:17 7:10,14
7:17 9:11,17
12:10,13,16
13:1,9 14:7
16:16 33:18
39:2 53:9,16
54:20 88:5
89:15 114:9
116:3,20
118:16,18
122:9 126:18
129:6,11,18
148:15 149:9
160:10 167:22
174:13,15
175:4 184:7

188:22 191:10
191:13
**counter** 145:7
**countries** 18:10
26:9 43:19,21
43:22 46:21
47:4 59:2
63:13 64:17,18
135:19 145:12
146:3
**couple** 63:14
71:12 157:20
**course** 21:14
24:15 27:5
28:17 38:5
45:22 47:10
65:14 67:9
75:14 79:3,16
144:21
**courses** 21:12
21:19 22:5
**court** 1:1 5:8
7:5,16 8:11,16
8:19 11:20
29:7 35:21
86:8 87:11
121:6 140:1
183:19,21
**court's** 120:9
120:21
**coverage** 52:1
**covered** 115:8
132:2
**covid** 64:3 71:4
71:18 164:12

**create** 91:6
167:18 169:6,7
**created** 91:2,4
171:12,13
172:14
**credibility**
155:11
**credible** 134:9
**credit** 158:17
**crossed** 145:15
**crosstalk** 146:4
175:15 176:15
**crr** 191:18
**csra** 23:19
**cubicle** 19:12
**cubicles** 19:13
**cultures** 61:4
**current** 10:20
37:8 45:10
58:17 60:9
61:20 96:4
135:19 145:12
**currently** 22:12
24:18,21
**curriculum**
21:18,20
**cursory** 66:17
**czechoslovakia**
61:7

**d**

**d** 2:9 4:1
190:16
**d.c.** 2:21 133:5
**daily** 107:12,18
108:1,7,8

158:9 182:15
**damage** 39:12
**damages** 123:4
165:16
**data** 15:20
49:11 171:15
**date** 16:17
40:15,21,22
41:14 51:7,21
59:12 66:13
68:9 74:9
101:12 103:18
132:1 151:18
177:2 184:19
**dated** 179:17
188:9,14,22
189:8,12,14,18
190:8
**dates** 13:10
100:10 101:15
175:22 176:1
176:21
**daughters** 67:8
67:8
**david** 34:18
121:9
**day** 10:3 16:13
17:11 30:17
31:1 45:20,21
46:5 51:20
76:20 78:19
79:11,11,12
80:1 92:21
96:13,16,20
97:16 98:6,8

**[day - discussed]**

| | | | |
|---|---|---|---|
| 98:15 100:6 101:1 102:5,9 102:13 103:19 104:2 107:20 134:14 146:18 146:18 147:8 163:11 164:7 173:1 176:1,11 176:22 184:21 185:3,4,4,4,18 187:7 192:20 | **defendants** 1:9 2:8 5:22 6:8,16 6:20 7:10,17 38:9,13,16,20 43:12 62:1 | **deposition** 1:15 4:7,19,20 7:21 8:3 12:7,17 13:9 14:17 15:10,14 16:3 26:16 54:16 | 51:18 61:4 72:17 78:19 80:9,14 122:3 127:21 134:19 152:21 156:13 174:17 185:16 |
| | **defense** 4:21 16:1 25:4,10 26:6 36:16 60:6 122:1 | 114:5 160:6 161:9 169:21 183:7 184:5 186:18 191:3,5 191:8,11 192:3 | **differently** 64:12 |
| | **defense's** 15:17 37:10 | **describe** 37:7 77:17 132:11 | **difficult** 8:12 8:16,19 150:3 |
| **days** 13:11,22 14:21 41:22 67:3 105:8,12 105:14 185:6 | **definitive** 73:10 | **described** 48:9 | **difficulty** 131:9 136:2 |
| | **definitively** 73:6 86:1 | **describing** 64:14 | **diligence** 101:1 |
| **deal** 60:10 61:4 | **degree** 20:1,2 20:10 | **description** 188:2 189:2 190:2 | **direct** 46:15 136:3 175:4 178:15 |
| **dealing** 24:15 | **degrees** 101:3 | | **direction** 78:19 |
| **dealings** 28:15 | **delaware** 2:5,5 | **desk** 19:13 97:20 99:2 174:3 | **directly** 67:13 136:6 |
| **dealt** 28:7 | **delay** 47:11 138:7 144:4 | | **director** 99:10 |
| **dearly** 78:1 | **deletion** 175:10 | **details** 14:12 141:17 | **disabled** 22:18 23:6 |
| **decide** 62:19 98:7 | **democratic** 134:6 | **developer's** 71:18 | **disclosed** 140:12 141:1 |
| **decision** 37:10 66:20 | **denial** 69:20 104:17 | **developing** 71:4 | **discovered** 40:3 |
| **decisions** 79:15 82:20 | **denying** 105:19 | **dialogue** 43:3 | **discovery** 36:21,22 37:15 59:11 120:8 |
| **declaration** 117:7 122:16 125:9 189:3 | **department** 25:4,10 | **dictates** 78:14 | **discredit** 158:17 |
| | **depends** 4:9 | **difference** 83:20 | |
| **deep** 18:11 63:11 | **deployments** 17:18 18:9 | **different** 22:1,9 24:15 36:19 43:19 49:11 | **discuss** 17:9 36:5 38:12 |
| **defendant** 23:13 | **deponent** 3:2 | | **discussed** 15:9 16:8,12,17 |
| **defendant's** 121:16 | **deposed** 11:5 25:22 | | |

**[discussed - earnings]**

66:19 132:17
**discussing**
82:10 137:15
163:5
**discussion**
79:17
**discussions**
82:11 144:6
**dismiss** 37:11
120:22 121:16
**dismissal**
121:12
**dismissed**
37:12
**displayed**
150:15
**displaying**
144:14
**dispose** 151:15
**disposed** 13:14
13:17
**disseminating**
24:14
**distribution**
63:14
**district** 1:1,2
5:2
**docket** 123:2
**doctorate** 20:7
**document** 86:7
86:9 87:14
88:19 89:6,22
90:4 92:2,18
99:16 108:14
108:15 109:1,3

110:10,15
111:9,14,17
112:20 115:20
116:9,13 117:6
117:16,21
118:1 124:22
127:14 131:14
131:21 132:6
143:12 147:19
148:6,13,16,21
149:9,14
150:15 151:1,5
157:2 159:12
160:14,16,19
161:5,5,7,11,16
162:9,18
164:22 165:3
168:15 171:3,5
171:12 172:15
**document's**
147:18
**documents**
15:20 16:1
43:7 90:14
109:12,13,20
110:7 167:19
**dod** 45:8
**doing** 47:4
60:20 66:17
101:1 105:10
119:8
**dollar** 86:4
**domain** 153:5
**doses** 58:2,4
138:4

**dots** 51:7
**doubt** 112:9
**downgrade**
74:22
**download**
115:11
**downloaded**
91:7
**downloading**
72:16
**downloads**
152:20 153:1
**drafted** 118:1
**drafting** 118:5
**drag** 86:22
**drastically**
155:20
**drawing**
119:13
**drew** 120:1
**drive** 2:10
**drop** 95:4
107:5 169:10
**dropped** 95:4
105:18
**due** 101:1
107:4
**duly** 7:11 191:5
**duncan** 74:15
**duties** 26:7
33:8,10,12,16

|  e  |
| --- |

**e** 2:6,11,17,22
3:6 4:1,1 86:14
86:18 87:6,16

88:8,12,15,20
89:4 109:17
162:21 163:8
164:3 165:3,9
165:11,19
166:16,20
167:7,10
168:12,14,18
168:22 171:4,4
171:21 172:7
173:14,17
174:1,7,11,14
175:1,3,3,7,10
177:3,19 178:5
179:17 181:3
182:1,7,18
188:1 189:1
190:1,7,16
**earlier** 19:5
22:11 30:17
32:16 66:19
70:11 71:20
75:22 76:9
103:15 120:20
127:2,7 141:3
151:8 156:22
163:6 171:2
177:5
**earliest** 97:11
**early** 17:9 57:8
62:18 180:15
**earnings** 72:2,3
72:8 73:3 75:2
97:19 102:14
155:13

**[easier - excel]** Page 13

easier 86:15 87:20 89:3 157:4 161:8

eastern 4:4 54:10,18 113:21 114:7 159:22 160:8 183:9 186:12

easy 82:5 166:8 171:22

economy 80:6

edt 1:13 186:17

education 19:21

effacious 18:7

effective 39:10

efficacy 63:6,20

efficient 39:11

effort 133:10

eileen 2:19 6:14 87:4,19 88:8 89:19 108:16 109:16 114:10 123:21 128:12 136:21 147:12 161:18 168:3,8

eileen's 165:18 166:16

eileen.falk 2:22

either 27:19 35:18 53:18 72:21 74:17 77:2,2,13 83:11,12,13,21 101:17 115:8

134:15

electricians 27:3

electrocuted 26:14

electrocution 26:11

electrocutions 11:14

electronic 133:12

elements 39:7 41:1 140:15

elina 3:3

embarrassment 105:1

emotional 106:19

emotionally 69:15

emphatically 77:12

employed 23:16,17,19 191:10,13

employee 191:13

employees 58:17 61:19

endeared 18:1

ends 153:12 154:17 157:16 175:18 177:10

engage 83:22

engaged 27:19 29:14

engaging 12:14

enter 78:9 93:2

entire 177:21

entirety 144:17

entries 102:3 103:12

erakhlin 3:6

erck 42:6 43:16 135:15 139:4

erck's 139:6

errata 129:6 192:1

esquire 2:4,9 2:13,14,19 3:3 3:3

essentially 44:11 116:15 133:9 158:13

et 1:8 5:1 192:2

eu 46:21

eua 45:7,8,20 46:9,13 65:13 65:18 66:9 69:11 95:2 97:10 107:7 132:15 138:13 145:21 146:7 146:13,21 147:2,10

europe 134:20 155:20

europeans 155:14

evasive 174:21

evening 89:14

event 10:3 12:12 41:4,16 41:19 76:22 77:15 101:15 102:19

events 38:22 40:6

everybody 37:4 88:13 139:20

evidence 120:1

exact 41:21 59:12 66:13 68:9 69:3,3 74:9 94:22 96:9 119:13 121:19 147:8 151:17

exactly 27:17 43:4 73:19 98:3 100:8 103:2 127:19 135:1 150:6

examination 7:10,17 190:17

examined 7:11

example 45:16 47:22 49:14 50:10,14 57:13 131:16 133:10 171:17

examples 70:20

excel 173:12

**[exception - filed]**                                                 Page 14

exception  10:6
exchange  31:19
  55:9 56:3,16
  154:21 155:4
exchanged
  163:11
exhibit  87:5,14
  87:18 88:2,4
  90:4,7 109:4,6
  109:8 110:11
  111:15 114:12
  114:17,19
  115:1,2,21
  117:4 124:1,2
  124:13 128:14
  128:15,19
  137:1,2 147:14
  147:15 148:2,3
  148:5 160:15
  160:21 161:1
  162:8,12 165:1
  166:3 169:11
  169:15 170:4
  170:10,12
  188:3,7,12,17
  189:3,10,15,18
  189:20 190:3,7
exhibits  108:22
  114:14,16
  124:9,11
  148:15
expect  38:1,11
  106:9
expectations
  75:4

expected  26:19
experience
  60:20 118:17
experienced
  17:17 180:12
experiencing
  180:7
expires  192:21
explain  19:7
explored
  172:19
exported
  173:11
extant  17:10
extended  63:16
extensive  17:15
  18:22 36:19
  118:17 155:7
  174:20
extensively
  18:16
extent  16:11
  36:12 41:21
  94:8 175:11
  180:14
extract  172:1
  173:8

          f

faced  140:13
facets  140:16
facilities  48:15
  48:18 57:16
  58:8,13
facility  26:13
  58:7

fact  13:13,16
  30:4 39:14
  40:3 44:11
  63:2,10,15
  69:9 95:1
  106:15 119:10
  136:2 139:10
  151:18
factories  60:2
  96:3
factors  39:14
  79:5
factory  46:17
  46:18,20 48:1
  48:2
facts  136:12
  137:19 138:19
  139:5
fair  64:2
  107:10,21
fairly  158:7
falk  2:19 6:13
  6:14,14 87:9
  87:13 88:1,8
  88:15 89:13
  109:18 161:15
  162:5 165:2
  166:1,9 167:13
  168:4 169:10
fall  70:3 138:3
falls  65:17
false  38:7 43:16
  44:18 45:1
familiar  24:2
  31:15 42:8

