# EXHIBIT G

 **REUTERS**®

August 5, 2021 · 6:36 PM EDT
Last Updated 8 months ago

Healthcare & Pharmaceuticals

# Novavax again delays seeking U.S. approval for COVID-19 vaccine

**By Mrinalika Roy and Carl O'donnell**                    4 minute read

        





Vials labelled "COVID-19 Coronavirus Vaccine" and syringe are seen in front of displayed Nov
logo in this illustration taken, February 9, 2021. REUTERS/Dado Ruvic/Illustration

Aug 5 (Reuters) - Novavax Inc on Thursday again delayed its timeline for seeking U.S. authorization for its two-dose COVID-19 vaccine but expects to become a major distributor to lower and middle-income countries this year.

It had previously said it would seek emergency use authorization (EUA) from the U.S. Food and Drug Administration in the third quarter of 2021 but now expects to file in the fourth quarter.

Novavax shares dropped around 7% in after-hours trading.

Register now for FREE unlimited access to Reuters.com                    Register

"It's a matter of getting validation work done" to demonstrate consistency in the vaccine's manufacturing process to the FDA, said Chief Executive Officer Stanley Erck during an interview with Reuters.

He added that other countries' regulators have been more aggressive in moving Novavax's vaccine through the authorization process.

My View        Following        Saved

Case 8:21-cv-02910-TDC    Document 108-7    Filed 09/22/23    Page 4 of 14

The company said it has filed for regulatory authorization for its shot in India, Indonesia and the Philippines.

"Initially, our doses may be prioritized to low-income countries, where we'll be able to support critical unmet demand for primary vaccinations," Erck said during Novavax's quarterly investor call.

Despite promising clinical data, the Maryland-based company has lagged rival vaccine makers such as Pfizer Inc **(PFE.N)** and Johnson & Johnson **(JNJ.N)**. It has repeatedly delayed regulatory filings and the timeline for ramping up production as it struggled to access raw materials and equipment needed to produce the vaccine. **read more**

Erck said Novavax remained on track to produce 100 million doses per month in the current quarter and 150 million doses by the fourth quarter.

Erck told Reuters the company is on track to submit a regulatory filing in the United Kingdom in September followed within weeks by submissions in Australia and Canada.

Separately, Novavax said a single booster shot of its vaccine given six months after an initial two-dose regimen, elicited a 4.6-fold increase in antibodies.

According to Erck, the company will file a separate application for booster shots with the FDA once its emergency use authorization submission is processed.

"We appear to have got past (certain) supply issues and are now being able to produce at scale," Erck told Reuters.

Novavax has already manufactured tens of millions of shots and is not worried about them expiring before they are appr...material is kept frozen, Erck

My View　　　Following　　　Saved

said during the investor call.

The drugmaker said it has expanded its late-stage U.S. trial to include pediatric patients and has enrolled more than 2,000 volunteers between 12 and 17 years old. Both rivals Moderna **(MRNA.O)** and Pfizer have already initiated trials of their vaccines in children under the age of 12.

In May, FDA authorized the vaccine developed by Pfizer and its German partner BioNTech **(22UAy.DE)** for use in children ages 12 to 15 years while Moderna's application for use of its vaccine in teenagers is under review.

Novavax reported a net loss of $352 million, or $4.75 per share, for the second quarter of 2021, far higher than its net loss of $18 million for the same period in 2020. Its second-quarter revenue was $298 million.

Register now for FREE unlimited access to Reuters.com                                                    **Register**

Reporting by Mrinalika Roy in Bengaluru and Carl O'Donnell in New York; Editing by Lisa Shumaker and Bill Berkrot

Our Standards: **The Thomson Reuters Trust Principles.**

## More from Reuters

## My View **Business**

**+ Aerospace & Defense**          My View      Following      Saved      Energy

+ Environment        + Finance        + Healthcare & Pharmaceuticals

+ Media & Telecom

Apply



## Global Healthcare

Sign up to our health newsletter to keep up with the latest healthcare trends and pharmaceutical news.

