# EXHIBIT I

Home > Stock Ideas > Long Ideas    Healthcare

# Novavax: The Race Is Far From Over Yet

Aug. 07, 2021 11:22 PM ET | **Novavax, Inc. (NVAX)** | AZN, BNTX, JNJ... | 173 Comments | 20 Likes

 **Sarthak Jain**
669 Followers

**About this article**

| Ticker | Author rating | Price at publication | Last price | Change since publication | S&P 500 |
|---|---|---|---|---|---|
| **NVAX** | Buy | **$192.97** | **$9.78** | **-94.93%** | |

## Summary

- Licensing agreement with SII and filing of regulatory approval in India and other developing nations position Novavax as the future volume leader in the vaccine market.

- Impressive booster results open up the broad vaccine booster market opportunity.

- Novavax's vaccines seem to have a significant edge over existing approved vaccines, given relatively higher safety and extremely competitive efficacy rates.

- A solid liquidity position of $2.1Bn ensures uninterrupted vaccine production and development.

- Valuation indicates a massive discount relative to other biotechnology companies, thus offering a strong buying opportunity.



Digital Vision./DigitalVision via Getty Images

The Novavax (NASDAQ:NVAX) stock has recently witnessed intense selling pressure as the company once again delayed FDA submission for emergency use authorization of COVID-19 vaccine in the U.S. It now expects to submit filings in Q4 2021 instead of Q3 2021. Adding to that, the U.S. government also asked the company to *"prioritize alignment with the FDA on analytic methods before conducting additional U.S. manufacturing and further indicated that the U.S. government will not fund additional U.S. manufacturing until such agreement has been made."* While the news was a shocker for investors, multiple positive news on a global scale went neglected as the negative news overshadowed all positive news about the company. The company might be late in entering the race, but the race is long and far from over, and Novavax seems to have the best *horse* on the *racecourse*. The recent stock price decline offers an attractive buying opportunity for long-term-oriented investors.

## One Of Its Kind

Novavax is a biotechnology company engaged in the development of vaccines. The company has completed its phase 3 clinical trial for its Covid-19 vaccine, NVX-CoV2373, in June 2021 with appealing results and is expected to hit the market post regulatory filings with the government.

Novavax's Covid-19 vaccines are made with lab-grown replicas of the spike protein that coats the coronavirus. Novavax's method is a more traditional way of developing vaccines that have been used for years and are similar to how HPV and Pertussis vaccines work. The method makes it one-of-a-kind in the USA, different from the mRNA vaccine of Pfizer (PFE), BioNTech (BNTX), and Moderna (MRNA), and the Viral Vector vaccine of Johnson & Johnson (JNJ) and Oxford-AstraZeneca (AZN). Besides spike protein, the vaccine also uses its patented Matrix-M adjuvant, which acts as an immunity activator and is composed of 40-nanometer particles based on saponin found in Chile's soapbark tree. The adjuvant helps to further boost T-cells which in turn boost the efficacy of the vaccine.

The vaccine trial's final results in U.S. and Mexico have been highly appealing by demonstrating 100% protection against moderate and severe disease, 92.6% efficacy against Variants of Concern/Variants of Interest, and 91.0% efficacy among high-risk populations. Similar strong results were observed in U.K. trials as well, however, efficacy is close to only 50% in regards to the South African variant.

## Tremendously large market left to address

While some might argue that Novavax is too late to enter the market and prominent players have already dominated the space leaving limited opportunities for Novavax. However, the market is still immensely large and highly underpenetrated by major pharmaceutical giants. Only 15.2% of the world's population is fully vaccinated, and 29.7% have received 1st dose. As we can see below, while the vaccination rate is high in developed countries like U.S., Canada, and other European countries, the developing countries still have low vaccination rates due to lack of availability. Only 1.1% of the population in low-income countries have received at least one dose, as per our world in data website.



Source: Our World in Data

Besides vast opportunities in countries with low vaccination rates, the vaccine can also be a gamechanger for a large population in the USA and other countries who are afraid to get a jab due to possible blood clots and other known side effects from currently available vaccines. This is because, based on the clinical trials, the vaccine has shown a substantially lower rate of side effects than other mRNA vaccines, and side effects were milder as well due to its exceptional vaccine development method.

