# EXHIBIT K

Case 8:21-cv-02910-TDC    Document 108-11    Filed 09/22/23    Page 2 of 6







CORONAVIRUS

# Novavax expresses fresh confidence in its vaccine

In wake of report on manufacturing difficulties, the Maryland-based drug firm vowed to file for emergency-use authorization by the end of the year.

Case 8:21-cv-02910-TDC    Document 108-11    Filed 09/22/23    Page 3 of 6

Researchers work on samples from the Novavax phase 3 Covid-19 clinical vaccine trial. | Karen Ducey/Getty Images

By **SARAH OWERMOHLE**, **ERIN BANCO** and **ADAM CANCRYN**
10/20/2021 10:10 AM EDT

   

Novavax on Wednesday issued a statement reinforcing its position that its vaccine will be ready for global use this year, following a POLITICO report on Tuesday that it had fundamental manufacturing issues that would delay its ability to contribute to the global fight against Covid-19.

The company said it plans to file "within the next couple weeks" in Europe, the United Kingdom, Canada, Australia and New Zealand and to file for emergency use in the U.S. by the end of 2021.

Advertisement

Novavax did not address the assertions of two people with direct knowledge of the company's processes that it has struggled to eliminate impurities in its vaccine production or that its tests for those vaccine batches had been inconsistent.

Following POLITICO's report Tuesday, Novavax's stock was down 24 percent at market's opening on Wednesday.

Case 8:21-cv-02910-TDC    Document 108-11    Filed 09/22/23    Page 4 of 6

People familiar with the discussions told POLITICO that U.S. officials are skeptical that Novavax can resolve key production issues in the months ahead, presenting the latest hurdle in the global scramble to send more doses to low- and middle-income countries.

Novavax is expected to play a critical role in that effort. The company and its production partners pledged more than 1.3 billion doses to the international vaccine consortium The COVAX Facility, with hundreds of millions of shots expected this year.

"We are confident that our vaccine will soon play a significant role in the global COVID-19 vaccine arsenal, differentiated by its potential to help address two major issues slowing the world's ability to end the pandemic: global distribution challenges and vaccine hesitancy," President and CEO said Stanley Erck said in a statement.

Its manufacturing challenges come as COVAX struggles to hit its goals. The vaccine equity group recently downgraded its expectation of 2 billion vaccines this year to 1.425 billion. Without Novavax, the majority of the shots are coming from AstraZeneca and Pfizer.

Besides its Maryland facility, Novavax is producing vaccines with the Serum Institute of India and manufacturers in Europe and Korea. Serum, which is

expected to contribute at least 600 million doses to the COVAX pledge, did not respond to requests for comment.

**FILED UNDER:** VACCINATION, CORONAVIRUS, THE VACCINE RACE, NOVAVAX



# Huddle

A play-by-play preview of the day's congressional news

**EMAIL**

Your Email

**INDUSTRY**

Select Industry ▼

\* All fields must be completed to subscribe.

By signing up you agree to allow POLITICO to collect your user information and use it to better recommend content to you, send you email newsletters or updates from POLITICO, and share insights based on aggregated user information. You further agree to our privacy policy and terms of service. You can unsubscribe at any time and can contact us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SIGN UP

**SPONSORED CONTENT**                                                    By                    |

**This Is How Much Nurses Make In New...**

Nursing Jobs | Search A...

**Gemstone Engagement Rings FAQ:...**

Blue Nile

**How a Californian doctor feels...**

The Economist

**Read This Before You Renew Amaz...**

Capital One Shopping

**If You Can Qualify for Any Credit Card,...**

NerdWallet

Case 8:21-cv-02910-TDC    Document 108-11    Filed 09/22/23    Page 6 of 6

| When You Shouldn't Max Out 401(k)... | Why People in New York are Loving Martha... | New Senior Apartments Coming to New... | Award Winning Puzzles You'll Love | This Pair Of Leggings Is The Chicest One Yet |
|---|---|---|---|---|
| NerdWallet | Martha Stewart & Marle... | Senior Living \| Search A... | eeBoo | American Giant on Real ... |



About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

POWERJobs

Press

Print Subscriptions

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do not sell my info

Notice to California Residents

© 2022 POLITICO LLC