# EXHIBIT N



Biotechnology

# Novavax, Inc. (NVAX)

**EQUITY RESEARCH**
**October 20, 2021**

Price: $160.55
Price Target: $272.00

Rating: Overweight

### Key Statistics:

| | |
|---|---|
| Symbol | NSQ: NVAX |
| 52-Week Range | $76.59 - $331.68 |
| Market Cap ($M) | 11,958.4 |
| ADV (3 mo) | 5,093,659 |
| Cash (M) | $1,200.0 |
| Shares Out (M) | 74.5 |

### Research Analysts:

**Charles C. Duncan, Ph.D.**
212-915-1236
Charles.Duncan@cantor.com

**Pete Stavropoulos, Ph.D.**
212-915-1966
Pete.Stavropoulos@cantor.com

### One-Year Price History



Created by BlueMatrix

## Quick Take

## Volatility May Create Opportunity – COVID Vaccine Candidate Moving Forward, with Increased Visibility (Hopefully) Soon

### Takeaways

- We spoke to Novavax management today (10/20), and it reiterated that it remains on track to submit filings to regulatory authorities, including the FDA by YE'21
- The company is past commercial scale-up activities and is finalizing the submissions, with increased visibility soon
- Submission filings are expected to start in the upcoming weeks – we expect an update during the 3Q21 call on November 4
- Novavax is maintaining guidance of 150M doses of monthly run rate capacity by YE '21

### Summary

We had a chance to catch-up with management and discussed the recent news article that cited "anonymous sources" stating Novavax has manufacturing issues that are "jeopardizing billions of doses earmarked for poor and middle-income countries", which has resulted in shares trading down today. During our discussion, the company reiterated its position that it remains on track to submit filings to regulatory authorities, including the FDA by YE'21.

Key for us is that Novavax is past commercial scale-up activities and is finalizing the submissions. We believe that filing submissions will dissipate the current debate of vaccine quality and the release assays, for which the company has received input and commentary by the agency as it was developing it. Novavax is currently testing those assays against product, prior to the submission of the final Chemistry, Manufacturing, and Control (CMC) package. Additionally, according to management, the company has been in active and ongoing conversations with all of the regulatory authorities, and has incorporated their feedback into the submissions that it expects to start filing in the next several weeks. The company is planning on submitting a full package to the FDA, including the CMC section, for an EUA by YE '21.

Novavax is maintaining guidance of 150M doses of monthly run rate capacity by YE '21. The company stated that it has been working to create consistency across all of the manufacturing sites, including the Serum Institute of India (private), its own facility in the Czech Republic, SK Bioscience in South Korea (private), and Takeda's (4502 JP, NC) facility.

The Disclosure Section may be found on pages 3 - 4.

**Valuation**

In valuing Novavax, we use a NPV calculation (15% discount rate and we do not use a terminal value). Our valuation matrix yields $256 per share for NVX-CoV2373, a $250M placeholder for the NVX-CoV2373/NanoFlu combo program (~$3 per share), $10 per share for NanoFlu, a $250M placeholder for the RSV programs ($3 per share), $50M placeholder for the Ebola program ($0.50 per share), and $50M placeholder for the malaria program ($0.50 per share).

**Risks**

**Development risk.** As with practically all development-stage biotech companies, the primary risk relates to successful product development. Failure of the Phase 3 trial of the RSV vaccine in elderly subjects will likely increase investor concern about the company's ability to develop novel vaccines, in our opinion. We believe investors will need to be convinced that NVAX can address novel infectious disease opportunities while maintaining an acceptable risk of failure.

**Regulatory risk.** Developing novel vaccines and applying novel technologies/adjuvants may increase somewhat the emergence of regulatory risks to approvability. Given that the vaccines could be used in large subject populations (e.g., RSV, seasonal influenza) or in subjects for which safety may be of particular importance, e.g., maternal vaccination, we believe scrutiny could be more intense than might be the case for the development of other therapeutics.

**Commercial risk.** If successfully developed, the company's RSV vaccine could enter a market with little, if any, competition. By contrast, the seasonal influenza vaccine market could be characterized as having entrenched competition. Even current unmet needs for vaccines to prevent Ebola, Zika, bird flu, etc., are the focus of broad industry effort, so we see the potential for NVAX to face competition in those markets too.

**Need for additional capital.** Successful development and commercialization of the RSV vaccine for elderly subjects could have alleviated the need for NVAX to raise capital, we believe. Whereas the company may have contemplated commercializing the RSV vaccine without a partner in the U.S., we believe it likely that a development partnership could be needed. The result of such a dynamic could be that the company could be forced to seek capital from the public markets and do so at a lower equity value.

