# EXHIBIT O

**B|RILEY** *Securities*
Member FINRA/SIPC  |  a B. Riley Financial company



Mayank Mamtani
646-885-5463
mmamtani@brileyfin.com

Yuan Zhi, Ph.D.
703-312-1776
yzhi@brileyfin.com

**Novavax, Inc. (NVAX – $134.99\*)**
**Buy; $305.00 PT; $10,054.6M Market Cap**
Breaking News
Wednesday, October 27, 2021

## The Longer You Wait, the More Mellow You Get; UK Filing Completion One Key Step in the Right Direction; Reit Buy, $305 PT

### Summary and Recommendation

Ahead of NVAX's 3Q earnings call on 11/4 and the potential first wave of regulatory approvals, a report from Politico (link) claimed manufacturing issues continue to plague the critical role NVAX's vaccine had to play in global rates of vaccinations. Earlier today (10/27) BMO, NVAX rebutted this speculation with a completed EUA filing with UK MHRA. The report from Politico tried to paint a doomed scenario, where NVAX cannot manufacture vaccines that meet regulators' quality standards, highlighting the risk associated with impurity. Admittedly, without partnering with a seasoned big pharma manufacturer, NVAX is "slow" to push the product across the finish line, especially the delay in manufacturing scale-up and regulatory applications. However, the Street has neglected the fact that not long ago, NVAX had sold off its own manufacturing facilities, and had to acquire manufacturing sites with the funding from CEPI and U.S. government. Notably, NVAX has successfully produced vaccine candidates that were used in pre-clinical studies,especially 2 large Ph. III clinical trials approved by MHRA and FDA. The vaccine candidates came from both small scale (50L) production and large scale (2000L) production (Exhibit 1) around 1Q21, following specified characterization and comparability testing.

Importantly, the filing with MHRA includes all modules required for regulatory review, including CMC data from manufacturing partner, the Serum Institute of India. The new wave of rising cases in UK, and the increased detection of new variant AY.4.2 (Delta plus) signals the urgency of the ongoing pandemic in the UK, where '2373 could serve as 2nd shot in mix-and-match and 3rd shot in the heterologous boost settings. We believe the same dataset could be incorporated into the application package for other regulatory agency globally, including EU, Canada, and Australia, expecting application with FDA by YE21. Of note, the review process with other C-19 vaccines, produced by PFE/BNTX, AZ, and MRNA, has taken between two weeks and a month. JNJ applied EUA with MHRA around 3/1, and received approval on 5/28, where the process was interrupted by the report of rare clotting cases. Following the recent C-19 vaccine AdCom, FDA authorized MRNA and JNJ COVID-19 booster shots with limited data, as well as the ability to mix-and-match boosters within a matter of days. We believe this paradigm sets a low bar for NVAX to enter the booster market. FDA's recent statements on the EUA status implies the EUA door remains open for '2373. NVAX has recently announced the Ph. I/II clinical trial of COVID-NanoFlu combination vaccine study has been fully enrolled. We believe the recent pullback in NVAX shares provides another attractive entry point in advance of a series of catalysts by YE21 (Exhibit 2). On 3Q earnings' call, we will be focusing on the update of manufacturing capacity and ongoing interaction with FDA as well as the U.S. government.

### Key Points

- **Recent inflammatory claims to manufacturing delay cliché overdone, in our view.** First and foremost, we would like to address why the quoted word "impurity" is not as scary as it appears on surface (*continued on pg.2*).

Analyst certification and important disclosures can be found on pages 9 - 12 of this report.

This document represents an abbreviated discussion of the subject issuer and should not be used as the sole basis for an investment decision.
Contact your B. Riley Securities representative for complete research concerning the subject issuers, including research briefs and reports.

