# EXHIBIT X

# SCRIP
## CITELINE COMMERCIAL

26 Aug 2021 | **News**

# COVID-19 Booster Study In Immunocompromised Patients Gives Novavax Another Shot On Goal

*Manufacturing Issues Have Delayed Filing*

by Andrew McConaghie

> While delays to manufacturing have frustrated the vaccine's submission, Novavax is still confident its nanoparticle-based jab will play a significant role in COVID-19.

*Novavax* has yet to submit its recombinant nanoparticle-based COVID-19 vaccine candidate for authorization in any leading markets, but that is not stopping it from positioning its candidate as a potential booster of choice.

Repeated delays to the filing of NVX-CoV2373 have seen the company's shares dip in recent months, but they were lifted by 3% on 25 August by news that the vaccine would be included in a UK study to evaluate a third dose in participants with impaired immune systems, opening it up a potential niche market.

The study, named OCTAVE-DUO, will evaluate the safety and immunogenicity of Novavax's candidate in these patients, alongside the mRNA-based vaccines from Pfizer/BioNTech and Moderna.

Funded by the UK government's Vaccines Taskforce and the UK Research and Innovation (UKRI) and led by the University of Glasgow and University of Birmingham, it is a follow-up to OCTAVE (Observational Cohort Trial -T-cells Antibodies and Vaccine Efficacy in SARS-CoV-2), which evaluated the immune response to COVID-19 vaccines in participants with impaired immune systems due to cancer, inflammatory arthritis, kidney or liver diseases, or a stem cell transplant.

*https://scrip.pharmaintelligence.informa.com/SC144965*

*© Citeline 2023. All rights reserved. Unauthorized reproduction prohibited. Exported by*

# SCRIP
## CITELINE COMMERCIAL

Early data from that study showed that 89% of immunocompromised or immunosuppressed people generated antibodies to SARS-CoV-2 after vaccination, but that 40% mounted a low immune response after two doses. 11% of patients failed to generate any antibodies by four weeks after the second vaccine.

The new study will include 320 participants with lymphoid malignancies from OCTAVE and similar studies who demonstrated low or no response to two doses, who will be randomly assigned a third dose of one of three vaccines at least 14 days after completing the initial two-dose regime. The individuals may receive the same vaccine as the first two doses or one from another manufacturer, but the trial design ensures that one third will be administered Novavax's candidate.

Results from the trial, if positive for Novavax's vaccine, could bolster its claims to be used alongside the Pfizer and Moderna vaccines in the UK and beyond, even if restricted to this small population, especially given the increasing signs that annual boosters may be needed to keep COVID-19 at bay.

"We expect the results of this study to be particularly helpful to better understanding how our vaccine might work as a heterologous third dose in immunocompromised individuals," said Gregory Glenn, Novavax's president of R&D. "As the pandemic continues to surge, the ability to have a flexible approach to vaccine regimens will be important for both medically vulnerable individuals as well as to achieving population-wide coverage."

Participants will be evaluated for changes in vaccine-specific immune responses and any adverse events, with findings expected later in 2021. The UK's Medicines and Healthcare products Regulatory Agency (MHRA) and Joint Committee on Vaccination and Immunization (JCVI) will review the results to further inform the use of vaccination in immunocompromised populations.

Meanwhile, the US Centers for Disease Control and Prevention (CDC) recommended on 13 August that moderately to severely immunocompromised individuals should receive a further dose of either the Pfizer-BioNTech or Moderna vaccines at least 28 days after the completion of the initial mRNA COVID-19 vaccine series. (Also see "*Pfizer/BioNTech, Moderna Vaccines Take Baby Steps Into Booster Shots*" - Scrip, 13 Aug, 2021.)

Meanwhile, the US government is stepping up a nationwide plan to administer boosters to the wider population, which could be ready by early September. It is understood to be preparing to approve booster shots for vaccinated adults starting at least six months after the previous dose.

Pfizer and BioNTech submitted data from their booster dose study to the US regulator on 16 August and could gain the green light in a matter of weeks.

*https://scrip.pharmaintelligence.informa.com/SC144965*

© Citeline 2023. All rights reserved. Unauthorized reproduction prohibited. Exported by



Novavax is also pursuing this goal, and earlier this month released Phase II data showing a single booster shot of NVX-CoV2373 produced a more than four-fold increase in neutralizing antibodies against wild-type SARS-CoV-2, along with a six-fold increase in cross-reactive functional antibodies to the Delta variant compared with the primary vaccination series.

## Manufacturing Issued Behind Delay

The Maryland, US headquartered firm unveiled data from its biggest Phase III study back in June, demonstrating 90% overall efficacy, but its submission to the US Food and Drug Administration and other regulators has been badly delayed by manufacturing quality issues.

The US regulator raised concerns about variability in the vaccine product being manufactured by the company, and is now seeking proof that Novavax has an assay in place to monitor and ensure consistency.

The company now expects these issues to be resolved in the next few months, and plans to file for emergency use authorization in the US in Q4. It expects to submit its dossier to the UK's MHRA in the third quarter – the submission to the UK regulator is seen as key, as conditional marketing authorization in the UK would pave the way towards EUAs in many developing nations.

Novavax has already filed for emergency authorization in the Philippines, Indonesia and India under a partnership with the Serum Institute and it also plans to file for an emergency use listing with the World Health Organization this month.

*https://scrip.pharmaintelligence.informa.com/SC144965*

*© Citeline 2023. All rights reserved. Unauthorized reproduction prohibited. Exported by*