UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SOTHINATHAN SINNATHURAI, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>NOVAVAX, INC., STANLEY C. ERCK, GREGORY F. COVINO, JOHN J. TRIZZINO, and GREGORY GLENN,<br><br>          Defendants. | Civil Action No. TDC-21-2910 |

**DECLARATION OF MICHAEL H. ROGERS IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, MICHAEL H. ROGERS, hereby declare as follows:

1.  I am a partner at the law firm Labaton Sucharow LLP, Co-Lead Counsel for Lead Plaintiffs in the above-captioned action.  I respectfully submit this declaration in further support of Lead Plaintiffs' Motion for Class Certification.

2.  Attached as **Exhibit A** is a true and correct copy of excerpts of the deposition transcript of Chad Coffman, CFA, dated September 14, 2023.

3.  Attached as **Exhibit B** is a true and correct copy of excerpts of the deposition transcript of Professor S.P. Kothari, dated October 31, 2023.

4.  Attached as **Exhibit C** is a true and correct copy of the Expert Rebuttal Report of Chad Coffman, CFA, dated November 13, 2023.

5.  Attached as **Exhibit D** is a true and correct copy of the Expert Report of Professor S.P. Kothari in *In re Mattel Inc. Securities Litigation*, Case 2:19-cv-10860-MCS-PLA (C.D. Cal.), dated April 30, 2021.

1

6.      Attached as **Exhibit E** is a true and correct copy of excerpts of the deposition transcript of David Truong, dated August 30, 2023.

7.      Attached as **Exhibit F** is a true and correct copy of excerpts of the deposition transcript of Nuggehalli Balmukund Nandkumar, dated August 1, 2023.

8.      Attached as **Exhibit G** is a Schedule of Kumar's Damages Calculations (compiled by counsel from the trading data in Exhibits H and I described below).

9.      Attached as **Exhibit H** is a true and correct copy of TD Ameritrade Statements of Nuggehalli B. Nandkumar's Trading from March 1, 2021 to December 31, 2021, with redactions of personal information and non-Novavax trades, bearing the following Bates numbers:

- NOVAVAX_NANDKUMAR_00000507-39 (March 1-31, 2021)
- NOVAVAX_NANDKUMAR_00000540-77 (April 1-30, 2021)
- NOVAVAX_NANDKUMAR_00000417-72 (May 1-31, 2021)
- NOVAVAX_NANDKUMAR_00000081-141 (June 1-30, 2021)
- NOVAVAX_NANDKUMAR_00000198-227 (July 1-31, 2021)
- NOVAVAX_NANDKUMAR_00000008-37 (August 1-31, 2021)
- NOVAVAX_NANDKUMAR_00000228-72 (September 1-30, 2021)
- NOVAVAX_NANDKUMAR_00000038-80 (October 1-31, 2021)
- NOVAVAX_NANDKUMAR_00000578-619 (November 1-30, 2021)
- NOVAVAX_NANDKUMAR_00000620-55 (December 1-31, 2021)

10.     Attached as **Exhibit I** is a true and correct copy of TD Ameritrade Statements of Shawn Nand Kumar's Trading from March 1, 2021 to November 30, 2021, with redactions of personal information and non-Novavax trades, bearing the following Bates numbers:

- NOVAVAX_NANDKUMAR_00000656-64 (March 1-31, 2021)

2

- NOVAVAX_NANDKUMAR_00000665-80 (April 1-30, 2021)

- NOVAVAX_NANDKUMAR_00000485-506 (May 1-31, 2021)

- NOVAVAX_NANDKUMAR_00000321-39 (June 1-30, 2021)

- NOVAVAX_NANDKUMAR_00000273-84 (July 1-31, 2021)

- NOVAVAX_NANDKUMAR_00000303-20 (August 1-31, 2021)

- NOVAVAX_NANDKUMAR_00000285-302 (September 1-30, 2021)

- NOVAVAX_NANDKUMAR_00000340-51 (October 1-31, 2021)

- NOVAVAX_NANDKUMAR_00000681-95 (November 1-30, 2021)

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.

Executed on this 13th day of November, 2023, in New York, New York.


*/s/ Michael H. Rogers*
Michael H. Rogers

3