# EXHIBIT A

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

SOTHINATHAN SINNATHURAI,

Individually, and on

Behalf of All Others          Case No. TDC-21-2910

Similarly Situated,

Plaintiffs,

vs.

NOVAVAX, INC.,

STANLEY C. ERCK,

GREGORY F. COVINO,

JOHN J. TRIZZINO, and

GREGORY M. GLENN,

Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

REMOTE VIDEO DEPOSITION OF

CHAD WILLIAM COFFMAN

September 14, 2023

10:05 a.m. Central

Stenographically Reported By:

Deanna Amore - CRR, RPR, CSR - 084-003999

little inconsistent.  I didn't hear that question.

Ms. Amore, could you read back that question?  I apologize.

(Whereupon, the record was read.)

MR. ROGERS:  Thank you.  You can just interpose an objection to form for that one.  Thank you.

BY MR. BROWN:

Q.   So to focus then on the sentence portion by portion, the reference to the "earnings announcements" is the ten dates that are set out on Exhibit 7; is that fair?

A.   Yes.

Q.   The "alleged corrective disclosure dates," is that a reference to the dates that are alleged in the amended consolidated complaint as being alleged corrective disclosure dates?

A.   Yes.

MR. ROGERS:  Object to form.

THE WITNESS:  And just -- sorry.  And just for a clarification point, so, for the very first part of the analysis period, the earnings announcements excluded could go beyond those ten because there could be additional earnings announcements before the analysis period.  So it would be those ten for

sure but also potentially earlier ones as well.

BY MR. BROWN:

Q.   Understood.

So if you were early on enough and you reached back and there was some other date that was also a quarterly announcement, that would be spun out as well.

A.   Correct.

Q.   So -- okay.  I follow you.

So Exhibit 7 isn't necessarily a complete list, but it's a sample list at a minimum of the --

A.   It's certainly all the ones during the analysis period that were removed from the estimation, but there were additional ones even prior to the analysis period.

Q.   Okay.  Understand.  I got it.

So then I want to ask about the four outlier dates that have been removed from the estimation.  First, before talking about those in particular, what is the basis, in your view, for deciding to remove certain outlier dates from the regression?

A.   Sure.  So it's a fairly standard thing to do.  So the idea is -- again, the whole purpose of running these regressions is to establish in the

absence of sort of fundamental news, what's the relationship between the security of interest, in this case, Novavax, and these control indices.

And so those estimates of how sensitive they are to each other and what the total volatility is in the absence of news can be very sensitive if you have a large outlier.

So part of the process of performing this study was to identify were there any outliers where the returns were so large and there was specific news on those days that easily explained them, that needed to be removed because they were having an undue influence on the estimation of these relationships, and on those four days, I concluded there were.

Q.   Was there a particular threshold that you established as the basis for determining whether a date was an outlier in terms of the percentage move in the stock price?

A.   No.  It's one of those things where it sort of smacks you in the face and it's obvious.

So, for example, where you would normally see if there was an outlier really impacting the regression in such a way that it created an issue, if you were looking at Exhibit 5, for example, and

all of a sudden, the purple line jumps up, you know, from two to three and a half and then exactly 120 days later, it jumps back down from 3 and a half to wherever it is, like, there's an obvious outlier effect on the regression estimation.

That's when we would identify something and go follow up and say, "Okay.  This looks like one day is having some enormous impact on the output here.  Let's go see what that is."  And that's what resulted in reviewing those four days and eliminating them.

So it's not a specific percentage threshold.  It's a -- it's sort of a question of is there something obvious here that there's -- there's one day that's having a big impact on what we're estimating, and, again, estimating in terms of relationship, not the outcome of my analysis but just the relationships amongst the variables.

Q.   Does that mean that the selection of one of those removal dates would necessarily mean that that date somehow had some kind of news that was driving an abnormal move in the stock price?

A.    Yes.  So if there was a day that had one of these big movements and I had no explanation for it whatsoever, then I wouldn't remove it from the

CERTIFICATE

I, DEANNA AMORE, a Shorthand Reporter and notary public, within and for the State of Illinois, County of DuPage, do hereby certify:

That CHAD COFFMAN, the witness whose examination is hereinbefore set forth, was first duly sworn by me and that this transcript of said testimony is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 16th day of September 2023.

Deanna M. Amore, CRR, RPR, CSR