# EXHIBIT G

# Exhibit G.A
**Kumar Class Period NVAX Purchases Matched to Subsequent Sales Using FIFO**

| Type | Date | Quantity | Purchase Price | Type | Date | Quantity | Sale Price |
|---|---|---|---|---|---|---|---|
| BUY | 5/19/2021 | 1,000 | $141.22 | SELL | 5/20/2021 | 511 | $145.63 |
| | | | | SELL | 5/20/2021 | 489 | $145.57 |
| BUY | 5/21/2021 | 1,000 | $144.42 | SELL | 5/24/2021 | 1,000 | $146.27 |
| BUY | 5/21/2021 | 2,000 | $143.08 | SELL | 5/24/2021 | 1,000 | $146.27 |
| | | | | SELL | 5/24/2021 | 1,000 | $148.01 |
| BUY | 5/25/2021 | 2,000 | $147.74 | SELL | 5/28/2021 | 2,000 | $153.34 |
| BUY | 5/25/2021 | 1,000 | $145.27 | SELL | 6/14/2021 | 1,000 | $213.17 |
| BUY | 5/27/2021 | 2,000 | $150.86 | SELL | 6/14/2021 | 2,000 | $213.17 |
| BUY | 6/15/2021 | 3,000 | $186.58 | SELL | 6/17/2021 | 3,000 | $180.67 |
| BUY | 6/23/2021 | 2,000 | $189.20 | SELL | 6/28/2021 | 995 | $196.09 |
| | | | | SELL | 6/28/2021 | 5 | $196.09 |
| | | | | SELL | 6/28/2021 | 20 | $196.43 |
| | | | | SELL | 6/28/2021 | 60 | $196.42 |
| | | | | SELL | 6/28/2021 | 920 | $196.41 |
| BUY | 6/30/2021 | 1,000 | $211.37 | SELL | 8/25/2021 | 1,000 | $242.58 |
| BUY | 7/1/2021 | 1,000 | $213.71 | SELL | 8/25/2021 | 1,000 | $242.58 |
| BUY | 7/7/2021 | 900 | $212.95 | SELL | 8/25/2021 | 900 | $242.58 |
| BUY | 7/7/2021 | 100 | $212.87 | SELL | 8/25/2021 | 100 | $242.58 |
| BUY | 7/13/2021 | 60 | $184.19 | SELL | 8/25/2021 | 60 | $242.58 |
| BUY | 7/13/2021 | 40 | $184.18 | SELL | 8/25/2021 | 40 | $242.58 |
| BUY | 7/13/2021 | 900 | $184.16 | SELL | 8/25/2021 | 900 | $242.58 |
| BUY | 7/27/2021 | 1,000 | $178.04 | SELL | 8/25/2021 | 1,000 | $242.58 |
| BUY | 7/29/2021 | 1,000 | $183.95 | SELL | 8/30/2021 | 24 | $235.25 |
| | | | | SELL | 8/30/2021 | 100 | $235.17 |
| | | | | SELL | 8/30/2021 | 100 | $235.14 |
| | | | | SELL | 8/30/2021 | 100 | $235.10 |
| | | | | SELL | 8/30/2021 | 676 | $235.01 |
| BUY | 8/6/2021 | 1,000 | $195.71 | SELL | 8/30/2021 | 1,000 | $235.01 |
| BUY | 8/6/2021 | 1,000 | $202.20 | SELL | 8/30/2021 | 1,000 | $235.01 |
| BUY | 8/6/2021 | 2,000 | $189.65 | SELL | 8/30/2021 | 2,000 | $235.01 |
| BUY | 8/24/2021 | 2,000 | $240.60 | SELL | 9/1/2021 | 2,000 | $253.52 |
| BUY | 8/24/2021 | 3,000 | $232.69 | SELL | 9/1/2021 | 3,000 | $253.52 |
| BUY | 8/26/2021 | 3,600 | $230.41 | SELL | 9/7/2021 | 3,000 | $267.41 |
| | | | | SELL | 9/7/2021 | 600 | $266.53 |
| BUY | 8/26/2021 | 1,348 | $230.24 | SELL | 9/7/2021 | 515 | $266.53 |
| | | | | SELL | 9/7/2021 | 5 | $266.20 |
| | | | | SELL | 9/7/2021 | 100 | $266.08 |
| | | | | SELL | 9/7/2021 | 40 | $266.07 |
| | | | | SELL | 9/7/2021 | 100 | $266.06 |
| | | | | SELL | 9/7/2021 | 588 | $266.05 |
| BUY | 8/26/2021 | 52 | $230.21 | SELL | 9/7/2021 | 52 | $266.05 |

