# EXHIBIT H

 PO BOX 2577
OMAHA NE 68103-2577

NUGGEHALLI B NANDKUMAR

## Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA, N.A., both affiliates of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal

Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T) :** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker-dealers, exchanges and alternative trading systems (including electronic communications networks)) for execution. Compensation generally is in the form of a per share or per contract cash payment. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. TD Ameritrade posts SEC Rule 606 quarterly reports that include order routing disclosures at www.tdameritrade.com. A written copy is available upon request. In addition, on request, TD Ameritrade will provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 12/18

NOVAVAX_NANDKUMAR_00000508



800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account**
NUGGEHALLI B NANDKUMAR

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| | | | | | | | |



## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| | | |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| | | | |

## Performance Summary

page 1 of 31

Confidential

**Statement for Account** ███████████

03/01/21 - 03/31/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ ██████ | |
| *Subtotal* | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | | |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Partnership Distributions | | |
| Qualified Dividends | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

page 2 of 31

Confidential

NOVAVAX_NANDKUMAR_00000510

**Statement for Account** ▮▮▮▮▮▮▮

03/01/21 - 03/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

Confidential

NOVAVAX_NANDKUMAR_00000511

Statement for Account ▮▮▮▮▮▮

03/01/21 - 03/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| NOVAVAX INC COM | NVAX | 4,000 | 181.31 | 725,240.00 | 03/15/21 | 953,835.53 | 238.46 | (228,595.53) | - | - |

page 4 of 31

Confidential

NOVAVAX_NANDKUMAR_00000512

**Statement for Account** ████████████
03/01/21 - 03/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|

**Stocks - Margin**

██████████████████████████████████████████████████████████████

**Total Stocks**

**Total Margin Account**

Confidential

NOVAVAX_NANDKUMAR_00000513

Statement for Account ▇▇▇▇▇▇▇
03/01/21 - 03/31/21

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| CREDITS | | | |
| Electronic Transfer | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | |
| *Subtotal* | | | |
| TOTAL | | | |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | | ▇▇▇ |

Confidential

NOVAVAX_NANDKUMAR_00000514

**Statement for Account** ███████████

03/01/21 - 03/31/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | **Balance** |
| 02/25/21 | 03/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 3.82 | NVAX | 3,000- | 226.4134 | 679,236.38 | (5,206,026.65) |

**page 7 of 31**

Confidential

NOVAVAX_NANDKUMAR_00000515

**Statement for Account**
03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|------------------------------|-------------|---------------|----------|-------|--------|---------|

**page 8 of 31**

Confidential

NOVAVAX_NANDKUMAR_00000516

**Statement for Account** ███████████
03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000517

**Statement for Account** <span style="background:black">▮▮▮▮▮▮</span>
03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|------------------------------|-------------|---------------|----------|-------|--------|---------|

Confidential

NOVAVAX_NANDKUMAR_00000518

**Statement for Account** ███████████
03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 11 of 31

Confidential

NOVAVAX_NANDKUMAR_00000519

**Statement for Account** ███████████
03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|------------------------------|-------------|---------------|----------|-------|--------|---------|

page 12 of 31

Confidential

NOVAVAX_NANDKUMAR_00000520

**Statement for Account** ▇▇▇▇▇▇▇▇
03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 13 of 31

Confidential

**Statement for Account** ▮▮▮▮▮▮▮▮

03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 14 of 31

Confidential

NOVAVAX_NANDKUMAR_00000522

**Statement for Account** ▮▮▮▮▮▮▮▮
03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 15 of 31**

Confidential

NOVAVAX_NANDKUMAR_00000523

**Statement for Account** █████████████

03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/10/21 | 03/12/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 3,000 | 170.915 | (512,745.00) | (7,400,180.07) |
| 03/10/21 | 03/12/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 3.01 | NVAX | 3,000- | 172.935 | 518,801.99 | (7,067,747.48) |

**page 16 of 31**

Confidential

NOVAVAX_NANDKUMAR_00000524

**Statement for Account** █████████

03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/15/21 | 03/17/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 203.2951 | (203,295.10) | (8,309,591.45) |

page 17 of 31

Confidential

NOVAVAX_NANDKUMAR_00000525

**Statement for Account** ███████████
03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/15/21 | 03/17/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.60 | NVAX | 500- | 212.7001 | 106,349.45 | (7,353,974.90) |
| 03/16/21 | 03/18/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 218.40 | (218,400.00) | (7,940,926.00) |

Confidential

NOVAVAX_NANDKUMAR_00000526

**Statement for Account** █████████

03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|----------------------------|-------------|---------------|----------|-------|--------|---------|

Confidential

NOVAVAX_NANDKUMAR_00000527

**Statement for Account** ███████████
03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/18/21 | 03/22/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 500 | 216.085 | (108,042.50) | (7,985,798.59) |

Confidential

NOVAVAX_NANDKUMAR_00000528

**Statement for Account** █████████
03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/23/21 | 03/25/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 219.535 | (219,535.00) | (9,439,240.81) |

Confidential

NOVAVAX_NANDKUMAR_00000529

**Statement for Account** ███████████

03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000530

**Statement for Account** ▮▮▮▮▮▮▮▮▮
03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 23 of 31

Confidential

NOVAVAX_NANDKUMAR_00000531

**Statement for Account** ▮▮▮▮▮▮▮

03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/25/21 | 03/29/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 185.495 | (185,495.00) | (8,014,583.87) |

page 24 of 31

Confidential

NOVAVAX_NANDKUMAR_00000532

**Statement for Account** ████████████
03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 25 of 31

Confidential

NOVAVAX_NANDKUMAR_00000533

**Statement for Account** ██████████████
03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000534

**Statement for Account** ███████████

03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 27 of 31

Confidential

NOVAVAX_NANDKUMAR_00000535

**Statement for Account** ▮▮▮▮▮▮▮

03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 28 of 31

Confidential

NOVAVAX_NANDKUMAR_00000536

**Statement for Account** ███████████
03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000537

**Statement for Account** ▮▮▮▮▮▮▮▮
03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000538

**Statement for Account** ███████████
03/01/21 - 03/31/21

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to
http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

**FINRA INFORMATION**
Required Annual FINRA Information: Investors may request disclosable background information on any U.S. licensed broker or broker-dealer via FINRA's BrokerCheck, a free online tool. Visit brokercheck.finra.org. Additionally, FINRA has a brochure which describes the BrokerCheck program. You may request this brochure either through the FINRA web site www.finra.org or by calling (800) 289-9999, the BrokerCheck Hotline Number.

Confidential

NOVAVAX_NANDKUMAR_00000539



PO BOX 2577
OMAHA NE 68103-2577

NUGGEHALLI B NANDKUMAR

NOVAVAX_NANDKUMAR_00000540

## Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA, N.A., both affiliates of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services orother independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available,TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal

Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T) :** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list ofthe risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker-dealers, exchanges and alternative trading systems (including electronic communications networks)) for execution. Compensation generally is in the form of a per share or per contract cash payment. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. TD Ameritrade posts SEC Rule 606 quarterly reports that include order routing disclosures at www.tdameritrade.com. A written copy is available upon request. In addition, on request, TD Ameritrade will provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 12/18

Confidential

NOVAVAX_NANDKUMAR_00000541



**Statement Reporting Period:**
04/01/21 - 04/30/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account** ▉▉▉▉▉▉
NUGGEHALLI B NANDKUMAR



## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

## Cash Activity Summary

|  | Current | YTD |
|---|---|---|
| **Opening Balance** |  |  |
| Securities Purchased |  |  |
| Securities Sold |  |  |
| Funds Deposited |  |  |
| Funds Disbursed |  |  |
| Income |  |  |
| Expense |  |  |
| Other |  |  |
| **Closing Balance** |  |  |

## Income & Expense Summary

|  | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** |  |  |  |
| Dividends |  |  |  |
| Interest |  |  |  |
| Other |  |  |  |
| **Expense** |  |  |  |
| Interest |  |  |  |
| Fees |  |  |  |
| Other |  |  |  |
| **Net** |  |  |  |

## Performance Summary

| Cost Basis As Of - 04/30/21 ** |  |
|---|---|
| Unrealized Gains |  |
| Unrealized Losses |  |
| Funds Deposited/(Disbursed)$^{YTD}$ |  |
| Income/(Expense)$^{YTD}$ |  |
| Securities Received/(Delivered)$^{YTD}$ |  |

**\*\*To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.**

Confidential

NOVAVAX_NANDKUMAR_00000542

**Statement for Account** ███████
04/01/21 - 04/30/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | $ ███ | $ ███ |
| *Subtotal* | | |
| **DEBITS** | | |
| Electronic Transfer | $ ███ | $ ███ |
| *Subtotal* | | |
| **TOTAL** | ███ | ███ |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | ███ | ███ |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Partnership Distributions | | |
| Qualified Dividends | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

Confidential

NOVAVAX_NANDKUMAR_00000543

Statement for Account ███████████
04/01/21 - 04/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|

**Stocks - Margin**

Confidential

NOVAVAX_NANDKUMAR_00000544

Statement for Account

04/01/21 - 04/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

page 4 of 36

Confidential

NOVAVAX_NANDKUMAR_00000545

Statement for Account ███████████
04/01/21 - 04/30/21

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account Positions** | | | | | | | | | | |
| **Stocks - Margin** | | | | | | | | | | |
| NOVAVAX INC COM | NVAX | 8,000 | 236.93 | 1,895,440.00 | 04/07/21 | 1,694,230.80 | 211.78 | 201,209.20 | - | - |

page 5 of 36

Confidential

NOVAVAX_NANDKUMAR_00000546

**Statement for Account** ███████████

04/01/21 - 04/30/21

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| | | | |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | |

page 6 of 36

Confidential

NOVAVAX_NANDKUMAR_00000547

**Statement for Account** ███████████
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 7 of 36

Confidential

NOVAVAX_NANDKUMAR_00000548

**Statement for Account** ███████
04/01/21 - 04/30/21

| | | | | | Account Activity | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 04/07/21 | 04/09/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 171.715 | (171,715.00) | (7,487,096.38) |

page 8 of 36

Confidential

NOVAVAX_NANDKUMAR_00000549

**Statement for Account** ▮▮▮▮▮▮▮▮▮

04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 9 of 36

Confidential

NOVAVAX_NANDKUMAR_00000550

**Statement for Account** ▇▇▇▇▇▇
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000551

**Statement for Account** █████████████
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 11 of 36**

Confidential

NOVAVAX_NANDKUMAR_00000552

**Statement for Account** ███████████
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 12 of 36

Confidential

NOVAVAX_NANDKUMAR_00000553

**Statement for Account** ████████
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|-----------------------------|-------------|---------------|----------|-------|--------|---------|

Confidential

NOVAVAX_NANDKUMAR_00000554

**Statement for Account** ███████████

04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 14 of 36

Confidential

NOVAVAX_NANDKUMAR_00000555

**Statement for Account** ███████████

04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000556

**Statement for Account** ███████████
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 16 of 36

Confidential

NOVAVAX_NANDKUMAR_00000557

**Statement for Account** ████████████
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000558

Statement for Account █████████
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/20/21 | 04/22/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 2,000 | 207.3335 | (414,667.00) | (8,195,773.59) |

Regulatory Fee 1.07

Confidential

NOVAVAX_NANDKUMAR_00000559

**Statement for Account** █████████
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 19 of 36**

Confidential

NOVAVAX_NANDKUMAR_00000560

**Statement for Account** ███████████
04/01/21 - 04/30/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/22/21 | 04/26/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 3,000 | 205.665 | (616,995.00) | (8,641,751.14) |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.02 | NVAX | 20- | 214.615 | 4,292.28 | (8,951,585.52) |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.03 | NVAX | 16- | 214.55 | 3,432.77 | (8,948,152.75) |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.05 | NVAX | 50- | 214.53 | 10,726.45 | (8,937,426.30) |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.23 | NVAX | 182- | 214.51 | 39,040.59 | (8,898,385.71) |

Confidential

NOVAVAX_NANDKUMAR_00000561

**Statement for Account** ▮▮▮▮▮▮▮▮
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.02 | NVAX | 26- | 214.50 | 5,576.98 | (8,892,808.73) |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.07 | NVAX | 42- | 214.35 | 9,002.63 | (8,883,806.10) |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.01 | NVAX | 16- | 214.34 | 3,429.43 | (8,880,376.67) |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.99 | NVAX | 815- | 214.25 | 174,612.76 | (8,705,763.91) |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.02 | NVAX | 25- | 214.24 | 5,355.98 | (8,700,407.93) |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.12 | NVAX | 100- | 214.14 | 21,413.88 | (8,678,994.05) |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.45 | NVAX | 364- | 214.13 | 77,942.87 | (8,601,051.18) |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.02 | NVAX | 844- | 214.09 | 180,690.94 | (8,420,360.24) |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 2.97 | NVAX | 2,500- | 209.40 | 523,497.03 | (7,515,121.16) |