  47:14 53:21
  75:14 76:1
  83:5 144:5
family  100:21
  105:3,3
far  38:4 63:13
  79:17 135:22
fast  166:8
father  61:2
fda  45:9 65:15
february  40:11
  40:16,21
federal  11:16
  22:5 57:21
  125:1 189:11
feed  97:15 98:2
  135:9
feeds  102:17
  154:5
feel  9:3 10:9,13
figure  77:10
  143:11
file  115:13
  146:7 167:7,14
  168:6 169:13
  170:3,22
filed  5:1 42:9
  42:18 49:8
  116:3,10,13
  117:10,16,21
  121:15,17
  123:8 125:2
  126:11 129:5,7
  146:21 147:2,9

files  169:11
filing  120:5
  146:13
filings  35:22
filled  30:22
filters  50:22
  51:1,9
final  184:17,20
  185:12
finance  21:17
  80:1
financial  21:4,8
  21:13 181:19
financially  5:12
  191:14
find  134:8,10
  134:20 150:11
  154:13
fine  43:5 53:20
  149:17 159:19
  168:14 183:16
  185:7
finer  141:17
finish  8:6,8
  132:16 162:4
firm  5:9 27:11
  27:19 31:7
  32:19,19 33:5
  43:7 119:3,16
  167:14
firms  27:11
  29:15,17 30:9
  31:3 32:20
first  12:9 14:15
  14:18 15:3

30:10 33:5,11
36:4 43:14
51:3 59:21
62:10,12 65:9
66:7,11 74:6
76:15 109:1
116:7 117:13
122:16 125:5
135:12 149:20
fitzgerald  44:5
  75:21 76:11
five  88:11
  101:2 124:10
flip  8:7 137:18
  157:4
floor  2:10
florida  20:3
flu  63:19
focused  98:12
folder  166:4
  169:12,14,15
  170:4
folks  54:3
  113:3
follow  30:17
  74:16 80:21
  147:6
following  97:11
  105:15 144:20
follows  7:12
foregoing
  191:3,5
foreign  60:20
  64:3,17,20
  66:4

foremost  33:11
foremount  66:7
form  30:22
  52:6,11 64:6
  108:3 172:1
  173:9
formal  82:7
format  176:1
  176:22
formed  119:7
former  58:17
  61:20
formulated
  144:21
forth  122:22
fortunate
  100:19
forums  52:22
forward  12:10
  12:13 14:8
  39:8 41:5
  78:13 141:16
  156:17,18,18
  178:2
foundation
  66:8
founded  23:15
founder  22:16
four  28:15
  100:1 176:9
fox  46:6
frame  62:18
frankfurt
  154:21 155:4

fraud  25:15
free  9:4 166:12
freeze  18:12
  63:11
frequency
  178:12,21
  179:1,5
friday  4:4 7:22
friend  16:12
friend's  16:19
front  148:7
  162:18
full  10:18 67:5
fully  106:21
  161:6 182:14
funds  90:20
further  69:12
  69:12 71:14,14
  117:9 181:10
  182:22 189:6
  191:12

## g

g  4:1
gabbert  1:16
  4:19 7:8,19
  10:19 11:6
  14:5 29:11
  52:10 54:17
  55:2,14 64:7
  65:5 82:16,22
  86:6 88:7,22
  89:21 90:6,10
  108:4,14 109:2
  109:5,12
  111:14 114:6

**[gabbert - google]**

114:22 115:6
115:20 117:7
122:6,15 125:6
128:19 129:3
129:14 130:9
132:7 137:6
140:5,8 143:2
143:9 147:21
148:7 153:8
157:15 160:7
160:13,22
162:11,17
165:13 166:19
167:9,13
168:22 169:19
170:4 171:2
176:20 182:22
183:8 186:6
187:4 188:6,8
188:10,11,13
188:15,16
189:4,14,17,21
190:4,5,6,7,10
190:18 192:3
192:17
**gain** 83:21
85:18 92:2
111:10 145:21
158:13
**gaining** 66:9
158:14
**gaithersburg**
57:6 67:21
**gather** 15:20

**gauge** 155:12
**gears** 167:3
**general** 11:12
28:8,10 57:1
74:1 107:13,15
107:19 153:4,4
**generating**
115:13
**generic** 178:16
**gentleman**
53:21
**gesturing**
109:14
**getting** 7:20
63:18 98:21
122:13 144:13
148:4 149:19
150:8
**gigabyte**
115:10
**gigabytes** 15:19
171:15
**gist** 132:13
**give** 8:14,18,22
19:20 70:19
75:4 162:3
169:1 171:20
172:17
**given** 11:19,22
57:20 58:3
106:4 172:11
191:9
**gives** 9:17
**glad** 171:1

**glenn** 44:7
**global** 75:21
76:11
**gmail** 149:21
171:19 173:6
173:14,18
178:1,2
**gmp** 135:20
145:12
**go** 4:15 8:2
15:19 17:19
18:15 37:14,16
52:13 55:18,19
63:15 64:7
65:5 67:19
70:6 73:12
74:2 76:18
77:8 78:17,18
81:20 82:16,22
83:14,15 89:15
101:7,21 107:7
107:9 108:4
123:11,22
124:21 126:6
126:17 127:21
137:11 141:14
147:13 149:19
149:20 154:2
154:12 155:6
155:21 158:20
161:13,19
168:2 171:18
171:19 178:1
180:20 182:16
183:11 186:11

**goes** 29:5 31:13
46:19 104:4,8
143:15
**going** 4:3 8:4
13:13,16 14:8
16:15 38:6
46:13,22 47:10
47:12,12,21
48:2 54:3,11
72:15 76:22
77:1,2,4,6
83:14,15,16
86:15 93:14
94:4 95:3 99:8
102:16 107:7
107:18 111:21
113:2 134:20
138:3 147:13
147:18 155:13
155:19 156:13
156:16 160:17
173:6 185:15
186:11
**good** 4:2 7:4
10:11 13:6,6
16:11 32:9
44:1 45:11
47:5 96:4
110:5 113:10
113:17,19
135:19 166:17
**google** 135:6
150:18 151:2,6
153:15 154:13
173:6 177:6,9

**[google - hypothetically]** Page 17

178:16 189:20 190:3
**gotten** 151:10
**government** 24:17 25:2,8 57:22 174:7
**grade** 74:22
**graduated** 19:22 20:4,6,8
**granted** 147:10
**gray** 2:9,14,20 5:22 6:7,15,19 168:5,17
**great** 9:11,21 10:17 22:20 59:5,11 89:9 89:12 104:18 110:5 115:17 115:19 117:6 137:10 148:12 162:20 168:10 169:16 170:20 180:4
**greater** 156:15
**grieving** 70:5
**grinding** 167:3
**ground** 8:2
**group** 156:16
**guess** 15:16 29:20 32:3 76:8 85:15 113:15 150:16 152:6
**guy** 93:19

**h**

**h** 188:1 189:1 190:1
**half** 80:16 113:15
**hand** 74:21 175:21
**handle** 24:13
**happen** 76:22 156:17
**happened** 40:4 40:20
**happening** 45:16 46:17
**happens** 178:1
**happy** 9:4 10:1 130:11
**hard** 73:9 98:3 134:22 135:1 170:22 171:16
**harder** 87:20
**harmed** 39:12 119:12
**harvard** 21:16
**he'll** 31:11
**head** 8:15 36:13
**headed** 155:13 156:3
**header** 131:11 131:17
**headquartered** 57:5
**health** 44:6 133:12 136:6

**healthcare** 70:17,21 75:21 76:12
**hear** 55:13 62:7 67:12 76:16
**heard** 4:12 71:21 98:4
**hearing** 11:20 12:1
**heathcock** 3:9 5:5
**held** 48:17 71:10 86:3 100:14
**help** 8:3 30:1,8
**helpfully** 8:11
**hereto** 191:14
**hesitating** 85:1
**high** 19:21 149:17 172:13
**highest** 83:18
**hint** 130:1
**hire** 27:2
**history** 90:11 91:2,18,22 111:8 112:19 127:7 151:2,6 171:4 188:4
**hit** 57:17 69:17 171:21
**hits** 171:21
**hiv** 57:9
**hmm** 8:18 55:17 163:17 190:9

**hold** 20:12 68:1 77:22 78:2,5,7 90:21 93:14
**holding** 78:13 108:11 179:19
**home** 10:20
**homework** 101:3
**honor** 65:9
**hopeful** 165:19
**hopefully** 160:16 167:20
**hoses** 51:2
**hour** 54:3 67:3 113:3,15
**hours** 150:7 172:22 173:1
**house** 98:20 99:11
**hovering** 143:14
**huh** 8:18
**human** 20:5
**hundred** 161:7
**hurdles** 44:3 139:9,11 140:10,13,22 141:6,7 145:14
**hybrid** 77:21
**hypnosis** 77:9
**hypothetically** 93:4

| i | | | |
|---|---|---|---|
| **idea** 113:17 | **increments** 93:9 108:9 | 163:12 164:8 171:10 172:20 | **intuitive** 89:3 |
| **identification** 90:8 109:7,9 114:18,20 124:3 128:16 137:3 147:16 161:2 162:13 | **indication** 182:9 | 173:20 181:20 182:5,12 | **invest** 62:20 66:20 70:13,16 |
| **ignore** 110:12 | **individual** 93:2 | **initially** 49:20 50:17 58:1 71:5 | **invested** 19:2 67:9 69:16 |
| **illinois** 2:10 | **individually** 1:4 | **initiative** 71:8 | **investigate** 49:6 55:4 56:9 56:20 |
| **imagine** 150:10 152:5 | **individuals** 39:11 | **inside** 50:20 | **investigation** 11:11,13 26:11 32:21 |
| **impact** 64:16 | **inexperienced** 159:1 | **installation** 28:11 60:16 | **investing** 21:4 21:20 22:3 70:21,22 85:3 |
| **important** 8:5 45:6 64:4,21 129:11 138:10 177:22 | **inferred** 139:8 | **instance** 30:10 | **investment** 18:14 62:22 64:5,14,22 65:7,17 66:8 77:18 78:21 79:9 82:4,12 93:13 |
| **impossible** 148:19 | **infers** 135:20 | **institute** 20:4 | |
| **inaccurate** 44:17 91:19 111:4 112:15 131:3 | **influenced** 97:3 | **instruction** 9:17 | |
| | **information** 36:17 51:20 53:8 73:19 77:11 79:13 80:15 81:5 94:5 97:2,6,12 97:22 98:7,22 99:6 100:12 101:17 108:10 110:21 111:1,4 111:10 112:5,7 112:10,15,21 116:5 117:12 118:8 126:13 129:12 130:7 130:20,22 135:11 144:8 150:14 152:14 152:17 153:4 158:10,13,14 159:5,7 163:2 | **intend** 37:20 158:2 | |
| **include** 72:1,15 91:14 102:18 127:15 | | **interest** 17:13 18:21 33:10 108:18 118:15 162:1 163:19 | **investments** 78:22 79:1 |
| **included** 21:20 | | **interested** 5:13 17:14 179:2 191:15 | **investor** 17:22 47:6 62:8 72:16 74:13 75:11 82:7 145:18 156:10 |
| **incomplete** 111:5 112:16 128:8 131:6,22 131:22 132:4 | | **internet** 4:10 | |
| | | **interpret** 145:1 145:3 | |
| | | **interpreted** 144:22 | **investornet** 80:20 |
| **inconsistent** 139:3 | | **interview** 61:10 | |
| | | **introduce** 162:5 | **investors** 23:3 52:21 155:10 156:16 159:1 181:20 |
| **increase** 181:8 | | **introduced** 87:15 | |

involve  11:16
involved  24:19
  25:3,8,14
  28:18 119:3,17
iraq  11:14 26:6
iraqis  61:5
issue  133:22
issued  121:6
issues  44:12,13
  60:22 115:6
  132:18 133:16
  134:8 138:18
  140:18
item  31:19 32:1
  52:18 97:6
items  36:19
  94:8 102:1
  132:17