Sign up



## Daily Briefing

Subscribe to our newsletter to get all the news you need to start your day.

Sign up

My View        Following        Saved

# Sponsored Content



### From travel to everyday purchases, earn more with Citi Rewards+® Card

Sponsored by The Citi Rewards+® Card



### Earn up to a $1,500 cash bonus with required activities. Member FDIC.

Sponsored by CITI® CHECKING OFFER



### 7 Secrets People W Retire Comfortably About Financial Ad

Sponsored by smartasse

## Healthcare & Pharmaceuticals

My View        Following        Saved

Case 8:21-cv-02910-TDC     Document 108-7     Filed 09/22/23     Page 8 of 14

# Sanctions see Russians panic buy anti-depressants, sleeping pills -data

Healthcare & Pharmaceuticals · March 24, 2022 · 3:24 PM EDT

Russians have rushed to stock up on anti-depressants, sleeping pills and contraceptives among other products since the conflict in Ukraine began, data released on Thursday showed, with people buying a month's worth of medicine in just two weeks.

Healthcare & Pharmaceuticals

**Bayer reaches $80 mln PCB contamination settlement with Ohio**

20 min ago

Healthcare & Pharmaceuticals

**Moderna raises full-year COVID vaccine sales forecast to $21 billion**

7:33 AM EDT

Healthcare & Pharmaceuticals

**U.S. FDA declines to approve Lilly/Innovent lung cancer drug**

7:46 AM EDT

Healthcare & Pharmaceuticals

**Novavax says its COVID vaccine**

March 22, 2022

My View          Following          Saved

## Sponsored Content

Save for tomorrow with 0.60% APY. Select Markets Only. Member FDIC.

Sponsored by Citi® High-Yield Savings



7 Secrets People Who Retire Comfortably Know About Financial Advisors

Sponsored by smartasset

Penny Hoarder Issu "Urgent" Alert: 6 Companies Are Overcharging You

Sponsored by The Penny

Get personalized financial advice from a team of advisors.

Sponsored by NerdWallet

More Perks, Fewer Fees With Nerd-Approved Checking Accounts

My View    Following    Saved



The Huge EV Story Everyone's Missing

Sponsored by Empire Fi Research

No Offense, But These Big Retailers Aren't The Cheapest Places To Shop

Sponsored by MoneyWise

Man who called 2020 Crash: Huge Event in 2022

Sponsored by Chaikin Analytics

Don't miss out on u $1,500 with require activities. Member I

Sponsored by EARN A C BONUS WITH CITI

Latest

Home

Browse

My View          Following          Saved

Case 8:21-cv-02910-TDC    Document 108-7    Filed 09/22/23    Page 11 of 14

Media

 Videos

Pictures

Graphics

Legal

Markets

Breakingviews

Technology

Investigations

Lifestyle

About Reuters

**About Reuters**

**Careers**

**Reuters News Agency**

**Brand Attribution Guidelines**

**Reuters Leadership**

**Reuters Fact Check**

**Reuters Diversity Report**

Stay Informed

**Download the App**

**Newsletters**

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

Thomson Reuters Products

**Westlaw**

Build the strongest argument relying on authoritative

**Onesource**

My View    Following    Saved

**Checkpoint**

The industry leader for online information for tax,

content, attorney-editor expertise, and industry defining technology.

complex and ever-expanding tax and compliance needs.

accounting and finance professionals.

## Refinitiv Products

### Refinitiv Workspace

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

### Refinitiv Data Catalogue

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

### Refinitiv World-Check

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us     Advertising Guidelines**

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies     Terms of Use     Privacy     Digital Accessibility     Corrections     Site Feedback**

© 2022 Reuters. All rights reserved

My View     Following     Saved

Case 8:21-cv-02910-TDC    Document 108-7    Filed 09/22/23    Page 13 of 14