Even vaccinated people have a potential risk from Covid-19 as the virus keeps on mutating and efficacy is not 100% with each variant. This opens up the boosters market for Novavax, where a booster dose can help boost immunity against prevailing viruses. Booster market opportunity would provide an attractive revenue stream in both developed and developing countries.

The company also has a well-spread supply chain system that would help to make the product available globally and keep the manufacturing cost low.



Source: Corporate Investor Deck - May 2021

## Series of positive news neglected by the market resulting in massive mispricing

Besides high efficacy levels in PREVENT-19 Phase 3 trial for the vaccine, the company also reported positive results from U.S. and Australia Phase 2 trials for the 6-month booster dose. As we can observe below, there has been a multi-fold improvement in antibodies post booster dose after six months versus primary vaccination series.



Source: Novavax Q2 2021 earnings presentation

The European Union recently entered into a new contract with Novavax where its member states can buy up to 100Mn doses of vaccine with an option to buy additional 100Mn doses through 2023.

By October 2021, the company's vaccine is expected to make an entry in India, the

second most populated country in the world after China (subject to approval by Central Drug Standard Organisation). The vaccine approval in India would allow ample room for top-line growth as the country has been facing an acute vaccine shortage for the last few months. In India, the vaccine will be manufactured by the Serum Institute of India ("SII"), which is also the manufacturer of Oxford-AstraZeneca's Covishield vaccine (currently by far the most widely used vaccine in India). SII also plans to sell Novavax's Covovax (brand name for NVX-CoV2373) in Indonesia and the Philippines. While the regulatory approval is pending in India for Covovax, SII already started manufacturing and stockpiling it in May-end 2021 after it received a commitment to purchase the entire stockpiling and a go-ahead to manufacture Covovax vaccine from the Indian government. Novavax has recently filed regulatory submissions with the Drugs Controller General of India (DCGI) and regulatory agencies in Indonesia and the Philippines and is also expected to file for Emergency Use Listing with the World Health Organization this month. Submissions in the U.K., Australia, Canada, New Zealand, and European Medicines Agency will be made within Q3 2021.

While it announced a delay in submission to US FDA, it is still on track to achieve its previously planned manufacturing capacity for Q3 and Q4. The company gave a manufacturing capacity guidance of 100Mn doses per month by the end of Q3 and 150Mn doses per month by Q4.

Based on this guidance and assuming a highly conservative average revenue per dose of $10 for Novavax, the company trades at a forward price to sales multiple of less than 1. This compares with Moderna's forward P/S ratio of 8.2 times, BioNTech's 6.1 times, and Pfizer's 3.2 times. Thus, indicating a multi-bagger opportunity with Novavax at current market valuations.

## Enough liquidity to support production

The company had a solid liquidity position with $2.1Bn in cash as of Q2 2021. It has already received $1.1Bn of upfront payments associated with Advanced Purchase Agreements ("APAs"). These high upfront payments show a decisive vote of confidence in the vaccine from various parties. The company also raised $565Mn in H1 2021 by utilizing At-the-Market ("ATM") offerings. A strong cash position provides the company with ample capital required to undergo vaccine development and production seamlessly without interruption.

## Risk to the Thesis

**Scarcity of Saponin:** Saponin is an extract available from rare soapbark trees in Chile.

While saponin plays a crucial role in improving the efficacy of Novavax's vaccine, it is unknown whether the resources would be available in optimum quantity to facilitate the large-scale uninterrupted production of the vaccine. The unavailability of saponin can bring vaccine production to a halt and urge Novavax to find an alternative of the extract hastily. This would impact the company's outlook and shareholders' wealth drastically.

# Conclusion

The vaccine and vaccine boosters market continues to offer immense opportunities in both developed and developing countries. Novavax is uniquely positioned to tap this huge market with its distinct manufacturing method. The stock trades at a massive discount ignoring the potential revenue opportunity in FY2022. Recent decline offers favorable risk-reward metrics to long-term-oriented investors.

This article was written by



**Sarthak Jain**

669 Followers

Research Analyst at Brookmont Capital Management, LLC; Analyzing both growth and value stocks with a core focus on the company's fundamentals, sustainability of the business model, competitive strengths an

Show More

**Disclosure:** I/we have no stock, option or similar derivative position in any of the companies mentioned, and no plans to initiate any such positions within the next 72 hours. I wrote this article myself, and it expresses my own opinions. I am not receiving compensation for it (other than from Seeking Alpha). I have no business relationship with any company whose stock is mentioned in this article.