## Company Description

*Novavax is a Gaithersburg, MD-based biotechnology company focused on the discovery and development of novel, recombinant nanoparticle vaccines and adjuvants. The company applies proprietary recombinant nanoparticle vaccine technologies to efficiently and effectively respond to known or emerging disease threats. The vaccine candidate pipeline targets infectious diseases such as SARS-CoV-2, respiratory syncytial virus (RSV) and Ebola virus. Preclinical programs include development of vaccines for Zika virus, seasonal influenza and a combination respiratory vaccine candidate.*

## Disclosures Appendix

## Analyst Certification

The analyst primarily responsible for this research report, and whose name appears on the front cover, certifies that: (i) all of the views expressed in this research report accurately reflects his or her personal views about any and all of the subject securities or issuers featured in this report; and (ii) no part of any of the research analyst's compensation was, is, or will be, directly or indirectly related to the specific recommendations or views expressed by the research analyst in this report.

**Legal Disclosures**

Lead or Co-manager: Cantor Fitzgerald and/or its affiliates, has acted as lead or co-manager in a public offering of equity and/or debt securities for Novavax, Inc. within the last 12 months

Investment banking (last 12 months): Cantor Fitzgerald and/or its affiliates has received compensation for investment banking services in the last 12 months from Novavax, Inc..

Investment banking (next 3 months): Cantor Fitzgerald and/or its affiliates, expect to receive, or intend to seek, compensation for investment banking services within the next three months from all of the companies referenced within this report.

Cantor Fitzgerald and/or its affiliates is a market maker in Novavax, Inc..

**Cantor Fitzgerald's rating system**

**Overweight/OW**: We expect the stock's total return to exceed 15% over the next 12 months. For the purpose of calculating the percentage of subject companies within the Buy, Hold, and Sell categories for whom Cantor Fitzgerald has provided investment banking services within the previous 12 months, an Overweight rating equates to a Buy rating.

**Neutral/N**: We expect the stock's total return to be between -10% and 15% over the next 12 months. For the purpose of calculating the percentage of subject companies within the Buy, Hold, and Sell categories for whom Cantor Fitzgerald has provided investment banking services within the previous 12 months, a Neutral rating equates to a Hold rating.

**Underweight/UW**: We expect the stock's total return to fall below -10% over the next 12 months. For the purpose of calculating the percentage of subject companies within the Buy, Hold, and Sell categories for whom Cantor Fitzgerald has provided investment banking services within the previous 12 months, an Underweight rating equates to a Sell rating.

**Not Covered/NC**: Cantor Fitzgerald does not provide an investment opinion or does not provide research coverage on this stock.

**Not Rated/NR**: We are not currently carrying a rating on this stock. Rating and estimates are under review. The NR rating does not equate to an Overweight, Neutral, or Underweight rating and thus is not counted in the calculation of the percentage of subject companies within these three categories for whom Cantor Fitzgerald has provided investment banking services within the previous 12 months.

*Performance parameters should be interpreted flexibly as general guidelines relating to performance over a twelve-month period and are not intended to be influenced by short-term share price volatility. Performance in this context is evaluated in terms of total absolute return.*

*Total return is defined as the sum of (1) the percentage difference between the target price and the current price and (2) the expected dividend yield of the stock.*

**Other Disclosures**

This report is for informational purposes only and is based on publicly available data believed to be reliable, but no representation is made that such data are accurate or complete. Opinions and projections contained herein reflect our opinion as of the date of this report and are subject to change. Pursuant to Cantor Fitzgerald's policy, the author of this report does not own shares in any company he/she covers.

Cantor Fitzgerald and the Cantor Fitzgerald logo are trademarks or registered trademarks of Cantor Fitzgerald Securities or its affiliates in the U.S. and other countries. Other trademarks appearing herein are the property of their respective owners. Neither Cantor Fitzgerald Securities nor its affiliates are associated with or affiliated with such third parties.

This material is being presented solely as institutional communications and is not meant to be viewed as a complete fundamental analysis of any security. This material may offer recommendations and strategies which are shorter term in nature. If the material contains analysis, it may be narrowly focused, and may be based either purely on quantitative models or other unique factors such as market supply/demand factors surrounding potential market moving

events. When making an investment decision this information should be viewed as just one factor in your investment decision process. Past performance should not be taken as an indication or guarantee of future results.

**Disclosures for UK investors**

This material is only intended for use by eligible counterparties or professional clients who fall within articles 19 or 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2001. None of the investments or investment services mentioned or described herein are available to other persons in the U.K and in particular are not available to "retail clients" as defined by the rules of the FCA.