To put it in context, biologics, including vaccines, are inherently heterogeneous. Low purity levels may indicate the presence of contaminants or unnecessary substances are in the final product, rendering the vaccine less effective or reactogenic; however, it depends on the definition of purity. Purity of small molecule drugs can reach 99%. But the situation is quite different in biologics. As there are no identical leaves, platelets have different shapes (Exhibit 3). Another biologics'-based modality that investors are familiar with is ADC, which is not pure per se, as it has different Drug-to-Antibody Ratios (Exhibit 4). The important thing is that they are approved by the regulatory authorities, and they all work. Going back to vaccine manufacturing, due to the difference of production platforms, the exact composition of vaccines is different. Certainly, the metallic particle found in some MRNA vaccine vials is contamination, which is not useful to increase vaccine efficacy (link). Japan suspended 1.6 million doses after contamination reports, which is likely related to manufacturing batches. Other than the obvious contamination, there are effective ingredients in the vaccine, and there are inert ingredients/impurity. Apparently, the effective ingredients in '2373 are COVID Spike protein and Matrix-M. In the case of NVX-2373, there is a protein called gp64, which is the baculovirus spike protein that was produced along with COVID Spike protein from the insect cell. Importantly, in certain production lots, the relative mass abundance of this impurity gp64 can be reduced below 5% (Exhibit 5). 20% impurity represents 5 ug protein per dose, which accounts for <0.001% of the total weight of a vaccine dose (~0.5 g). Following clinical trials of ~50k participants, there has been no clear safety issue attributable to the impurity gp64. Regarding the purity, as pointed out by the Politico article, "The FDA works out purity levels with each manufacturer according to June 2020 guidance for coronavirus vaccines", where 90% is not a hard number. Considering there are multiple global sites manufacturing NVX-2373, it is common to have manufactured batches discarded when they are in the test runs. In context of 100-150 million doses manufactured per month, we don't believe discarding of doses manufacturer from a few batches' run is that material. Instead, we view this as NVAX maintaining extremely high standards (Exhibit 6) within the release assay to quantify/validate the manufactured vaccine doses, which are aptly discarded before they are injected into the arms. Lastly, we also want to remind investors that adjuvanted recombinant protein vaccines can be manufactured at scales; of note, GSK's Shingrix is an adjuvanted recombinant protein vaccine, which used adjuvant QS21 that shares the same source as NVAX's Matrix-M.

- **Unfair to blame the global vaccines' delivery goal on NVAX alone, in our view.** The U.S. has pledged to donate at least 1.1 billion doses of COVID-19 vaccine for global use before 2023, but has only delivered 180M doses as of 10/22. Among the doses delivered, 35% vaccines are from MRNA, i.e., ~60M doses (link). MRNA, similarly backed by U.S. gov, is still searching for manufacturing facility in low-income countries, whereas NVAX has completed tech transfer to Serum Institute of India that is ready to deliver pending WHO EUL. In addition, regulatory approvals from India, Indonesia, Philippines, and WHO will directly benefit low-income countries, as 100M+ stockpiled doses of NVX-2373 are ready to be shipped out.
- **Recent FDA commentary suggests the U.S. EUA door is still open.** The law firm Siri & Glimstad petitioned to revoke the EUAs granted to MRNA and JNJ C-19 vaccines, citing there were >50M doses of FDA-approved Comirnaty in U.S. storage. They argued it was no longer the case where there was no adequate, approved, and available alternative to the product. Lorrie McNeill, director of FDA Office of Communication, Outreach and Development, Center for Biologics Evaluation and Research countered that, based on FDA's determination, the EUA status for MRNA and JNJ C-19 vaccines were appropriate at that time, as the current major public health crisis and the urgency of the issues it entails demanded FDA's full attention. As U.S. gov continues to fill the gap with pledged vaccine doses, which has ~900M doses remaining on the balance, we believe the EUA door is open, especially for NVAX, which has a 110M-doses contracted with U.S. gov.