# Exhibit G.A

**Kumar Class Period NVAX Purchases Matched to Subsequent Sales Using FIFO**

| Type | Date | Quantity | Purchase Price | Type | Date | Quantity | Sale Price |
|---|---|---|---|---|---|---|---|
| BUY | 8/31/2021 | 5,000 | $235.58 | SELL | 9/7/2021 | 5 | $266.50 |
| | | | | SELL | 9/7/2021 | 2,495 | $266.45 |
| | | | | SELL | 10/28/2021 | 2,000 | $148.39 |
| | | | | SELL | 10/28/2021 | 500 | $148.01 |
| BUY | 9/3/2021 | 4,800 | $247.82 | SELL | 10/28/2021 | 1,500 | $148.01 |
| | | | | SELL | 11/30/2021 | 2,000 | $209.98 |
| | | | | SELL | 12/27/2021 | 1,000 | $157.47 |
| | | | | SELL | 12/28/2021 | 300 | $160.00 |
| BUY | 9/3/2021 | 51 | $247.48 | SELL | 12/28/2021 | 51 | $160.00 |
| BUY | 9/3/2021 | 100 | $247.43 | SELL | 12/28/2021 | 100 | $160.00 |
| BUY | 9/3/2021 | 49 | $247.35 | SELL | 12/28/2021 | 49 | $160.00 |
| BUY | 9/3/2021 | 742 | $246.33 | SELL | 12/28/2021 | 500 | $160.00 |
| | | | | SELL | 12/28/2021 | 242 | $158.65 |
| BUY | 9/3/2021 | 100 | $246.30 | SELL | 12/28/2021 | 100 | $158.65 |
| BUY | 9/3/2021 | 79 | $246.26 | SELL | 12/28/2021 | 79 | $158.65 |
| BUY | 9/3/2021 | 10 | $246.25 | SELL | 12/28/2021 | 10 | $158.65 |
| BUY | 9/3/2021 | 100 | $246.23 | SELL | 12/28/2021 | 100 | $158.65 |
| BUY | 9/3/2021 | 100 | $246.22 | SELL | 12/28/2021 | 100 | $158.65 |
| BUY | 9/3/2021 | 149 | $246.21 | SELL | 12/28/2021 | 149 | $158.65 |
| BUY | 9/3/2021 | 100 | $246.20 | SELL | 12/28/2021 | 100 | $158.65 |
| BUY | 9/3/2021 | 44 | $246.16 | SELL | 12/28/2021 | 44 | $158.65 |
| BUY | 9/3/2021 | 22 | $246.15 | SELL | 12/28/2021 | 22 | $158.65 |
| BUY | 9/3/2021 | 100 | $246.10 | SELL | 12/28/2021 | 54 | $158.65 |
| | | | | SELL | 12/29/2021 | 46 | $149.21 |
| BUY | 9/3/2021 | 552 | $246.00 | SELL | 12/29/2021 | 552 | $149.21 |
| BUY | 9/3/2021 | 55 | $245.99 | SELL | 12/29/2021 | 55 | $149.21 |
| BUY | 9/3/2021 | 100 | $245.97 | SELL | 12/29/2021 | 100 | $149.21 |
| BUY | 9/3/2021 | 100 | $245.96 | SELL | 12/29/2021 | 100 | $149.21 |
| BUY | 9/3/2021 | 106 | $245.92 | SELL | 12/29/2021 | 106 | $149.21 |
| BUY | 9/3/2021 | 1 | $245.91 | SELL | 12/29/2021 | 1 | $149.21 |
| BUY | 9/3/2021 | 40 | $245.86 | SELL | 12/29/2021 | 40 | $149.21 |
| BUY | 9/9/2021 | 2,353 | $257.65 | SELL | 12/29/2021 | 1,000 | $149.21 |
| | | | | SELL | 12/29/2021 | 1,353 | $152.35 |
| BUY | 9/9/2021 | 400 | $257.64 | SELL | 12/29/2021 | 400 | $152.35 |
| BUY | 9/9/2021 | 100 | $257.63 | SELL | 12/29/2021 | 100 | $152.35 |
| BUY | 9/9/2021 | 164 | $257.62 | SELL | 12/29/2021 | 147 | $152.35 |
| | | | | SELL | 12/29/2021 | 17 | $153.50 |
| BUY | 9/9/2021 | 100 | $257.58 | SELL | 12/29/2021 | 100 | $153.50 |
| BUY | 9/9/2021 | 100 | $257.57 | SELL | 12/29/2021 | 100 | $153.50 |
| BUY | 9/9/2021 | 115 | $257.57 | SELL | 12/29/2021 | 115 | $153.50 |
| BUY | 9/9/2021 | 40 | $257.56 | SELL | 12/29/2021 | 40 | $153.50 |

# Exhibit G.A

**Kumar Class Period NVAX Purchases Matched to Subsequent Sales Using FIFO**

| Type | Date | Quantity | Purchase Price | Type | Date | Quantity | Sale Price |
|------|------|----------|----------------|------|------|----------|------------|
| BUY | 9/9/2021 | 200 | $257.55 | SELL | 12/29/2021 | 200 | $153.50 |
| BUY | 9/9/2021 | 15 | $257.54 | SELL | 12/29/2021 | 15 | $153.50 |
| BUY | 9/9/2021 | 16 | $257.53 | SELL | 12/29/2021 | 16 | $153.50 |
| BUY | 9/9/2021 | 19 | $257.50 | SELL | 12/29/2021 | 19 | $153.50 |
| BUY | 9/9/2021 | 2 | $257.46 | SELL | 12/29/2021 | 2 | $153.50 |
| BUY | 9/9/2021 | 9 | $257.40 | SELL | 12/29/2021 | 9 | $153.50 |
| BUY | 9/9/2021 | 119 | $257.39 | SELL | 12/29/2021 | 119 | $153.50 |
| BUY | 9/9/2021 | 98 | $257.38 | SELL | 12/29/2021 | 98 | $153.50 |
| BUY | 9/9/2021 | 20 | $257.37 | SELL | 12/29/2021 | 20 | $153.50 |
| BUY | 9/9/2021 | 100 | $257.36 | SELL | 12/29/2021 | 100 | $153.50 |
| BUY | 9/9/2021 | 40 | $257.35 | SELL | 12/29/2021 | 40 | $153.50 |
| BUY | 9/9/2021 | 620 | $257.34 | SELL | 12/29/2021 | 620 | $153.50 |
| BUY | 9/9/2021 | 235 | $257.33 | SELL | 12/29/2021 | 235 | $153.50 |
| BUY | 9/9/2021 | 15 | $257.30 | SELL | 12/29/2021 | 15 | $153.50 |
| BUY | 9/9/2021 | 120 | $257.29 | SELL | 12/29/2021 | 120 | $153.50 |
| BUY | 10/20/2021 | 2,000 | $131.99 | SELL | 12/30/2021 | 2,000 | $155.76 |
| BUY | 10/20/2021 | 2,000 | $134.08 | SELL | 12/30/2021 | 2,000 | $157.00 |
| BUY | 11/29/2021 | 2,000 | $198.69 | SELL | 12/30/2021 | 2,000 | $158.00 |
| BUY | 12/1/2021 | 1,999 | $202.84 | SELL | 12/31/2021 | 1,999 | $143.08 |
| BUY | 12/1/2021 | 1 | $202.77 | SELL | 12/31/2021 | 1 | $143.08 |
| BUY | 12/1/2021 | 2,000 | $193.31 | Retained | > 12/31/2021 | 2,000 | NA |