**page 21 of 36**

Confidential

NOVAVAX_NANDKUMAR_00000562

**Statement for Account** <span style="background:black">████████</span>
04/01/21 - 04/30/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Account Activity** | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 04/22/21 | 04/26/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 208.87 | (208,870.00) | (8,404,817.88) |
| 04/22/21 | 04/26/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 300 | 208.58 | (62,574.00) | (8,467,391.88) |
| 04/22/21 | 04/26/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 39 | 208.54 | (8,133.06) | (8,475,524.94) |
| 04/22/21 | 04/26/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,661 | 208.5305 | (346,369.16) | (8,821,894.10) |
| 04/23/21 | 04/27/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 23 | 206.84 | (4,757.32) | (8,726,551.42) |
| 04/23/21 | 04/27/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,171 | 206.7946 | (242,156.48) | (8,968,707.90) |
| 04/23/21 | 04/27/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 50 | 206.65 | (10,332.50) | (8,979,040.40) |
| 04/23/21 | 04/27/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 206 | 206.64 | (42,567.84) | (9,021,608.24) |
| 04/23/21 | 04/27/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 200 | 206.63 | (41,326.00) | (9,062,934.24) |
| 04/23/21 | 04/27/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 50 | 206.62 | (10,331.00) | (9,073,265.24) |
| 04/23/21 | 04/27/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 206.56 | (20,656.00) | (9,093,921.24) |

Confidential

NOVAVAX_NANDKUMAR_00000563

**Statement for Account** ▮▮▮▮▮▮▮▮▮
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/23/21 | 04/27/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 206.54 | (20,654.00) | (9,114,575.24) |
| 04/23/21 | 04/27/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 206.51 | (20,651.00) | (9,135,226.24) |

Confidential

NOVAVAX_NANDKUMAR_00000564

**Statement for Account** ▮▮▮▮▮▮▮▮
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|------------------------------|-------------|---------------|----------|-------|--------|---------|

**page 24 of 36**

Confidential

NOVAVAX_NANDKUMAR_00000565

**Statement for Account** ▮▮▮▮▮▮▮▮

04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 25 of 36

Confidential

NOVAVAX_NANDKUMAR_00000566

**Statement for Account** ███████████

04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/26/21 | 04/28/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 2.50 | NVAX | 2,000- | 221.674 | 443,345.50 | (7,303,864.18) |

Confidential

NOVAVAX_NANDKUMAR_00000567

**Statement for Account** ████████

04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000568

**Statement for Account** ▮▮▮▮▮▮
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 04/28/21 | 04/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.21 | NVAX | 147- | 247.16 | 36,332.31 | (9,036,476.60) |
| 04/28/21 | 04/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.14 | NVAX | 100- | 246.975 | 24,697.36 | (9,011,779.24) |
| 04/28/21 | 04/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.14 | NVAX | 100- | 246.895 | 24,689.36 | (8,987,089.88) |
| 04/28/21 | 04/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.27 | NVAX | 200- | 246.865 | 49,372.73 | (8,937,717.15) |
| 04/28/21 | 04/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.08 | NVAX | 50- | 246.855 | 12,342.67 | (8,925,374.48) |
| 04/28/21 | 04/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.65 | NVAX | 481- | 246.825 | 118,722.18 | (8,806,652.30) |
| 04/28/21 | 04/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.20 | NVAX | 141- | 246.815 | 34,800.72 | (8,771,851.58) |
| 04/28/21 | 04/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.06 | NVAX | 50- | 246.77 | 12,338.44 | (8,759,513.14) |

**page 28 of 36**

Confidential

NOVAVAX_NANDKUMAR_00000569

**Statement for Account** ███████████
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/28/21 | 04/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM | NVAX | 2- | 246.635 | 493.27 | (8,759,019.87) |
| 04/28/21 | 04/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.06 | NVAX | 50- | 246.465 | 12,323.19 | (8,746,696.68) |
| 04/28/21 | 04/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.07 | NVAX | 50- | 246.455 | 12,322.68 | (8,734,374.00) |
| 04/28/21 | 04/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.07 | NVAX | 50- | 246.435 | 12,321.68 | (8,722,052.32) |
| 04/28/21 | 04/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.21 | NVAX | 150- | 246.425 | 36,963.54 | (8,685,088.78) |
| 04/28/21 | 04/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.18 | NVAX | 133- | 246.385 | 32,769.03 | (8,652,319.75) |
| 04/28/21 | 04/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 3.17 | NVAX | 2,296- | 246.375 | 565,673.83 | (8,086,645.92) |

Confidential

NOVAVAX_NANDKUMAR_00000570

**Statement for Account** ███████████
04/01/21 - 04/30/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 04/28/21 | 04/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,021 | 237.541 | (242,529.36) | (7,028,023.22) |
| 04/28/21 | 04/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 266 | 237.50 | (63,175.00) | (7,091,198.22) |
| 04/28/21 | 04/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 237.49 | (23,749.00) | (7,114,947.22) |
| 04/28/21 | 04/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 113 | 237.48 | (26,835.24) | (7,141,782.46) |
| 04/28/21 | 04/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 400 | 237.479 | (94,991.60) | (7,236,774.06) |
| 04/28/21 | 04/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 237.47 | (23,747.00) | (7,260,521.06) |

Confidential

NOVAVAX_NANDKUMAR_00000571

Statement for Account█████████████
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/28/21 | 04/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,496 | 237.71 | (355,614.16) | (7,616,135.22) |
| 04/28/21 | 04/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 109 | 237.709 | (25,910.28) | (7,642,045.50) |
| 04/28/21 | 04/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 60 | 237.60 | (14,256.00) | (7,656,301.50) |
| 04/28/21 | 04/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 145 | 237.59 | (34,450.55) | (7,690,752.05) |
| 04/28/21 | 04/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 145 | 237.58 | (34,449.10) | (7,725,201.15) |
| 04/28/21 | 04/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 45 | 237.57 | (10,690.65) | (7,735,891.80) |

Confidential

NOVAVAX_NANDKUMAR_00000572

Statement for Account ██████████
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|------------------------------|-------------|---------------|----------|-------|--------|---------|

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|------------|----------------|----------------|----------------|---------------|------------------|-------------------|

Confidential

NOVAVAX_NANDKUMAR_00000573

Statement for Account ███████████

04/01/21 - 04/30/21

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| | | | | | | |

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

page 33 of 36

Confidential

NOVAVAX_NANDKUMAR_00000574

**Statement for Account** ███████████

04/01/21 - 04/30/21

### Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| BUY   NOVAVAX INC COM | Margin | NVAX | 2,000 | 239.76 | 04/29/21 | 05/03/21 | (479,520.00) |

page 34 of 36

Confidential

NOVAVAX_NANDKUMAR_00000575

**Statement for Account** ██████████
04/01/21 - 04/30/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| SELL NOVAVAX INC COM | Margin | NVAX | 2,000- | 244.2655 | 04/30/21 | 05/04/21 | 488,528.27 |
| BUY NOVAVAX INC COM | Margin | NVAX | 1,193 | 236.7498 | 04/30/21 | 05/04/21 | (282,442.51) |

**page 35 of 36**

Confidential

NOVAVAX_NANDKUMAR_00000576

**Statement for Account** █████████████

04/01/21 - 04/30/21

## Trades Pending Settlement

| Investment Description | | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|---|
| BUY | NOVAVAX INC COM | Margin | NVAX | 214 | 236.63 | 04/30/21 | 05/04/21 | (50,638.82) |
| BUY | NOVAVAX INC COM | Margin | NVAX | 301 | 236.61 | 04/30/21 | 05/04/21 | (71,219.61) |
| BUY | NOVAVAX INC COM | Margin | NVAX | 2 | 236.58 | 04/30/21 | 05/04/21 | (473.16) |
| BUY | NOVAVAX INC COM | Margin | NVAX | 275 | 236.57 | 04/30/21 | 05/04/21 | (65,056.75) |
| BUY | NOVAVAX INC COM | Margin | NVAX | 15 | 236.55 | 04/30/21 | 05/04/21 | (3,548.25) |

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

Confidential

NOVAVAX_NANDKUMAR_00000577



PO BOX 2577
OMAHA NE 68103-2577

NUGGEHALLI B NANDKUMAR

# Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets.[1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month.[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at   http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** Rule 607 of Regulation NMS requires broker-dealers to disclose, upon opening a new customer account and on an annual basis thereafter: (i) its policies regarding receipt of payment for order flow, including a statement as to whether any payment for order flow is received for routing customer orders and a detailed description of the nature of the compensation received; and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions.

The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker dealers, exchanges and alternative trading systems for execution). Compensation generally is in the form of a per share or per contract cash payment. The potential for receipt of order flow payment is not a factor in the routing determination. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. In accordance with SEC Rule 606, TD Ameritrade posts quarterly reports that detail the material market centers to which TD Ameritrade routes orders in NMS Securities and TD Ameritrade's material relationships with those market centers. This report is made available at www.tdameritrade.com/historical-606-disclosure.page or in written form upon request. As required under SEC Rule 606(b)(1), on request, TD Ameritrade will provide the identity of the market center to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders. This applies to both held and not held order flow.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement occurs when an order is executed at a price that is more favorable than the displayed national best bid or offer.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 05/21

NOVAVAX_NANDKUMAR_00000418



800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account**
NUGGEHALLI B NANDKUMAR

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Margin Loan | | | | | | | |
| Insrd Dep Acct (IDA) | | | | | | | |
| Money Market | | | | | | | |
| Short Balance | | | | | | | |
| Stocks | | | | | | | |
| Short Stocks | | | | | | | |
| Fixed Income | | | | | | | |
| Options | | | | | | | |
| Short Options | | | | | | | |
| Mutual Funds | | | | | | | |
| Other | | | | | | | |
| **Total** | | | | | | | |
| **Margin Equity** | | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | | |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | | |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | | | |

## Performance Summary

| | |
|---|---|
| **Cost Basis As Of - 05/31/21 ** | |
| Unrealized Gains | |
| Unrealized Losses | |
| Funds Deposited/(Disbursed)[YTD] | |
| Income/(Expense)[YTD] | |
| Securities Received/(Delivered)[YTD] | |

**\*\*To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.**

Confidential

NOVAVAX_NANDKUMAR_00000419

Statement for Account ▮▮▮▮▮▮▮▮▮

05/01/21 - 05/31/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| **DEBITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | | |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Partnership Distributions | | |
| Qualified Dividends | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/<br>CUSIP | Quantity | Current<br>Price | Market<br>Value | Purchase<br>Date | Cost<br>Basis | Average<br>Cost | Unrealized<br>Gain(Loss) | Estimated<br>Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

page 2 of 54

Confidential

NOVAVAX_NANDKUMAR_00000420

Statement for Account ███████████

05/01/21 - 05/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| Stocks - Margin | | | | | | | | | | |

page 3 of 54

Confidential

NOVAVAX_NANDKUMAR_00000421

**Statement for Account** ██████████
05/01/21 - 05/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| NOVAVAX INC COM | NVAX | 3,000 | 147.62 | 442,860.00 | 05/25/21 | 979,660.91 | 326.55 | (536,800.91) | - | - |

page 4 of 54

Confidential

NOVAVAX_NANDKUMAR_00000422

Statement for Account ▮▮▮▮▮▮▮
05/01/21 - 05/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| ████████████████████████████████████████████████████████████████████████████████████████████████ | | | | | | | | | | |

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| DEBITS | | | |
| Electronic Transfer | 05/13/2021 | WIRE FUNDS WIRE SENT 05/13/2021 12:09:22 | ████ |
| *Subtotal* | | | |
| TOTAL | | | |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| ████████████████████████████████████████████████████████████████████████████████████████████████ | | | | | | | | | |

**page 5 of 54**

Confidential

NOVAVAX_NANDKUMAR_00000423

**Statement for Account** ███████████

05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 6 of 54

Confidential

NOVAVAX_NANDKUMAR_00000424

**Statement for Account** ▮▮▮▮▮▮▮▮
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/29/21 | 05/03/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 2,000 | 239.76 | (479,520.00) | (6,408,516.68) |

page 7 of 54

Confidential

NOVAVAX_NANDKUMAR_00000425

Statement for Account ███████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000426