**j**

j  2:4,14
january  35:2,7
  125:3,3
japan  61:8
jeffrey  1:15
  4:19 7:8 10:19
  54:17 114:6
  117:7 160:7
  183:8 187:4
  188:8,13 189:3
  189:13 190:18
  192:3,17
job  23:9 58:18
  59:8 61:17
  62:2 67:18
  99:9

john  42:7 44:7
  135:14
johnson  45:17
  45:17 46:2,2
journal  79:22
journey  12:9
  12:11 29:20
  38:19 182:2
judge  37:9 39:8
  39:13 41:5
  121:11
judge's  32:5
  36:9 121:11
judgment
  32:11
july  97:11
jump  126:5
june  99:19,22
  154:22 156:11
  179:17 180:6
jury  37:16
jury's  32:5

**k**

k  90:20,22
kauffman
  53:22
kbr  26:9,12
keep  14:8
key  139:12
kind  20:13 67:7
  121:7 136:9
kinds  116:17
kiteworks
  167:15 168:5

klapper  1:17
  5:9 191:2,18
knew  18:5 28:3
  28:6,9,12,16
  59:2 107:3
  164:18,19
know  7:20 9:22
  12:11,19 13:12
  13:15,15 15:16
  15:18 16:5,16
  17:10,21 18:9
  18:14 21:9,9,9
  22:7,8 24:17
  24:20 26:17,18
  26:19,20 27:1
  27:2,4 28:6,17
  30:2,3,14
  31:10,10,11,13
  31:14 33:14,15
  36:17,17,18
  37:13 38:5,22
  39:1,10 40:3,4
  41:16,21,22
  43:4,7,9 44:4
  45:14,14,19
  46:2,4,7,15
  48:8,12,16
  49:12 50:3,15
  50:17 51:8,9
  51:11,11,14,15
  51:21 53:3,6
  53:11,13,13,14
  53:18,19 58:21
  59:1,4 60:3,7
  60:10,18,19,21

61:3,6 62:7,7
63:2,18 65:20
65:22 66:13,17
67:1,3,4,9,11
67:13,13,15,17
67:17,21,22
68:9,22,22
69:3,7,14,15,16
69:21,22 70:1
70:2,4,5 71:12
72:4,5,10 73:9
73:11,12,13,15
73:17,18 74:13
74:16,21 75:2
75:3,10,11,14
75:17,18,19
77:6,9,21
78:11,11,14,15
78:18 79:11,11
79:12 80:1,4,5
80:8 81:1 82:1
84:3,8,13 85:1
85:3,5,6,8,8,15
85:15,16,19
86:4,5,11,13
88:7 89:1,10
92:7 93:16
94:1,5 95:15
95:17 96:10
97:1,16 98:12
99:3,3,11
100:8,10,13,14
100:15,16,22
101:2 102:11
102:14,18

**[know - likely]**                                                    Page 20

| | | | |
|---|---|---|---|
| 104:9,14,18,20 | 151:12,17,17 | **labaton.com** | **leaning** 134:6 |
| 104:21,22 | 151:18 152:8 | 2:6 | **learn** 21:22 |
| 105:1,2,19 | 152:18,20,22 | **labeled** 110:11 | 22:7 |
| 106:2,2,6,7,14 | 153:1 155:17 | **laced** 21:17 | **learned** 30:3 |
| 106:18,19 | 155:17,19 | **lane** 10:22 | **led** 71:15 |
| 107:5,6,8,19 | 156:12,14 | **language** | **left** 74:21 |
| 108:9,11 | 158:20 160:19 | 118:21 120:11 | 161:10 175:21 |
| 109:11 111:16 | 162:17 163:18 | 126:3 | **legal** 5:6,10 |
| 113:10 115:3 | 164:6,7 173:2 | **laptop** 151:19 | 16:16 39:2 |
| 115:10 116:14 | 173:21 174:3,8 | **large** 17:17 | 121:18 |
| 116:15 119:4,5 | 178:14 179:13 | 98:13 134:8 | **leggio** 2:4 6:9 |
| 120:17,17 | 181:17 182:15 | 160:16 161:6 | 6:10,10 185:14 |
| 121:5,18,20 | **knowing** 26:20 | **larger** 69:9 | 185:15,21 |
| 122:1,18 124:8 | 158:21 | **larry** 80:5,6 | 186:1 |
| 127:16,20 | **knowledge** | **law** 22:8 27:11 | **legs** 10:4 88:14 |
| 128:19 132:3 | 119:1,18 | 27:11,19 33:5 | **level** 149:17 |
| 133:9,14,18,19 | 140:17 146:22 | 40:5 115:22 | 172:13 |
| 133:20 134:4,4 | 147:8 164:10 | 119:16 188:18 | **levels** 139:1 |
| 134:5,6,17,17 | 164:15 | **laws** 11:16 22:5 | 143:16 |
| 134:19,22 | **known** 16:22 | 125:2 189:11 | **leverage** 57:18 |
| 135:5,7,20 | 17:2 48:6 | **lawsuit** 25:15 | **licenses** 20:13 |
| 136:2,7,7,8,10 | 133:14 | 25:15 37:8 | 20:14,17 |
| 136:16,18 | **knows** 17:19 | 43:12 44:17 | **lieberman** |
| 137:6 138:2,3 | **korea** 61:8 | **lawyer** 31:8 | 31:12 |
| 138:7,10,12,16 | **koyfin** 51:12 | **lawyers** 14:16 | **lies** 158:19 |
| 138:20,21 | 72:17 80:10 | **layered** 65:8 | **life** 47:9 63:16 |
| 139:7,8,9,12 | **ks** 104:21 | **lead** 2:3 6:12 | 67:1 71:1 |
| 141:9,11 142:4 | **kumar** 189:17 | 31:7 32:1,13 | 98:11 |
| 143:13,15 | **l** | 34:17 36:6 | **lifeline** 57:21 |
| 144:16,18,20 | | 119:21 120:6 | **lifetime** 79:19 |
| 145:19 146:10 | **labaton** 2:4 | 121:10 123:1 | **likely** 10:2 |
| 146:18,20 | 6:11 27:14 | **leading** 144:19 | 13:17 94:8 |
| 147:1,5,5,7,7 | 29:14 31:7 | 146:16 156:10 | 97:17 101:19 |
| 149:1 150:1,4 | 32:19 118:18 | **leads** 145:18 | 126:16 |
| 150:7,7 151:9 | 119:16 | | |

**[line - mails]**

**line** 27:7 48:22 94:7 102:1 125:16 132:16 134:16 144:13 179:18,21 181:5,7,9 192:5

**lines** 26:22 134:17

**link** 88:2 89:14 163:14 167:17

**links** 51:17 80:21

**list** 36:17 112:5 130:19

**listed** 52:1 92:11 100:1 104:20 127:12 175:10 177:10

**listen** 72:2 77:7 80:4,5 98:20

**listened** 72:3,5 72:21 101:17

**listening** 14:2 72:9,22 73:2 102:18

**listing** 73:11

**lists** 110:21 125:22 126:21 127:14 128:4

**literally** 19:15

**litigation** 11:10 16:8 23:13 25:19 29:16 33:19 34:16

35:22 37:21 118:20

**little** 28:16 64:12 92:13 106:18 108:20 110:8 113:3 162:3 185:16

**live** 11:20 12:1 76:19 78:19 98:18 133:5

**lived** 106:5,5 172:22 179:1

**livestream** 80:3

**llc** 27:13 30:13 118:4

**llp** 2:4,9,14,20 3:4 6:2 118:18 118:19

**load** 115:1

**loading** 137:9 162:4 170:13 170:14

**loads** 161:21

**lockheed** 17:16

**log** 167:18 189:20 190:3

**logistician** 28:17

**logistics** 24:14 63:10

**long** 14:15,20 16:22 18:15 78:1 79:4 93:15 109:21 119:6 161:8,17

**longer** 78:22 113:7

**look** 76:19 80:20,21 98:8 99:16 100:9 110:6,9,20 115:1 120:3 122:17 144:16 150:5 157:19 181:1

**looking** 94:12 97:21 115:20 125:10 126:8 127:6 131:14 153:22 156:18 156:18

**looks** 99:22 102:6 105:9

**lorton** 10:22 98:18

**lose** 83:21

**loss** 69:17 107:5

**lost** 67:18 85:20

**lot** 21:8 51:6 85:17 93:18 101:6 104:6 126:6 145:13

**low** 59:3 143:16

**lower** 65:22 66:2,3,5

**lowest** 83:19

**m**

**m** 2:19

**madam** 7:15 29:7 139:22

**made** 38:8,13 38:15,20 43:16 46:14 49:7 50:8 55:5 56:9 76:10 105:22 135:14 152:8 164:4 173:5 186:10

**magic** 110:13

**mail** 2:6,11,17 2:22 3:6 86:14 86:18 87:6,16 88:8,12,15 89:4 109:17 162:21 163:8 164:3 165:9,11 165:19 166:16 166:20 167:7 167:10 168:12 168:14,18,22 171:4,19 172:7 173:14 174:1,7 175:3 177:3,19 179:17 181:3 182:18 190:7

**mailed** 165:3

**mails** 88:20 171:4,21 173:17 174:11 174:14 175:1,3 175:7,10 178:5

182:1,7
**maintain** 26:15
**maintaining**
  26:13
**major** 121:12
**majority** 33:16
**make** 9:9,19
  28:2,6 47:11
  47:21 48:2
  60:4 83:12
  95:11,12
  106:15 152:4
  155:19 157:4
  161:8
**makers** 83:2
**makes** 40:21
  94:17 163:20
  163:20
**making** 64:16
  79:14 93:10,11
  172:4
**malaria** 57:13
**man** 83:3 93:19
**manage** 161:9
**management**
  20:2,3 21:2,7,8
  21:16 23:1
  26:6 60:6,10
  94:2
**manager** 23:19
  59:20,22
**manor** 10:22
**manufacturers**
  164:12

**manufacturing**
  17:20 44:1,10
  45:11 47:5
  57:16 58:8,12
  96:4 132:18
  139:9 140:10
  140:13,16,18
  140:22 141:6,7
  141:11
**march** 116:3
  117:11
**margin** 84:14
  84:18,21 85:4
  85:5,12 86:3
**marked** 90:7
  109:6,8 111:15
  111:15 114:17
  114:19 115:21
  124:2,9,11
  128:15 137:2
  147:15 161:1
  162:12 169:11
  169:13,15
**market** 64:3
  66:4 83:2
  104:7 107:18
  156:14 179:3
  181:21
**markets** 64:20
  156:3
**marking**
  169:20
**martin** 17:16
**maryland** 1:2
  5:3 57:6