**Disclosure for Canadian Institutional Investors**

This research report was prepared by analysts of Cantor Fitzgerald & Co. and not by Cantor Fitzgerald Canada Corporation. As a result, this report has not been prepared subject to Canadian Disclosure requirements. Cantor Fitzgerald Canada may distribute research reports prepared by its affiliates.

**Risks**

The financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based on their specific investment objectives. Past performance should not be taken as an indication or guarantee of future performance. The price, value of and income from, any of the financial instruments featured in this report can rise as well as fall and be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's currency, a change in exchange rates may adversely affect the price or value of, or income derived from, the financial instrument, and such investors effectively assume currency risk. In addition, investors in securities such as ADRs, whose value is affected by the currency of the home market of the underlying security, effectively assume currency risk.



**Rating and Price Target History for: Novavax, Inc. (NVAX) as of 10-19-2021**

I = Initiated; 1 = Overweight/OW or before 12/14/16; B = BUY; 2 = Neutral or before 12/14/16; H = HOLD;
3 = Underweight/UW or before 12/14/16; S = SELL; SP = SPECULATIVE BUY before 12/14/16; NR = Not Rated; D = Dropped

Powered by BlueMatrix

**Distribution of Ratings/Investment Banking Services (IB) as of 10/20/21**

**Cantor**

| Rating | Count | Percent | IB Serv./Past 12 Mos. Count | IB Serv./Past 12 Mos. Percent |
|---|---|---|---|---|
| **BUY [1/B]** | 220 | 85.60 | 167 | 75.91 |
| **HOLD [2]** | 36 | 14.01 | 15 | 41.67 |
| **SELL [SL/3]** | 1 | 0.39 | 0 | 0.00 |

*Additional information available on request. Copyright (C) Cantor Fitzgerald 2021*



## U.S. Equity Research Analysts & Management

**Director of Equity Research**
**Michael Rietbrock**
212-428-5934
Mike.Rietbrock@cantor.com

**BIOTECH/HEALTHCARE**
**Biopharma**
**Brandon Folkes, CFA**
212-294-8081
Brandon.Folkes@cantor.com

**Biotechnology**
**Alethia Young**
**Head of Healthcare Research**
212-359-8739
Alethia.Young@cantor.com

   **Emily Bodnar**
   212-610-3604
   Emily.Bodnar@cantor.com

**Charles C. Duncan, Ph.D.**
212-915-1236
Charles.Duncan@cantor.com

**Kristen Kluska**
212-915-1927
Kristen.Kluska@cantor.com

**Brian Cheng**
212-428-5953
Brian.Cheng@cantor.com

**Pete Stavropoulos, Ph.D.**
212-915-1966
Pete.Stavropoulos@cantor.com

**Li Watsek**
212-915-1221
Li.Watsek@cantor.com

**Healthcare IT**
**Steven Halper**
212-915-1240
Steven.Halper@cantor.com

   **Joseph Downing**
   212-294-8016
   Joseph.Downing@cantor.com

**Large Cap Pharma & Biopharma**
**Louise Chen**
212-915-1794
Louise.Chen@cantor.com

   **Carvey Leung**
   212-915-1917
   Carvey.Leung@cantor.com

   **Wayne Wu**
   212-294-7879
   Wayne.Wu@cantor.com

**Jennifer Kim**
212-829-4860
Jennifer.Kim@cantor.com

**Life Science Tools & Diagnostics**
**Charles C. Duncan, Ph.D.**
212-915-1236
Charles.Duncan@cantor.com

   **Pete Stavropoulos, Ph.D.**
   212-915-1966
   Pete.Stavropoulos@cantor.com

**Steven Halper**
212-915-1240
Steven.Halper@cantor.com

   **Joseph Downing**
   212-294-8016
   Joseph.Downing@cantor.com

**Managed Care**
**Steven Halper**
212-915-1240
Steven.Halper@cantor.com

   **Joseph Downing**
   212-294-8016
   Joseph.Downing@cantor.com

**Medical Devices & Supplies**
**Brandon Folkes, CFA**
212-294-8081
Brandon.Folkes@cantor.com

**CANNABIS**
**Pablo Zuanic**
212.915.1057
Pablo.Zuanic@cantor.com

**CONSUMER**
**Pablo Zuanic**
212.915.1057
Pablo.Zuanic@cantor.com

**SPACs**
**Alec Paniagua**
212-359-8706
Alec.Paniagua@cantor.com

**TECHNOLOGY**
**Consumer Internet**
**Benjamin Sherlund**
212-359-8721
Benjamin.Sherlund@cantor.com

**Financial Technology**
**Josh Siegler**
212-428-5960
Josh.Siegler@cantor.com