**Exhibit 1: NVAX's Scale-up and Tech Transfer Strategy to Address Drug Substance Comparability**

*Source: Mark Schenerman presentation at CASSS, 2021 (Available upon request)*

**B|RILEY** *Securities*
Member FINRA/SIPC  |  a B. Riley Financial company
| 11100 Santa Monica Blvd., Ste. 800 Los Angeles, CA 90025 | www.brileyfin.com                                              | 3

**Exhibit 2: C-19 Vaccine Landscape Catalyst Table**

| NVAX | | Events |
|---|---|---|
| 2/18/2021 | ✓ | GAVI MoU update |
| 2/22/2021 | ✓ | US/MEX 30k enrollment completion |
| 2/22/2021 | ✓ | FDA guidance on C-19 booster |
| 2/26/2021 | ✓ | JNJ AdCom |
| 2/27/2021 | ✓ | JNJ FDA EUA |
| 3/1/2021 | ✓ | NVAX earning |
| 3/11/2021 | ✓ | UK data update |
| 4/1/2021 | ✓ | mRNA vaccine 6-months VE follow-up |
| 4/12/2021 | ✓ | JNJ pause due to SAE |
| 5/28/2021 | ✓ | CVAC PhIII interim analysis: 59 cases |
| 6/14/2021 | ✓ | US/MEX full anaylsis: time driven |
| 8/4/2021 | ✓ | 100M+100M EU supply deal |
| 8/5/2021 | ✓ | Initial wave of regulatory filing |
| 9/21/2021 | ✓ | JNJ ENSEMBLE-2 readout |
| 9/22/2021 | ✓ | Clover PhIII readout |
| 9/23/2021 | ✓ | NVAX/SRII WHO filing completion |
| 9/28/2021 | ✓ | TBIO/SNY MRT5500 PhI/II readout |
| 10/1/2021 | ✓ | Merck anti-COVID pill interim analysis |
| 10/18/2021 | ✓ | Valneva PhIII Cov-Compare readout |
| 10/19/2021 | ✓ | Com-COV2 readout |
| 21-Oct TBD | | NVAX output 100 M doses/month |
| 21-Oct TBD | | Delivery of 100M doses of vaccine |
| 21-Nov TBD | | First wave of regulatory approval |
| 21-Nov TBD | | COV-BOOST readout |
| 21-Nov TBD | | UK Review |
| 21-Nov TBD | | EMA submission completion |
| 21-Nov TBD | | First delivery to Spain |
| 4Q21 TBD | | EMA decision |
| 4Q21 TBD | | AZN FDA BLA submission |
| 4Q21 TBD | | FDA acceptance |
| 4Q21 TBD | | PFE oral antivial PF-07321332 readout |
| 4Q21 TBD | | Medicago/GSK PhIII readout |
| 12/1/2021 | | SNY vaccine day |
| 4Q21 TBD | | GSK/SNY C-19 vaccine readout |

*Source: Company filings; B. Riley Securities Research*

**Exhibit 3: Platelet under Electron Microscope Has Heterogenous Shapes**



*Source: Somszor et al., ACS Macro Letters*

**Exhibit 4: Approved Biologics ADC Trodelvy by GILD Has Different Drug-to-Antibody Ratios; Different Definition of Purity**

## Table 1: DAR distribution and DAR$_{HIC}$

|  | Percent of total | | | |
|---|---|---|---|---|
|  | DAR = 6 | DAR = 7 | DAR = 8 | DAR$_{HIC}$[a] |
| Lot 1 | 7.0 | 30.5 | 62.5 | 7.56 |
| Lot 2 | 7.4 | 27.2 | 65.4 | 7.58 |
| Lot 3 | 7.1 | 27.7 | 65.3 | 7.59 |
| Lot 4 | 6.9 | 24.1 | 69.0 | 7.62 |
| Lot 5 | 7.0 | 23.0 | 70.0 | 7.63 |
| Mean | 7.1 | 26.5 | 66.4 | 7.60 |
| Std. Dev. | 0.2 | 3.0 | 3.0 | 0.03 |

[a]Average DAR calculated as the sum of fractional amount of each species determined by HIC.