Source: Exhibit H

# Exhibit G.B

**Kumar Class Period NVAX Purchases Matched to Subsequent Sales Using LIFO**

| Type | Date | Quantity | Purchase Price | Type | Date | Quantity | Sale Price |
|---|---|---|---|---|---|---|---|
| BUY | 5/19/2021 | 1,000 | $141.22 | SELL | 5/20/2021 | 511 | $145.63 |
| | | | | SELL | 5/20/2021 | 489 | $145.57 |
| BUY | 5/21/2021 | 1,000 | $144.42 | SELL | 5/24/2021 | 1,000 | $148.01 |
| BUY | 5/21/2021 | 2,000 | $143.08 | SELL | 5/24/2021 | 2,000 | $146.27 |
| BUY | 5/25/2021 | 2,000 | $147.74 | SELL | 6/14/2021 | 2,000 | $213.17 |
| BUY | 5/25/2021 | 1,000 | $145.27 | SELL | 6/14/2021 | 1,000 | $213.17 |
| BUY | 5/27/2021 | 2,000 | $150.86 | SELL | 5/28/2021 | 2,000 | $153.34 |
| BUY | 6/15/2021 | 3,000 | $186.58 | SELL | 6/17/2021 | 3,000 | $180.67 |
| BUY | 6/23/2021 | 2,000 | $189.20 | SELL | 6/28/2021 | 995 | $196.09 |
| | | | | SELL | 6/28/2021 | 5 | $196.09 |
| | | | | SELL | 6/28/2021 | 20 | $196.43 |
| | | | | SELL | 6/28/2021 | 60 | $196.42 |
| | | | | SELL | 6/28/2021 | 920 | $196.41 |
| BUY | 6/30/2021 | 1,000 | $211.37 | Retained | > 12/31/2021 | 1,000 | NA |
| BUY | 7/1/2021 | 1,000 | $213.71 | Retained | > 12/31/2021 | 1,000 | NA |
| BUY | 7/7/2021 | 900 | $212.95 | SELL | 12/31/2021 | 900 | $143.08 |
| BUY | 7/7/2021 | 100 | $212.87 | SELL | 12/31/2021 | 100 | $143.08 |
| BUY | 7/13/2021 | 60 | $184.19 | SELL | 12/31/2021 | 60 | $143.08 |
| BUY | 7/13/2021 | 40 | $184.18 | SELL | 12/31/2021 | 40 | $143.08 |
| BUY | 7/13/2021 | 900 | $184.16 | SELL | 12/31/2021 | 900 | $143.08 |
| BUY | 7/27/2021 | 1,000 | $178.04 | SELL | 12/30/2021 | 1,000 | $158.00 |
| BUY | 7/29/2021 | 1,000 | $183.95 | SELL | 12/30/2021 | 1,000 | $158.00 |
| BUY | 8/6/2021 | 1,000 | $195.71 | SELL | 12/30/2021 | 1,000 | $157.00 |
| BUY | 8/6/2021 | 1,000 | $202.20 | SELL | 12/30/2021 | 1,000 | $157.00 |
| BUY | 8/6/2021 | 2,000 | $189.65 | SELL | 12/30/2021 | 2,000 | $155.76 |
| BUY | 8/24/2021 | 2,000 | $240.60 | SELL | 8/25/2021 | 2,000 | $242.58 |
| BUY | 8/24/2021 | 3,000 | $232.69 | SELL | 8/25/2021 | 3,000 | $242.58 |
| BUY | 8/26/2021 | 3,600 | $230.41 | SELL | 8/30/2021 | 3,600 | $235.01 |
| BUY | 8/26/2021 | 1,348 | $230.24 | SELL | 8/30/2021 | 72 | $235.17 |
| | | | | SELL | 8/30/2021 | 100 | $235.14 |
| | | | | SELL | 8/30/2021 | 100 | $235.10 |
| | | | | SELL | 8/30/2021 | 1,076 | $235.01 |
| BUY | 8/26/2021 | 52 | $230.21 | SELL | 8/30/2021 | 24 | $235.25 |
| | | | | SELL | 8/30/2021 | 28 | $235.17 |
| BUY | 8/31/2021 | 5,000 | $235.58 | SELL | 9/1/2021 | 5,000 | $253.52 |
| BUY | 9/3/2021 | 4,800 | $247.82 | SELL | 9/7/2021 | 300 | $267.41 |
| | | | | SELL | 9/7/2021 | 1,115 | $266.53 |
| | | | | SELL | 9/7/2021 | 5 | $266.20 |
| | | | | SELL | 9/7/2021 | 100 | $266.08 |
| | | | | SELL | 9/7/2021 | 40 | $266.07 |
| | | | | SELL | 9/7/2021 | 100 | $266.06 |