**Statement for Account** ███████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/30/21 | 05/04/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 2.73 | NVAX | 2,000- | 244.2655 | 488,528.27 | (6,125,657.16) |
| 04/30/21 | 05/04/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,193 | 236.7498 | (282,442.51) | (6,408,099.67) |
| 04/30/21 | 05/04/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 214 | 236.63 | (50,638.82) | (6,458,738.49) |
| 04/30/21 | 05/04/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 301 | 236.61 | (71,219.61) | (6,529,958.10) |
| 04/30/21 | 05/04/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 2 | 236.58 | (473.16) | (6,530,431.26) |
| 04/30/21 | 05/04/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 275 | 236.57 | (65,056.75) | (6,595,488.01) |
| 04/30/21 | 05/04/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 15 | 236.55 | (3,548.25) | (6,599,036.26) |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 2,500 | 228.3916 | (570,979.00) | (7,241,414.76) |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 300 | 203.99 | (61,197.00) | (6,967,894.42) |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 203.98 | (20,398.00) | (6,988,292.42) |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 25 | 203.96 | (5,099.00) | (6,993,391.42) |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 300 | 203.9399 | (61,181.97) | (7,054,573.39) |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 203.93 | (20,393.00) | (7,074,966.39) |

Confidential

NOVAVAX_NANDKUMAR_00000427

**Statement for Account** ██████████
05/01/21 - 05/31/21

<div align="center">Account Activity</div>

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 200 | 203.91 | (40,782.00) | (7,115,748.39) |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 203.89 | (20,389.00) | (7,136,137.39) |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 188 | 203.8104 | (38,316.36) | (7,174,453.75) |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 46 | 203.8103 | (9,375.27) | (7,183,829.02) |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 200 | 203.81 | (40,762.00) | (7,224,591.02) |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 203.775 | (20,377.50) | (7,244,968.52) |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 200 | 203.7675 | (40,753.50) | (7,285,722.02) |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 141 | 203.615 | (28,709.72) | (7,314,431.74) |

Confidential

NOVAVAX_NANDKUMAR_00000428

**Statement for Account** █████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000429

**Statement for Account** ███████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 12 of 54

Confidential

NOVAVAX_NANDKUMAR_00000430

**Statement for Account** ████████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000431

**Statement for Account** █████████████

05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 14 of 54

Confidential

NOVAVAX_NANDKUMAR_00000432

**Statement for Account** ▇▇▇▇▇▇▇
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 15 of 54**

Confidential

NOVAVAX_NANDKUMAR_00000433

**Statement for Account** ▊▊▊▊▊▊
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000434

**Statement for Account** ▮▮▮▮▮▮▮
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000435

**Statement for Account** ████████████

05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 18 of 54**

Confidential

NOVAVAX_NANDKUMAR_00000436

**Statement for Account** ▮▮▮▮▮▮▮▮
05/01/21 - 05/31/21

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Account Activity** | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 05/10/21 | 05/12/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | | NVAX | 2,500 | 161.07 | (402,675.00) | (4,862,555.93) |

**page 19 of 54**

Confidential

NOVAVAX_NANDKUMAR_00000437

**Statement for Account**

05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 20 of 54

Confidential

NOVAVAX_NANDKUMAR_00000438

**Statement for Account** ▓▓▓▓▓▓
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/11/21 | 05/13/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 4.11 | NVAX | 5,000- | 137.8001 | 688,996.39 | (8,828,528.46) |
| 05/11/21 | 05/13/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 5.74 | NVAX | 7,000- | 137.4001 | 961,794.96 | (7,866,733.50) |
| 05/11/21 | 05/13/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.69 | NVAX | 2,000- | 141.7501 | 283,498.51 | (7,909,425.86) |

**page 21 of 54**

Confidential

NOVAVAX_NANDKUMAR_00000439

**Statement for Account** ███████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000440

**Statement for Account** ███████

05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000441

**Statement for Account** █████████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/12/21 | 05/14/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 2.36 | NVAX | 3,000- | 130.6129 | 391,836.34 | (8,103,398.62) |

**page 24 of 54**

Confidential

NOVAVAX_NANDKUMAR_00000442

**Statement for Account** ███████████

05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000443

**Statement for Account** ███████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 26 of 54**

Confidential

NOVAVAX_NANDKUMAR_00000444

Statement for Account ▇▇▇▇▇▇▇▇
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

**page 27 of 54**

Confidential

NOVAVAX_NANDKUMAR_00000445

**Statement for Account** ▮▮▮▮▮▮▮▮
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000446

**Statement for Account** ▮▮▮▮▮▮▮▮
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000447

**Statement for Account** [redacted]

05/01/21 - 05/31/21

**Account Activity**

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Statement for Account ▆▆▆▆▆▆▆
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000449

**Statement for Account** ▮▮▮▮▮▮▮▮
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 32 of 54

Confidential

NOVAVAX_NANDKUMAR_00000450

**Statement for Account** ███████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 33 of 54

Confidential

NOVAVAX_NANDKUMAR_00000451

**Statement for Account** ▮▮▮▮▮▮▮
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 34 of 54

Confidential

NOVAVAX_NANDKUMAR_00000452

Statement for Account ▮▮▮▮▮▮

05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 35 of 54

Confidential

NOVAVAX_NANDKUMAR_00000453

**Statement for Account** ▮▮▮▮▮▮▮▮▮
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 36 of 54

Confidential

NOVAVAX_NANDKUMAR_00000454

**Statement for Account** ▮▮▮▮▮▮▮
05/01/21 - 05/31/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/19/21 | 05/21/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 141.215 | (141,215.00) | (3,775,803.18) |

page 37 of 54

Confidential

NOVAVAX_NANDKUMAR_00000455

**Statement for Account** ▮▮▮▮▮▮▮
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 38 of 54

Confidential

NOVAVAX_NANDKUMAR_00000456

**Statement for Account**▮▮▮▮▮
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/20/21 | 05/24/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.44 | NVAX | 511- | 145.626 | 74,414.45 | (3,106,337.02) |
| 05/20/21 | 05/24/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.42 | NVAX | 489- | 145.569 | 71,182.82 | (3,035,154.20) |

Confidential

NOVAVAX_NANDKUMAR_00000457

**Statement for Account** ███████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 40 of 54

Confidential

NOVAVAX_NANDKUMAR_00000458

Statement for Account ██████████
05/01/21 - 05/31/21

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Account Activity** | | | | |
| 05/21/21 | 05/25/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 144.415 | (144,415.00) | (2,832,494.53) |
| 05/21/21 | 05/25/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 2,000 | 143.0796 | (286,159.20) | (3,118,653.73) |

**page 41 of 54**

NOVAVAX_NANDKUMAR_00000459

Statement for Account▮▮▮▮▮▮▮▮
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/24/21 | 05/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.73 | NVAX | 2,000- | 146.2747 | 292,547.67 | (3,615,665.00) |
| 05/24/21 | 05/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.87 | NVAX | 1,000- | 148.005 | 148,004.13 | (3,467,660.87) |

Confidential

NOVAVAX_NANDKUMAR_00000460

**Statement for Account** ███████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 43 of 54**

Confidential

NOVAVAX_NANDKUMAR_00000461

**Statement for Account** ▮▮▮▮▮▮▮▮
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 44 of 54

Confidential

NOVAVAX_NANDKUMAR_00000462

**Statement for Account** ▮▮▮▮▮▮▮▮
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 45 of 54

Confidential

NOVAVAX_NANDKUMAR_00000463

Statement for Account ███████████

05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/25/21 | 05/27/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 2,000 | 147.7382 | (295,476.40) | (2,032,254.26) |
| 05/25/21 | 05/27/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 145.265 | (145,265.00) | (2,177,519.26) |

Confidential

NOVAVAX_NANDKUMAR_00000464

**Statement for Account** █████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 47 of 54

Confidential

NOVAVAX_NANDKUMAR_00000465

**Statement for Account** ████████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 48 of 54**

Confidential

NOVAVAX_NANDKUMAR_00000466

Statement for Account ████████

05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000467

**Statement for Account** ███████████
05/01/21 - 05/31/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000468

**Statement for Account** ▮▮▮▮▮▮▮▮▮

05/01/21 - 05/31/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|

**page 51 of 54**

Confidential

NOVAVAX_NANDKUMAR_00000469

Statement for Account ▮▮▮▮▮▮▮▮

05/01/21 - 05/31/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|

page 52 of 54

Confidential

NOVAVAX_NANDKUMAR_00000470

**Statement for Account** ████████

05/01/21 - 05/31/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| SELL    NOVAVAX INC COM | Margin | NVAX | 2,000- | 153.335 | 05/28/21 | 06/02/21 | 306,668.20 |

Confidential

NOVAVAX_NANDKUMAR_00000471

**Statement for Account** ███████████

05/01/21 - 05/31/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| ███████████████████████████████████████████████████████████████████████████████████████████ | | | | | | | |

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

**STATEMENT OF FINANCIAL CONDITION**
The most recent statement of financial condition for TD Ameritrade Clearing, Inc. may be obtained at no cost, via the Internet at http://www.tdameritrade.com/financialstatement.html or by contacting TD Ameritrade Clearing, Inc. at 1-800-669-3900. As of March 31, 2021, TD Ameritrade Clearing, Inc. had net capital and a net capital requirement of $4.8 billion and $924 million, respectively. A copy of the report and comments is currently available for customers' inspection at the principal office of TD Ameritrade Clearing, Inc. in Omaha Nebraska.

Confidential

NOVAVAX_NANDKUMAR_00000472

 PO BOX 2577
OMAHA NE 68103-2577

NUGGEHALLI B NANDKUMAR



## Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month.[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

[1] Due to rounding adjustments, the statement details may not equal the statement totals.
[2] Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** Rule 607 of Regulation NMS requires broker-dealers to disclose, upon opening a new customer account and on an annual basis thereafter: (i) its policies regarding receipt of payment for order flow, including a statement as to whether any payment for order flow is received for routing customer orders and a detailed description of the nature of the compensation received; and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions.

The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker dealers, exchanges and alternative trading systems for execution). Compensation generally is in the form of a per share or per contract cash payment. The potential for receipt of order flow payment is not a factor in the routing determination. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. In accordance with SEC Rule 606, TD Ameritrade posts quarterly reports that detail the material market centers to which TD Ameritrade routes orders in NMS Securities and TD Ameritrade's material relationships with those market centers. This report is made available at www.tdameritrade.com/historical-606-disclosure.page or in written form upon request. As required under SEC Rule 606(b)(1), on request, TD Ameritrade will provide the identity of the market center to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders. This applies to both held and not held order flow.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement occurs when an order is executed at a price that is more favorable than the displayed national best bid or offer.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 05/21

NOVAVAX_NANDKUMAR_00000082

 **Ameritrade**

Statement Reporting Period:
06/01/21 - 06/30/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account**
NUGGEHALLI B NANDKUMAR

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Margin Loan | | | | | | | |
| Insrd Dep Acct (IDA) | | | | | | | |
| Money Market | | | | | | | |
| Short Balance | | | | | | | |
| Stocks | | | | | | | |
| Short Stocks | | | | | | | |
| Fixed Income | | | | | | | |
| Options | | | | | | | |
| Short Options | | | | | | | |
| Mutual Funds | | | | | | | |
| Other | | | | | | | |
| **Total** | | | | | | | |
| **Margin Equity** | | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | | |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | | |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | | | |

## Performance Summary

| | |
|---|---|
| **Cost Basis As Of - 06/30/21 ** | |
| Unrealized Gains | |
| Unrealized Losses | |
| Funds Deposited/(Disbursed)[YTD] | |
| Income/(Expense)[YTD] | |
| Securities Received/(Delivered)[YTD] | |

**\*\*To view realized gains and losses for your account, login at
www.tdameritrade.com and visit My Account > Cost Basis.**