**maseth** 26:12
**massachusetts**
  2:16
**master** 27:3
**master's** 20:2,5
  20:9
**match** 64:1
  175:4
**matching** 94:9
**material** 16:5
  43:18 59:10
  99:14 150:12
  174:2 179:19
  180:12,16
**materials** 180:7
**math** 105:10
**matiana** 74:15
**matrix** 60:11
**matter** 4:21
  11:13 12:4
  26:3 30:20
  94:2 121:21
  122:8 156:8
**matters** 16:18
  26:8 30:20
  33:13,14 37:12
  37:12 38:3,7
  39:9 40:2 43:1
**mcs** 173:18
  178:2
**mean** 18:21
  20:19 21:22
  32:3 58:7
  81:14 86:11
  107:13 108:5,6

142:14 144:22
145:2,4 152:5
152:6 163:9,10
171:14
**meaning** 9:6
**means** 39:4
  145:13 163:18
**meant** 45:12
  121:22 156:21
**media** 4:17
  53:4 54:15
  72:13 82:10
  114:4 160:5
**mediate** 37:14
**mediation**
  13:14
**medium** 15:6
  49:11 72:20
  77:5,10 101:19
  148:20 152:11
  159:4
**mediums** 30:18
**meet** 17:4
  37:13 75:3
  183:2
**meeting** 15:1,8
  35:8 72:6
  100:11 135:22
  146:9
**megabyte**
  115:11
**megs** 167:1
**member** 158:5
**members** 42:2

**memorandum** 115:22 117:8 188:17 189:6
**mention** 164:20
**mentioned** 19:2 19:5 22:11 25:21 32:16 48:13 61:18 70:10 71:20 75:20 132:7 135:7 141:3,22 144:2 151:7 177:5
**message** 167:16
**met** 34:15,17 34:21,22 36:5 36:8 39:7
**mexico** 20:1
**mic** 115:8
**microsecond** 93:10,10
**microsoft** 171:19
**middle** 99:17 101:22 158:19 179:16
**military** 26:1,1 59:20 60:21 61:3 71:8
**million** 58:1,1,4 138:11
**mind** 14:8 20:17 49:19 66:3 80:13 93:18 96:10

100:9,18 103:4 104:4,14,17 105:5 106:11 135:17 141:20 145:9 154:3
**minister** 46:19
**minute** 19:20 88:11 113:4 159:14
**minutes** 14:19 14:22 54:5
**misinformation** 106:13
**misleading** 44:18 45:2
**mispronounc...** 27:15
**misrepresent...** 38:8
**mission** 22:17 23:10,12,16 28:11
**misspoke** 143:19 155:9
**misstatements** 41:3
**mistruths** 106:13
**misty** 1:17 5:9 191:2,18
**mitigate** 60:11
**mixture** 69:20
**mnra** 63:7
**mode** 14:2

**model** 82:19
**moderating** 145:21
**moderna** 46:2
**moment** 7:7 94:22 119:12 137:17 160:18
**moments** 8:12
**monday** 185:20
**money** 27:1,5 31:18,22 57:15 67:19 85:17 93:19,19 100:20,20
**monitor** 107:16 174:8
**monitoring** 31:16,17
**month** 176:2,5 176:5,11,12,22
**morning** 4:2 17:9 80:4 88:22 98:21
**mornings** 98:17
**motion** 39:8 116:1 117:9 120:6,22 121:16 123:1 188:18 189:7
**motions** 37:18 120:8
**mouse** 143:18
**mouth** 129:19

**move** 8:3 67:21 69:11
**moving** 113:6
**multiple** 26:17 30:17 72:14 92:16,21 98:2 102:17 149:22 150:4 151:7 154:5,10 172:8 172:19
**mute** 6:6 55:15
**mutual** 90:20

**n**

**n** 4:1 190:16
**n.w.** 2:20
**name** 5:5 10:18 16:20 48:6 81:12 104:20 168:18
**named** 53:22
**names** 13:20 48:8 75:14 119:14
**nandkumar** 34:18 35:12 189:12,17
**nanoflu** 18:18 63:15,22
**nation** 24:10
**nation's** 24:12
**nature** 17:12 22:2 27:4 38:21 50:20 57:2 60:22 62:9 73:14

75:5 140:19 141:18 152:21 153:3 155:14
**navy**  23:20
**near**  92:11 101:22 153:16 181:2
**necessarily** 100:16
**need**  8:14 9:3 9:16 10:2,10 14:13 48:3 169:6
**needed**  46:18 46:21 101:4 151:19
**neither**  191:9
**never**  61:12,12 76:6 84:6 100:21
**new**  3:5,5 20:1 124:13 135:11 144:8 151:21 151:22
**news**  38:21 46:6 49:13 51:10,22 77:1 80:3 82:9 97:6 102:9 134:9 156:13
**newsfeed** 134:16
**newsfeeds**  46:5 51:10

**newspapers** 134:21
**night**  67:6 88:3
**nods**  8:16
**noise**  81:2
**non**  63:7,7
**norm**  40:5
**normally** 163:18
**north**  2:10 48:1 48:15 57:6
**notary**  1:19 187:10 191:1 191:18 192:21
**note**  4:6 6:22 156:22 157:1,6 177:22
**noted**  55:7 56:12
**notice**  1:16 32:20 33:2 129:5
**noticing**  5:20
**novavax**  1:8 4:22 16:12 17:10,13 18:11 19:3 25:3,9 42:5 45:6,19 46:9,12 52:22 56:15 57:4 58:5,12,17 59:8 61:19 62:3,11,13,20 64:1,5,15 65:9 66:12,20,22

67:2,9,16 68:1 68:5,16 69:10 70:11 71:15,22 72:2,15 78:21 81:9,15,17 84:6,11,20 85:12 90:6,21 91:10,14,16,22 92:17,20 96:20 97:7 98:9 102:10 104:22 105:11,14 107:14 108:1 109:2,5 110:22 111:8 112:6,19 123:2 125:22 126:22 127:3,8 128:4 130:20 132:1,19 134:11 135:7 135:11 139:9 140:13 141:10 145:5,9 146:12 146:20 147:21 150:19 152:4 152:14,15 155:7,12 160:22 162:11 164:8,16 171:4 171:21 172:12 172:19 173:7 173:16,21 177:6 180:7,11 188:6,10,11,15 188:16 189:15

190:5,6,10 192:2
**novavax's**  57:2 64:3,20 73:3 74:11 150:21 179:19
**nuggehalli** 34:18 121:10 189:12
**number**  4:18 5:3 54:15 69:3 85:4 92:10 114:4 122:17 123:2 138:4 143:19 153:12 154:18 160:5 161:6 165:1 175:19 179:12
**numbers**  106:7 110:12 153:8 153:10 175:22 189:22
**nutshell**  58:6
**nvax**  150:21,22 153:17,17 154:21 155:4 181:8

|  |  |  |
| --- | --- | --- |
| **o** | | |

**o**  4:1
**object**  9:12,15 52:5,11 64:6 82:14 123:9
**objection**  52:9 65:4 82:21 108:2 157:10

**[objection - okay]**

161:13

**objections** 5:14
90:15

**obligations**
65:10

**observed** 56:12

**obtain** 45:7,20
138:21

**obviously**
106:18

**occasion** 13:18

**occasions** 13:22

**occurred** 40:2
41:12 105:6

**october** 16:13
33:3,6 40:11
40:13 41:8,12
41:17 68:14,17
69:5 103:11
104:12 106:10
127:3,10 132:9
140:12 141:2
146:14 153:15
176:7

**offer** 93:7
181:20

**offered** 50:10
57:17

**offering** 71:15
71:16

**office** 19:8,14
98:19 99:5

**officer** 42:7
191:2

**officers** 60:18

**official** 44:9
136:8

**offsetting**
101:11

**oftentimes**
134:18

**oh** 88:17 91:11
110:5 111:18
111:18,20
115:15 120:15
123:19 131:8,8
133:2 148:3,8
166:17 168:19
169:7,16
171:13 175:13
176:6 181:10
183:13

**okay** 7:14 9:11
9:21 10:17
11:12,19 14:9
15:22 16:7,19
16:22 17:4,12
19:5,19 20:21
21:11,19 22:4
22:11 23:8
25:1,18 27:8
27:11 28:18
30:7 31:2,6,15
33:4,7,17 34:3
34:6,9,12,15,20
35:15,16 36:14
36:21 37:2,17
38:10 39:3
40:7,19 41:11

42:13 43:10
44:21 47:14,17
49:1,16 51:3
51:22 53:6
55:11 56:19
57:1 58:11,16
59:7,16 61:14
61:17 62:5,10
62:19 64:2
66:5,11,11
68:10,13,16,19
69:4 70:16,19
71:9,17,20
72:8 74:6,10
75:6 76:4,15
77:16 78:20
79:7,13 81:11
82:9 83:9
84:13,17,20
85:11 86:6,6
86:12,19 87:4
88:17,17 89:5
89:9,12,18
90:2,13 91:5,8
91:13,17 92:5
92:10,19 94:7
94:17 95:6,20
97:5,12 98:5
99:15,22
101:21,21
102:5,22 103:6
103:6,8,9,14,20
104:11 105:7
108:13 109:15
109:19 110:5,9

110:14,15,20
111:3,7,13,20
111:22 112:4
113:1,16,18,18
114:10 115:15
115:16,19,19
116:12 117:3,5
117:5,6,15,18
118:1,10,12,13
119:1,15 120:3
120:15,16,20
121:3,14
122:10,20,21
123:16,20
124:14,16,18
125:12,14,18
125:20 126:5
126:10,14,21
127:12 128:2
128:11 129:1,3
129:21 130:5
130:16 131:2
131:18,19
132:5,5,21
133:7 134:1,10
135:2,10
136:12,20
137:5,10,11,12
137:17 140:7
140:21 141:5
143:20 144:1
144:11 145:8
145:22 146:12
146:20 147:1
147:11 148:10

**[okay - page]**                                                    Page 26

148:16 149:7
149:13 150:14
150:20 151:1,5
151:15 152:10
152:13 153:6
153:13,14,20
154:16,16,19
156:1,6,20,20
157:11,13,15
157:18 158:10
159:6,11,11,17
162:7,14,16,20
163:8,13 164:2
164:10,14,21
165:8,18 166:5
166:22 167:6
167:12,21
168:7,10
169:22 170:7,9
170:13,16,17
170:18,19,20
172:13 173:13
174:10 175:9
175:14,17,17
175:20 176:4
176:13,13,18
177:2,5,13
178:4 179:9,11
179:15 180:1
180:20,20,22
181:7,10,12,14
181:22 182:17
182:21 183:13
183:18 184:1
185:5,8 186:5

**old** 151:22
  152:1,3
**omissions** 41:3
  43:17 106:14
**omit** 158:3
**omitted** 127:17
**once** 11:9 25:22
  30:2 171:22
**ones** 36:2 41:4
  75:17 121:13
  174:16
**open** 19:10,11
  53:4 58:13
  111:17,19
  115:4 117:5
  129:1 137:7
  148:6 169:19
  170:18 171:1
**opened** 89:22
**operated** 28:8
**operation** 24:2
  24:6,8,19 28:4
  28:19 58:2
**operations**
  151:20 152:2
**operative** 120:7
  120:18
**operator** 4:2
  7:4 54:9,14
  113:20 114:3
  159:21 160:4
  183:5,13 184:6
  186:7,9
**opinion** 134:5