## Table 2: DAR distribution and average DAR determined by different methods

| DAR | LC-MS[a] | HIC[b] |
|---|---|---|
| 8 | 69.2 | 69.0 |
| 7 | 26.1 | 24.1 |
| 6 | 4.3 | 6.9 |
| 5 | 0.4 | ND |
| Ave | 7.64 | 7.62 |

[a]DAR species percentages and average were determined by probability mass function applied to the LC-MS results.
[b]DAR species percentages and average determined by HIC-HPLC method.

*Source: Goldenberg et al., Oncotarget*

**B|RILEY** *Securities*
Member FINRA/SIPC  |  a B. Riley Financial company
|11100 Santa Monica Blvd., Ste. 800 Los Angeles, CA 90025 |www.brileyfin.com
| 5

Healthcare: Biotech

**Exhibit 5: Purity Varies but Similar from 50L and 2000L Batches; Impurity GP64 Has been Well Characterized**

## Purity of rS by Mass Spectrometry

| Lot | Summed MS Intensities of Matched Peptides (counts) | | Relative Mass Spectral Intensity (%) (molar ratio) | | Converted Relative Mass Abundance (%) (mass ratio) | |
|---|---|---|---|---|---|---|
| | gp64 | rS | gp64 | rS | gp64 | rS |
| 50L lot 1 | 233292 | 1828579 | 11.3 | 88.7 | 4.6 | 95.4 |
| 50L lot 2 | 156938 | 1148295 | 12.0 | 88.0 | 4.9 | 95.1 |
| 50L lot 3 | 194285 | 785503 | 19.8 | 80.2 | 8.6 | 91.4 |
| 2000L lot 1 | 12609048 | 20085207 | 38.6 | 61.4 | 19.2 | 80.8 |

Estimated MW of gp64: 62011 g/mol
Estimated MW of rS: 163997 g/mol

- Purity of 50L batches is similar to 2000L batch (all within specifications)
- Only impurity detected is gp64 (baculovirus spike protein) for which there is substantial prior knowledge

**NOVAVAX**

28

*Source: Mark Schenerman presentation at CASSS, 2021 (Available upon request)*

Healthcare: Biotech

**Exhibit 6: Comprehensive Assays Used to Ensure Comparability of Drug Substance from Different Lots**

## Comprehensive Data Analysis of NVX-CoV2373 Spike Protein

### Characterization of NVX-CoV2373 DS using multiple orthogonal assays

➢ **Higher Order Structure** – TEM, DSC, CD, DLS, nanoparticle tracking

➢ **Size** – SDS-PAGE, CE-SDS, DLS, nanoparticle tracking, HPSEC

➢ **Potency** – ACE2 ELISA, ACE2 Octet

➢ **Purity** – Quantitative mass spectrometry (MS) for rS and gp64

➢ **Identity and Integrity** – Peptide mapping with MS, SDS-PAGE, CE-SDS, Western Blot

➢ **Characterization** – Peptide mapping with MS, mouse immunogenicity, oligosaccharide profiling