# Exhibit G.B

**Kumar Class Period NVAX Purchases Matched to Subsequent Sales Using LIFO**

| Type | Date | Quantity | Purchase Price | Type | Date | Quantity | Sale Price |
|---|---|---|---|---|---|---|---|
| | | | | SELL | 9/7/2021 | 640 | $266.05 |
| | | | | SELL | 9/7/2021 | 5 | $266.50 |
| | | | | SELL | 9/7/2021 | 2,495 | $266.45 |
| BUY | 9/3/2021 | 51 | $247.48 | SELL | 9/7/2021 | 51 | $267.41 |
| BUY | 9/3/2021 | 100 | $247.43 | SELL | 9/7/2021 | 100 | $267.41 |
| BUY | 9/3/2021 | 49 | $247.35 | SELL | 9/7/2021 | 49 | $267.41 |
| BUY | 9/3/2021 | 742 | $246.33 | SELL | 9/7/2021 | 742 | $267.41 |
| BUY | 9/3/2021 | 100 | $246.30 | SELL | 9/7/2021 | 100 | $267.41 |
| BUY | 9/3/2021 | 79 | $246.26 | SELL | 9/7/2021 | 79 | $267.41 |
| BUY | 9/3/2021 | 10 | $246.25 | SELL | 9/7/2021 | 10 | $267.41 |
| BUY | 9/3/2021 | 100 | $246.23 | SELL | 9/7/2021 | 100 | $267.41 |
| BUY | 9/3/2021 | 100 | $246.22 | SELL | 9/7/2021 | 100 | $267.41 |
| BUY | 9/3/2021 | 149 | $246.21 | SELL | 9/7/2021 | 149 | $267.41 |
| BUY | 9/3/2021 | 100 | $246.20 | SELL | 9/7/2021 | 100 | $267.41 |
| BUY | 9/3/2021 | 44 | $246.16 | SELL | 9/7/2021 | 44 | $267.41 |
| BUY | 9/3/2021 | 22 | $246.15 | SELL | 9/7/2021 | 22 | $267.41 |
| BUY | 9/3/2021 | 100 | $246.10 | SELL | 9/7/2021 | 100 | $267.41 |
| BUY | 9/3/2021 | 552 | $246.00 | SELL | 9/7/2021 | 552 | $267.41 |
| BUY | 9/3/2021 | 55 | $245.99 | SELL | 9/7/2021 | 55 | $267.41 |
| BUY | 9/3/2021 | 100 | $245.97 | SELL | 9/7/2021 | 100 | $267.41 |
| BUY | 9/3/2021 | 100 | $245.96 | SELL | 9/7/2021 | 100 | $267.41 |
| BUY | 9/3/2021 | 106 | $245.92 | SELL | 9/7/2021 | 106 | $267.41 |
| BUY | 9/3/2021 | 1 | $245.91 | SELL | 9/7/2021 | 1 | $267.41 |
| BUY | 9/3/2021 | 40 | $245.86 | SELL | 9/7/2021 | 40 | $267.41 |
| BUY | 9/9/2021 | 2,353 | $257.65 | SELL | 12/29/2021 | 353 | $152.35 |
| | | | | SELL | 12/29/2021 | 2,000 | $153.50 |
| BUY | 9/9/2021 | 400 | $257.64 | SELL | 12/29/2021 | 400 | $152.35 |
| BUY | 9/9/2021 | 100 | $257.63 | SELL | 12/29/2021 | 100 | $152.35 |
| BUY | 9/9/2021 | 164 | $257.62 | SELL | 12/29/2021 | 164 | $152.35 |
| BUY | 9/9/2021 | 100 | $257.58 | SELL | 12/29/2021 | 100 | $152.35 |
| BUY | 9/9/2021 | 100 | $257.57 | SELL | 12/29/2021 | 100 | $152.35 |
| BUY | 9/9/2021 | 115 | $257.57 | SELL | 12/29/2021 | 115 | $152.35 |
| BUY | 9/9/2021 | 40 | $257.56 | SELL | 12/29/2021 | 40 | $152.35 |
| BUY | 9/9/2021 | 200 | $257.55 | SELL | 12/29/2021 | 200 | $152.35 |
| BUY | 9/9/2021 | 15 | $257.54 | SELL | 12/29/2021 | 15 | $152.35 |
| BUY | 9/9/2021 | 16 | $257.53 | SELL | 12/29/2021 | 16 | $152.35 |
| BUY | 9/9/2021 | 19 | $257.50 | SELL | 12/29/2021 | 19 | $152.35 |
| BUY | 9/9/2021 | 2 | $257.46 | SELL | 12/29/2021 | 2 | $152.35 |
| BUY | 9/9/2021 | 9 | $257.40 | SELL | 12/29/2021 | 9 | $152.35 |
| BUY | 9/9/2021 | 119 | $257.39 | SELL | 12/29/2021 | 119 | $152.35 |
| BUY | 9/9/2021 | 98 | $257.38 | SELL | 12/29/2021 | 98 | $152.35 |

# Exhibit G.B

**Kumar Class Period NVAX Purchases Matched to Subsequent Sales Using LIFO**

| Type | Date | Quantity | Purchase Price | Type | Date | Quantity | Sale Price |
|---|---|---|---|---|---|---|---|
| BUY | 9/9/2021 | 20 | $257.37 | SELL | 12/29/2021 | 20 | $152.35 |
| BUY | 9/9/2021 | 100 | $257.36 | SELL | 12/29/2021 | 100 | $152.35 |
| BUY | 9/9/2021 | 40 | $257.35 | SELL | 12/29/2021 | 10 | $149.21 |
| | | | | SELL | 12/29/2021 | 30 | $152.35 |
| BUY | 9/9/2021 | 620 | $257.34 | SELL | 12/29/2021 | 620 | $149.21 |
| BUY | 9/9/2021 | 235 | $257.33 | SELL | 12/29/2021 | 235 | $149.21 |
| BUY | 9/9/2021 | 15 | $257.30 | SELL | 12/29/2021 | 15 | $149.21 |
| BUY | 9/9/2021 | 120 | $257.29 | SELL | 12/29/2021 | 120 | $149.21 |
| BUY | 10/20/2021 | 2,000 | $131.99 | SELL | 10/28/2021 | 2,000 | $148.01 |
| BUY | 10/20/2021 | 2,000 | $134.08 | SELL | 10/28/2021 | 2,000 | $148.39 |
| BUY | 11/29/2021 | 2,000 | $198.69 | SELL | 11/30/2021 | 2,000 | $209.98 |
| BUY | 12/1/2021 | 1,999 | $202.84 | SELL | 12/28/2021 | 999 | $158.65 |
| | | | | SELL | 12/29/2021 | 1,000 | $149.21 |
| BUY | 12/1/2021 | 1 | $202.77 | SELL | 12/28/2021 | 1 | $158.65 |
| BUY | 12/1/2021 | 2,000 | $193.30 | SELL | 12/27/2021 | 1,000 | $157.47 |
| | | | | SELL | 12/28/2021 | 1,000 | $160.00 |