Confidential

NOVAVAX_NANDKUMAR_00000083

**Statement for Account** ▮▮▮▮▮▮▮
06/01/21 - 06/30/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **DEBITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | | |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Foreign Dividend Tax Withheld | | |
| Partnership Distributions | | |
| Qualified Dividends | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

page 2 of 59

NOVAVAX_NANDKUMAR_00000084

Statement for Account ████████

06/01/21 - 06/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|

**Stocks - Margin**

page 3 of 59

Confidential

NOVAVAX_NANDKUMAR_00000085

Statement for Account ███████████

06/01/21 - 06/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| Stocks - Margin | | | | | | | | | | |

page 4 of 59

Confidential

NOVAVAX_NANDKUMAR_00000086

**Statement for Account**
06/01/21 - 06/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|

**Stocks - Margin**

Confidential

NOVAVAX_NANDKUMAR_00000087

**Statement for Account** ███████████

06/01/21 - 06/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|

page 6 of 59

Confidential

NOVAVAX_NANDKUMAR_00000088

**Statement for Account** ███████████
06/01/21 - 06/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

**Total Stocks**

**Total Margin Account**

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **CREDITS** | | | |
| Electronic Transfer | ███████ | | █████ |
| *Subtotal* | | | |
| **TOTAL** | | | |

page 7 of 59

Confidential

NOVAVAX_NANDKUMAR_00000089

**Statement for Account** ███████████
06/01/21 - 06/30/21

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** |

**Account Activity**

page 8 of 59

Confidential

NOVAVAX_NANDKUMAR_00000090

**Statement for Account** ████████████

06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 9 of 59**

Confidential

NOVAVAX_NANDKUMAR_00000091

Statement for Account [redacted]

06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/27/21 | 06/01/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 2,000 | 150.86 | (301,720.00) | (4,399,943.20) |

page 10 of 59

Confidential

NOVAVAX_NANDKUMAR_00000092

**Statement for Account** ███████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 11 of 59

Confidential

NOVAVAX_NANDKUMAR_00000093

**Statement for Account** ███████████

06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/28/21 | 06/02/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.80 | NVAX | 2,000- | 153.335 | 306,668.20 | (6,087,081.95) |

Confidential

NOVAVAX_NANDKUMAR_00000094

**Statement for Account** ███████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000095

**Statement for Account** ████████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 14 of 59

Confidential

NOVAVAX_NANDKUMAR_00000096

**Statement for Account** ▮▮▮▮▮▮▮▮
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 15 of 59

Confidential

NOVAVAX_NANDKUMAR_00000097

**Statement for Account** ▮▮▮▮▮▮▮
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000098

**Statement for Account** █████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 17 of 59

Confidential

NOVAVAX_NANDKUMAR_00000099

**Statement for Account** ▮▮▮▮▮▮▮▮▮

06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 18 of 59**

Confidential

NOVAVAX_NANDKUMAR_00000100

**Statement for Account** ████████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000101

**Statement for Account** ▮▮▮▮▮▮▮▮▮
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000102

**Statement for Account** █████████

06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000103

**Statement for Account** ████████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000104

**Statement for Account** █████████

06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 23 of 59

Confidential

NOVAVAX_NANDKUMAR_00000105

**Statement for Account** ████████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000106

**Statement for Account** ██████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 25 of 59**

Confidential

NOVAVAX_NANDKUMAR_00000107

**Statement for Account** ████████████

06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000108

**Statement for Account** ███████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|------------------------------|-------------|---------------|----------|-------|--------|---------|

Confidential

NOVAVAX_NANDKUMAR_00000109

**Statement for Account** ███████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 28 of 59**

Confidential

NOVAVAX_NANDKUMAR_00000110

**Statement for Account** ▮▮▮▮▮▮▮▮
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000111

**Statement for Account** █████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000112

**Statement for Account** ███████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 31 of 59

Confidential

NOVAVAX_NANDKUMAR_00000113

**Statement for Account** ███████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/14/21 | 06/16/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 3.62 | NVAX | 3,000- | 213.1698 | 639,505.78 | (7,751,484.95) |

Confidential

NOVAVAX_NANDKUMAR_00000114

**Statement for Account**
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 33 of 59

Confidential

NOVAVAX_NANDKUMAR_00000115

**Statement for Account** ███████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000116

**Statement for Account** ███████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000117

**Statement for Account** ███████████

06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000118

**Statement for Account** ████████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 37 of 59

Confidential

NOVAVAX_NANDKUMAR_00000119

**Statement for Account** ████████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/15/21 | 06/17/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 3,000 | 186.58 | (559,740.00) | (6,471,170.62) |

page 38 of 59

Confidential

NOVAVAX_NANDKUMAR_00000120

**Statement for Account** ▮▮▮▮▮▮▮▮
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 39 of 59**

Confidential

NOVAVAX_NANDKUMAR_00000121

Statement for Account ███████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/17/21 | 06/21/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 3.12 | NVAX | 3,000- | 180.6741 | 542,019.18 | (4,501,234.38) |

Confidential

NOVAVAX_NANDKUMAR_00000122

**Statement for Account** ▇▇▇▇▇▇▇
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 41 of 59

Confidential

NOVAVAX_NANDKUMAR_00000123

**Statement for Account** ███████████
06/01/21 - 06/30/21

| | | | | Account Activity | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |

page 42 of 59

Confidential

NOVAVAX_NANDKUMAR_00000124

**Statement for Account** ██████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 43 of 59**

Confidential

NOVAVAX_NANDKUMAR_00000125

Statement for Account ▮▮▮▮▮▮▮▮
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|------------------------------|-------------|---------------|----------|-------|--------|---------|

**page 44 of 59**

Confidential

NOVAVAX_NANDKUMAR_00000126

**Statement for Account** ▮▮▮▮▮▮▮▮
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|------------------------------|-------------|---------------|----------|-------|--------|---------|

page 45 of 59

Confidential

NOVAVAX_NANDKUMAR_00000127

**Statement for Account** █████████

06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|-----------------------------|-------------|---------------|----------|-------|--------|---------|

page 46 of 59

Confidential

NOVAVAX_NANDKUMAR_00000128

**Statement for Account** ███████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000129

**Statement for Account** ███████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 48 of 59**

Confidential

NOVAVAX_NANDKUMAR_00000130

**Statement for Account** ███████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 49 of 59

Confidential

NOVAVAX_NANDKUMAR_00000131

**Statement for Account** ███████████

06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000132

**Statement for Account** ▇▇▇▇▇▇▇
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/23/21 | 06/25/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 2,000 | 189.20 | (378,400.00) | (6,750,840.37) |

**page 51 of 59**

Confidential

NOVAVAX_NANDKUMAR_00000133

**Statement for Account** ████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000134

Statement for Account████████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000135

**Statement for Account** ███████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000136

**Statement for Account** ██████████
06/01/21 - 06/30/21

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | | |
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity*** | **Description** | | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | **Balance** |
| 06/28/21 | 06/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.12 | | NVAX | 995- | 196.092 | 195,110.42 | (9,475,844.44) |
| 06/28/21 | 06/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM | | NVAX | 5- | 196.09 | 980.45 | (9,474,863.99) |

**page 55 of 59**

Confidential

NOVAVAX_NANDKUMAR_00000137

**Statement for Account** ▮▮▮▮▮▮

06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/28/21 | 06/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.02 | NVAX | 20- | 196.43 | 3,928.58 | (9,334,333.51) |
| 06/28/21 | 06/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.07 | NVAX | 60- | 196.42 | 11,785.13 | (9,322,548.38) |
| 06/28/21 | 06/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.03 | NVAX | 920- | 196.4142 | 180,700.03 | (9,141,848.35) |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

page 56 of 59

Confidential

NOVAVAX_NANDKUMAR_00000138

**Statement for Account** ███████

06/01/21 - 06/30/21

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| | | | | | | |

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

page 57 of 59

Confidential

NOVAVAX_NANDKUMAR_00000139

**Statement for Account** ▮▮▮▮▮▮▮▮
06/01/21 - 06/30/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| BUY   NOVAVAX INC COM | Margin | NVAX | 1,000 | 211.365 | 06/30/21 | 07/02/21 | (211,365.00) |

page 58 of 59

Confidential

NOVAVAX_NANDKUMAR_00000140

**Statement for Account** ██████████

06/01/21 - 06/30/21

## Important Information

**BREAKPOINTS**

Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

**STATEMENT OF FINANCIAL CONDITION**

The most recent statement of financial condition for TD Ameritrade Clearing, Inc. may be obtained at no cost, via the Internet at http://www.tdameritrade.com/financialstatement.html or by contacting TD Ameritrade Clearing, Inc. at 1-800-669-3900. As of March 31, 2021, TD Ameritrade Clearing, Inc. had net capital and a net capital requirement of $4.8 billion and $924 million, respectively. A copy of the report and comments is currently available for customers' inspection at the principal office of TD Ameritrade Clearing, Inc. in Omaha Nebraska.

**FINRA INFORMATION**

Required Annual FINRA Information: Investors may request disclosable background information on any U.S. licensed broker or broker-dealer via FINRA's BrokerCheck, a free online tool. Visit brokercheck.finra.org. Additionally, FINRA has a brochure which describes the BrokerCheck program. You may request this brochure either through the FINRA web site www.finra.org or by calling (800) 289-9999, the BrokerCheck Hotline Number.

**EXCESS BANK CHANGE AND FDIC INSURED DEPOSIT ACCOUNT ("IDA") ELIGIBILITY CHANGES**

The following changes have been made to the TD Ameritrade FDIC Insured Deposit Account Sweep Program.

Effective June 30, 2021:

- ∞ **Excess Bank Change** –TD Ameritrade has changed the "Excess Bank" for the IDA Sweep Program from TD Bank USA, N.A. to Charles Schwab Bank, SSB. This change will not impact the level of your available FDIC insurance.  The list of Program Banks, including "the Excess Bank" can be found on our website at tdameritrade.com/idaprogrambanks.

Effective July 1, 2021:

- ∞ **Cross Border Cash Eligibility Change** – Brokerage accounts held by clients who reside outside of the United States and its territories are no longer eligible for the IDA Sweep Feature.  Going forward, accounts enrolled in the IDA Sweep Feature that move out of the United States and its territories will be moved to the TD Ameritrade Cash Feature. *TD Ameritrade will provide at least 30 days' advance written notice for changes to an account cash feature.*

- ∞ **IDA Asset Eligibility Change** – Other than managed accounts or retirement accounts, retail brokerage accounts with assets less than $50,000 are not automatically eligible for the IDA Sweep Feature.  TD Ameritrade may change the cash feature for these accounts from the IDA Sweep Feature to the TD Ameritrade Cash Feature.   *TD Ameritrade will provide at least 30 days' advance written notice for changes to an account cash feature.*

**No action is required.**  For more information, please refer to the Cash Features Program section in your Client Agreement.

**page 59 of 59**

Confidential

NOVAVAX_NANDKUMAR_00000141

 PO BOX 2577
OMAHA NE 68103-2577

NUGGEHALLI B NANDKUMAR



EXHIBIT
12  8/1/23

Confidential   NOVAVAX_NANDKUMAR_00000198

# Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month.[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** Rule 607 of Regulation NMS requires broker-dealers to disclose, upon opening a new customer account and on an annual basis thereafter: (i) its policies regarding receipt of payment for order flow, including a statement as to whether any payment for order flow is received for routing customer orders and a detailed description of the nature of the compensation received; and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions.