**opinions**
  120:10 121:4,5
**opportunity**
  57:17
**opposite** 93:6
**option** 178:15
**options** 18:17
  185:2
**order** 23:5 24:9
  94:10 185:10
**ordered** 151:21
**orders** 92:17
  94:9,11 120:9
  184:9
**outcome** 5:13
  191:15
**outcomes** 122:3
**outer** 59:4
**outlook** 80:6
**outside** 50:15
  147:4 152:12
**overall** 62:22
  77:17
**overarching**
  79:3
**overbalanced**
  104:8
**overcome**
  106:1 139:11
  145:14
**overextended**
  69:7 93:16
**oversaw** 60:17
**overseas** 60:20

**oversee** 26:7
  27:3
**own** 15:13
  19:17,17 22:14
  23:21 105:3
  118:14
**owned** 22:19
  23:7
**owner** 23:4,5
  67:4

**p**

**p** 4:1
**p.m.** 159:22
  160:8 163:1
  183:9 186:12
  186:17
**page** 3:1 52:22
  72:16 92:6,8
  92:11 99:16,17
  101:22 102:1
  103:7,9 106:8
  110:21 117:13
  118:11 122:16
  124:19,20,21
  125:13,19
  126:6 130:19
  131:10,17
  138:7 140:3
  142:6,8,8,11,17
  144:3 153:7,11
  154:17 157:16
  157:19 175:18
  176:9 177:10
  179:12,14,16
  180:21 181:2

**[page - plaintiff's]**

188:2 189:2 190:2,17 192:5

**pages** 112:4 130:19 157:2,8 161:6,8,10,10 170:17

**pandemic** 57:17 58:14

**paragraph** 118:13 120:4 120:14 122:17 122:21 125:5 125:21 126:8 128:2 138:2 142:6,13 144:2

**parsing** 144:15

**part** 16:6 23:9 26:10 27:6 37:12 51:19 58:2 59:9 61:3 64:4,21 67:15 69:14 71:8 74:19,20 86:4 107:2,4 172:9

**participant** 33:13

**participants** 4:11

**participate** 16:15 33:12 77:3 118:5

**participated** 13:19 28:3 44:7 72:19 118:7

**participating** 12:13 24:21 71:7 73:8

**participation** 21:15 27:20

**particular** 41:16 48:5 52:18 57:19 75:12 86:2 96:16 97:6 98:5 101:12 102:9 110:13 156:9 159:7 182:16,18

**particularly** 64:17 95:16

**parties** 4:15 37:13 191:11 191:14

**party** 5:11 25:18

**password** 169:4

**past** 136:10 145:17 180:13

**paul** 46:7

**pause** 27:21

**pay** 82:6

**paying** 75:11

**pedigree** 119:19

**peer** 63:5

**pending** 10:7 37:18 143:6 160:18

**pennsylvania** 2:20

**people** 63:8 67:11,16 80:17 81:1 93:21 99:5,8 134:18 138:8 144:5 155:9,18

**percent** 23:4 41:15 89:2 141:12 142:1 143:11,15

**percentages** 143:21

**perform** 16:2

**performing** 164:11,15,16

**period** 38:19 39:13,18,21,22 39:22 40:8,10 40:15,22 41:7 41:13 45:5 50:5 58:19 68:8 71:10 77:14 78:2,5,8 79:8,10 84:5 93:15 102:12 105:22 107:11 111:8 123:3 126:1 135:6 146:17 147:4 148:21 156:9 185:12 189:16

**periodic** 108:8

**perna** 28:8

**perplexed** 46:8

**person** 14:4 15:5 34:4

**personal** 25:7 25:11 28:5 48:6 134:5

**personally** 49:1 49:5 72:21

**perspective** 134:1 156:19

**pfizer** 46:3

**phillip** 2:4 6:10

**phone** 15:5,7 34:10

**pieces** 144:8

**piereson** 2:14 6:17,18,18

**pinpoint** 98:3 102:12

**pipeline** 57:13

**place** 4:15 41:3 92:16 101:16 106:14 143:10

**places** 51:18 61:8 136:3 168:15

**placing** 94:11

**plaintiff** 23:13 25:16 32:2,14 36:6 120:6 123:1

**plaintiff's** 117:8 189:5

**[plaintiffs - probably]**

Page 28

**plaintiffs** 1:6
2:3 6:12 31:3
34:16,18 35:19
40:1 41:2 42:9
43:11 115:22
119:22 121:10
121:15,17
188:17
**planning** 21:4
21:13
**plans** 60:8
**platform** 174:7
**play** 100:22
106:3
**players** 155:8
**please** 4:6 5:15
7:6,13 10:17
37:4 52:13
55:21 87:12
122:6 129:16
161:13 185:21
**pleasure** 183:2
**pleggio** 2:6
**plucked** 26:4
**plus** 138:11
**point** 12:10,12
12:15 27:6
48:4,5 78:14
86:7 109:22
122:19 137:18
142:1 143:10
**points** 49:11
127:9
**political** 16:14
41:18

**politico** 51:13
69:12 103:16
105:15 106:12
107:2 132:9,9
133:1,4,6,8,14
134:2,11
137:14 141:8
146:1 153:17
153:21 154:6,9
**politico.com**
153:18
**politicopro**
189:18
**pomerantz** 3:4
6:2 27:13
29:14 30:13,15
32:19 118:3,18
119:2
**pomlaw.com**
3:6,6
**poor** 104:6
**portfolio** 69:8
70:10 85:2
107:17
**portion** 70:12
108:6,10 181:2
**position** 44:9
136:8
**positive** 81:16
**possible** 122:3
**post** 19:21
46:12 51:13
81:8,19 95:1
97:9 169:20
180:2

**posted** 80:11
81:7,13 124:5
**potency** 136:1
143:21
**potentially**
32:3
**power** 175:6
**practice** 173:22
174:9
**practices** 45:11
47:5
**precipitively**
105:18
**predator** 59:22
**predicted**
146:13,18
**predominant**
23:5
**predominantly**
98:12
**premarket**
97:21
**premier** 65:16
**premise** 78:10
78:12 79:3
107:7
**prep** 99:13
**prepare** 12:6
12:17 15:13
16:2 126:14
149:14
**prepared** 12:3
126:19 149:8
**preparing** 12:8
99:7

**present** 3:8
**president** 17:7
17:16
**pretty** 67:22
99:4
**prevent** 175:10
**previous** 3:1
42:12,15 76:18
100:8 105:17
138:9 140:17
140:20 155:6
**previously**
27:18 28:1
63:2 66:15
**price** 46:1
47:13 83:18,19
93:3 94:4 95:3
105:18 106:9
107:4 156:2
181:8
**primarily** 35:1
**prime** 46:19
**printing** 41:17
**prior** 140:12
141:1,19 143:5
154:2
**privileged**
130:7
**privy** 27:5
**probably** 9:12
9:13 17:3
27:15 69:2,18
89:3 96:22
104:15 113:14
113:14 121:20

**[probably - quarter's]**

143:17 158:9 161:22 184:19

**problem** 56:6 143:16

**problems** 138:14 140:9 140:14 141:1,3 141:5,7,11

**proceed** 7:13 39:4 44:4 54:20 114:9 160:10

**proceeding** 5:15 26:1,2

**proceedings** 12:15 27:9

**process** 15:15 70:5,6 134:14 170:6

**processes** 44:1 96:4

**produce** 16:1 45:9 149:3

**produced** 90:5 96:3 147:19 161:5 162:9

**producing** 43:18,20,22 47:3,3 135:18 138:17 145:11 145:17 146:2 148:20

**product** 45:18 59:3,20,21 60:4 136:1

**production** 48:21 138:14 140:9,14 141:1 141:5,7

**professional** 1:18 20:12,14 20:16

**program** 21:2 21:16 22:22 23:7,19 60:2,9 99:12

**prohibitive** 173:22 174:9

**project** 60:10

**pronounce** 27:14

**proportion** 69:8

**proposed** 42:3 42:4 118:17 119:21

**prospect** 64:15

**protect** 118:14

**protecting** 118:19

**provide** 18:2,3 22:22 42:20 57:9 59:5 116:12 117:20 158:11 171:8 174:13 175:7

**provided** 52:1 53:8 58:22 112:1 126:12 128:1 148:15

149:9 173:12 174:12,14 175:1,3 183:7

**providing** 24:16

**proving** 78:17

**prudential** 2:15

**psychological** 70:4

**public** 1:19 79:15 84:15 153:5 187:10 191:18 192:21

**publications** 46:6

**publicize** 146:1

**publicly** 77:18 140:11

**publish** 87:5 114:11 135:12 136:13,22 161:17

**published** 97:18 165:6

**purchase** 94:9

**purchased** 123:2

**purchases** 100:1 102:2 126:22 127:15 189:15

**purity** 136:1 138:18 139:1 143:16,21

**purporting** 145:7

**pursuant** 1:16 125:1 189:10

**pursuing** 30:19

**pursuit** 149:19

**pursuits** 21:15

**pushing** 101:7

**put** 33:10 39:7 60:12 69:22 78:12 93:5 94:21 106:16 108:13,15 128:13 132:5 150:7 152:1 160:14 161:19 163:17 164:22 168:11,17,22 171:20 173:5 174:17

**putting** 104:19 133:11 141:16 173:7

**q**

**qasp** 60:7

**qs** 104:21

**quadrant** 74:21

**qualify** 23:6

**quality** 4:8,9 48:21 59:19 60:7

**quarter** 43:14 97:11

**quarter's** 102:13

**[quarterly - recommendation]**

**quarterly**
102:15
**question** 8:6,9
9:3,5,6,7,16
10:7,8 12:18
15:3 20:18
28:1 44:8
49:21 50:16,21
52:12 55:3
56:5,8 64:9
77:6 85:21
106:21 112:12
113:10 117:19
127:5 130:9
143:4,5 146:16
148:19 165:14
**questioning**
27:7
**questions** 8:5
8:15 9:1,12,14
15:18 26:20,22
36:11,15 38:6
116:17 147:3
159:12 183:1,6
184:3
**quick** 54:4
**quickly** 143:13
**quite** 113:6

**r**

**r** 4:1
**race** 45:5 165:8
**rakhlin** 3:3
6:21
**ran** 60:15
153:15,22

155:3
**rand** 46:7
**range** 132:2
**ranging** 92:13
**rapidly** 24:9
**rather** 73:6
86:2
**raw** 179:19
180:7,12,16
**reach** 30:9,12
33:4 59:4
**reached** 122:18
**reacting** 155:15
**reaction** 30:1
30:16 94:6
101:18 104:7
145:4
**read** 49:12 50:9
51:3,10 55:8
56:14 63:4,21
74:3,5,6,10,19
75:7 76:16
77:4,7,13 80:7
80:7 101:17
103:19 119:8
121:3 123:5
132:8,21,22
133:4,6,8,20
141:14 145:22
154:7 177:13
177:16,17,18
177:20,21
178:5,8 180:2
181:22 182:6
192:5

**readable** 157:8
161:11
**reading** 15:13
16:2,5,14 73:3
73:7,20 102:18
153:9
**reads** 118:13
192:5
**ready** 44:4
**real** 129:22
**realization**
69:10
**really** 14:3 18:1
26:21 67:1
144:16 158:15
**realtime** 1:18
**reason** 10:14
50:16 76:7
84:22 91:17
95:18 96:5
104:15 105:5
111:3 112:9,14
131:2,5,9,21
132:3 192:5
**reasons** 48:7
78:4,7
**recall** 33:1
35:10 36:2,12
55:9 56:2,16
59:11,16 62:6
62:15 68:13,19
69:4 71:9 72:9
73:2,20 74:9
75:6 76:13
77:8 81:18