**NOVAVAX**

## Comparability Criteria for DS

| Test Method | Classification | Quality Attribute | Acceptance Criteria |
|---|---|---|---|
| Appearance | Release | Color, Clarity, Visible Particles | |
| pH | Release | Physiochemical | |
| Total Protein (A280) | Release | Quantity | |
| PS-80 Content (HPLC) | Release | Excipient Content | |
| SARS-CoV-2 rS Binding ELISA | Characterization/Release | Potency | |
| Kinetics of SARS-CoV-2 rS Binding to ACE2 by BLI | Characterization | Potency | |
| α-rS Western Blot | Release/Characterization | Identity / Product Variants | |
| α-gp64 Western Blot | Characterization | Purity / Process Related | |
| SDS-PAGE (reduced) w/ Densitometry | Release/Characterization | Purity / Product & Process Related | |
| Purity by Peptide Mapping Mass Spectrometry | Characterization/Release | Purity / Process Related | |
| Host Cell Protein Mass Spectrometry | Characterization | Purity / Process Related | |
| Total DNA by PicoGreen | Release | Purity / Expression System | |
| BV/Sf9 DNA by qPCR | Characterization | Purity / Expression System | |
| Particle Size (DLS) | Characterization | Higher Order Structure | |
| Peptide Mapping | Characterization | Primary Structure / Product Variants | |
| Oligosaccharide Profile | Characterization | Primary Structure | |
| Thermal Stability by DSC | Characterization | Higher Order Structure | |
| Circular Dichroism Spectroscopy | Characterization | Higher Order Structure | |
| Bioburden | Release | Contaminants | |
| Endotoxin | Release | Contaminants | |
| Residual Baculovirus by HS Plaque Assay | Release | Purity / Process Related | |

*Source: Mark Schenerman presentation at CASSS, 2021 (Available upon request)*

## Valuation

Our 12-month price target of $305 per share is based on a DCF analysis of revenues and cash flows projected into 2030. We adjust FCFF by a revenue-weighted approval probability factor that estimates the probability of each of Novavax's vaccine candidates gaining regulatory approval: 75% for Ph. III-stage NanoFlu and 90% for Ph. III-stage NVX-CoV2373, anticipating accelerated approval (EUA) in the mid 4Q time frame. A 2% terminal growth rate and a WACC-calculated 11% discount rate were applied to the DCF analysis.

## Risks

**Commercial.** The successful developments of NanoFlu, a quadrivalent seasonal influenza vaccine, and NVX-CoV2373, an adjuvanted nanoparticle vaccine against SARS-CoV-2, are critical to Novavax's success. If the company fails or delays the development or commercialization of its product candidates, Novavax's business prospects and operating results would suffer, and the stock price would likely decline. Novavax may be unable to establish any development or commercial partnership agreements on favorable terms that are required to complete clinical development and conduct commercial launches of its vaccine candidates.

**Clinical.** Although numerous studies support their immunogenic potential, the company's select group of novel vaccine candidates are unproven in pivotal clinical trials designed to meet FDA requirements for approval. It is possible that these vaccine candidates could fail in Phase III testing, which would materially affect our valuation.

**Regulatory.** Even if a vaccine candidate meets its predefined primary measures in Phase III testing, there is a possibility that additional information and/or additional trials could be required by regulators to address any lingering safety or efficacy concerns. If this were to occur, it could significantly delay revenue generation going forward and could materially affect our forecasts.

**Competition.** If NanoFlu fails to show that it is differentiated from currently available flu vaccines, it is possible that NanoFlu may not be competitive, leading doctors to continue to preferentially use currently licensed flu vaccines. While there is no currently licensed RSV vaccine on the market, some are in clinical development. If there are any delays in the development of ResVax, another RSV vaccine may reach the market first and gain a first-to-market advantage that would adversely affect market penetration of ResVax following its approval, thereby reducing projections of its sales revenue.

**Intellectual property.** The commercial success of Novavax's vaccine candidates is dependent on the strength of patents that protect the company's virus-like particle technology. There is a risk that Novavax's patents could be invalidated by competitors, significantly diminishing the company's ability to realize product revenues that lead to positive cash flows.

**Financial.** We anticipate the company's current cash position is adequate into 2024+ timeframe. Should additional trials be required for the approval of Novavax's vaccine candidates, incremental funding may be required to complete Phase III development of its product candidates and pursue the buildup of its commercialization infrastructure.



*Closing price of last trading day immediately prior to the date of this publication unless otherwise indicated.