Source: Exhibit H

# Exhibit G.C

**Shawn Kumar Class Period NVAX Purchases Matched to Subsequent Sales Using FIFO**

| Type | Date | Quantity | Purchase Price | Type | Date | Quantity | Sale Price |
|---|---|---|---|---|---|---|---|
| BUY | 5/25/2021 | 1,000 | $145.78 | SELL | 5/25/2021 | 1,000 | $147.56 |
| BUY | 6/29/2021 | 1,000 | $197.41 | SELL | 6/29/2021 | 100 | $200.56 |
| | | | | SELL | 6/29/2021 | 210 | $200.55 |
| | | | | SELL | 6/29/2021 | 200 | $200.53 |
| | | | | SELL | 6/29/2021 | 92 | $200.52 |
| | | | | SELL | 6/29/2021 | 100 | $200.52 |
| | | | | SELL | 6/29/2021 | 298 | $200.50 |
| BUY | 8/6/2021 | 1,000 | $194.95 | SELL | 8/17/2021 | 100 | $235.93 |
| | | | | SELL | 8/17/2021 | 100 | $235.91 |
| | | | | SELL | 8/17/2021 | 500 | $235.88 |
| | | | | SELL | 8/17/2021 | 300 | $235.79 |
| BUY | 8/6/2021 | 100 | $189.68 | SELL | 8/17/2021 | 100 | $235.79 |
| BUY | 8/6/2021 | 900 | $189.62 | SELL | 8/17/2021 | 900 | $235.79 |
| BUY | 8/17/2021 | 54 | $231.85 | SELL | 8/25/2021 | 54 | $242.53 |
| BUY | 8/17/2021 | 3 | $231.84 | SELL | 8/25/2021 | 3 | $242.53 |
| BUY | 8/17/2021 | 100 | $231.83 | SELL | 8/25/2021 | 11 | $242.53 |
| | | | | SELL | 8/25/2021 | 68 | $242.52 |
| | | | | SELL | 8/25/2021 | 21 | $242.50 |
| BUY | 8/17/2021 | 400 | $231.82 | SELL | 8/25/2021 | 183 | $242.50 |
| | | | | SELL | 8/25/2021 | 20 | $242.47 |
| | | | | SELL | 8/25/2021 | 122 | $242.35 |
| | | | | SELL | 8/25/2021 | 75 | $242.26 |
| BUY | 8/17/2021 | 100 | $231.81 | SELL | 8/25/2021 | 25 | $242.26 |
| | | | | SELL | 8/25/2021 | 2 | $242.25 |
| | | | | SELL | 8/25/2021 | 1 | $242.21 |
| | | | | SELL | 8/25/2021 | 72 | $242.16 |
| BUY | 8/17/2021 | 120 | $231.80 | SELL | 8/25/2021 | 120 | $242.16 |
| BUY | 8/17/2021 | 200 | $231.79 | SELL | 8/25/2021 | 8 | $242.16 |
| | | | | SELL | 8/25/2021 | 3 | $242.15 |
| | | | | SELL | 8/25/2021 | 189 | $242.14 |
| BUY | 8/17/2021 | 100 | $231.78 | SELL | 8/25/2021 | 75 | $242.14 |
| | | | | SELL | 8/25/2021 | 25 | $242.11 |
| BUY | 8/17/2021 | 100 | $231.77 | SELL | 8/25/2021 | 85 | $242.11 |
| | | | | SELL | 8/25/2021 | 15 | $242.10 |
| BUY | 8/17/2021 | 50 | $231.70 | SELL | 8/25/2021 | 50 | $242.10 |
| BUY | 8/17/2021 | 200 | $231.50 | SELL | 8/25/2021 | 92 | $242.10 |
| | | | | SELL | 8/25/2021 | 2 | $242.02 |
| | | | | SELL | 8/25/2021 | 2 | $241.98 |
| | | | | SELL | 8/25/2021 | 1 | $241.96 |
| | | | | SELL | 8/25/2021 | 88 | $241.91 |
| | | | | SELL | 8/25/2021 | 15 | $241.90 |