The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker dealers, exchanges and alternative trading systems for execution). Compensation generally is in the form of a per share or per contract cash payment. The potential for receipt of order flow payment is not a factor in the routing determination. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. In accordance with SEC Rule 606, TD Ameritrade posts quarterly reports that detail the material market centers to which TD Ameritrade routes orders in NMS Securities and TD Ameritrade's material relationships with those market centers. This report is made available at www.tdameritrade.com/historical-606-disclosure.page or in written form upon request. As required under SEC Rule 606(b)(1), on request, TD Ameritrade will provide the identity of the market center to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders. This applies to both held and not held order flow.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement occurs when an order is executed at a price that is more favorable than the displayed national best bid or offer.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 05/21

NOVAVAX_NANDKUMAR_00000199



**Statement Reporting Period:**
07/01/21 - 07/31/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account** ▮▮▮▮▮▮▮
NUGGEHALLI B NANDKUMAR

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | | |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | | |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | | | |

## Performance Summary

| | |
|---|---|
| **Cost Basis As Of - 07/31/21 \*\*** | |
| Unrealized Gains | |
| Unrealized Losses | |
| Funds Deposited/(Disbursed)$^{YTD}$ | |
| Income/(Expense)$^{YTD}$ | |
| Securities Received/(Delivered)$^{YTD}$ | |

**\*\*To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.**

Confidential

NOVAVAX_NANDKUMAR_00000200

**Statement for Account #** ▮▮▮▮▮▮▮▮
07/01/21 - 07/31/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **DEBITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | | |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Foreign Dividend Tax Withheld | | |
| Partnership Distributions | | |
| Qualified Dividends | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

page 2 of 28

Confidential

NOVAVAX_NANDKUMAR_00000201

**Statement for Account** ███████████
07/01/21 - 07/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|

**Stocks - Margin**

page 3 of 28

Confidential

NOVAVAX_NANDKUMAR_00000202

**Statement for Account**

07/01/21 - 07/31/21

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|

**Account Positions**

**Stocks - Margin**

page 4 of 28

Confidential

NOVAVAX_NANDKUMAR_00000203

**Statement for Account** ▮▮▮▮▮▮
07/01/21 - 07/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| NOVAVAX INC COM | NVAX | 5,000 | 179.33 | 896,650.00 | 06/30/21 | 1,739,599.25 | 347.92 | (842,949.25) | - | - |

page 5 of 28

Confidential

NOVAVAX_NANDKUMAR_00000204

**Statement for Account** ▮▮▮▮▮▮▮▮
07/01/21 - 07/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| | | | |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

page 6 of 28

Confidential

NOVAVAX_NANDKUMAR_00000205

**Statement for Account** ████████████
07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 7 of 28

Confidential

NOVAVAX_NANDKUMAR_00000206

**Statement for Account** ▮▮▮▮▮▮▮▮

07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/30/21 | 07/02/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 211.365 | (211,365.00) | (9,131,456.14) |
| 07/01/21 | 07/06/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 213.7129 | (213,712.90) | (10,236,319.94) |

Confidential

NOVAVAX_NANDKUMAR_00000207

**Statement for Account** █████████
07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|------------------------------|-------------|---------------|----------|-------|--------|---------|

Confidential

NOVAVAX_NANDKUMAR_00000208

**Statement for Account** ████████████
07/01/21 - 07/31/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | **Balance** |
| 07/07/21 | 07/09/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 900 | 212.9462 | (191,651.58) | (10,305,012.13) |
| 07/07/21 | 07/09/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 212.865 | (21,286.50) | (10,326,298.63) |

Confidential

NOVAVAX_NANDKUMAR_00000209

**Statement for Account** ▮▮▮▮▮▮▮▮
07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000210

**Statement for Account** ▮▮▮▮▮▮▮▮
07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 12 of 28**

Confidential

NOVAVAX_NANDKUMAR_00000211

**Statement for Account** ██████████
07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 13 of 28

Confidential

NOVAVAX_NANDKUMAR_00000212

**Statement for Account** ███████████

07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000213

**Statement for Account** ████████████

07/01/21 - 07/31/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | **Balance** |

page 15 of 28

Confidential

NOVAVAX_NANDKUMAR_00000214

**Statement for Account** ████████████
07/01/21 - 07/31/21

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance | |
| 07/13/21 | 07/15/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 60 | 184.186 | (11,051.16) | (8,193,090.84) | |
| 07/13/21 | 07/15/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 40 | 184.18 | (7,367.20) | (8,200,458.04) | |
| 07/13/21 | 07/15/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 900 | 184.16 | (165,744.00) | (8,366,202.04) | |

Confidential

NOVAVAX_NANDKUMAR_00000215

**Statement for Account** ███████████
07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 17 of 28

Confidential

NOVAVAX_NANDKUMAR_00000216

**Statement for Account** ███████████
07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000217

Statement for Account █████████████
07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 19 of 28**

Confidential

NOVAVAX_NANDKUMAR_00000218

**Statement for Account** ███████████
07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 20 of 28

Confidential

NOVAVAX_NANDKUMAR_00000219

**Statement for Account** ▮▮▮▮▮▮▮▮

07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 21 of 28**

Confidential

NOVAVAX_NANDKUMAR_00000220

**Statement for Account** ███████████
07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000221

**Statement for Account** ▉▉▉▉▉▉
07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 23 of 28

Confidential

NOVAVAX_NANDKUMAR_00000222

**Statement for Account** █████████████
07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000223

**Statement for Account** ▮▮▮▮▮▮▮
07/01/21 - 07/31/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 07/27/21 | 07/29/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 178.04 | (178,040.00) | (9,486,221.40) |

page 25 of 28

Confidential

NOVAVAX_NANDKUMAR_00000224

**Statement for Account** ▮▮▮▮▮▮▮▮

07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000225

**Statement for Account** ███████████

07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000226

**Statement for Account** ▮▮▮▮▮▮▮▮
07/01/21 - 07/31/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| BUY    NOVAVAX INC COM | Margin | NVAX | 1,000 | 183.9507 | 07/29/21 | 08/02/21 | (183,950.70) |

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

Confidential

NOVAVAX_NANDKUMAR_00000227

 **Ameritrade** PO BOX 2577
OMAHA NE 68103-2577

NUGGEHALLI B NANDKUMAR

**EXHIBIT**

13  8/1/23

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** Rule 607 of Regulation NMS requires broker-dealers to disclose, upon opening a new customer account and on an annual basis thereafter: (i) its policies regarding receipt of payment for order flow, including a statement as to whether any payment for order flow is received for routing customer orders and a detailed description of the nature of the compensation received; and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions.

The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker dealers, exchanges and alternative trading systems for execution). Compensation generally is in the form of a per share or per contract cash payment. The potential for receipt of order flow payment is not a factor in the routing determination. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. In accordance with SEC Rule 606, TD Ameritrade posts quarterly reports that detail the material market centers to which TD Ameritrade routes orders in NMS Securities and TD Ameritrade's material relationships with those market centers. This report is made available at www.tdameritrade.com/historical-606-disclosure.page or in written form upon request. As required under SEC Rule 606(b)(1), on request, TD Ameritrade will provide the identity of the market center to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders. This applies to both held and not held order flow.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement occurs when an order is executed at a price that is more favorable than the displayed national best bid or offer.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1)　Tell us your name and account number.
(2)　Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3)　Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 05/21

NOVAVAX_NANDKUMAR_00000009

 **Ameritrade**

**Statement Reporting Period:**
08/01/21 - 08/31/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account** ▮▮▮▮
NUGGEHALLI B NANDKUMAR


## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Margin Loan | ▮▮▮▮ | | | - | $ - | - | |
| Insrd Dep Acct (IDA) | - | - | - | - | - | - | |
| Money Market | - | - | - | - | - | - | Margin |
| Short Balance | - | - | - | - | - | - | Loan |
| Stocks | ▮▮▮▮ | | | | | | 22.0% |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | Stocks |
| **Total** | ▮▮▮▮ | | | | | | 78.0% |
| **Margin Equity** | ▮▮▮▮ | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | ▮▮▮▮ | |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | ▮▮▮▮ | |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | ▮▮▮▮ | | |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | | | |

## Performance Summary

| | |
|---|---|
| Cost Basis As Of - 08/31/21 ** | ▮▮▮▮ |
| Unrealized Gains | |
| Unrealized Losses | |
| Funds Deposited/(Disbursed)[YTD] | |
| Income/(Expense)[YTD] | |
| Securities Received/(Delivered)[YTD] | |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

Confidential

NOVAVAX_NANDKUMAR_00000010

**Statement for Account** ████████
08/01/21 - 08/31/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **DEBITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | | |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Foreign Dividend Tax Withheld | | |
| Partnership Distributions | | |
| Qualified Dividends | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

Confidential

NOVAVAX_NANDKUMAR_00000011

**Statement for Account** ███████████
08/01/21 - 08/31/21

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Account Positions**

**Stocks - Margin**

page 3 of 28

Confidential

NOVAVAX_NANDKUMAR_00000012

Statement for Account ▮▮▮▮▮▮
08/01/21 - 08/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| NOVAVAX INC COM | NVAX | 15,000 | 238.54 | 3,578,100.00 | 07/01/21 | 3,820,903.29 | 254.73 | (242,803.29) | - | - |
| **Total Stocks** | | | | $21,222,883.04 | | $19,158,553.71 | | $2,064,329.33 | $406,162.84 | 1.9% |
| **Total Margin Account** | | | | $21,222,883.04 | | $19,158,553.71 | | $2,064,329.33 | $406,162.84 | 1.9% |

**page 4 of 28**

Confidential

**Statement for Account** ▓▓▓▓▓▓▓
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | |
| 07/29/21 | 08/02/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 183.9507 | (183,950.70) | (9,656,469.98) |

Confidential

NOVAVAX_NANDKUMAR_00000014

Statement for Account ███████████
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 6 of 28

Confidential

NOVAVAX_NANDKUMAR_00000015

**Statement for Account** ███████████
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 7 of 28

Confidential

NOVAVAX_NANDKUMAR_00000016

**Statement for Account** ▮▮▮▮▮▮▮▮
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 8 of 28

NOVAVAX_NANDKUMAR_00000017

**Statement for Account** ▮▮▮▮▮▮▮
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 9 of 28

NOVAVAX_NANDKUMAR_00000018

**Statement for Account** ████████████
08/01/21 - 08/31/21

| Account Activity | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |

Confidential

NOVAVAX_NANDKUMAR_00000019

**Statement for Account** ▮▮▮▮▮▮▮▮

08/01/21 - 08/31/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | **Balance** |
| 08/06/21 | 08/10/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 195.7132 | (195,713.20) | (4,215,956.89) |
| 08/06/21 | 08/10/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 202.195 | (202,195.00) | (4,418,151.89) |
| 08/06/21 | 08/10/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 2,000 | 189.6487 | (379,297.40) | (5,628,755.79) |

Confidential

NOVAVAX_NANDKUMAR_00000020

**Statement for Account** ████████████
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 12 of 28

Confidential

NOVAVAX_NANDKUMAR_00000021

**Statement for Account** ▮▮▮▮▮▮▮
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 13 of 28

Confidential

NOVAVAX_NANDKUMAR_00000022

Statement for Account ███████████

08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000023

**Statement for Account** ███████████
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000024

Statement for Account ███████████
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 16 of 28**

Confidential

NOVAVAX_NANDKUMAR_00000025

**Statement for Account** ▮▮▮▮▮▮▮
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 17 of 28

Confidential

NOVAVAX_NANDKUMAR_00000026

**Statement for Account** ███████████
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000027

**Statement for Account** ████████
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000028

**Statement for Account** ▮▮▮▮▮▮▮▮
08/01/21 - 08/31/21

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 08/24/21 | 08/26/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 2,000 | 240.60 | (481,200.00) | (7,552,223.62) |
| | | | | | | | | | |
| 08/24/21 | 08/26/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 3,000 | 232.69 | (698,070.00) | (8,047,210.32) |

**page 20 of 28**

Confidential

NOVAVAX_NANDKUMAR_00000029

Statement for Account

08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 6.79 | NVAX | 5,000- | 242.5801 | 1,212,893.71 | (6,187,696.92) |

page 21 of 28

Confidential

NOVAVAX_NANDKUMAR_00000030

**Statement for Account** ▉▉▉▉▉▉▉▉

08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 22 of 28**

Confidential

NOVAVAX_NANDKUMAR_00000031

**Statement for Account** ████████████
08/01/21 - 08/31/21

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | | |
| Trade<br>Date | Settle<br>Date | Acct<br>Type | Transaction/<br>Cash Activity* | Description | Symbol/<br>CUSIP | Quantity | Price | Amount | Balance | |

| Trade Date | Settle Date | Acct Type | Transaction/Cash Activity* | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/26/21 | 08/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 3,600 | 230.405 | (829,458.00) | (4,864,326.29) |
| 08/26/21 | 08/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,348 | 230.2402 | (310,363.79) | (5,174,690.08) |
| 08/26/21 | 08/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 52 | 230.21 | (11,970.92) | (5,186,661.00) |

**page 23 of 28**

Confidential

NOVAVAX_NANDKUMAR_00000032

**Statement for Account** ███████████
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000033

**Statement for Account** ▉▉▉▉▉▉▉
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 08/01/21 | | | | | | |
| 08/02/21 | | | | | | |
| 08/03/21 | | | | | | |
| 08/05/21 | | | | | | |
| 08/06/21 | | | | | | |
| 08/09/21 | | | | | | |
| 08/10/21 | | | | | | |
| 08/11/21 | | | | | | |
| 08/12/21 | | | | | | |
| 08/13/21 | | | | | | |
| 08/16/21 | | | | | | |

Confidential

NOVAVAX_NANDKUMAR_00000034

**Statement for Account** ███████

08/01/21 - 08/31/21

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 08/17/21 | | | | | | |
| 08/18/21 | | | | | | |
| 08/19/21 | | | | | | |
| 08/20/21 | | | | | | |
| 08/23/21 | | | | | | |
| 08/24/21 | | | | | | |
| 08/25/21 | | | | | | |
| 08/26/21 | | | | | | |
| 08/27/21 | | | | | | |
| 08/30/21 | | | | | | |
| 08/31/21 | | | | | | |
| **Total Interest Income/(Expen** | | | | | | |