94:19 95:20
96:12 97:5
100:5 102:8,22
103:2,20 104:1
104:11 119:10
119:15 121:13
121:14 123:7
123:16 127:19
136:16,19
146:12 153:20
155:3 163:8,13
163:14 180:1
182:17
**receive** 61:14
88:8 109:13
**received** 73:6
89:7 110:2
164:8 166:1,16
173:15 177:3
177:14 182:4
**receiving** 31:18
31:22 32:12
**recess** 54:12
114:1 160:2
**recognize**
75:13 148:12
**recognized**
21:1
**recollection**
52:3 71:19
74:2,7 84:6,12
141:13
**recommendat...**
32:5

**[record - represent]**

**record** 4:3,16 5:19 7:1 10:18 48:3 54:11,19 113:22 114:8 133:12 153:9 157:1,7,10 160:1,9 173:4 183:10,12,15 184:2 186:11 186:15 191:8
**recorded** 4:13 4:18 54:16 114:5 160:6
**recording** 4:9 4:14
**records** 73:15
**recover** 70:1
**redacted** 157:3 161:7,10
**redaction** 131:10,13,15
**redactions** 90:13 188:4
**reddit** 81:4,7,7 81:8,12 82:1 179:17 180:2
**reduced** 191:7
**refer** 79:18
**reference** 172:4 173:21 182:12
**referenced** 49:3 49:16 123:17 125:9 126:7 140:8

**references** 150:20
**referred** 64:13 66:19 76:9 134:3 140:9 143:11 144:9 153:10
**referring** 19:8 26:2 36:15,20 38:17,18 143:20 166:10 171:3,6
**refers** 84:14 125:6
**reflect** 91:9 94:8 148:17 151:6
**reflected** 174:11
**reflection** 156:14
**refresh** 124:12 124:13
**regarded** 65:15
**regarding** 134:11 181:21
**register** 88:22
**registered** 1:17 182:10
**regular** 185:2
**regulation** 40:5
**relate** 21:4
**related** 5:11 120:9 121:15 122:4 172:11

174:1 191:10
**relates** 44:10
**relating** 33:13 33:14
**relationship** 25:1,7,12 28:5
**relative** 69:1 93:21 191:12
**releases** 154:9
**rely** 59:15 111:9 112:20 158:11 159:8
**remark** 163:22
**remarks** 46:14 74:22 105:17 105:21 180:10
**remember** 32:18 51:7 70:20,22 73:9 97:13 101:10 105:13 164:2
**remind** 37:3 139:19
**reminded** 8:11
**reminder** 29:7 186:6
**remote** 1:15 2:2
**removed** 157:2 161:9
**render** 39:14
**rendered** 37:10
**repeat** 56:5 64:8 130:9
**repeating** 104:5

**repetitive** 146:11
**repetitively** 75:16
**rephrase** 9:5
**replace** 83:20
**reply** 117:8 182:11 189:5
**report** 80:4 102:16 145:6
**reported** 1:16
**reporter** 1:18 1:19 5:8 6:4,9 6:13,17,21 7:6 7:7,13,16 8:11 8:17,19 28:21 29:7 37:3 54:6 55:12,20 87:11 87:12 95:7,10 139:19 140:1 142:10,13,22 166:6,11 167:22 176:16 183:20,21,22 184:8,12,21 185:3,8,14,20 185:22 186:3,5
**reporter's** 86:8
**reporting** 133:15,16
**reports** 63:4,5 63:21 74:11 75:7
**represent** 27:12,19 29:15

29:18 31:3 99:9 129:4

**representation** 39:16 131:22

**representative** 33:9

**representatives** 24:18 25:2,8 116:2 188:21

**represented** 53:15

**representing** 5:6

**represents** 31:12 148:22 172:6

**reputation** 28:16

**request** 15:17 15:17 37:11 127:19 149:4 150:9 172:17 185:17

**requested** 185:13

**requests** 36:21 36:22 120:8

**require** 18:11

**required** 138:5 139:2

**requires** 45:3,4

**research** 15:12 15:15 16:2 18:6

**resend** 166:3

**reserve** 90:14 157:9 161:13

**residential** 11:2

**resources** 20:5

**respond** 99:12

**responding** 15:16 99:8

**response** 24:12 30:18 36:9 55:10 58:10,14 61:15 62:21 70:9 102:20 186:4

**responses** 8:22 120:8

**responsibilities** 23:9

**restroom** 10:5

**result** 123:4

**results** 13:15 63:3

**retail** 75:11 159:1

**retaining** 118:15

**retrace** 149:2

**retrieve** 15:21 172:20 175:6

**reuters** 80:8

**reveal** 14:6 116:19 122:7 129:17 130:6 141:8

**revelations** 141:10

**review** 36:6,8 42:17 92:1 116:9 117:15 119:9 126:10 171:11

**reviewed** 35:21 36:10 42:13 63:5 79:16 98:6 120:7,21

**reviewing** 36:3 36:7 123:7,16

**rid** 151:10

**riding** 138:12

**right** 10:13 12:9 17:7 19:15 22:16 25:13 26:18 27:17 28:4,9 29:10 36:12,13 37:1 38:21 46:16,18,20 52:17 59:12,14 65:9 67:18 68:12 69:1,18 74:14 76:20 77:14,21 79:4 80:17 85:17 92:5 94:3 95:14 98:11 99:17 100:19 101:12 104:16 106:15 119:12 123:20 124:20

127:4,10 128:5 138:1,21 140:7 141:18 144:13 145:13,15 149:21 154:4,6 154:8 164:21 166:14 168:21 172:1,3 174:20 181:1 186:1,9

**rights** 118:19

**riley** 74:17

**rise** 106:10

**risk** 60:11,11 60:12 78:15 94:2

**rmr** 191:18

**robert** 31:1

**role** 59:16

**roles** 48:16

**room** 76:21 134:18 155:7 159:10

**rooms** 72:19 154:8 158:4

**ropes** 2:9,14,20 5:22 6:7,15,19 168:5,17

**ropesgray.com** 2:11,17,17,22

**rough** 184:14 185:11

**routine** 146:17 154:12 163:16 182:15

**[routinely - sense]**                                                Page 33

**routinely**
  173:22 182:3
**rules**  8:2 29:5
**ruling**  32:5
  120:21 121:11
**run**  72:11
  138:14 151:10
  151:20
**running**  57:14
**runway**  18:17
**rush**  132:14,15
  132:15
**ryan**  3:9 5:5

**s**

**s**  4:1 188:1
  189:1 190:1
**sale**  92:16
  94:10,11 100:3
**sales**  60:21
  92:11 94:13
  102:2 127:12
  127:15,16
**sars**  57:9
**saved**  152:13
  152:16,17
**saw**  32:17,20
  33:2 103:16
  127:2,8
**saying**  8:13
  40:1 41:2 53:1
  97:9 101:14
  115:13 131:18
  145:5,9,10,16
  145:20 154:14
  155:18,22

**says**  47:2 120:4
  122:21 124:20
  125:21 136:9
  142:8,9 143:14
  144:4 154:5
  168:17 183:22
**scale**  17:17
  43:21 45:10
  47:3 58:10
  135:19 145:11
  146:2
**scanned**  143:18
**scanning**
  143:12
**schedule**  72:12
**school**  19:21
**sciences**  71:1
**screen**  4:12
  124:10
**search**  149:21
  150:18 151:2,6
  152:20 154:21
  155:1,4 175:2
**searched**
  182:13
**searches**
  153:15,16
  154:1 157:21
**searching**
  59:10 153:21
  159:2 173:8
**sec**  22:10
**second**  27:22
  36:6 63:8
  107:4 109:3

118:11 120:4
  120:13 138:2,6
  144:3 160:17
**secure**  167:14
  168:6
**securities**  11:16
  22:5 23:8
  25:15 125:2
  126:1 128:5
  189:11
**see**  34:22 37:14
  59:21 76:15,17
  79:21,22 80:3
  80:11 85:3
  86:11 87:18
  90:13 91:21
  99:20 102:3
  103:12,21
  108:20 110:6
  111:1,21 112:7
  115:7 116:5
  117:12 118:21
  120:11 123:2
  124:8,19,19
  126:3,18
  127:22 128:18
  128:18 130:22
  131:18 138:19
  139:5,18
  150:20 153:16
  155:1,16,21
  157:21 158:1
  160:15,19
  162:16,19
  163:2 165:6,9

165:20,21
  169:17 170:3,6
  170:9 176:8
  179:21 181:5,9
  181:12 182:11
**seeing**  62:8
  97:5,13 102:9
  128:22 131:13
  139:14 165:1
**seek**  16:16
  82:12
**seeking**  51:12
  72:18 80:8
  97:17 120:6
  172:8 181:17
**seen**  4:11
  100:21 129:8
  130:13 166:19
  167:9
**selected**  67:20
  178:22 179:5
**sell**  57:15 68:4
  83:16,19 84:10
  94:14 96:15,19
  97:4
**selling**  83:6,10
  83:11 84:1,15
**send**  87:21,22
  88:4 108:17,18
  166:7 182:12
**sending**  166:14
  167:15
**sense**  9:9,19
  47:11 94:18
  156:2

**sensor**  158:16
**sent**  43:2 88:3
  88:16 110:16
  162:21 163:14
  165:4
**sentence**  120:4
  120:13 144:19
  144:20
**sentences**
  144:15
**separate**  94:11
  174:4
**september**  44:6
**sergeant**  26:12
**series**  8:4
  157:21,21
**service**  24:1
  166:10 167:14
  167:16 168:6
**services**  22:18
  164:11,16
**serving**  32:1,13
**set**  60:19 87:2
  88:13 99:18,18
  102:1 103:10
  122:22 175:22
  177:6 178:15
  178:16
**sets**  23:1 41:13
**settlement**
  32:12
**seven**  94:11
**several**  15:19
  36:4 39:7
  43:16 49:10

  51:14,17 59:2
  92:12 132:17
  150:7 155:8,9
  155:10
**shakes**  8:15
**share**  87:6,14
  87:18 88:3
  114:12 136:22
  160:15 164:9
  167:14 170:4
**shared**  89:14
**shareholder**
  118:19
**shareholders**
  23:3
**shares**  22:1
  32:7 68:5 69:2
  69:5 72:4
  83:17,21 90:21
  92:14,15 93:5
  94:20 95:21
  96:13,16,19
  100:4,6,6,14
  101:11 102:6,7
  103:1,21,22
  104:2,12 105:9
  105:11,14
**sharing**  86:9
**she'd**  86:11
**sheet**  125:22
  126:7 128:4
  192:1
**shelf**  47:9
**shepherd**  24:11

**shifted**  95:3
  97:10
**short**  71:11
  78:2,5,8 79:8
  79:10 83:6,10
  83:11,16,22
  84:4,6,8,10
  138:4
**shortage**  50:4
  179:19 180:8
**shortages**
  49:14,17 50:10
  50:13 51:4
  52:2,16 180:12
**shorter**  79:1
  157:4
**shorthand**
  191:7
**shots**  45:21
  63:19
**show**  86:7,11
  101:2 110:7
  124:13 160:17
**showed**  137:5,8
  148:3
**shower**  26:14
**showing**  124:10
**shows**  128:20
  151:1 153:14
  154:20
**sic**  11:1 13:14
  14:3 18:7
  20:18 27:13
  63:7 66:7 71:6
  105:18 155:17