## Important Information

**This report has been prepared by B. Riley Securities, Inc. ("B. Riley Securities") and may be distributed by its affiliates and subsidiaries as third-party research pursuant to FINRA Rule 2241. National Holdings Corporation, parent company to National Securities Corporation ("National Securities"), is a subsidiary of B. Riley Financial, Inc., which is the parent company to B. Riley Securities and its affiliate B. Riley Wealth Management, Inc. ("B. Riley Wealth"). As such, each of National Securities and B. Riley Wealth may distribute B. Riley Securities research pursuant to Rule 2241 and by mutual agreement.**

B. Riley Securities, B. Riley Wealth, and National Securities are broker-dealer registered with the SEC and are members of FINRA, SIPC, and the NASDAQ stock market.

The principal business address of B. Riley Securities is 11100 Santa Monica Blvd., Suite 800, Los Angeles, CA 90025.

The principal business address of B. Riley Wealth is 40 S. Main Street, Suite 1800, Memphis, TN 38103.

The principal business address of National Securities is 200 Vesey Street, 25th Floor, New York, NY 10281.

## Company-Specific Disclosures

B. Riley Securities, Inc. or any of its affiliates, expects to receive or intend to seek compensation for investment banking services from Novavax, Inc. in the next 3 months.
B. Riley Securities, Inc. or any of its affiliates, has managed or co-managed a public offering of securities for Novavax, Inc. and has received compensation for investment banking services from Novavax, Inc. in the past 12 months.

B. Riley Securities, Inc. or any of its affiliates, has received compensation for investment banking services from Novavax, Inc. in the past 12 months.

Novavax, Inc. currently is, or within the past 12 months was, a client of B. Riley Securities, Inc. The services provided were Investment Banking Services.

B. Riley Securities, Inc. acts as a market maker or liquidity provider for Novavax, Inc.'s securities.

For up-to-date B. Riley Securities, Inc. company disclosures, please click on the following link or paste the URL in a web browser: https://brileysecurities.bluematrix.com/sellside/Disclosures.action.

## General Disclosures

**Information about the Research Analyst Responsible for this report:**

The primary analyst(s) covering the issuer(s), Mayank Mamtani, certifies (certify) that the views expressed herein accurately reflect the analyst's personal views as to the subject securities and issuers and further certifies that no part of such analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the analyst in the report. The analyst(s) responsible for this research report has received and is eligible to receive compensation, including bonus compensation, based on B. Riley Securities, Inc.'s overall operating revenues, including revenues generated by its investment banking activities.

**Information about B. Riley Securities, Inc.'s Conflicts Management Policy:**

B. Riley Securities, Inc.'s Research conflicts management policy is available at: https://brileyfin.com/conflicts-management-policy/.

**Information about investment banking:**

In the normal course of its business, B. Riley Securities, Inc. or any of their affiliates seek to perform investment banking and other services for various companies and to receive compensation in connection with such services. As such, investors should assume that B. Riley Securities, Inc., or any of their affiliates intend to seek investment banking or other business relationships with the companies covered in their research reports.

**B|RILEY** *Securities*
Member FINRA/SIPC | a B. Riley Financial company
**|11100 Santa Monica Blvd., Ste. 800 Los Angeles, CA 90025 |www.brileyfin.com**    **| 9**

**Information about our recommendations, holdings and investment decisions:**

The information and rating(s) included in this report represent the long-term view as described more fully below. The analyst may have different views regarding short-term trading strategies with respect to the stocks covered by the rating(s), options on such stocks, and/or other securities or financial instruments issued by the company, and such views may be made available to all or some of our clients from time to time. Our brokers also may make recommendations to their clients, and our affiliates may make investment decisions that are contrary to the recommendations contained in this research report. Such recommendations or investment decisions may be based on the particular investment strategies, risk tolerances, and other investment factors of that particular client or affiliate. From time to time, B. Riley Securities, Inc., its affiliated entities, or their respective directors, officers, employees, or members of their immediate families may have a long or short position in the securities or other financial instruments mentioned in this report.