# Exhibit G.C

**Shawn Kumar Class Period NVAX Purchases Matched to Subsequent Sales Using FIFO**

| Type | Date | Quantity | Purchase Price | Type | Date | Quantity | Sale Price |
|---|---|---|---|---|---|---|---|
| BUY | 8/17/2021 | 460 | $231.50 | SELL | 8/25/2021 | 186 | $241.90 |
|  |  |  |  | SELL | 8/25/2021 | 274 | $241.79 |
| BUY | 8/17/2021 | 73 | $231.45 | SELL | 8/25/2021 | 73 | $241.79 |
| BUY | 8/17/2021 | 40 | $231.39 | SELL | 8/25/2021 | 40 | $241.79 |
| BUY | 8/18/2021 | 2,000 | $237.74 | SELL | 8/25/2021 | 103 | $241.79 |
|  |  |  |  | SELL | 8/25/2021 | 95 | $241.78 |
|  |  |  |  | SELL | 8/25/2021 | 260 | $241.78 |
|  |  |  |  | SELL | 8/25/2021 | 1 | $241.77 |
|  |  |  |  | SELL | 8/25/2021 | 80 | $241.66 |
|  |  |  |  | SELL | 8/25/2021 | 100 | $241.65 |
|  |  |  |  | SELL | 8/25/2021 | 480 | $241.64 |
|  |  |  |  | SELL | 8/25/2021 | 881 | $241.63 |
| BUY | 8/24/2021 | 990 | $239.39 | SELL | 8/25/2021 | 39 | $241.63 |
|  |  |  |  | SELL | 8/25/2021 | 125 | $241.60 |
|  |  |  |  | SELL | 8/25/2021 | 140 | $241.48 |
|  |  |  |  | SELL | 8/25/2021 | 686 | $241.47 |
| BUY | 8/24/2021 | 10 | $239.39 | SELL | 8/25/2021 | 10 | $241.47 |
| BUY | 8/26/2021 | 2,000 | $239.91 | SELL | 8/30/2021 | 2,000 | $236.10 |
| BUY | 8/27/2021 | 2,000 | $225.28 | SELL | 8/30/2021 | 250 | $236.49 |
|  |  |  |  | SELL | 8/30/2021 | 4 | $236.48 |
|  |  |  |  | SELL | 8/30/2021 | 746 | $236.47 |
|  |  |  |  | SELL | 8/30/2021 | 1,000 | $235.74 |
| BUY | 8/31/2021 | 1,000 | $234.30 | SELL | 8/31/2021 | 1,000 | $243.10 |
| BUY | 8/31/2021 | 500 | $238.72 | SELL | 9/1/2021 | 500 | $252.14 |
| BUY | 9/1/2021 | 151 | $239.10 | SELL | 9/2/2021 | 151 | $257.14 |
| BUY | 9/1/2021 | 349 | $239.00 | SELL | 9/2/2021 | 349 | $257.14 |
| BUY | 9/2/2021 | 1,000 | $252.78 | SELL | 9/7/2021 | 22 | $264.20 |
|  |  |  |  | SELL | 9/7/2021 | 100 | $264.07 |
|  |  |  |  | SELL | 9/7/2021 | 175 | $264.04 |
|  |  |  |  | SELL | 9/7/2021 | 225 | $264.01 |
|  |  |  |  | SELL | 9/7/2021 | 2 | $263.99 |
|  |  |  |  | SELL | 9/7/2021 | 1 | $263.94 |
|  |  |  |  | SELL | 9/7/2021 | 10 | $263.82 |
|  |  |  |  | SELL | 9/7/2021 | 101 | $263.76 |
|  |  |  |  | SELL | 9/7/2021 | 364 | $263.75 |
| BUY | 9/3/2021 | 1,263 | $247.54 | SELL | 9/7/2021 | 1,000 | $263.75 |
|  |  |  |  | SELL | 9/23/2021 | 263 | $254.26 |
| BUY | 9/3/2021 | 537 | $247.54 | SELL | 9/23/2021 | 537 | $254.26 |
| BUY | 9/3/2021 | 100 | $247.52 | SELL | 9/23/2021 | 100 | $254.26 |
| BUY | 9/3/2021 | 100 | $247.51 | SELL | 9/23/2021 | 100 | $254.26 |
| BUY | 9/9/2021 | 400 | $257.40 | SELL | 9/23/2021 | 400 | $252.16 |

# Exhibit G.C

**Shawn Kumar Class Period NVAX Purchases Matched to Subsequent Sales Using FIFO**

| Type | Date | Quantity | Purchase Price | Type | Date | Quantity | Sale Price |
|------|------|----------|----------------|------|------|----------|------------|
| BUY | 9/9/2021 | 527 | $257.01 | SELL | 9/23/2021 | 527 | $252.16 |
| BUY | 9/9/2021 | 1,051 | $256.98 | SELL | 9/23/2021 | 573 | $252.16 |
| | | | | Retained | > 12/31/2021 | 478 | NA |
| BUY | 9/9/2021 | 22 | $256.90 | Retained | > 12/31/2021 | 22 | NA |
| BUY | 9/10/2021 | 800 | $249.39 | Retained | > 12/31/2021 | 800 | NA |
| BUY | 9/10/2021 | 104 | $249.39 | Retained | > 12/31/2021 | 104 | NA |
| BUY | 9/10/2021 | 96 | $249.37 | Retained | > 12/31/2021 | 96 | NA |
| BUY | 9/10/2021 | 200 | $249.36 | Retained | > 12/31/2021 | 200 | NA |
| BUY | 9/10/2021 | 300 | $249.35 | Retained | > 12/31/2021 | 300 | NA |
| BUY | 9/10/2021 | 100 | $249.34 | Retained | > 12/31/2021 | 100 | NA |
| BUY | 9/10/2021 | 100 | $249.33 | Retained | > 12/31/2021 | 100 | NA |
| BUY | 9/10/2021 | 100 | $249.30 | Retained | > 12/31/2021 | 100 | NA |
| BUY | 9/10/2021 | 200 | $249.28 | Retained | > 12/31/2021 | 200 | NA |
| BUY | 9/24/2021 | 230 | $249.71 | Retained | > 12/31/2021 | 230 | NA |
| BUY | 9/24/2021 | 140 | $249.70 | Retained | > 12/31/2021 | 140 | NA |
| BUY | 9/24/2021 | 176 | $249.67 | Retained | > 12/31/2021 | 176 | NA |
| BUY | 9/24/2021 | 30 | $249.66 | Retained | > 12/31/2021 | 30 | NA |
| BUY | 9/24/2021 | 100 | $249.65 | Retained | > 12/31/2021 | 100 | NA |
| BUY | 9/24/2021 | 24 | $249.64 | Retained | > 12/31/2021 | 24 | NA |
| BUY | 9/24/2021 | 50 | $249.63 | Retained | > 12/31/2021 | 50 | NA |
| BUY | 9/24/2021 | 100 | $249.60 | Retained | > 12/31/2021 | 100 | NA |
| BUY | 9/24/2021 | 100 | $249.44 | Retained | > 12/31/2021 | 100 | NA |
| BUY | 9/24/2021 | 50 | $249.42 | Retained | > 12/31/2021 | 50 | NA |