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| SELL NOVAVAX INC COM | Margin | NVAX | 24- | 235.25 | 08/30/21 | 09/01/21 | 5,645.96 |
| SELL NOVAVAX INC COM | Margin | NVAX | 100- | 235.17 | 08/30/21 | 09/01/21 | 23,516.87 |

Confidential

NOVAVAX_NANDKUMAR_00000035

**Statement for Account** ▓▓▓▓▓▓▓
08/01/21 - 08/31/21

## Trades Pending Settlement

| Investment Description | | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|---|
| SELL | NOVAVAX INC COM | Margin | NVAX | 100- | 235.14 | 08/30/21 | 09/01/21 | 23,513.87 |
| SELL | NOVAVAX INC COM | Margin | NVAX | 100- | 235.10 | 08/30/21 | 09/01/21 | 23,509.87 |
| SELL | NOVAVAX INC COM | Margin | NVAX | 4,676- | 235.01 | 08/30/21 | 09/01/21 | 1,098,900.60 |
| BUY | NOVAVAX INC COM | Margin | NVAX | 5,000 | 235.5799 | 08/31/21 | 09/02/21 | (1,177,899.50) |

Confidential

NOVAVAX_NANDKUMAR_00000036

**Statement for Account** ████████████

08/01/21 - 08/31/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

Confidential

NOVAVAX_NANDKUMAR_00000037



Ameritrade   PO BOX 2577
OMAHA NE 68103-2577

NUGGEHALLI B NANDKUMAR

█████████████



EXHIBIT

14  8/1/23

Confidential                                                                    NOVAVAX_NANDKUMAR_00000228

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** Rule 607 of Regulation NMS requires broker-dealers to disclose, upon opening a new customer account and on an annual basis thereafter: (i) its policies regarding receipt of payment for order flow, including a statement as to whether any payment for order flow is received for routing customer orders and a detailed description of the nature of the compensation received; and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions.

The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker dealers, exchanges and alternative trading systems for execution). Compensation generally is in the form of a per share or per contract cash payment. The potential for receipt of order flow payment is not a factor in the routing determination. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. In accordance with SEC Rule 606, TD Ameritrade posts quarterly reports that detail the material market centers to which TD Ameritrade routes orders in NMS Securities and TD Ameritrade's material relationships with those market centers. This report is made available at www.tdameritrade.com/historical-606-disclosure.page or in written form upon request. As required under SEC Rule 606(b)(1), on request, TD Ameritrade will provide the identity of the market center to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders. This applies to both held and not held order flow.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement occurs when an order is executed at a price that is more favorable than the displayed national best bid or offer.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 05/21



800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account** ███████████
NUGGEHALLI B NANDKUMAR



## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |

## Cash Activity Summary

| | Current | YTD |
| --- | --- | --- |
| **Opening Balance** | | |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | | |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
| --- | --- | --- | --- |
| **Income** | | | |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | | | |

## Performance Summary

| | |
| --- | --- |
| **Cost Basis As Of - 09/30/21 \*\*** | |
| Unrealized Gains | |
| Unrealized Losses | |
| Funds Deposited/(Disbursed)YTD | |
| Income/(Expense)YTD | |
| Securities Received/(Delivered)YTD | |

**\*\*To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.**

Confidential

NOVAVAX_NANDKUMAR_00000230

**Statement for Account** ████████████

09/01/21 - 09/30/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **DEBITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | | |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Foreign Dividend Tax Withheld | | |
| Partnership Distributions | | |
| Qualified Dividends | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**page 2 of 43**

Confidential

NOVAVAX_NANDKUMAR_00000231

**Statement for Account** █████████

09/01/21 - 09/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

page 3 of 43

Confidential

NOVAVAX_NANDKUMAR_00000232

**Statement for Account** ████████████
09/01/21 - 09/30/21

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|

**Stocks - Margin**

**page 4 of 43**

Confidential

NOVAVAX_NANDKUMAR_00000233

**Statement for Account** ▮▮▮▮▮▮▮▮

09/01/21 - 09/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| NOVAVAX INC COM | NVAX | 15,000 | 207.31 | 3,109,650.00 | 07/07/21 | 3,725,675.62 | 248.38 | (616,025.62) | - | - |

Confidential

NOVAVAX_NANDKUMAR_00000234

Statement for Account ███████████
09/01/21 - 09/30/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity\*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | **Balance** |
| 08/30/21 | 09/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.04 | NVAX | 24- | 235.25 | 5,645.96 | (6,721,570.43) |
| 08/30/21 | 09/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.13 | NVAX | 100- | 235.17 | 23,516.87 | (6,698,053.56) |
| 08/30/21 | 09/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.13 | NVAX | 100- | 235.14 | 23,513.87 | (6,674,539.69) |
| 08/30/21 | 09/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.13 | NVAX | 100- | 235.10 | 23,509.87 | (6,651,029.82) |
| 08/30/21 | 09/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 6.16 | NVAX | 4,676- | 235.01 | 1,098,900.60 | (5,552,129.22) |

**page 6 of 43**

Confidential

NOVAVAX_NANDKUMAR_00000235

**Statement for Account** ███████████

09/01/21 - 09/30/21

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/31/21 | 09/02/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 5,000 | 235.5799 | (1,177,899.50) | (6,729,168.72) |

Confidential

NOVAVAX_NANDKUMAR_00000236

**Statement for Account** ▮▮▮▮▮▮▮
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000237

**Statement for Account** ▉▉▉▉▉▉
09/01/21 - 09/30/21

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | | |

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 09/01/21 | 09/03/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 7.06 | NVAX | 5,000- | 253.52 | 1,267,592.94 | (6,785,026.31) |

Confidential

NOVAVAX_NANDKUMAR_00000238

**Statement for Account** ▮▮▮▮▮▮▮▮▮▮

09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000239

**Statement for Account** ▮▮▮▮▮▮▮▮

09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 4,800 | 247.82 | (1,189,536.00) | (7,800,489.81) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 51 | 247.48 | (12,621.48) | (7,813,111.29) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 247.43 | (24,743.00) | (7,837,854.29) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 49 | 247.35 | (12,120.15) | (7,849,974.44) |

page 11 of 43

Confidential

NOVAVAX_NANDKUMAR_00000240

**Statement for Account** ███████████

09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 742 | 246.33 | (182,776.86) | (8,715,238.81) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 246.30 | (24,630.00) | (8,739,868.81) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 79 | 246.26 | (19,454.54) | (8,759,323.35) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 10 | 246.25 | (2,462.50) | (8,761,785.85) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 246.23 | (24,623.00) | (8,786,408.85) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 246.22 | (24,622.00) | (8,811,030.85) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 149 | 246.21 | (36,685.29) | (8,847,716.14) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 246.20 | (24,620.00) | (8,872,336.14) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 44 | 246.16 | (10,831.04) | (8,883,167.18) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 22 | 246.15 | (5,415.30) | (8,888,582.48) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 246.10 | (24,610.00) | (8,913,192.48) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 552 | 245.9999 | (135,791.94) | (9,048,984.42) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 55 | 245.99 | (13,529.45) | (9,062,513.87) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 245.97 | (24,597.00) | (9,087,110.87) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 245.96 | (24,596.00) | (9,111,706.87) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 106 | 245.9199 | (26,067.51) | (9,137,774.38) |

**page 12 of 43**

NOVAVAX_NANDKUMAR_00000241

**Statement for Account** ███████████

09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1 | 245.91 | (245.91) | (9,138,020.29) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 40 | 245.86 | (9,834.40) | (9,147,854.69) |
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 4.45 | NVAX | 3,000- | 267.41 | 802,225.55 | (7,936,697.48) |
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.65 | NVAX | 1,115- | 266.53 | 297,179.30 | (7,639,518.18) |
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.01 | NVAX | 5- | 266.20 | 1,330.99 | (7,638,187.19) |
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.15 | NVAX | 100- | 266.08 | 26,607.85 | (7,611,579.34) |
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.06 | NVAX | 40- | 266.07 | 10,642.74 | (7,600,936.60) |
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.14 | NVAX | 100- | 266.06 | 26,605.86 | (7,574,330.74) |
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.95 | NVAX | 640- | 266.0501 | 170,271.11 | (7,404,059.63) |

page 13 of 43

Confidential

NOVAVAX_NANDKUMAR_00000242

**Statement for Account** ███████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 14 of 43

Confidential

NOVAVAX_NANDKUMAR_00000243

**Statement for Account** ▌▌▌▌▌▌▌▌▌
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.01 | NVAX | 5- | 266.50 | 1,332.49 | (6,298,978.88) |
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 3.69 | NVAX | 2,495- | 266.4542 | 664,799.54 | (5,634,179.34) |

page 15 of 43

Confidential

NOVAVAX_NANDKUMAR_00000244

**Statement for Account** ███████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000245

**Statement for Account** ▮▮▮▮▮▮▮▮
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 17 of 43

Confidential

NOVAVAX_NANDKUMAR_00000246

**Statement for Account** ███████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|----------------------------|-------------|---------------|----------|-------|--------|---------|

**page 18 of 43**

Confidential

NOVAVAX_NANDKUMAR_00000247

**Statement for Account** ███████████
09/01/21 - 09/30/21

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 19 of 43

Confidential

NOVAVAX_NANDKUMAR_00000248

**Statement for Account** ███████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000249

**Statement for Account** ███████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 2,353 | 257.65 | (606,250.45) | (3,536,519.72) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 400 | 257.64 | (103,056.00) | (3,639,575.72) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 257.63 | (25,763.00) | (3,665,338.72) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 164 | 257.62 | (42,249.68) | (3,707,588.40) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 257.58 | (25,758.00) | (3,733,346.40) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 257.57 | (25,757.00) | (3,759,103.40) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 115 | 257.569 | (29,620.44) | (3,788,723.84) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 40 | 257.56 | (10,302.40) | (3,799,026.24) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 200 | 257.55 | (51,510.00) | (3,850,536.24) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 15 | 257.54 | (3,863.10) | (3,854,399.34) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 16 | 257.53 | (4,120.48) | (3,858,519.82) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 19 | 257.50 | (4,892.50) | (3,863,412.32) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 2 | 257.46 | (514.92) | (3,863,927.24) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 9 | 257.40 | (2,316.60) | (3,866,243.84) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 119 | 257.39 | (30,629.41) | (3,896,873.25) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 98 | 257.38 | (25,223.24) | (3,922,096.49) |

Confidential

NOVAVAX_NANDKUMAR_00000250

Statement for Account ███████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 20 | 257.37 | (5,147.40) | (3,927,243.89) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 257.36 | (25,736.00) | (3,952,979.89) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 40 | 257.35 | (10,294.00) | (3,963,273.89) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 620 | 257.34 | (159,550.80) | (4,122,824.69) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 235 | 257.33 | (60,472.55) | (4,183,297.24) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 15 | 257.30 | (3,859.50) | (4,187,156.74) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 120 | 257.29 | (30,874.80) | (4,218,031.54) |

Confidential

NOVAVAX_NANDKUMAR_00000251

**Statement for Account** ███████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 23 of 43**

Confidential

**Statement for Account** ▮▮▮▮▮▮▮▮▮
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 24 of 43

Confidential

NOVAVAX_NANDKUMAR_00000253

**Statement for Account** ███████████
09/01/21 - 09/30/21

| Account Activity | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |

page 25 of 43

Confidential

NOVAVAX_NANDKUMAR_00000254

Statement for Account

09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 26 of 43

Confidential

NOVAVAX_NANDKUMAR_00000255

**Statement for Account** ████████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 27 of 43

Confidential

**Statement for Account** ███████████

09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 28 of 43

Confidential

NOVAVAX_NANDKUMAR_00000257

**Statement for Account** ▮▮▮▮▮▮▮▮
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|------------------------------|-------------|---------------|----------|-------|--------|---------|

Confidential

NOVAVAX_NANDKUMAR_00000258

Statement for Account █████████

09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000259

**Statement for Account** ███████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 31 of 43

NOVAVAX_NANDKUMAR_00000260

**Statement for Account**

09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|------------------------------|-------------|---------------|----------|-------|--------|---------|