  172:10
**side**  8:7 93:6
  115:12
**sides**  39:16
  83:13
**sign**  43:6
**signature**
  125:15 186:16
  191:17
**signed**  65:12
**significant**
  67:19 107:5
**significantly**
  94:5 138:3
**similarly**  1:5
**simply**  45:8
  181:3,14,16,18
  182:1
**single**  16:13
  17:11 51:20
  159:4 172:7
**sinnathurai**  1:4
  4:22 192:2
**sir**  129:13
  184:22 185:22
**sit**  17:7 19:6,14
  61:10 99:2
**site**  67:5 153:18
  168:1 182:10
  182:13,16
**sites**  72:17 80:9
**sitting**  7:20
  93:9 97:20
**situated**  1:5

**six** 26:18 94:11
**sixty** 176:9
**skill** 23:1 60:19
**skunk** 17:18
**slant** 134:7
**slept** 173:1
**slip** 46:13
**small** 22:19
  58:9 67:5
  68:22
**smoothly** 8:4
**sold** 58:7,12
  84:4,6,8 94:19
  95:5,9,10
  100:5 101:10
  102:7 103:21
  104:1 105:10
  127:2,8
**solicit** 12:10
**solicitation**
  32:17
**solicitations**
  30:19
**solicited** 29:22
  30:7 36:16
**solution** 18:3
  24:16 57:18
  63:22
**solutions** 5:6
  5:10 63:7
**somewhat**
  144:13
**sorry** 6:5 13:5
  20:9 28:21
  30:11 40:12

52:10 68:11
74:2,4 95:7
111:19 120:12
122:10 125:3
126:5 147:22
148:3 166:9
167:22 176:11
176:16
**sort** 10:5 18:17
  26:4,19 31:9
  36:7,9 40:6
  41:18,19,19
  46:7 57:21
  58:5 69:22
  70:5 74:18
  77:9,13 78:10
  82:2 98:10
  106:18 119:8
  132:15 134:6,7
  134:14 138:12
  144:14 150:16
  158:10
**sorts** 133:7
**sothinathan**
  1:4
**sound** 10:11
**sounded** 25:22
**sounds** 64:19
  101:9 113:19
**source** 53:4
  81:5 98:22
  111:10 112:20
  133:14 134:9
  152:12 154:13
  171:10

**sources** 52:1
  72:14 79:13
  82:10,13 98:2
  98:7 149:22
  154:10,14
  158:4,12 172:8
  181:20 182:4
**space** 119:20
**spare** 67:6
**speak** 12:16,22
  13:8 52:17
  74:14
**speaking** 74:4
  171:18
**speaks** 104:9
**specific** 9:17
  44:8 51:7,21
  75:6 98:9
  119:2,7,15
  136:12 137:19
  141:6
**specifically**
  17:10 18:8
  21:10,22 22:3
  22:6,9 24:13
  43:17 45:14
  50:2,21 52:17
  85:9 96:12
  101:10 126:11
  134:13 135:17
  163:9,16 164:3
**specificity**
  141:16
**specifics** 84:9

**specified** 126:2
**speed** 24:3,6,8
  24:19 28:4,19
  58:3 108:20
  110:8 115:11
**spend** 7:21
**spent** 60:5
**spoke** 13:11
  58:3
**spoken** 33:18
  35:4 49:1
**staff** 26:11
**stage** 121:22
**stages** 98:14
**stamp** 90:6
  109:2,4 147:20
  157:17 160:22
  162:10
**stamped** 188:5
  188:9,14 190:4
  190:9
**stamps** 153:10
**stan** 46:14 47:2
  96:2 139:10
**stan's** 180:9
**standard** 45:13
  65:16 184:18
**standards**
  135:21
**standing** 119:6
**stanley** 42:5
  43:15 135:15
**star** 28:14,15
**start** 8:6 40:15
  40:21 47:8

**[start - summarized]**

107:15 138:15
**started** 8:1
23:21
**state** 5:15,17
10:18 20:1
49:9 76:19
93:18 96:9,9
100:18 103:4
104:4,14,16
105:5,19
106:11 112:12
112:12 129:11
141:20 154:3
**stated** 43:17,19
43:21 44:3
46:12 63:1,9
135:4 136:19
158:21 164:6
**statement** 65:2
76:10,16 91:8
91:13,18 92:7
107:22 110:16
112:1 188:7,12
**statements**
38:8 43:16
44:17 45:1
47:21 48:2
49:6,10 50:8
55:5,7 56:9,13
56:21 100:8
135:14,16
136:4,14
137:20 155:19
**states** 1:1 5:2
23:18 60:17

65:10,14,19
66:10 133:13
**stating** 30:17
95:2 106:12
**status** 37:8
**statutes** 22:10
**stay** 186:7
**stayed** 30:5
**stenographic...**
1:17
**step** 19:19
149:16 170:8
**steps** 55:4 56:9
56:20 149:14
175:9
**stick** 113:12
**stock** 46:1
47:13 64:5,15
64:22 66:12,20
67:12,16 68:1
68:5,17 69:8
71:6,10,18
74:11 75:1
78:5 83:6,14
83:15 84:9,11
84:17,21 85:12
92:17,20 94:4
95:3 96:16
104:7 105:14
105:17 107:4
107:14 108:1
110:22 112:6
123:3 126:22
127:3,8 130:21
132:1 150:21

152:4 155:12
156:2,14 179:1
**stockpiling**
47:7
**stocks** 70:13,17
70:20,22 71:3
77:19,22 79:15
84:1,15 91:10
94:13 107:11
107:13,17
182:12
**stocktwits.co...**
157:22
**stockwits** 158:7
158:11 159:8
**stood** 24:8
**stop** 76:8
**story** 172:3
**strategic** 20:10
**strategies**
122:3
**strategy** 77:18
79:4
**stream** 81:16
**street** 2:15
67:22 79:22
181:3,15,16,18
**street's** 182:1
**stretch** 10:4
88:13
**strings** 121:7
**struggle** 138:20
**studies** 20:10
**study** 66:17
67:7

**stuff** 98:1
**sub** 19:18
**subcontractor**
22:12
**subject** 11:13
122:8 179:18
181:7,9 190:9
**subjects** 38:1
38:10
**submission**
36:6
**submit** 21:6
122:1
**submittal**
46:13 121:12
**submitted** 62:2
128:10 129:6
**subscribed**
187:6 192:19
**subscriber**
79:20
**subsequent**
141:21
**successful**
57:11 119:11
**sucharow** 2:4
6:11 27:14
118:18
**suffered** 69:16
107:5 123:3
**suite** 2:5
**sum** 85:22
**summarized**
171:3

**[summary - testimony]**

summary 19:21
summers 80:6
superior 71:16
supplies 49:15
  49:17,18 50:4
  50:11 132:19
supply 50:12
  51:4 52:2,16
  140:19 141:2
support 116:1
  117:8,9 165:5
  188:18 189:4,7
supporting
  119:11 133:11
sure 19:22 25:6
  28:2,6 34:15
  49:22 56:6,6
  75:20 80:13
  87:3,3 91:11
  111:20 127:6
  130:10 133:2
  159:16 168:13
  170:22 177:17
surmise 94:22
  145:18
surprised
  167:2
surrounds
  172:18
surveillance
  60:8
suspicious
  38:21
swear 7:6

sworn 7:11
  187:6 191:5
  192:19
symbol 150:21
synopses 178:6
synopsis 75:4
  177:20
system 23:20
  86:9 93:3

t

t 188:1 189:1
  190:1
tab 87:5 110:12
  110:12 123:22
  128:13 136:22
  147:13,22
  161:20 169:14
tabs 108:17
  114:11
take 4:14 8:13
  9:22 10:1,2,8,9
  19:19 21:5
  34:9 51:17
  53:3 54:4
  56:19 83:12
  86:21 88:11
  109:21,21
  113:4 122:7
  137:17 159:13
  165:4 185:11
  185:11
taken 1:16 4:20
  21:12 22:4
  54:13 55:4
  56:8 106:14

114:2 160:3
  175:9 191:3,6
  191:12 192:4
takes 39:8 60:4
  70:4
talk 8:10 22:9
  75:3 141:15
  164:6
talked 13:16
  18:8,16 31:5
  52:4 63:5
  67:16 119:20
  121:22 122:2
  140:19 163:10
talking 13:3
  29:13 50:2
  67:12 82:2
  136:11,17
  137:22 138:16
target 181:8
tax 110:15
  112:1 188:7,12
td 74:20 80:2
  90:17 91:7
  94:12 97:22
  110:17 112:2
  127:7 134:16
  152:9 154:5
  188:3,7,12
tdc 1:7 5:4
team 31:8
technological
  170:21
technology
  89:2

tell 14:13 92:1
ten 41:1 43:18
  43:20,22 47:4
  54:4 113:4
  135:19 145:12
  146:3 159:14
tense 45:5
term 37:1
  78:22 79:1,4
  79:10
terminology
  121:19
terms 184:17
testament
  105:21
testified 7:12
  66:15 69:6
  79:4,6 103:5
  103:15 172:22
  180:15
testify 10:14
  12:4 37:20
  38:2,11 48:4
  104:3 106:22
testifying
  104:19 107:1
testimony
  11:20,22 31:19
  42:12,16 58:22
  76:13,19 138:9
  140:20 141:19
  154:3 155:6
  158:22 191:4,6
  191:9

**[texas - together]**

**texas** 48:1,14
**thank** 7:15,19
  23:22 29:6,10
  54:6,21 77:16
  87:10 144:1
  159:20 160:11
  183:1,4 184:6
  186:1,13
**thanks** 89:19
**thesis** 18:14
  63:1,17 64:5
  64:15,22 65:7
  65:17 66:8
  78:10 93:14
  96:22
**thestreet** 51:12
**thing** 10:5
  18:19 19:11
  47:6 81:14
  97:3 98:10
  101:7 122:2
  138:12 152:18
  163:17 174:20
**things** 17:19
  22:1 27:3
  45:15,15 46:16
  47:11 50:9,20
  55:8 56:14
  60:12,22 61:7
  62:9 72:11
  73:13 75:5
  80:10,16 94:3
  101:6 103:3
  106:16 107:8
  120:5 134:20

136:18 141:18
145:5,16 150:2
152:21 153:2
154:11 156:5,7
156:13 158:21
159:2 162:2
**think** 19:1,1
  22:13 24:13
  27:16 30:5
  38:5 41:6 45:3
  48:12 64:18
  70:4 79:15
  80:14 85:11
  86:17,20 91:18
  92:6 103:14
  104:9 105:16
  108:13 109:20
  111:4 113:7,17
  115:7 129:10
  141:9 159:11
  161:22 163:20
  164:4,21
  184:17 185:5
**think's** 86:15
**thinking** 50:13
**third** 63:13
  64:17 142:6,11
  142:13,16,20
**thomas** 2:13
  6:7
**thomas.brown**
  2:17
**thompson**
  16:21 17:1,2,5
  17:6 19:2,6

66:18 67:10
82:11 162:22
163:4,5,14
175:2 190:8
**thompson's**
  17:13
**thought** 30:3
  60:19 78:17
  144:14 180:10
**three** 138:8
  144:5 185:4,6
**tier** 65:22 66:3
  66:3,6
**ties** 106:20
**time** 5:16 7:5
  7:20 9:22 11:4
  13:4 28:22
  33:5 35:1,5,6
  37:4 39:13
  40:1 43:1 48:5
  54:9,10,18
  57:10 59:19
  60:3,5,8 62:18
  66:14 67:5,6
  68:8 71:9,12
  74:14,16 77:14
  78:1,3,6,8 79:8
  79:10 80:2
  81:22 86:21
  93:15 95:14,15
  98:16 100:2,10
  102:12 103:16
  108:9,18,19
  112:13 113:20
  114:6 134:19