We provide to certain customers on request specialized research products or services that focus on covered stocks from a particular perspective. These products or services include, but are not limited to, compilations, reviews, and analysis that may use different research methodologies or focus on the prospects for individual stocks as compared to other covered stocks or over differing time horizons or under assumed market events or conditions. Readers should be aware that we may issue investment research on the subject companies from a technical perspective and/or include in this report discussions about options on stocks covered in this report and/or other securities or financial instruments issued by the company. These analyses are different from fundamental analysis, and the conclusions reached may differ. Technical research and the discussions concerning options and other securities and financial instruments issued by the company do not represent a rating or coverage of any discussed issuer(s). The disclosures concerning distribution of ratings and price charts refer to fundamental research and do not include reference to technical recommendations or discussions concerning options and other securities and financial instruments issued by the company.

Our analysts' short-term views, recommendations by our brokers, views contained in products and services provided to customers on an individualized basis, and\or strategies, analysis, or decisions made by B. Riley Securities, Inc. or its affiliates and their respective directors, officers, employees, or members of their immediate families may be different from those published by the analyst in this report and could impact the price of the securities mentioned in this report.

**Information about our rating system:**

B. Riley Securities, Inc. uses the following three-tiered rating system for securities covered in their research reports:

- **Buy**: We generally expect "Buy" rated stocks to have an above-average risk-adjusted total return over the next 12 months. We recommend that investors buy the securities at the current valuation.
- **Neutral:** We generally believe "Neutral" rated stocks will have an average risk-adjusted total return over the next 12 months.
- **Sell:** We generally expect "Sell" rated stocks to have a below-average risk-adjusted total return over the next 12 months. We recommend that investors reduce their positions until the valuation or fundamentals become more compelling.

B. Riley & Co., LLC and FBR Capital Markets & Co. (before the merger of the broker dealers) adopted this rating system on August 9, 2017. A description of the prior ratings system for each Firm can be found at http://www.brileyfin.com/fbr-ratings-system-from-1072002-to-882017/.

| Rating | B. Riley Securities, Inc. Research Distribution [1] | B. Riley Securities, Inc. Banking Services in the past 12 months[1] |
|---|---|---|
| BUY [Buy] | 82.54% | 46.09% |
| HOLD [Neutral] | 17.22% | 37.50% |
| SELL [Sell] | 0.24% | 100.00% |

(1)  As of midnight on the business day immediately prior to the date of this publication.

**General Information about B. Riley Securities, Inc. Research:**

B|RILEY Securities
Member FINRA/SIPC   |   a B. Riley Financial company
|11100 Santa Monica Blvd., Ste. 800 Los Angeles, CA 90025 |www.brileyfin.com    | 10

Additional information on the securities mentioned in this report is available upon request. This report is based on data obtained from sources we believe to be reliable but is not guaranteed as to accuracy and does not purport to be complete. Opinions are as of the date of the report unless labeled otherwise and are subject to change without notice. Updates may be provided based on developments and events and as otherwise appropriate. Updates may be restricted based on regulatory requirements or other considerations. Consequently, there should be no assumption that updates will be made. B. Riley Securities, Inc. or any of their affiliates disclaim any warranty of any kind, whether express or implied, as to any matter whatsoever relating to this research report and any analysis, discussion, or trade ideas contained herein. This research report is provided on an "as is" basis for use at your own risk, and B. Riley Securities, Inc. or any of their affiliates are not liable for any damages or injury resulting from use of this information. This report should not be construed as advice designed to meet the particular investment needs of any investor or as an offer or solicitation to buy or sell the securities or financial instruments mentioned herein, and any opinions expressed herein are subject to change. Some or all of the securities and financial instruments discussed in this report may be speculative, high risk, and unsuitable or inappropriate for many investors. B. Riley Securities, Inc. or any of their affiliates make no representation as to the suitability or appropriateness of these securities or financial instruments for individual investors. Investors must make their own determination, either alone or in consultation with their own advisors, as to the suitability or appropriateness of such investments based upon factors including their investment objectives, financial position, liquidity needs, tax status, and level of risk tolerance. These securities and financial instruments may be sold to or purchased from customers or others by B. Riley Securities, Inc. or any of their affiliates acting as principal or agent.