Source: Exhibit I

# Exhibit G.D

**Shawn Kumar Class Period NVAX Purchases Matched to Subsequent Sales Using LIFO**

| Type | Date | Quantity | Purchase Price | Type | Date | Quantity | Sale Price |
|------|------|----------|----------------|------|------|----------|------------|
| BUY | 5/25/2021 | 1,000 | $145.78 | SELL | 5/25/2021 | 1,000 | $147.56 |
| BUY | 6/29/2021 | 1,000 | $197.41 | SELL | 6/29/2021 | 100 | $200.56 |
|  |  |  |  | SELL | 6/29/2021 | 210 | $200.55 |
|  |  |  |  | SELL | 6/29/2021 | 200 | $200.53 |
|  |  |  |  | SELL | 6/29/2021 | 92 | $200.52 |
|  |  |  |  | SELL | 6/29/2021 | 100 | $200.52 |
|  |  |  |  | SELL | 6/29/2021 | 298 | $200.50 |
| BUY | 8/6/2021 | 1,000 | $194.95 | SELL | 8/25/2021 | 39 | $241.63 |
|  |  |  |  | SELL | 8/25/2021 | 125 | $241.60 |
|  |  |  |  | SELL | 8/25/2021 | 140 | $241.48 |
|  |  |  |  | SELL | 8/25/2021 | 696 | $241.47 |
| BUY | 8/6/2021 | 100 | $189.68 | SELL | 8/25/2021 | 100 | $241.63 |
| BUY | 8/6/2021 | 900 | $189.62 | SELL | 8/25/2021 | 119 | $241.64 |
|  |  |  |  | SELL | 8/25/2021 | 781 | $241.63 |
| BUY | 8/17/2021 | 54 | $231.85 | SELL | 8/17/2021 | 54 | $235.79 |
| BUY | 8/17/2021 | 3 | $231.84 | SELL | 8/17/2021 | 3 | $235.79 |
| BUY | 8/17/2021 | 100 | $231.83 | SELL | 8/17/2021 | 100 | $235.79 |
| BUY | 8/17/2021 | 400 | $231.82 | SELL | 8/17/2021 | 400 | $235.79 |
| BUY | 8/17/2021 | 100 | $231.81 | SELL | 8/17/2021 | 100 | $235.79 |
| BUY | 8/17/2021 | 120 | $231.80 | SELL | 8/17/2021 | 120 | $235.79 |
| BUY | 8/17/2021 | 200 | $231.79 | SELL | 8/17/2021 | 200 | $235.79 |
| BUY | 8/17/2021 | 100 | $231.78 | SELL | 8/17/2021 | 100 | $235.79 |
| BUY | 8/17/2021 | 100 | $231.77 | SELL | 8/17/2021 | 100 | $235.79 |
| BUY | 8/17/2021 | 50 | $231.70 | SELL | 8/17/2021 | 50 | $235.79 |
| BUY | 8/17/2021 | 200 | $231.50 | SELL | 8/17/2021 | 127 | $235.88 |
|  |  |  |  | SELL | 8/17/2021 | 73 | $235.79 |
| BUY | 8/17/2021 | 460 | $231.50 | SELL | 8/17/2021 | 87 | $235.91 |
|  |  |  |  | SELL | 8/17/2021 | 373 | $235.88 |
| BUY | 8/17/2021 | 73 | $231.45 | SELL | 8/17/2021 | 60 | $235.93 |
|  |  |  |  | SELL | 8/17/2021 | 13 | $235.91 |
| BUY | 8/17/2021 | 40 | $231.39 | SELL | 8/17/2021 | 40 | $235.93 |
| BUY | 8/18/2021 | 2,000 | $237.74 | SELL | 8/25/2021 | 52 | $242.14 |
|  |  |  |  | SELL | 8/25/2021 | 110 | $242.11 |
|  |  |  |  | SELL | 8/25/2021 | 157 | $242.10 |
|  |  |  |  | SELL | 8/25/2021 | 2 | $242.02 |
|  |  |  |  | SELL | 8/25/2021 | 2 | $241.98 |
|  |  |  |  | SELL | 8/25/2021 | 1 | $241.96 |
|  |  |  |  | SELL | 8/25/2021 | 88 | $241.91 |
|  |  |  |  | SELL | 8/25/2021 | 201 | $241.90 |
|  |  |  |  | SELL | 8/25/2021 | 490 | $241.79 |
|  |  |  |  | SELL | 8/25/2021 | 95 | $241.78 |