Confidential

NOVAVAX_NANDKUMAR_00000261

**Statement for Account** ██████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 33 of 43

Confidential

NOVAVAX_NANDKUMAR_00000262

**Statement for Account** █████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 34 of 43

Confidential

NOVAVAX_NANDKUMAR_00000263

**Statement for Account** ▮▮▮▮▮▮▮▮
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 35 of 43

Confidential

NOVAVAX_NANDKUMAR_00000264

**Statement for Account** ▮▮▮▮▮▮▮▮
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 36 of 43

Confidential

NOVAVAX_NANDKUMAR_00000265

**Statement for Account** ███████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 37 of 43**

Confidential

NOVAVAX_NANDKUMAR_00000266

**Statement for Account** ▮▮▮▮▮▮▮▮▮
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 38 of 43**

Confidential

NOVAVAX_NANDKUMAR_00000267

**Statement for Account** ████████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 39 of 43**

Confidential

NOVAVAX_NANDKUMAR_00000268

**Statement for Account** ▮▮▮▮▮▮▮
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|

**page 40 of 43**

Confidential

NOVAVAX_NANDKUMAR_00000269

**Statement for Account** ███████████
09/01/21 - 09/30/21

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000270

**Statement for Account** █████████████
09/01/21 - 09/30/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000271

**Statement for Account** ███████████

09/01/21 - 09/30/21

Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

page 43 of 43

Confidential

NOVAVAX_NANDKUMAR_00000272

 PO BOX 2577
OMAHA NE 68103-2577

NUGGEHALLI B NANDKUMAR

**EXHIBIT**

15  8/1/23

# Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact TD Ameritrade, Inc. and TD Ameritrade Clearing at 800-669-3900 within ten (10) days of your receipt of this statement. To further protect your rights, including rights under the Securities Investor Protection Act (SIPA), any oral statements that you have made should be confirmed to TD Ameritrade and TD Ameritrade Clearing, Inc. in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

[1] Due to rounding adjustments, the statement details may not equal the statement totals.
[2] Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request. 2) Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at  http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** Rule 607 of Regulation NMS requires broker-dealers to disclose, upon opening a new customer account and on an annual basis thereafter: (i) its policies regarding receipt of payment for order flow, including a statement as to whether any payment for order flow is received for routing customer orders and a detailed description of the nature of the compensation received; and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions.

The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker dealers, exchanges and alternative trading systems for execution). Compensation generally is in the form of a per share or per contract cash payment. The potential for receipt of order flow payment is not a factor in the routing determination. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. In accordance with SEC Rule 606, TD Ameritrade posts quarterly reports that detail the material market centers to which TD Ameritrade routes orders in NMS Securities and TD Ameritrade's material relationships with those market centers. This report is made available at www.tdameritrade.com/historical-606-disclosure.page or in written form upon request. As required under SEC Rule 606(b)(1), on request, TD Ameritrade will provide the identity of the market center to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders. This applies to both held and not held order flow.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement occurs when an order is executed at a price that is more favorable than the displayed national best bid or offer.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 10/21

Confidential

NOVAVAX_NANDKUMAR_00000039



800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account** ▮▮▮▮▮▮▮▮▮▮
NUGGEHALLI B NANDKUMAR



## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Margin Loan | | | | | | | |
| Insrd Dep Acct (IDA) | | | | | | | |
| Money Market | | | | | | | |
| Short Balance | | | | | | | |
| Stocks | | | | | | | |
| Short Stocks | | | | | | | |
| Fixed Income | | | | | | | |
| Options | | | | | | | |
| Short Options | | | | | | | |
| Mutual Funds | | | | | | | |
| Other | | | | | | | |
| **Total** | | | | | | | |
| **Margin Equity** | | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | | |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | | |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | | | |

## Performance Summary

**Cost Basis As Of - 10/31/21 \*\***
Unrealized Gains
Unrealized Losses
Funds Deposited/(Disbursed)[YTD]
Income/(Expense)[YTD]
Securities Received/(Delivered)[YTD]

**\*\*To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.**

Confidential

NOVAVAX_NANDKUMAR_00000040

**Statement for Account** ████████████
10/01/21 - 10/31/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **DEBITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | | |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Foreign Dividend Tax Withheld | | |
| Partnership Distributions | | |
| Qualified Dividends | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

page 2 of 41

Confidential

NOVAVAX_NANDKUMAR_00000041

**Statement for Account** ▮▮▮▮▮▮▮▮
10/01/21 - 10/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|

**Stocks - Margin**

Confidential

NOVAVAX_NANDKUMAR_00000042

Statement for Account █████████
10/01/21 - 10/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|

**Stocks - Margin**

Confidential

NOVAVAX_NANDKUMAR_00000043

**Statement for Account** ███████████
10/01/21 - 10/31/21

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account Positions** | | | | | | | | | | |

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

page 5 of 41

Confidential

NOVAVAX_NANDKUMAR_00000044

Statement for Account[REDACTED]
10/01/21 - 10/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| NOVAVAX INC COM | NVAX | 19,000 | 148.83 | 2,827,770.00 | 07/07/21 | 4,257,800.22 | 224.09 | (1,430,030.22) | - | - |

page 6 of 41

Confidential

NOVAVAX_NANDKUMAR_00000045

Statement for Account ███████
10/01/21 - 10/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|

**Stocks - Margin**

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|

**DEBITS**

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**Opening Balance**

Confidential

NOVAVAX_NANDKUMAR_00000046

**Statement for Account** ███████████
10/01/21 - 10/31/21

| Account Activity | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |

page 8 of 41

Confidential

NOVAVAX_NANDKUMAR_00000047

Statement for Account █████████
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000048

**Statement for Account** ███████████
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 10 of 41

Confidential

NOVAVAX_NANDKUMAR_00000049

**Statement for Account** █████████████
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 11 of 41

Confidential

NOVAVAX_NANDKUMAR_00000050

**Statement for Account** ███████████
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000051

**Statement for Account** ███████████
10/01/21 - 10/31/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Account Activity** | | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |

**page 13 of 41**

Confidential

NOVAVAX_NANDKUMAR_00000052

**Statement for Account** ███████████
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000053

**Statement for Account** ███████████
10/01/21 - 10/31/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Account Activity** | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |

page 15 of 41

Confidential

NOVAVAX_NANDKUMAR_00000054

**Statement for Account** ▮▮▮▮▮▮▮▮▮
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 16 of 41**

Confidential

NOVAVAX_NANDKUMAR_00000055

**Statement for Account** ███████████
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000056

**Statement for Account** ▉▉▉▉▉▉▉

10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000057

**Statement for Account** ███████████
10/01/21 - 10/31/21

| Account Activity | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |

page 19 of 41

Confidential

NOVAVAX_NANDKUMAR_00000058

**Statement for Account** ▮▮▮▮▮▮▮▮▮▮
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000059

**Statement for Account** ███████████
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000060

Statement for Account█████████████
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000061

**Statement for Account** <span style="background:black">      </span>
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 23 of 41**

Confidential

**Statement for Account** ███████████
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 24 of 41

Confidential

NOVAVAX_NANDKUMAR_00000063

**Statement for Account** ▮▮▮▮▮▮▮▮
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000064

**Statement for Account** ████████

10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|------------------------------|-------------|---------------|----------|-------|--------|---------|

Confidential

NOVAVAX_NANDKUMAR_00000065

**Statement for Account** ████████████
10/01/21 - 10/31/21

| Account Activity | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |

Confidential

NOVAVAX_NANDKUMAR_00000066

**Statement for Account** ███████████
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000067

**Statement for Account** ███████████
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000068

**Statement for Account** ████████████
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000069

**Statement for Account** ███████████
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000070

**Statement for Account** ▉▉▉▉▉▉
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000071

**Statement for Account** ▮▮▮▮▮▮▮

10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 33 of 41

Confidential

NOVAVAX_NANDKUMAR_00000072

**Statement for Account** ███████████
10/01/21 - 10/31/21

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000073

**Statement for Account**
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000074

**Statement for Account** ███████████
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 36 of 41

Confidential

**Statement for Account** ███████████
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000076

**Statement for Account** ███████████
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|

page 38 of 41

Confidential

NOVAVAX_NANDKUMAR_00000077

**Statement for Account** ███████

10/01/21 - 10/31/21

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|

page 39 of 41

Confidential

NOVAVAX_NANDKUMAR_00000078

**Statement for Account** █████████
10/01/21 - 10/31/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|

page 40 of 41

Confidential

NOVAVAX_NANDKUMAR_00000079

**Statement for Account** ▮▮▮▮▮▮

10/01/21 - 10/31/21

### Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### Important Information

**BREAKPOINTS**

Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

Confidential

NOVAVAX_NANDKUMAR_00000080

 PO BOX 2577
OMAHA NE 68103-2577

NUGGEHALLI B NANDKUMAR



Confidential

NOVAVAX_NANDKUMAR_00000578

## Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets.[1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact TD Ameritrade, Inc. and TD Ameritrade Clearing at 800-669-3900 within ten (10) days of your receipt of this statement. To further protect your rights, including rights under the Securities Investor Protection Act (SIPA), any oral statements that you have made should be confirmed to TD Ameritrade and TD Ameritrade Clearing, Inc. in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request. 2) Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** Rule 607 of Regulation NMS requires broker-dealers to disclose, upon opening a new customer account and on an annual basis thereafter: (i) its policies regarding receipt of payment for order flow, including a statement as to whether any payment for order flow is received for routing customer orders and a detailed description of the nature of the compensation received; and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions.

The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers for execution. Compensation generally is in the form of a per share or per contract cash payment. The potential for receipt of order flow payment is not a factor in the routing determination. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. In accordance with SEC Rule 606, TD Ameritrade posts quarterly reports that detail the material market centers to which TD Ameritrade routes orders in NMS Securities and TD Ameritrade's material relationships with those market centers. This report is made available at www.tdameritrade.com/historical-606-disclosure.page or in written form upon request. As required under SEC Rule 606(b)(1), on request, TD Ameritrade will provide the identity of the market center to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders. This applies to both held and not held order flow.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement occurs when an order is executed at a price that is more favorable than the displayed national best bid or offer.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 10/21

NOVAVAX_NANDKUMAR_00000579



**Statement Reporting Period:**
11/01/21 - 11/30/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account** ▮▮▮▮▮▮▮
NUGGEHALLI B NANDKUMAR



## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | | |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | | |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | | | |

## Performance Summary

| | |
|---|---|
| **Cost Basis As Of - 11/30/21 ** | |
| Unrealized Gains | |
| Unrealized Losses | |
| Funds Deposited/(Disbursed)[YTD] | |
| Income/(Expense)[YTD] | |
| Securities Received/(Delivered)[YTD] | |

**To view realized gains and losses for your account, login at
www.tdameritrade.com and visit My Account > Cost Basis.

page 1 of 40

Confidential

**Statement for Account** ████████████

11/01/21 - 11/30/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **DEBITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | | |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Foreign Dividend Tax Withheld | | |
| Partnership Distributions | | |
| Qualified Dividends | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

page 2 of 40

Confidential

NOVAVAX_NANDKUMAR_00000581

**Statement for Account** ▮▮▮▮▮▮▮▮
11/01/21 - 11/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|

**Stocks - Margin**

page 3 of 40

Confidential

NOVAVAX_NANDKUMAR_00000582

**Statement for Account** █████████████

11/01/21 - 11/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|

**Stocks - Margin**

Confidential

NOVAVAX_NANDKUMAR_00000583

**Statement for Account** ██████████

11/01/21 - 11/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| NOVAVAX INC COM | NVAX | 15,000 | 208.63 | 3,129,450.00 | 09/03/21 | 3,664,991.72 | 244.33 | (535,541.72) | - | - |

page 5 of 40

Confidential

NOVAVAX_NANDKUMAR_00000584

**Statement for Account** ▮▮▮▮▮▮
11/01/21 - 11/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **DEBITS** | | | |
| Electronic Transfer | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| *Subtotal* | | | |
| **TOTAL** | | | |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | ▮▮▮ |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Confidential

NOVAVAX_NANDKUMAR_00000585

**Statement for Account** ██████████
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10/28/21 | 11/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.75 | NVAX | 2,000- | 148.3939 | 296,786.05 | (9,973,719.14) |
| 10/28/21 | 11/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.75 | NVAX | 2,000- | 148.0121 | 296,022.45 | (9,232,502.02) |

**page 7 of 40**

Confidential

NOVAVAX_NANDKUMAR_00000586

**Statement for Account** ███████████
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 8 of 40**

Confidential

NOVAVAX_NANDKUMAR_00000587

Statement for Account

11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 9 of 40**

Statement for Account ███████████
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000589