135:12 141:12
143:1 145:9
146:17 159:3
159:14,21
160:7 161:17
162:1,4 165:4
177:3 182:7,7
183:2,9 185:12
186:14
**timeline** 146:8
  146:13
**times** 11:8
  33:11,18 34:2
  34:20 64:14
  92:21 96:22
  98:6 100:13
  132:8 150:18
**title** 125:1
  132:14
**titled** 115:22
  117:7
**today** 5:8 7:20
  8:2 9:13 10:15
  12:7,17 13:9
  31:20 90:14
  146:21 183:2
**today's** 15:9,13
  16:3 161:9
  183:7 184:19
**todd** 16:21
  67:10 99:4
  162:21 164:6
  175:2
**together** 35:1
  51:16 72:11

**[together - typically]**                                     Page 39

106:17 119:22
121:8 173:5
**told**  16:14
100:18
**took**  41:3
101:15 149:14
151:21
**top**  36:13 103:9
124:20 138:6
139:16,20
140:3 144:3
153:17 176:17
**total**  86:4 100:4
**totality**  106:16
**totally**  93:22
106:6
**towards**  57:18
**tower**  2:15
**track**  53:1
**trade**  23:8
66:12 71:3,17
78:9 83:13
84:20 85:7,11
92:19,20 93:3
95:12 98:13
152:8
**traded**  77:18
84:1,17
**trader**  79:12
**trades**  38:13,15
38:20 85:7
86:1,2 91:9,14
91:15 93:2,11
110:22 112:5
130:20 132:1

141:21 152:4
152:14,18
**trading**  79:14
82:20 83:7
84:13 85:18
91:22 98:8
107:11 108:1
111:8 112:19
**trail**  133:21
**transactions**
99:19,20 100:3
103:10 105:6
125:22 128:4
174:6
**transcribe**  8:17
**transcript**  8:20
73:3,8,21 74:7
77:4,13 102:19
184:15,20
**transcriptions**
172:10
**transcripts**
72:16 73:1,17
101:18
**transfer**  168:6
171:1
**transmission**
115:10
**transmitted**
173:20
**traveled**  59:1
**tree**  70:3
180:18
**trees**  50:19

**trial**  12:4 31:13
37:16,21 71:7
**trials**  63:3
**tricky**  111:22
**tried**  63:22
154:12 155:16
160:14
**trizzino**  42:7
44:7,8 76:10
76:16 135:15
136:5,14
137:21
**trizzino's**  139:4
**true**  78:13
145:16,20
155:22 191:8
**truong**  34:19
35:11 121:9
**trust**  92:2
**truth**  145:7
158:19
**truthfully**
10:14 106:21
**try**  8:7 9:4 73:9
83:18 150:11
159:4 165:6
**trying**  70:1,1
106:20 149:1
150:8 154:13
171:16 172:16
172:20 173:8
174:21 182:14
**tune**  57:22
**turn**  92:6 99:15
103:6 111:13

112:4 117:3
118:10 122:15
124:18 125:12
125:18 130:18
153:6,11
154:16 157:16
175:17 179:11
**tv**  62:8
**two**  13:11,22
14:21 31:4
34:17 35:5
39:14 40:6
41:22 62:4
65:11 83:12
96:10,10 100:3
105:7,11,14
121:12 136:17
153:16 154:11
173:19,19
174:4 185:4
**type**  19:11
82:19 133:15
159:7
**typed**  150:19
**types**  22:1
80:14 133:18
**typewriting**
191:7
**typical**  96:18
**typically**  79:14
92:19,20 93:12
93:13 98:6
177:13,15
178:4 181:22

| u | | | |
|---|---|---|---|

**u.s.** 22:9 156:3 181:8
**uh** 8:18
**uk** 46:19
**um** 8:18
**unaware** 140:21
**unclear** 8:21
**under** 81:15 92:13
**understand** 9:2 33:7 40:17 41:11 91:22 93:17,21,22 101:13 111:7 112:18 121:1 144:7 159:4
**understanding** 24:6 39:3,6,17 39:20 40:7,20 41:7 42:3 43:8 43:10 44:22 47:17 57:2 58:11 60:3 71:14 76:21 83:9 91:3 92:3 94:15 111:11 112:21 118:2 119:19 135:2 135:10 137:20
**understood** 9:7 21:11 77:16 94:7,17 144:1

**unequivocal** 29:21
**unequivocally** 95:18
**unfortunately** 106:8 165:22 169:12
**unicef** 46:21
**unit** 4:18 54:15 114:4 160:5
**united** 1:1 5:2 23:18 60:17 65:10,14,19 66:9 133:13
**university** 20:1 20:6
**unmanned** 59:22
**unredacted** 91:9
**upbringing** 158:16
**upheld** 37:11
**upper** 2:10 74:20
**use** 10:4 80:18 82:19 86:14,18 152:3 156:7 173:22
**used** 81:12 88:19 136:8 152:6
**user** 81:11 168:17

**using** 121:19 135:19
**usually** 133:8

| v | | | |
|---|---|---|---|

**v** 192:2
**vaccine** 18:7,18 46:18,22 47:9 64:4,16,21 71:18 164:12
**vaccines** 47:7 57:9 71:4
**validation** 32:6
**valuable** 31:19
**value** 32:1
**various** 127:9 189:21
**vehicle** 60:1
**venture** 85:9
**veracity** 80:22 155:17
**verbal** 8:14,22
**verbally** 33:20 34:1
**verified** 158:18
**veritext** 5:6,10 165:5
**versus** 4:22
**vet** 173:18
**veteran** 22:18 22:19 23:6,7 133:12
**vice** 17:6,16
**video** 4:2,14,18 7:4 34:13 54:9 54:14,16 62:13

62:16 66:16 113:20 114:3,5 159:21 160:4,6 163:22 183:5 183:13 184:6 184:16 186:7,9
**videoconfere...** 2:2 15:5 34:7
**videographer** 3:9 5:7 183:19
**videotaped** 1:15
**view** 31:7 88:2 89:13 169:14 181:17
**views** 43:9
**virginia** 11:1 98:18
**virtually** 4:8
**virus** 24:9,14 57:19
**viruses** 57:10
**visit** 158:4,7 159:3
**visited** 60:2
**visiting** 159:9
**visits** 46:20 157:22
**voted** 72:4
**vs** 1:7

| w | | | |
|---|---|---|---|

**wacker** 2:10
**wait** 114:22 143:3

**[waiting - wrap]**

waiting 88:14
  165:13
waived 186:17
walk 149:13,16
  172:14
wall 79:22
  181:3,14,16,18
  182:1
want 8:1 9:21
  12:19 28:6
  57:22 113:3
  168:11 173:4
  184:2
wanted 28:2
  91:21 111:7
  112:18 157:6
wants 7:21
war 20:10 26:4
warp 24:3,6,8
  24:19 28:4,19
  58:2
washington
  2:21 46:12
  51:13 95:1
  97:9 133:5
watched 62:15
watching 62:13
  66:16,16
  163:21
way 11:17
  18:16 27:14
  30:2 39:11
  44:18,19 53:18
  62:4,5 69:18
  71:21 73:10

78:17 80:18
  88:18 91:19
  98:17,22
  100:17 107:17
  110:6 134:14
  147:6 149:12
  156:1 174:18
ways 172:19
we've 54:2
  113:2 137:15
website 30:21
  132:9 157:22
  165:10,11,22
webster 20:5
week 184:20,22
weekends 80:5
weeks 26:18
  71:13
went 30:21
  45:20 132:16
  150:11,18
  152:22
wetransfer
  166:7
wetransfer.co...
  166:11
wheeled 143:18
white 98:20
  99:11
will.piereson
  2:17
william 2:14
  6:18
willing 48:3

willoughby
  31:1
wilmington 2:5
winstead 10:22
wiped 152:1
wish 83:1
wit 151:21
witness 4:12
  6:3 7:3,6,9
  14:9 27:8 29:1
  47:15,19,20
  52:7,14 55:22
  64:8 65:6
  82:17 83:1
  87:7 88:5,18
  89:5 95:9,11
  108:5 110:2
  115:9,16
  116:22 122:10
  123:12 124:4
  129:15,21
  130:2,5 142:15
  142:18,21
  146:5 162:14
  166:2 167:21
  168:7 169:2,7
  169:22 176:18
  190:17 191:4,6
  191:9
witnesses 47:22
  48:9,14,17
  49:2,7 50:4,7
  53:7,15 55:5
  56:10,13,21

wonder 47:8
wonderful
  23:22
wondering
  50:12 143:9
word 53:3
  131:15 139:13
  140:16 141:14
  141:15 150:19
  171:20 172:19
  173:7
words 129:18
  136:9
work 13:15
  17:8 19:16
  37:15 89:1
  97:19 98:18
  99:1 174:1,4,6
workday 99:7
worked 17:18
  48:14,20 67:3
  67:5
working 170:1
  170:15
workplace
  151:20
works 17:18
world 18:4,10
  21:1 59:6
  63:13 64:17
  65:16
worth 15:19
  171:15
wrap 162:1

**[writ - zones]**                                          Page 42

| | | | |
|---|---|---|---|
| **writ** 134:8 | 110:18 111:20 | 185:15 | 130:10,12 |
| **write** 8:20 | 113:9,17,19 | **year** 17:11 35:3 | 136:21 137:4 |
| **writing** 23:20 | 114:16 115:9 | 35:8 40:17 | 139:22 140:2 |
| **written** 73:16 | 116:15,18,22 | 63:19 96:10 | 142:11,12,16 |
| 176:1,21 | 120:15,15,16 | 176:2,12,22 | 142:20 143:7,8 |
| **wrong** 17:19 | 120:16,16,16 | **years** 23:17 | 146:6 147:12 |
| | 120:16,17,17 | 96:10 136:17 | 147:17 156:21 |

**x**

**x** 1:3,10 124:20
154:9 188:1
189:1 190:1,16

**y**

**y** 124:20
**yahoo** 80:1,19
134:17 155:6
**yeah** 13:5
19:10 21:14
32:9 33:3
35:13 36:20
37:1,2 40:10
41:1 50:15
51:1 52:4,14
58:8 59:18
62:12 64:11
65:6 68:11,11
69:6 71:1 72:3
73:5 79:19
81:6,6,14,16,22
84:7 85:13
87:1,9 92:9
94:15,17 97:8
98:13 100:7
102:11 103:18
104:3 107:15
108:14,15

120:17,18,19
120:19 123:15
124:4,14,17
126:12 128:10
128:21,21
129:10,15,15
130:2,10 131:8
131:8,9 132:13
133:2 137:8
142:4,12,15,16
142:18,18,19
142:19,21
143:12 147:3
149:18 155:5
156:4 157:12
158:2,5,9
159:15,15
162:19,19
163:15 167:4,4
168:13 169:5,9
169:17,18
170:17,19
171:9,9,9,11
172:5,16
174:12 175:13
176:10,14
178:13,19
181:10 182:8

**yesterday**
89:14
**york** 3:5,5
**youtube** 62:13

**z**

**zacks** 79:20,20
**zagnoli** 2:9
5:21,21 7:15
7:18 14:10
29:3,6,9 37:5,6
53:5 54:2,7,21
55:1,16,19
56:1 64:10
66:1 82:18
83:4 86:13,19
87:1,3,10 88:6
88:10,17 89:8
89:18,20 90:3
90:9 95:19
108:12,16
109:10,16,19
110:4 113:2,9
113:18 114:10
114:15,21
115:18 117:2
122:14 123:13
123:21 124:6
128:12,17

157:11,13,14
159:15,18
160:11,12,20
161:3,18 162:7
162:15 165:8
165:12 166:5
166:13,17,18
167:4,8 168:2
168:9 169:5,9
169:16 170:2
175:16 176:19
183:16 184:10
184:11,14
185:1,5,13
190:18
**zipped** 166:4,4
167:6
**zones** 134:19

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.