Securities and financial instruments issued by foreign companies and/or issued overseas may involve certain risks, including differences in accounting, reporting, and registration, as well as foreign currency, economic, and political risks.

This report and the securities and financial instruments discussed herein may not be eligible for distribution or sale in all jurisdictions and/or to all types of investors. This report is provided for information purposes only and does not represent an offer or solicitation in any jurisdiction where such offer would be prohibited. Commentary regarding the future direction of financial markets is illustrative and is not intended to predict actual results, which may differ substantially from the opinions expressed herein.

B. Riley Securities, Inc. utilizes a tiered approach to service its clients. The services provided by B. Riley Securities, Inc.'s research analysts to clients vary based upon a variety of factors, including, but not limited to, client preferences and the extent of a client's total relationship with the Firm. B. Riley Securities, Inc. does not provide any of the Firm's clients with access to unpublished research opinions. B. Riley Securities, Inc. provides clients across all tiers equal access to research reports.

**Paired Trade Disclaimer**

From time to time, B. Riley Securities, Inc. Research Analysts will offer short-term trading ideas, including identifying a paired trade. In a paired trade, an investor buys the securities of one company and sells the securities of another company. The idea to buy the securities of one company and sell the securities of the other company is based on the expected short-term price move or relative value between the two companies mentioned in the paired trade, not between the companies and any other companies. In contrast, the recommendations in a Research Analyst's published report reflect the Research Analyst's views on a company over the long term (i.e., the next 12 months) relative to other companies covered by the Research Analyst. The trade idea in a paired trade is unrelated to the Research Analyst's long-term view of the companies as expressed in the Research Analyst's most recently published research report. A paired trade idea to sell a company that is rated as Neutral or higher, or to buy a security that is rated Neutral or lower, is not inconsistent because the call to sell or buy the company is relative to the other company mentioned in the paired trade over the short term; it is not a long-term view relative to other companies covered by the Research Analyst.

**Important information for B. Riley Securities, Inc. Clients with French Addresses and Potential Investors:**

Addresses and potential investors based in France expressly acknowledge that they have not been subject to any kind of solicitation by B. Riley Securities, Inc. or its affiliates, as defined under Article L.341-1 and seq. of the French Monetary and Financial code.

The above analyses have not been prepared in the context of a public offering of financial instruments in France within the meaning of Article L.411-1 and seq. of the French Monetary and Financial code and shall not be deemed to be drawn up for the purpose of providing investment services as defined under Article L.321-1 and seq. of the French Monetary and Financial code. In this respect, the above analyses shall not be qualified as personalized investment advice related to financial instruments under French law and shall, therefore, not be deemed to be qualified as investment advice provided by B. Riley Securities, Inc. or its affiliates.

B | RILEY® *Securities*
Member FINRA/SIPC    |    a B. Riley Financial company
| 11100 Santa Monica Blvd., Ste. 800 Los Angeles, CA 90025 | www.brileyfin.com    | 11

Addresses and potential investors based in France may initiate the first contact with B. Riley Securities, Inc. in order to get additional information on financial analyses and services provided by the latter. By doing so, addresses and potential investors based in France expressly acknowledge that the banking and financial solicitation regime as defined under Article L.341-1 and seq. of the French Monetary and Financial code shall not be applicable.

**Information for Clients of B. Riley Securities, Inc.:**

This publication has been approved by B. Riley Securities, Inc. which accepts responsibility for its contents and its distribution to our clients. Any B. Riley Securities, Inc. client who receives this research and wishes to effect a transaction in the securities or financial instruments discussed should contact and place orders with a B. Riley Securities, Inc. Sales representative.

Copyright 2021 B. Riley Securities, Inc.