# Exhibit G.D

**Shawn Kumar Class Period NVAX Purchases Matched to Subsequent Sales Using LIFO**

| Type | Date | Quantity | Purchase Price | Type | Date | Quantity | Sale Price |
|---|---|---|---|---|---|---|---|
| | | | | SELL | 8/25/2021 | 260 | $241.78 |
| | | | | SELL | 8/25/2021 | 1 | $241.77 |
| | | | | SELL | 8/25/2021 | 80 | $241.66 |
| | | | | SELL | 8/25/2021 | 100 | $241.65 |
| | | | | SELL | 8/25/2021 | 361 | $241.64 |
| BUY | 8/24/2021 | 990 | $239.39 | SELL | 8/25/2021 | 58 | $242.53 |
| | | | | SELL | 8/25/2021 | 68 | $242.52 |
| | | | | SELL | 8/25/2021 | 204 | $242.50 |
| | | | | SELL | 8/25/2021 | 20 | $242.47 |
| | | | | SELL | 8/25/2021 | 122 | $242.35 |
| | | | | SELL | 8/25/2021 | 100 | $242.26 |
| | | | | SELL | 8/25/2021 | 2 | $242.25 |
| | | | | SELL | 8/25/2021 | 1 | $242.21 |
| | | | | SELL | 8/25/2021 | 200 | $242.16 |
| | | | | SELL | 8/25/2021 | 3 | $242.15 |
| | | | | SELL | 8/25/2021 | 212 | $242.14 |
| BUY | 8/24/2021 | 10 | $239.39 | SELL | 8/25/2021 | 10 | $242.53 |
| BUY | 8/26/2021 | 2,000 | $239.91 | SELL | 8/30/2021 | 250 | $236.49 |
| | | | | SELL | 8/30/2021 | 4 | $236.48 |
| | | | | SELL | 8/30/2021 | 746 | $236.47 |
| | | | | SELL | 8/30/2021 | 1,000 | $235.74 |
| BUY | 8/27/2021 | 2,000 | $225.28 | SELL | 8/30/2021 | 2,000 | $236.10 |
| BUY | 8/31/2021 | 1,000 | $234.30 | SELL | 8/31/2021 | 1,000 | $243.10 |
| BUY | 8/31/2021 | 500 | $238.72 | SELL | 9/2/2021 | 500 | $257.14 |
| BUY | 9/1/2021 | 151 | $239.10 | SELL | 9/1/2021 | 151 | $252.14 |
| BUY | 9/1/2021 | 349 | $239.00 | SELL | 9/1/2021 | 349 | $252.14 |
| BUY | 9/2/2021 | 1,000 | $252.78 | Retained | > 12/31/2021 | 1,000 | NA |
| BUY | 9/3/2021 | 1,263 | $247.54 | SELL | 9/7/2021 | 1,263 | $263.75 |
| BUY | 9/3/2021 | 537 | $247.54 | SELL | 9/7/2021 | 97 | $264.04 |
| | | | | SELL | 9/7/2021 | 225 | $264.01 |
| | | | | SELL | 9/7/2021 | 2 | $263.99 |
| | | | | SELL | 9/7/2021 | 1 | $263.94 |
| | | | | SELL | 9/7/2021 | 10 | $263.82 |
| | | | | SELL | 9/7/2021 | 101 | $263.76 |
| | | | | SELL | 9/7/2021 | 101 | $263.75 |
| BUY | 9/3/2021 | 100 | $247.52 | SELL | 9/7/2021 | 22 | $264.07 |
| | | | | SELL | 9/7/2021 | 78 | $264.04 |
| BUY | 9/3/2021 | 100 | $247.51 | SELL | 9/7/2021 | 22 | $264.20 |
| | | | | SELL | 9/7/2021 | 78 | $264.07 |
| BUY | 9/9/2021 | 400 | $257.40 | Retained | > 12/31/2021 | 400 | NA |
| BUY | 9/9/2021 | 527 | $257.01 | Retained | > 12/31/2021 | 527 | NA |

# Exhibit G.D

**Shawn Kumar Class Period NVAX Purchases Matched to Subsequent Sales Using LIFO**

| Type | Date | Quantity | Purchase Price | Type | Date | Quantity | Sale Price |
|------|------|----------|----------------|------|------|----------|------------|
| BUY | 9/9/2021 | 1,051 | $256.98 | SELL | 9/23/2021 | 478 | $252.16 |
| | | | | Retained | > 12/31/2021 | 573 | NA |
| BUY | 9/9/2021 | 22 | $256.90 | SELL | 9/23/2021 | 22 | $252.16 |
| BUY | 9/10/2021 | 800 | $249.39 | SELL | 9/23/2021 | 800 | $252.16 |
| BUY | 9/10/2021 | 104 | $249.39 | SELL | 9/23/2021 | 104 | $252.16 |
| BUY | 9/10/2021 | 96 | $249.37 | SELL | 9/23/2021 | 96 | $252.16 |
| BUY | 9/10/2021 | 200 | $249.36 | SELL | 9/23/2021 | 200 | $254.26 |
| BUY | 9/10/2021 | 300 | $249.35 | SELL | 9/23/2021 | 300 | $254.26 |
| BUY | 9/10/2021 | 100 | $249.34 | SELL | 9/23/2021 | 100 | $254.26 |
| BUY | 9/10/2021 | 100 | $249.33 | SELL | 9/23/2021 | 100 | $254.26 |
| BUY | 9/10/2021 | 100 | $249.30 | SELL | 9/23/2021 | 100 | $254.26 |
| BUY | 9/10/2021 | 200 | $249.28 | SELL | 9/23/2021 | 200 | $254.26 |
| BUY | 9/24/2021 | 230 | $249.71 | Retained | > 12/31/2021 | 230 | NA |
| BUY | 9/24/2021 | 140 | $249.70 | Retained | > 12/31/2021 | 140 | NA |
| BUY | 9/24/2021 | 176 | $249.67 | Retained | > 12/31/2021 | 176 | NA |
| BUY | 9/24/2021 | 30 | $249.66 | Retained | > 12/31/2021 | 30 | NA |
| BUY | 9/24/2021 | 100 | $249.65 | Retained | > 12/31/2021 | 100 | NA |
| BUY | 9/24/2021 | 24 | $249.64 | Retained | > 12/31/2021 | 24 | NA |
| BUY | 9/24/2021 | 50 | $249.63 | Retained | > 12/31/2021 | 50 | NA |
| BUY | 9/24/2021 | 100 | $249.60 | Retained | > 12/31/2021 | 100 | NA |
| BUY | 9/24/2021 | 100 | $249.44 | Retained | > 12/31/2021 | 100 | NA |
| BUY | 9/24/2021 | 50 | $249.42 | Retained | > 12/31/2021 | 50 | NA |

Source: Exhibit I