**Statement for Account** ▮▮▮▮▮▮▮▮
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 11 of 40**

Confidential

NOVAVAX_NANDKUMAR_00000590

**Statement for Account** ████████████
11/01/21 - 11/30/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | **Balance** |

**Account Activity**

page 12 of 40

Confidential

NOVAVAX_NANDKUMAR_00000591

**Statement for Account** ▮▮▮▮▮▮▮▮
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 13 of 40**

Confidential

NOVAVAX_NANDKUMAR_00000592

**Statement for Account** ███████████

11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000593

**Statement for Account** ▮▮▮▮▮▮▮▮▮
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 15 of 40

Confidential

NOVAVAX_NANDKUMAR_00000594

**Statement for Account** ███████████
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|-----------------------------|-------------|---------------|----------|-------|--------|---------|

Confidential

NOVAVAX_NANDKUMAR_00000595

**Statement for Account** ████████████
11/01/21 - 11/30/21

| | | | | | Account Activity | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |

Confidential

NOVAVAX_NANDKUMAR_00000596

**Statement for Account** ███████████
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000597

**Statement for Account**
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000598

Statement for Account ███████████
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000599

**Statement for Account** <span style="background:black">     </span>
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 21 of 40

Confidential

NOVAVAX_NANDKUMAR_00000600

**Statement for Account** ███████████
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000601

**Statement for Account** ██████████
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 23 of 40

Confidential

NOVAVAX_NANDKUMAR_00000602

**Statement for Account** ▮▮▮▮▮▮▮▮▮▮
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000603

**Statement for Account** ████████████

11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000604

**Statement for Account** █████████████
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000605

**Statement for Account** ███████████
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000606

**Statement for Account** ▮▮▮▮▮▮▮▮▮

11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 28 of 40**

Confidential

NOVAVAX_NANDKUMAR_00000607

**Statement for Account** ████████████

11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000608

**Statement for Account** ███████████
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000609

**Statement for Account** █████████
11/01/21 - 11/30/21

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000610

Case 8:21-cv-02910-TDC    Document 122-9    Filed 11/13/23    Page 371 of 415

**Statement for Account** ███████████
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 32 of 40

NOVAVAX_NANDKUMAR_00000611

**Statement for Account** ▮▮▮▮▮▮▮▮

11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 33 of 40**

Confidential

NOVAVAX_NANDKUMAR_00000612

**Statement for Account** ███████████
11/01/21 - 11/30/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |

**page 34 of 40**

Confidential

NOVAVAX_NANDKUMAR_00000613

**Statement for Account** ████████████
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000614

**Statement for Account** ▮▮▮▮▮▮▮▮
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| | | | | | | |

Confidential

NOVAVAX_NANDKUMAR_00000615

Statement for Account █████████
11/01/21 - 11/30/21

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| | | | | | | |

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Confidential

NOVAVAX_NANDKUMAR_00000616

**Statement for Account # 784-175504**

11/01/21 - 11/30/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| BUY    NOVAVAX INC COM | Margin | NVAX | 2,000 | 198.6881 | 11/29/21 | 12/01/21 | (397,376.20) |

Confidential

NOVAVAX_NANDKUMAR_00000617

Statement for Account # 784-175504

11/01/21 - 11/30/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|

page 39 of 40

Confidential

NOVAVAX_NANDKUMAR_00000618

**Statement for Account # 784-175504**
11/01/21 - 11/30/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| SELL NOVAVAX INC COM | Margin | NVAX | 2,000- | 209.98 | 11/30/21 | 12/02/21 | 419,957.62 |

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

Confidential

NOVAVAX_NANDKUMAR_00000619



PO BOX 2577
OMAHA NE 68103-2577

NUGGEHALLI B NANDKUMAR

NOVAVAX_NANDKUMAR_00000620

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month.[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact TD Ameritrade, Inc. and TD Ameritrade Clearing at 800-669-3900 within ten (10) days of your receipt of this statement. To further protect your rights, including rights under the Securities Investor Protection Act (SIPA), any oral statements that you have made should be confirmed to TD Ameritrade and TD Ameritrade Clearing, Inc. in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

[1] Due to rounding adjustments, the statement details may not equal the statement totals.
[2] Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request. 2) Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** Rule 607 of Regulation NMS requires broker-dealers to disclose, upon opening a new customer account and on an annual basis thereafter: (i) its policies regarding receipt of payment for order flow, including a statement as to whether any payment for order flow is received for routing customer orders and a detailed description of the nature of the compensation received; and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions.

The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker dealers, exchanges and alternative trading systems for execution). Compensation generally is in the form of a per share or per contract cash payment. The potential for receipt of order flow payment is not a factor in the routing determination. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. In accordance with SEC Rule 606, TD Ameritrade posts quarterly reports that detail the material market centers to which TD Ameritrade routes orders in NMS Securities and TD Ameritrade's material relationships with those market centers. This report is made available at www.tdameritrade.com/historical-606-disclosure.page or in written form upon request. As required under SEC Rule 606(b)(1), on request, TD Ameritrade will provide the identity of the market center to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders. This applies to both held and not held order flow.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement occurs when an order is executed at a price that is more favorable than the displayed national best bid or offer.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 10/21



800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account** ▮▮▮▮▮▮▮
NUGGEHALLI B NANDKUMAR



## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Margin Loan | | | | | | | |
| Insrd Dep Acct (IDA) | | | | | | | |
| Money Market | | | | | | | |
| Short Balance | | | | | | | |
| Stocks | | | | | | | |
| Short Stocks | | | | | | | |
| Fixed Income | | | | | | | |
| Options | | | | | | | |
| Short Options | | | | | | | |
| Mutual Funds | | | | | | | |
| Other | | | | | | | |
| **Total** | | | | | | | |
| **Margin Equity** | | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | | |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | | |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | | | |

## Performance Summary

| | |
|---|---|
| **Cost Basis As Of - 12/31/21 \*\*** | |
| Unrealized Gains | |
| Unrealized Losses | |
| Funds Deposited/(Disbursed)$^{YTD}$ | |
| Income/(Expense)$^{YTD}$ | |
| Securities Received/(Delivered)$^{YTD}$ | |

**\*\*To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.**

Confidential

NOVAVAX_NANDKUMAR_00000622

**Statement for Account** ████████████
12/01/21 - 12/31/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **DEBITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | | |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Foreign Dividend Tax Withheld | | |
| Partnership Distributions | | |
| Qualified Dividends | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

page 2 of 34

Confidential

NOVAVAX_NANDKUMAR_00000623

Statement for Account ▐

12/01/21 - 12/31/21

| | Account Positions | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |

**Stocks - Margin**

page 3 of 34

Confidential

NOVAVAX_NANDKUMAR_00000624

Statement for Account ▇▇▇▇▇▇
12/01/21 - 12/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| NOVAVAX INC COM | NVAX | 10,000 | 143.07 | 1,430,700.00 | 09/03/21 | 2,374,308.03 | 237.43 | (943,608.03) | - | - |

| | |
|---|---|
| **Total Stocks** | |
| **Total Margin Account** | |

page 4 of 34

Confidential

NOVAVAX_NANDKUMAR_00000625

**Statement for Account** ▓▓▓▓▓▓▓
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | | |

Confidential

NOVAVAX_NANDKUMAR_00000626

**Statement for Account** ▮▮▮▮▮▮▮▮
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000627

Statement for Account ███████████
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 7 of 34

Confidential

NOVAVAX_NANDKUMAR_00000628

**Statement for Account** ▮▮▮▮▮▮▮
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/30/21 | 12/02/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 2.38 | NVAX | 2,000- | 209.98 | 419,957.62 | (9,064,139.54) |

**page 8 of 34**

Confidential

NOVAVAX_NANDKUMAR_00000629

**Statement for Account** ███████████

12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/21 | 12/03/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,999 | 202.84 | (405,477.16) | (10,872,315.35) |
| 12/01/21 | 12/03/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1 | 202.77 | (202.77) | (10,872,518.12) |

Confidential

NOVAVAX_NANDKUMAR_00000630

Statement for Account███████████
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/21 | 12/03/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 2,000 | 193.3032 | (386,606.40) | (10,387,216.93) |

Confidential

NOVAVAX_NANDKUMAR_00000631

**Statement for Account** █████████████

12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 11 of 34

Confidential

NOVAVAX_NANDKUMAR_00000632

**Statement for Account**
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000633

**Statement for Account** ███████████
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 13 of 34

Confidential

NOVAVAX_NANDKUMAR_00000634

**Statement for Account**
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000635

**Statement for Account**

12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000636

**Statement for Account** ███████████
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 16 of 34**

Confidential

NOVAVAX_NANDKUMAR_00000637

Statement for Account ███████████
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 17 of 34

Confidential

NOVAVAX_NANDKUMAR_00000638

**Statement for Account** ▮▮▮▮▮▮
12/01/21 - 12/31/21

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000639

**Statement for Account** ▮▮▮▮▮▮▮▮
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 19 of 34

Confidential

**Statement for Account** ███████████

12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|------------------------------|-------------|---------------|----------|-------|--------|---------|

Confidential

NOVAVAX_NANDKUMAR_00000641

**Statement for Account** ▮▮▮▮▮▮▮▮
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 21 of 34

Confidential

NOVAVAX_NANDKUMAR_00000642

**Statement for Account** ▮▮▮▮▮▮▮
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|------------------------------|-------------|---------------|----------|-------|--------|---------|

Confidential

NOVAVAX_NANDKUMAR_00000643

**Statement for Account** ████████████
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 23 of 34

Confidential

NOVAVAX_NANDKUMAR_00000644

**Statement for Account** ▮▮▮▮▮▮▮▮▮

12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 24 of 34

Confidential

NOVAVAX_NANDKUMAR_00000645

Statement for Account ▮▮▮▮▮▮▮
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 25 of 34

Confidential

NOVAVAX_NANDKUMAR_00000646

**Statement for Account** ████████████
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Confidential

NOVAVAX_NANDKUMAR_00000647

**Statement for Account** ███████████
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000648

**Statement for Account** ▮▮▮▮▮▮▮▮▮
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000649

Statement for Account ████████████
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000650

**Statement for Account** ████████████████
12/01/21 - 12/31/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Account Activity** | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 12/27/21 | 12/29/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.92 | NVAX | 1,000- | 157.47 | 157,469.08 | (8,113,390.55) |

Confidential

NOVAVAX_NANDKUMAR_00000651

**Statement for Account** ███████████

12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/28/21 | 12/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.94 | NVAX | 1,000- | 160.00 | 159,999.06 | (8,560,778.20) |
| 12/28/21 | 12/30/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.93 | NVAX | 1,000- | 158.65 | 158,649.07 | (8,494,626.58) |

**page 31 of 34**

Confidential

NOVAVAX_NANDKUMAR_00000652

Statement for Account █████████
12/01/21 - 12/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 12/29/21 | 12/31/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.76 | NVAX | 2,000- | 149.21 | 298,418.24 | (7,636,709.50) |
| 12/29/21 | 12/31/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.79 | NVAX | 2,000- | 152.35 | 304,698.21 | (7,332,011.29) |
| 12/29/21 | 12/31/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.81 | NVAX | 2,000- | 153.50 | 306,998.19 | (7,025,013.10) |

**page 32 of 34**

Confidential

NOVAVAX_NANDKUMAR_00000653

**Statement for Account** ███████

12/01/21 - 12/31/21

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000654

**Statement for Account** █████████

12/01/21 - 12/31/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Important Information

<u>**BREAKPOINTS**</u>
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

<u>**CALIFORNIA RESIDENTS**</u>
If your total payments of interest and interest-dividends on Federally Tax-Exempt non-California municipal bonds were $10 or greater and you or your Partnership had a California address then TD Ameritrade will report this information to the California Franchise Tax Board each tax year per state statute.

<u>**ANNUAL MARGIN DISCLOSURE**</u>
Securities purchased on margin are the firm's collateral for the loan to you. If the securities in your account decline in value, so does the value of the collateral supporting your loan. As a result, the firm may take action, such as issuing a margin call and/or selling securities or other assets in any of your accounts held with TD Ameritrade, in order to maintain the required equity in the account.

It is important that you fully understand the risks involved in trading securities on margin. These risks include the following:    **You can lose more funds than you deposit in the margin account. The firm can force the sale of securities or other assets in your account(s) are liquidated or sold to meet a margin call. The firm can increase its "house" maintenance requirements at any time and is not required to provide you advance written notice. You are not entitled to an extension of time on a margin call.**

Confidential

NOVAVAX_NANDKUMAR_00000655