# EXHIBIT I

 PO BOX 2577
OMAHA NE 68103-2577

SHAWN NAND KUMAR

Confidential    NOVAVAX_NANDKUMAR_00000656

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA, N.A., both affiliates of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services orother independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available,TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal

Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T) :** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker-dealers, exchanges and alternative trading systems (including electronic communications networks)) for execution. Compensation generally is in the form of a per share or per contract cash payment. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. TD Ameritrade posts SEC Rule 606 quarterly reports that include order routing disclosures at www.tdameritrade.com. A written copy is available upon request. In addition, on request, TD Ameritrade will provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1)  Tell us your name and account number.
(2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3)  Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 12/18

NOVAVAX_NANDKUMAR_00000657

 **Ameritrade**

Statement Reporting Period:
03/01/21 - 03/31/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC.
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account** ███████████
SHAWN NAND KUMAR
███████████████████

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | | |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | | |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | | | |

## Performance Summary

| Cost Basis As Of - 03/31/21 ** | |
|---|---|
| Unrealized Gains | |
| Unrealized Losses | |
| Funds Deposited/(Disbursed)[YTD] | |
| Income/(Expense)[YTD] | |
| Securities Received/(Delivered)[YTD] | |

**\*\*To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.**

page 1 of 7

Confidential

NOVAVAX_NANDKUMAR_00000658

**Statement for Account** ■■■■■■■
03/01/21 - 03/31/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | ■ | ■ |
| *Subtotal* | | |
| **DEBITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | ■ | ■ |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Qualified Dividends | | |
| IDA Interest | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

Confidential

NOVAVAX_NANDKUMAR_00000659

**Statement for Account** ▮▮▮▮▮▮▮▮▮

03/01/21 - 03/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000660

Statement for Account ███████████
03/01/21 - 03/31/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| Trade<br>Date | Settle<br>Date | Acct<br>Type | Transaction/<br>Cash Activity* | Description | Symbol/<br>CUSIP | Quantity | Price | Amount | Balance |
| **Opening Balance** | | | | | | | | | █████ |
| 03/02/21 | 03/04/21 | Margin | Buy - Securities Purchased | NOVAVAX INC<br>COM | NVAX | 106 | 219.05 | (23,219.30) | (876,924.55) |
| 03/02/21 | 03/04/21 | Margin | Buy - Securities Purchased | NOVAVAX INC<br>COM | NVAX | 53 | 219.0472 | (11,609.50) | (888,534.05) |
| 03/02/21 | 03/04/21 | Margin | Buy - Securities Purchased | NOVAVAX INC<br>COM | NVAX | 141 | 219.03 | (30,883.23) | (919,417.28) |
| 03/02/21 | 03/04/21 | Margin | Buy - Securities Purchased | NOVAVAX INC<br>COM | NVAX | 100 | 218.81 | (21,881.00) | (941,298.28) |
| 03/02/21 | 03/04/21 | Margin | Buy - Securities Purchased | NOVAVAX INC<br>COM | NVAX | 100 | 218.73 | (21,873.00) | (963,171.28) |

**page 4 of 7**

Confidential

NOVAVAX_NANDKUMAR_00000661

**Statement for Account** ▓▓▓▓▓▓▓
03/01/21 - 03/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/04/21 | 03/08/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.04 | NVAX | 1,000- | 180.85 | 180,848.96 | (1,145,304.56) |

page 5 of 7

Confidential

NOVAVAX_NANDKUMAR_00000662

**Statement for Account** ████████

03/01/21 - 03/31/21

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | | **Balance** |

**Closing Balance** ($1,376,501.39)

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

page 6 of 7

Confidential

NOVAVAX_NANDKUMAR_00000663

**Statement for Account** ▮▮▮▮▮▮
03/01/21 - 03/31/21

| | | | TD Ameritrade Cash Interest Credit/Expense | | | |
|---|---|---|---|---|---|---|
| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints. For more information on waiver eligibility, please refer to the fund prospectus.

**FINRA INFORMATION**
Required Annual FINRA Information: Investors may request disclosable background information on any U.S. licensed broker or broker-dealer via FINRA's BrokerCheck, a free online tool. Visit brokercheck.finra.org. Additionally, FINRA has a brochure which describes the BrokerCheck program. You may request this brochure either through the FINRA web site www.finra.org or by calling (800) 289-9999, the BrokerCheck Hotline Number.

Confidential

NOVAVAX_NANDKUMAR_00000664

 PO BOX 2577
OMAHA NE 68103-2577

SHAWN NAND KUMAR

NOVAVAX_NANDKUMAR_00000665

# Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Two of the Program Banks are TD Bank, N.A. and TD Bank USA, N.A., both affiliates of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services orother independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal

Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T) :** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker-dealers, exchanges and alternative trading systems (including electronic communications networks)) for execution. Compensation generally is in the form of a per share or per contract cash payment. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. TD Ameritrade posts SEC Rule 606 quarterly reports that include order routing disclosures at www.tdameritrade.com. A written copy is available upon request. In addition, on request, TD Ameritrade will provide the identity of the venue to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement is available under certain market conditions and for certain order types and we regularly monitor executions to test for such improvement if available.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 12/18

Confidential

NOVAVAX_NANDKUMAR_00000666





**Statement Reporting Period:**
04/01/21 - 04/30/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC.
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account** ▮▮▮▮▮▮▮▮
SHAWN NAND KUMAR
▮▮▮▮▮▮▮▮

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | | |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | | |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | | | |

## Performance Summary

| | |
|---|---|
| **Cost Basis As Of - 04/30/21 \*\*** | |
| Unrealized Gains | |
| Unrealized Losses | |
| Funds Deposited/(Disbursed)$^{YTD}$ | |
| Income/(Expense)$^{YTD}$ | |
| Securities Received/(Delivered)$^{YTD}$ | |

**\*\*To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.**

page 1 of 14

Confidential

NOVAVAX_NANDKUMAR_00000667

**Statement for Account** █████████
04/01/21 - 04/30/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| **DEBITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | | |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Qualified Dividends | | |
| IDA Interest | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

page 2 of 14

Confidential

NOVAVAX_NANDKUMAR_00000668

Statement for Account ███████████

04/01/21 - 04/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| NOVAVAX INC COM | NVAX | 1,000 | 236.93 | 236,930.00 | 04/20/21 | 229,295.03 | 229.30 | 7,634.97 | - | - |

Confidential

NOVAVAX_NANDKUMAR_00000669

**Statement for Account** ███████████
04/01/21 - 04/30/21

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| | | | |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | |

page 4 of 14

Confidential

NOVAVAX_NANDKUMAR_00000670

**Statement for Account** █████████
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 5 of 14

Confidential

**Statement for Account** ▮▮▮▮▮▮▮▮

04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/20/21 | 04/22/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 500 | 203.9368 | (101,968.40) | (1,571,203.11) |

page 6 of 14

Confidential

NOVAVAX_NANDKUMAR_00000672

**Statement for Account** ███████████
04/01/21 - 04/30/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| ████ | | | | | | | | | |
| 04/22/21 | 04/26/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 200 | 204.86 | (40,972.00) | (1,388,370.43) |
| 04/22/21 | 04/26/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 600 | 204.5822 | (122,749.32) | (1,511,119.75) |
| 04/22/21 | 04/26/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 50 | 204.58 | (10,229.00) | (1,521,348.75) |
| 04/22/21 | 04/26/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 50 | 204.56 | (10,228.00) | (1,531,576.75) |
| 04/22/21 | 04/26/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 204.395 | (20,439.50) | (1,552,016.25) |
| ████ | | | | | | | | | |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.21 | NVAX | 1,000- | 214.1201 | 214,118.89 | (1,460,157.16) |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.02 | NVAX | 20- | 214.795 | 4,295.88 | (1,455,861.28) |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.01 | NVAX | 5- | 214.74 | 1,073.69 | (1,454,787.59) |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM | NVAX | 1- | 214.73 | 214.73 | (1,454,572.86) |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.12 | NVAX | 100- | 214.639 | 21,463.78 | (1,433,109.08) |
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.04 | NVAX | 32- | 214.62 | 6,867.80 | (1,426,241.28) |

**page 7 of 14**

Confidential

Statement for Account
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/22/21 | 04/26/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.41 | NVAX | 342- | 214.6078 | 73,395.46 | (1,352,845.82) |
| 04/22/21 | 04/26/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 208.9199 | (208,919.90) | (1,884,681.58) |
| 04/23/21 | 04/27/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 207.2399 | (207,239.90) | (1,662,132.83) |

page 8 of 14

Confidential

NOVAVAX_NANDKUMAR_00000674

Statement for Account ███████████

04/01/21 - 04/30/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 04/26/21 | 04/28/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.22 | NVAX | 1,000- | 216.4983 | 216,497.08 | (1,523,468.72) |
| 04/27/21 | 04/29/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.65 | NVAX | 500- | 231.0001 | 115,499.40 | (1,227,015.68) |

**page 9 of 14**

Confidential

NOVAVAX_NANDKUMAR_00000675

**Statement for Account** ▇▇▇▇▇▇▇▇
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/27/21 | 04/29/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.13 | NVAX | 100- | 234.04 | 23,403.87 | (1,474,611.51) |
| 04/27/21 | 04/29/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.13 | NVAX | 100- | 234.02 | 23,401.87 | (1,451,209.64) |
| 04/27/21 | 04/29/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.06 | NVAX | 50- | 234.0164 | 11,700.76 | (1,439,508.88) |

Confidential

NOVAVAX_NANDKUMAR_00000676

**Statement for Account** ███████████
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/28/21 | 04/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 500 | 237.7299 | (118,864.95) | (1,355,101.76) |
| 04/28/21 | 04/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 250 | 237.7835 | (59,445.88) | (1,414,547.64) |

Confidential

NOVAVAX_NANDKUMAR_00000677

**Statement for Account** █████████
04/01/21 - 04/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000678

**Statement for Account** ▮▮▮▮▮▮▮▮

04/01/21 - 04/30/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| BUY   NOVAVAX INC COM | Margin | NVAX | 1,000 | 235.3899 | 04/29/21 | 05/03/21 | (235,389.90) |

page 13 of 14

Confidential

NOVAVAX_NANDKUMAR_00000679

**Statement for Account** ███████████

04/01/21 - 04/30/21

## Important Information

**BREAKPOINTS**

Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

page 14 of 14

Confidential

NOVAVAX_NANDKUMAR_00000680


PO BOX 2577
OMAHA NE 68103-2577

SHAWN NAND KUMAR

# Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month.[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** Rule 607 of Regulation NMS requires broker-dealers to disclose, upon opening a new customer account and on an annual basis thereafter: (i) its policies regarding receipt of payment for order flow, including a statement as to whether any payment for order flow is received for routing customer orders and a detailed description of the nature of the compensation received; and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions.

The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker dealers, exchanges and alternative trading systems for execution). Compensation generally is in the form of a per share or per contract cash payment. The potential for receipt of order flow payment is not a factor in the routing determination. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. In accordance with SEC Rule 606, TD Ameritrade posts quarterly reports that detail the material market centers to which TD Ameritrade routes orders in NMS Securities and TD Ameritrade's material relationships with those market centers. This report is made available at www.tdameritrade.com/historical-606-disclosure.page or in written form upon request. As required under SEC Rule 606(b)(1), on request, TD Ameritrade will provide the identity of the market center to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders. This applies to both held and not held order flow.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement occurs when an order is executed at a price that is more favorable than the displayed national best bid or offer.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 05/21

Confidential

NOVAVAX_NANDKUMAR_00000486



**Statement Reporting Period:**
05/01/21 - 05/31/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC.
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account** ███████████
SHAWN NAND KUMAR
███████████████████

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | | |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | | |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | | | |

## Performance Summary

| | |
|---|---|
| **Cost Basis As Of - 05/31/21 \*\*** | |
| Unrealized Gains | |
| Unrealized Losses | |
| Funds Deposited/(Disbursed)$^{YTD}$ | |
| Income/(Expense)$^{YTD}$ | |
| Securities Received/(Delivered)$^{YTD}$ | |

**\*\*To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.**

page 1 of 20

Confidential

NOVAVAX_NANDKUMAR_00000487

**Statement for Account** ███████████
05/01/21 - 05/31/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | ███ | ███ |
| *Subtotal* | | |
| **DEBITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | ███ | ███ |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Qualified Dividends | | |
| IDA Interest | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

page 2 of 20

Confidential

NOVAVAX_NANDKUMAR_00000488

**Statement for Account** ▓▓▓▓▓▓
05/01/21 - 05/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|

**Stocks - Margin**

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| DEBITS | | | |
| Electronic Transfer | | | |
| *Subtotal* | | | |
| TOTAL | | | |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | |

Regulatory Fee 0.03

page 3 of 20

Confidential

NOVAVAX_NANDKUMAR_00000489

Statement for Account ███████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04/29/21 | 05/03/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 235.3899 | (235,389.90) | (1,882,523.79) |

Confidential

NOVAVAX_NANDKUMAR_00000490

**Statement for Account** ██████████
05/01/21 - 05/31/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Account Activity** | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 132 | 228.7268 | (30,191.94) | (1,508,071.95) |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 137 | 228.72 | (31,334.64) | (1,539,406.59) |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 200 | 228.66 | (45,732.00) | (1,585,138.59) |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 531 | 228.41 | (121,285.71) | (1,706,424.30) |
| 05/03/21 | 05/05/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 203.2782 | (203,278.20) | (1,909,702.50) |

Confidential

NOVAVAX_NANDKUMAR_00000491

**Statement for Account** ███████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 6 of 20**

Confidential

NOVAVAX_NANDKUMAR_00000492

**Statement for Account** ███████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000493

**Statement for Account** ███████

05/01/21 - 05/31/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 05/11/21 | 05/13/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.65 | NVAX | 2,000- | 138.0001 | 275,998.55 | (1,368,411.20) |

page 8 of 20

Confidential

NOVAVAX_NANDKUMAR_00000494

**Statement for Account** ▉▉▉▉▉▉▉

05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/12/21 | 05/14/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.58 | NVAX | 2,000- | 131.0001 | 261,998.62 | (1,136,345.99) |

**page 9 of 20**

Confidential

NOVAVAX_NANDKUMAR_00000495

**Statement for Account** ███████████
05/01/21 - 05/31/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | **Balance** |

Confidential

NOVAVAX_NANDKUMAR_00000496

**Statement for Account** ███████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 11 of 20

Confidential

NOVAVAX_NANDKUMAR_00000497

**Statement for Account** ▇▇▇▇▇▇
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 12 of 20

Confidential

NOVAVAX_NANDKUMAR_00000498

**Statement for Account** ███████████

05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 13 of 20

Confidential

NOVAVAX_NANDKUMAR_00000499

**Statement for Account** ███████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 14 of 20

Confidential

NOVAVAX_NANDKUMAR_00000500

**Statement for Account** ████████

05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000501

**Statement for Account** ████████████████

05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000502

**Statement for Account** █████████████
05/01/21 - 05/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/25/21 | 05/27/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 145.7799 | (145,779.90) | (563,419.66) |

**page 17 of 20**

Confidential

NOVAVAX_NANDKUMAR_00000503

Statement for Account█████████████
05/01/21 - 05/31/21

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/25/21 | 05/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.87 | NVAX | 1,000- | 147.56 | 147,559.13 | (1,017,281.27) |

**page 18 of 20**

Confidential

NOVAVAX_NANDKUMAR_00000504

**Statement for Account** ████████████
05/01/21 - 05/31/21

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| | | | | | | |

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

Confidential

NOVAVAX_NANDKUMAR_00000505

**Statement for Account** ▮▮▮▮▮▮▮

05/01/21 - 05/31/21

## Important information

**STATEMENT OF FINANCIAL CONDITION**
The most recent statement of financial condition for TD Ameritrade Clearing, Inc. may be obtained at no cost, via the Internet at http://www.tdameritrade.com/financialstatement.html or by contacting TD Ameritrade Clearing, Inc. at 1-800-669-3900. As of March 31, 2021, TD Ameritrade Clearing, Inc. had net capital and a net capital requirement of $4.8 billion and $924 million, respectively. A copy of the report and comments is currently available for customers' inspection at the principal office of TD Ameritrade Clearing, Inc. in Omaha Nebraska.

Confidential

NOVAVAX_NANDKUMAR_00000506



PO BOX 2577
OMAHA NE 68103-2577

SHAWN NAND KUMAR

**EXHIBIT**

17  8/1/23

                                                                                          NOVAVAX_NANDKUMAR_00000321

# Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month.[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** Rule 607 of Regulation NMS requires broker-dealers to disclose, upon opening a new customer account and on an annual basis thereafter: (i) its policies regarding receipt of payment for order flow, including a statement as to whether any payment for order flow is received for routing customer orders and a detailed description of the nature of the compensation received; and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions.

The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker dealers, exchanges and alternative trading systems for execution). Compensation generally is in the form of a per share or per contract cash payment. The potential for receipt of order flow payment is not a factor in the routing determination. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. In accordance with SEC Rule 606, TD Ameritrade posts quarterly reports that detail the material market centers to which TD Ameritrade routes orders in NMS Securities and TD Ameritrade's material relationships with those market centers. This report is made available at www.tdameritrade.com/historical-606-disclosure.page or in written form upon request. As required under SEC Rule 606(b)(1), on request, TD Ameritrade will provide the identity of the market center to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders. This applies to both held and not held order flow.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement occurs when an order is executed at a price that is more favorable than the displayed national best bid or offer.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 05/21

NOVAVAX_NANDKUMAR_00000322



**Statement Reporting Period:**
06/01/21 - 06/30/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC.
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account #** ▆▆▆▆▆▆
SHAWN NAND KUMAR
▆▆▆▆▆▆▆▆▆▆

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Margin Loan | | | | | | | |
| Insrd Dep Acct (IDA) | | | | | | | |
| Money Market | | | | | | | |
| Short Balance | | | | | | | |
| Stocks | | | | | | | |
| Short Stocks | | | | | | | |
| Fixed Income | | | | | | | |
| Options | | | | | | | |
| Short Options | | | | | | | |
| Mutual Funds | | | | | | | |
| Other | | | | | | | |
| **Total** | | | | | | | |
| **Margin Equity** | | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | | |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | | |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | | | |

## Performance Summary

| | |
|---|---|
| **Cost Basis As Of - 06/30/21 ** ** | |
| Unrealized Gains | |
| Unrealized Losses | |
| Funds Deposited/(Disbursed)$^{YTD}$ | |
| Income/(Expense)$^{YTD}$ | |
| Securities Received/(Delivered)$^{YTD}$ | |

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

Confidential

NOVAVAX_NANDKUMAR_00000323

**Statement for Account** ██████████
06/01/21 - 06/30/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | ███████ | |
| *Subtotal* | | |
| **DEBITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | ███████ | |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Qualified Dividends | | |
| IDA Interest | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

page 2 of 17

Confidential

NOVAVAX_NANDKUMAR_00000324

**Statement for Account** █████████

06/01/21 - 06/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

page 3 of 17

Confidential

NOVAVAX_NANDKUMAR_00000325

**Statement for Account** ▮▮▮▮▮▮▮▮

06/01/21 - 06/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **CREDITS** | | | |
| Electronic Transfer | | | |
| *Subtotal* | | | |
| **TOTAL** | | | |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 4 of 17

Confidential

NOVAVAX_NANDKUMAR_00000326

**Statement for Account** █████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000327

**Statement for Account** ▮▮▮▮▮▮▮▮
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 6 of 17

Confidential

NOVAVAX_NANDKUMAR_00000328

**Statement for Account** ▮▮▮▮▮▮▮
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 7 of 17**

Confidential

NOVAVAX_NANDKUMAR_00000329

**Statement for Account** ███████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 8 of 17

Confidential

**Statement for Account** ▮▮▮▮▮▮▮▮
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 9 of 17

Confidential

NOVAVAX_NANDKUMAR_00000331

**Statement for Account** ███████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 10 of 17

Confidential

NOVAVAX_NANDKUMAR_00000332

**Statement for Account** ███████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 11 of 17**

Confidential

NOVAVAX_NANDKUMAR_00000333

**Statement for Account** ███████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 12 of 17

Confidential

NOVAVAX_NANDKUMAR_00000334

**Statement for Account** █████████████
06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 13 of 17

Confidential

NOVAVAX_NANDKUMAR_00000335

Statement for Account

06/01/21 - 06/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|

page 14 of 17

Confidential

NOVAVAX_NANDKUMAR_00000336

Statement for Account ██████████
06/01/21 - 06/30/21

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| BUY    NOVAVAX INC COM | Margin | NVAX | 1,000 | $ 197.4094 | 06/29/21 | 07/01/21 | $ (197,409.40) |

page 15 of 17

Confidential

NOVAVAX_NANDKUMAR_00000337

Statement for Account ███████████

06/01/21 - 06/30/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| ████████████████████████████████████████████████████████████████████████████████████████████████ | | | | | | | |
| SELL   NOVAVAX INC COM | Margin | NVAX | 100- | 200.56 | 06/29/21 | 07/01/21 | 20,055.89 |
| SELL   NOVAVAX INC COM | Margin | NVAX | 210- | 200.55 | 06/29/21 | 07/01/21 | 42,115.27 |
| SELL   NOVAVAX INC COM | Margin | NVAX | 200- | 200.53 | 06/29/21 | 07/01/21 | 40,105.78 |
| SELL   NOVAVAX INC COM | Margin | NVAX | 92- | 200.523 | 06/29/21 | 07/01/21 | 18,448.02 |
| SELL   NOVAVAX INC COM | Margin | NVAX | 100- | 200.52 | 06/29/21 | 07/01/21 | 20,051.89 |
| SELL   NOVAVAX INC COM | Margin | NVAX | 298- | 200.5001 | 06/29/21 | 07/01/21 | 59,748.70 |

## Important Information

**BREAKPOINTS**

Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

Confidential

NOVAVAX_NANDKUMAR_00000338

**Statement for Account** ▮▮▮▮▮▮▮▮

06/01/21 - 06/30/21

## Important Information

### STATEMENT OF FINANCIAL CONDITION

The most recent statement of financial condition for TD Ameritrade Clearing, Inc. may be obtained at no cost, via the Internet at http://www.tdameritrade.com/financialstatement.html or by contacting TD Ameritrade Clearing, Inc. at 1-800-669-3900. As of March 31, 2021, TD Ameritrade Clearing, Inc. had net capital and a net capital requirement of $4.8 billion and $924 million, respectively. A copy of the report and comments is currently available for customers' inspection at the principal office of TD Ameritrade Clearing, Inc. in Omaha Nebraska.

### FINRA INFORMATION

Required Annual FINRA Information: Investors may request disclosable background information on any U.S. licensed broker or broker-dealer via FINRA's BrokerCheck, a free online tool. Visit brokercheck.finra.org. Additionally, FINRA has a brochure which describes the BrokerCheck program. You may request this brochure either through the FINRA web site www.finra.org or by calling (800) 289-9999, the BrokerCheck Hotline Number.

### EXCESS BANK CHANGE AND FDIC INSURED DEPOSIT ACCOUNT ("IDA") ELIGIBILITY CHANGES

The following changes have been made to the TD Ameritrade FDIC Insured Deposit Account Sweep Program.

Effective June 30, 2021:

- ∞ **Excess Bank Change** –TD Ameritrade has changed the "Excess Bank" for the IDA Sweep Program from TD Bank USA, N.A. to Charles Schwab Bank, SSB. This change will not impact the level of your available FDIC insurance. The list of Program Banks, including "the Excess Bank" can be found on our website at tdameritrade.com/idaprogrambanks.

Effective July 1, 2021:

- ∞ **Cross Border Cash Eligibility Change** – Brokerage accounts held by clients who reside outside of the United States and its territories are no longer eligible for the IDA Sweep Feature. Going forward, accounts enrolled in the IDA Sweep Feature that move out of the United States and its territories will be moved to the TD Ameritrade Cash Feature. *TD Ameritrade will provide at least 30 days' advance written notice for changes to an account cash feature.*

- ∞ **IDA Asset Eligibility Change** – Other than managed accounts or retirement accounts, retail brokerage accounts with assets less than $50,000 are not automatically eligible for the IDA Sweep Feature. TD Ameritrade may change the cash feature for these accounts from the IDA Sweep Feature to the TD Ameritrade Cash Feature. *TD Ameritrade will provide at least 30 days' advance written notice for changes to an account cash feature.*

**No action is required.** For more information, please refer to the Cash Features Program section in your Client Agreement.

Confidential

NOVAVAX_NANDKUMAR_00000339



PO BOX 2577
OMAHA NE 68103-2577

SHAWN NAND KUMAR



EXHIBIT

18  8/1/23

    NOVAVAX_NANDKUMAR_00000273

# Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month.[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** Rule 607 of Regulation NMS requires broker-dealers to disclose, upon opening a new customer account and on an annual basis thereafter: (i) its policies regarding receipt of payment for order flow, including a statement as to whether any payment for order flow is received for routing customer orders and a detailed description of the nature of the compensation received; and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions.

The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker dealers, exchanges and alternative trading systems for execution). Compensation generally is in the form of a per share or per contract cash payment. The potential for receipt of order flow payment is not a factor in the routing determination. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. In accordance with SEC Rule 606, TD Ameritrade posts quarterly reports that detail the material market centers to which TD Ameritrade routes orders in NMS Securities and TD Ameritrade's material relationships with those market centers. This report is made available at www.tdameritrade.com/historical-606-disclosure.page or in written form upon request. As required under SEC Rule 606(b)(1), on request, TD Ameritrade will provide the identity of the market center to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders. This applies to both held and not held order flow.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement occurs when an order is executed at a price that is more favorable than the displayed national best bid or offer.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 05/21

NOVAVAX_NANDKUMAR_00000274



**Statement Reporting Period:**
07/01/21 - 07/31/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC.
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account** ▮▮▮▮▮▮
SHAWN NAND KUMAR
▮▮▮▮▮▮▮▮▮

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Margin Loan | | | | | | | |
| Insrd Dep Acct (IDA) | | | | | | | |
| Money Market | | | | | | | |
| Short Balance | | | | | | | |
| Stocks | | | | | | | |
| Short Stocks | | | | | | | |
| Fixed Income | | | | | | | |
| Options | | | | | | | |
| Short Options | | | | | | | |
| Mutual Funds | | | | | | | |
| Other | | | | | | | |
| **Total** | | | | | | | |
| **Margin Equity** | | | | | | | |



## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | | |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | | |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | | | |

## Performance Summary

Cost Basis As Of - 07/31/21 **
Unrealized Gains
Unrealized Losses
Funds Deposited/(Disbursed)[YTD]
Income/(Expense)[YTD]
Securities Received/(Delivered)[YTD]

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.**

Confidential

NOVAVAX_NANDKUMAR_00000275

**Statement for Account** ████████

07/01/21 - 07/31/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| **DEBITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | | |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Qualified Dividends | | |
| IDA Interest | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

Confidential

NOVAVAX_NANDKUMAR_00000276

**Statement for Account** ▮▮▮▮▮▮▮
07/01/21 - 07/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

page 3 of 10

Confidential

NOVAVAX_NANDKUMAR_00000277

Statement for Account ███████████

07/01/21 - 07/31/21

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| CREDITS | | | |

████████████████████████████████████████████████████

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | | ████████ |
| 06/29/21 | 07/01/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | $ 197.4094 | $ (197,409.40) | (1,882,407.09) |

████████████████████████████████████████████████████

page 4 of 10

Confidential

NOVAVAX_NANDKUMAR_00000278

**Statement for Account** ███████████

07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 06/29/21 | 07/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.11 | NVAX | 100- | 200.56 | 20,055.89 | (1,167,834.38) |
| 06/29/21 | 07/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.23 | NVAX | 210- | 200.55 | 42,115.27 | (1,125,719.11) |
| 06/29/21 | 07/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.22 | NVAX | 200- | 200.53 | 40,105.78 | (1,085,613.33) |
| 06/29/21 | 07/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.10 | NVAX | 92- | 200.523 | 18,448.02 | (1,067,165.31) |
| 06/29/21 | 07/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.11 | NVAX | 100- | 200.52 | 20,051.89 | (1,047,113.42) |
| 06/29/21 | 07/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.33 | NVAX | 298- | 200.5001 | 59,748.70 | (987,364.72) |

page 5 of 10

Confidential

**Statement for Account** ▮▮▮▮▮▮▮

07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 6 of 10

Confidential

NOVAVAX_NANDKUMAR_00000280

**Statement for Account** █████████
07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 7 of 10

Confidential

NOVAVAX_NANDKUMAR_00000281

**Statement for Account** ▉▉▉▉▉▉
07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 8 of 10

Confidential

NOVAVAX_NANDKUMAR_00000282

**Statement for Account** ███████████
07/01/21 - 07/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|

page 9 of 10

Confidential

NOVAVAX_NANDKUMAR_00000283

**Statement for Account** ███████████

07/01/21 - 07/31/21

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| | | | | | | |

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

Confidential

NOVAVAX_NANDKUMAR_00000284



**Ameritrade** PO BOX 2577
OMAHA NE 68103-2577

SHAWN NAND KUMAR

EXHIBIT

19  8/1/23

NOVAVAX_NANDKUMAR_00000303

# Terms and Conditions

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month.[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart.  Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only.  There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:**  Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:**  Cash management  transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:**  TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks").  Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and  $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following  brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important  information. Read the  prospectus  carefully  before  investing. Non-deposit investments  held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

[1] Due to rounding adjustments, the statement details may not equal the statement totals.
[2] Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:**  Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

∆  Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:**  The market values for ARS securities have been obtained, if available, from quotation services  or other  independent  sources. The accuracy of the pricing is not guaranteed. If a market value is not available,  TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's  balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission.  The website address for the Municipal Securities Rulemaking Board is http://www.msrb.org.  An investor brochure is available  on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:**  The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at   http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):**  Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):**  If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** Rule 607 of Regulation NMS requires broker-dealers to disclose, upon opening a new customer account and on an annual basis thereafter: (i) its policies regarding receipt of payment for order flow, including a statement as to whether any payment for order flow is received for routing customer orders and a detailed description of the nature of the compensation received; and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions.

The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker dealers, exchanges and alternative trading systems for execution). Compensation generally is in the form of a per share or per contract cash payment. The potential for receipt of order flow payment is not a factor in the routing determination.  TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. In accordance with SEC Rule 606, TD Ameritrade posts quarterly reports that detail the material market centers to which TD Ameritrade routes orders in NMS Securities and TD Ameritrade's material relationships with those market centers.  This report is made available at www.tdameritrade.com/historical-606-disclosure.page or in written form upon request. As required under SEC Rule 606(b)(1), on request, TD Ameritrade will provide the identity of the market center to which your orders were routed for execution in the six months prior to the request,  whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders. This applies to both held and not held order flow.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement  opportunities,  differences  in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers.   Price improvement occurs when an order is executed at a price that is more favorable than the displayed national best bid or offer.

**Trade Confirmations (Rule 10b-10):**  All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:**  In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including  foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1)  Tell us your name and account number.
(2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3)  Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 05/21

NOVAVAX_NANDKUMAR_00000304



Statement Reporting Period:
08/01/21 - 08/31/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC.
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account**
SHAWN NAND KUMAR

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Margin Loan | | | | | | | |
| Insrd Dep Acct (IDA) | | | | | | | |
| Money Market | | | | | | | |
| Short Balance | | | | | | | |
| Stocks | | | | | | | |
| Short Stocks | | | | | | | |
| Fixed Income | | | | | | | |
| Options | | | | | | | |
| Short Options | | | | | | | |
| Mutual Funds | | | | | | | |
| Other | | | | | | | |
| **Total** | | | | | | | |
| **Margin Equity** | | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | | |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | | |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | | | |

## Performance Summary

| | |
|---|---|
| **Cost Basis As Of - 08/31/21 ** | |
| Unrealized Gains | |
| Unrealized Losses | |
| Funds Deposited/(Disbursed)$^{YTD}$ | |
| Income/(Expense)$^{YTD}$ | |
| Securities Received/(Delivered)$^{YTD}$ | |

**\*\*To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.**

Confidential

NOVAVAX_NANDKUMAR_00000305

**Statement for Account** ▮▮▮▮▮▮▮
08/01/21 - 08/31/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **DEBITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | | |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Partnership Distributions | | |
| Qualified Dividends | | |
| IDA Interest | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

page 2 of 16

Confidential

NOVAVAX_NANDKUMAR_00000306

**Statement for Account** ▮▮▮▮▮▮▮
08/01/21 - 08/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| NOVAVAX INC COM | NVAX | 4,000 | 238.54 | 954,160.00 | 08/26/21 | 930,388.20 | 232.60 | 23,771.80 | - | - |

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **CREDITS** | | | |
| Electronic Transfer | | | |
| *Subtotal* | | | |

page 3 of 16

Confidential

NOVAVAX_NANDKUMAR_00000307

**Statement for Account** ████████████

08/01/21 - 08/31/21

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | ████████ |
|---|---|---|---|
| TOTAL | | | ████████ |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 4 of 16

Confidential

NOVAVAX_NANDKUMAR_00000308

**Statement for Account** ▮▮▮▮▮▮▮▮▮

08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 5 of 16

Confidential

**Statement for Account** ████████████
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 6 of 16**

Confidential

NOVAVAX_NANDKUMAR_00000310

**Statement for Account** ▮▮▮▮▮
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/06/21 | 08/10/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 194.95 | (194,950.00) | (1,628,318.07) |
| 08/06/21 | 08/10/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 189.6799 | (18,967.99) | (1,647,286.06) |
| 08/06/21 | 08/10/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 900 | 189.615 | (170,653.50) | (1,817,939.56) |

page 7 of 16

Confidential

NOVAVAX_NANDKUMAR_00000311

**Statement for Account** ███████

08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/17/21 | 08/19/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 54 | 231.85 | (12,519.90) | (2,048,114.01) |
| 08/17/21 | 08/19/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 3 | 231.84 | (695.52) | (2,048,809.53) |
| 08/17/21 | 08/19/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 231.83 | (23,183.00) | (2,071,992.53) |
| 08/17/21 | 08/19/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 400 | 231.82 | (92,728.00) | (2,164,720.53) |
| 08/17/21 | 08/19/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 231.81 | (23,181.00) | (2,187,901.53) |
| 08/17/21 | 08/19/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 120 | 231.80 | (27,816.00) | (2,215,717.53) |
| 08/17/21 | 08/19/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 200 | 231.7851 | (46,357.02) | (2,262,074.55) |

page 8 of 16

Confidential

NOVAVAX_NANDKUMAR_00000312

Statement for Account [REDACTED]

08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/17/21 | 08/19/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 231.78 | (23,178.00) | (2,285,252.55) |
| 08/17/21 | 08/19/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 231.77 | (23,177.00) | (2,308,429.55) |
| 08/17/21 | 08/19/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 50 | 231.70 | (11,585.00) | (2,320,014.55) |
| 08/17/21 | 08/19/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 200 | 231.50 | (46,300.00) | (2,366,314.55) |
| 08/17/21 | 08/19/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 460 | 231.4999 | (106,489.95) | (2,472,804.50) |
| 08/17/21 | 08/19/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 73 | 231.45 | (16,895.85) | (2,489,700.35) |
| 08/17/21 | 08/19/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 40 | 231.39 | (9,255.60) | (2,498,955.95) |
| 08/17/21 | 08/19/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.13 | NVAX | 100- | 235.93 | 23,592.87 | (2,318,308.89) |

page 9 of 16

NOVAVAX_NANDKUMAR_00000313

**Statement for Account** ▊▊▊▊▊▊

08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/17/21 | 08/19/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.13 | NVAX | 100- | 235.91 | 23,590.87 | (2,294,718.02) |
| 08/17/21 | 08/19/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.65 | NVAX | 500- | 235.8801 | 117,939.40 | (2,176,778.62) |
| 08/17/21 | 08/19/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.72 | NVAX | 1,300- | 235.79 | 306,525.28 | (1,870,253.34) |
| 08/18/21 | 08/20/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 2,000 | 237.7399 | (475,479.80) | (2,469,985.54) |

Confidential

NOVAVAX_NANDKUMAR_00000314

**Statement for Account** ███████████
08/01/21 - 08/31/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity\*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | **Balance** |
| 08/24/21 | 08/26/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 990 | 239.3915 | (236,997.59) | (2,625,731.47) |
| 08/24/21 | 08/26/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 10 | 239.385 | (2,393.85) | (2,628,125.32) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.09 | NVAX | 68- | 242.53 | 16,491.95 | (2,149,573.83) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.09 | NVAX | 68- | 242.52 | 16,491.27 | (2,133,082.56) |

**page 11 of 16**

Confidential

**Statement for Account** ███████
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.28 | NVAX | 204- | 242.50 | 49,469.72 | (2,083,612.84) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.02 | NVAX | 20- | 242.47 | 4,849.38 | (2,078,763.46) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.16 | NVAX | 122- | 242.35 | 29,566.54 | (2,049,196.92) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.13 | NVAX | 100- | 242.26 | 24,225.87 | (2,024,971.05) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM | NVAX | 2- | 242.25 | 484.50 | (2,024,486.55) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM | NVAX | 1- | 242.21 | 242.21 | (2,024,244.34) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.27 | NVAX | 200- | 242.16 | 48,431.73 | (1,975,812.61) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM | NVAX | 3- | 242.15 | 726.45 | (1,975,086.16) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.36 | NVAX | 264- | 242.14 | 63,924.60 | (1,911,161.56) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.15 | NVAX | 110- | 242.11 | 26,631.95 | (1,884,529.61) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.21 | NVAX | 157- | 242.10 | 38,009.49 | (1,846,520.12) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM | NVAX | 2- | 242.02 | 484.04 | (1,846,036.08) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM | NVAX | 2- | 241.98 | 483.96 | (1,845,552.12) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM | NVAX | 1- | 241.96 | 241.96 | (1,845,310.16) |

Confidential

NOVAVAX_NANDKUMAR_00000316

**Statement for Account** ▮▮▮▮▮▮
08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.12 | NVAX | 88- | 241.91 | 21,287.96 | (1,824,022.20) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.27 | NVAX | 201- | 241.90 | 48,621.63 | (1,775,400.57) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.66 | NVAX | 490- | 241.79 | 118,476.44 | (1,656,924.13) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.13 | NVAX | 95- | 241.781 | 22,969.07 | (1,633,955.06) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.36 | NVAX | 260- | 241.78 | 62,862.44 | (1,571,092.62) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM | NVAX | 1- | 241.77 | 241.77 | (1,570,850.85) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.10 | NVAX | 80- | 241.66 | 19,332.70 | (1,551,518.15) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.13 | NVAX | 100- | 241.65 | 24,164.87 | (1,527,353.28) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.63 | NVAX | 480- | 241.64 | 115,986.57 | (1,411,366.71) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.23 | NVAX | 920- | 241.63 | 222,298.37 | (1,189,068.34) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.16 | NVAX | 125- | 241.60 | 30,199.84 | (1,158,868.50) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.18 | NVAX | 140- | 241.48 | 33,807.02 | (1,125,061.48) |
| 08/25/21 | 08/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.94 | NVAX | 696- | 241.47 | 168,062.18 | (956,999.30) |

**page 13 of 16**

Confidential

NOVAVAX_NANDKUMAR_00000317

**Statement for Account** ███████████

08/01/21 - 08/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/26/21 | 08/30/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 2,000 | 239.9099 | (479,819.80) | (1,315,468.35) |
| 08/27/21 | 08/31/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 2,000 | 225.2842 | (450,568.40) | (1,860,604.44) |

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

Confidential

NOVAVAX_NANDKUMAR_00000318

**Statement for Account** ███████████
08/01/21 - 08/31/21

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| | | | | | | |

**Total Interest Income/(Expense)**                                    ███████████                    $ 0.00

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| SELL  NOVAVAX INC COM | Margin | NVAX | 2,000- | 236.1001 | 08/30/21 | 09/01/21 | 472,197.55 |
| SELL  NOVAVAX INC COM | Margin | NVAX | 250- | 236.49 | 08/30/21 | 09/01/21 | 59,122.17 |
| SELL  NOVAVAX INC COM | Margin | NVAX | 4- | 236.48 | 08/30/21 | 09/01/21 | 945.92 |
| SELL  NOVAVAX INC COM | Margin | NVAX | 746- | 236.4707 | 08/30/21 | 09/01/21 | 176,406.16 |

Confidential

NOVAVAX_NANDKUMAR_00000319

**Statement for Account** ▓▓▓▓▓▓▓
08/01/21 - 08/31/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| SELL   NOVAVAX INC COM | Margin | NVAX | 1,000- | 235.7401 | 08/30/21 | 09/01/21 | 235,738.78 |
| BUY   NOVAVAX INC COM | Margin | NVAX | 1,000 | 234.2999 | 08/31/21 | 09/02/21 | (234,299.90) |
| SELL   NOVAVAX INC COM | Margin | NVAX | 1,000- | 243.1001 | 08/31/21 | 09/02/21 | 243,098.74 |
| BUY   NOVAVAX INC COM | Margin | NVAX | 500 | 238.72 | 08/31/21 | 09/02/21 | (119,360.00) |

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

Confidential

NOVAVAX_NANDKUMAR_00000320

 **Ameritrade** PO BOX 2577
OMAHA NE 68103-2577

SHAWN NAND KUMAR



EXHIBIT

20  8/1/23

Confidential                                                                                    NOVAVAX_NANDKUMAR_00000285

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month.[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact us at 800-669-3900 within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** Rule 607 of Regulation NMS requires broker-dealers to disclose, upon opening a new customer account and on an annual basis thereafter: (i) its policies regarding receipt of payment for order flow, including a statement as to whether any payment for order flow is received for routing customer orders and a detailed description of the nature of the compensation received; and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions.

The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker dealers, exchanges and alternative trading systems for execution). Compensation generally is in the form of a per share or per contract cash payment. The potential for receipt of order flow payment is not a factor in the routing determination. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. In accordance with SEC Rule 606, TD Ameritrade posts quarterly reports that detail the material market centers to which TD Ameritrade routes orders in NMS Securities and TD Ameritrade's material relationships with those market centers. This report is made available at www.tdameritrade.com/historical-606-disclosure.page or in written form upon request. As required under SEC Rule 606(b)(1), on request, TD Ameritrade will provide the identity of the market center to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders. This applies to both held and not held order flow.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement occurs when an order is executed at a price that is more favorable than the displayed national best bid or offer.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 05/21



## Ameritrade

Statement Reporting Period:
09/01/21 - 09/30/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC.
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account** ▮▮▮▮▮▮▮
SHAWN NAND KUMAR

### Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | | | | | | | |
| Insrd Dep Acct (IDA) | | | | | | | |
| Money Market | | | | | | | |
| Short Balance | | | | | | | |
| Stocks | | | | | | | |
| Short Stocks | | | | | | | |
| Fixed Income | | | | | | | |
| Options | | | | | | | |
| Short Options | | | | | | | |
| Mutual Funds | | | | | | | |
| Other | | | | | | | |
| **Total** | | | | | | | |
| **Margin Equity** | | | | | | | |

### Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | | |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | | |

### Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | | | |

### Performance Summary

Cost Basis As Of - 09/30/21 **
Unrealized Gains
Unrealized Losses
Funds Deposited/(Disbursed)$^{YTD}$
Income/(Expense)$^{YTD}$
Securities Received/(Delivered)$^{YTD}$

**To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.

Confidential

NOVAVAX_NANDKUMAR_00000287

**Statement for Account** █████████
09/01/21 - 09/30/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **DEBITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | | |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Partnership Distributions | | |
| Qualified Dividends | | |
| IDA Interest | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

page 2 of 16

NOVAVAX_NANDKUMAR_00000288

**Statement for Account** ▮▮▮▮▮▮▮▮

09/01/21 - 09/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| NOVAVAX INC COM | NVAX | 3,500 | 207.31 | 725,585.00 | 08/31/21 | 871,852.41 | 249.10 | (146,267.41) | - | - |

## Online Cash Services Transaction Detail

| Category | Transaction Date | Description | Amount |
|---|---|---|---|
| **CREDITS** | | | |
| Electronic Transfer | 09/02/2021 | ACH IN | |
| | 09/02/2021 | Courtesy Adjustment | |
| | 09/10/2021 | Courtesy Adjustment | |
| | 09/27/2021 | Courtesy Adjustment | |
| *Subtotal* | | | |
| **TOTAL** | | | |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 3 of 16

Confidential

NOVAVAX_NANDKUMAR_00000289

**Statement for Account** ███████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/30/21 | 09/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 2.65 | NVAX | 2,000- | 236.1001 | 472,197.55 | (1,521,262.73) |
| 08/30/21 | 09/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.33 | NVAX | 250- | 236.49 | 59,122.17 | (1,462,140.56) |
| 08/30/21 | 09/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM | NVAX | 4- | 236.48 | 945.92 | (1,461,194.64) |
| 08/30/21 | 09/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.98 | NVAX | 746- | 236.4707 | 176,406.16 | (1,284,788.48) |
| 08/30/21 | 09/01/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.32 | NVAX | 1,000- | 235.7401 | 235,738.78 | (1,049,049.70) |
| 08/31/21 | 09/02/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 234.2999 | (234,299.90) | (1,283,349.60) |
| 08/31/21 | 09/02/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 1.36 | NVAX | 1,000- | 243.1001 | 243,098.74 | (1,034,422.73) |
| 08/31/21 | 09/02/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 500 | 238.72 | (119,360.00) | (1,813,292.63) |

**page 4 of 16**

Confidential

NOVAVAX_NANDKUMAR_00000290

**Statement for Account** ▮▮▮▮▮▮▮
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 09/01/21 | 09/03/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 151 | 239.1025 | (36,104.48) | (1,511,508.62) |
| 09/01/21 | 09/03/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 349 | 239.00 | (83,411.00) | (1,594,919.62) |
| | | | | | | | | | |
| 09/01/21 | 09/03/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.70 | NVAX | 500- | 252.1401 | 126,069.35 | (1,133,303.60) |
| | | | | | | | | | |
| 09/02/21 | 09/07/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.72 | NVAX | 500- | 257.1398 | 128,569.18 | (672,376.24) |
| 09/02/21 | 09/07/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,000 | 252.7811 | (252,781.10) | (925,157.34) |

**page 5 of 16**

Confidential

NOVAVAX_NANDKUMAR_00000291

Statement for Account ███████

09/01/21 - 09/30/21

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,263 | 247.541 | (312,644.28) | (1,403,359.43) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 537 | 247.54 | (132,928.98) | (1,536,288.41) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 247.52 | (24,752.00) | (1,561,040.41) |
| 09/03/21 | 09/08/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 247.51 | (24,751.00) | (1,585,791.41) |
| | | | | | | | | | |
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.03 | NVAX | 22- | 264.20 | 5,812.37 | (1,895,057.09) |
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.14 | NVAX | 100- | 264.07 | 26,406.86 | (1,868,650.23) |
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.26 | NVAX | 175- | 264.04 | 46,206.74 | (1,822,443.49) |
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.32 | NVAX | 225- | 264.0101 | 59,401.95 | (1,763,041.54) |

**page 6 of 16**

Confidential

Statement for Account█████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM | NVAX | 2- | 263.99 | 527.98 | (1,762,513.56) |
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM | NVAX | 1- | 263.94 | 263.94 | (1,762,249.62) |
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.01 | NVAX | 10- | 263.82 | 2,638.19 | (1,759,611.43) |
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 0.15 | NVAX | 101- | 263.76 | 26,639.61 | (1,732,971.82) |
| 09/07/21 | 09/09/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM Regulatory Fee 2.00 | NVAX | 1,364- | 263.75 | 359,753.00 | (1,373,218.82) |

Confidential

NOVAVAX_NANDKUMAR_00000293

**Statement for Account** █████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000294

**Statement for Account** ███████████

09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 9 of 16

Confidential

NOVAVAX_NANDKUMAR_00000295

**Statement for Account** ███████████
09/01/21 - 09/30/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 400 | 257.40 | (102,960.00) | (52,742.80) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 527 | 257.01 | (135,444.27) | (188,187.07) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 1,051 | 256.975 | (270,080.73) | (458,267.80) |
| 09/09/21 | 09/13/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 22 | 256.90 | (5,651.80) | (463,919.60) |

**page 10 of 16**

Confidential

Statement for Account ████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 09/10/21 | 09/14/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 800 | 249.392 | (199,513.60) | (663,433.20) |
| 09/10/21 | 09/14/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 104 | 249.39 | (25,936.56) | (689,369.76) |
| 09/10/21 | 09/14/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 96 | 249.37 | (23,939.52) | (713,309.28) |
| 09/10/21 | 09/14/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 200 | 249.36 | (49,872.00) | (763,181.28) |
| 09/10/21 | 09/14/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 300 | 249.35 | (74,805.00) | (837,986.28) |
| 09/10/21 | 09/14/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 249.34 | (24,934.00) | (862,920.28) |
| 09/10/21 | 09/14/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 249.33 | (24,933.00) | (887,853.28) |
| 09/10/21 | 09/14/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 249.30 | (24,930.00) | (912,783.28) |
| 09/10/21 | 09/14/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 200 | 249.28 | (49,856.00) | (962,639.28) |

Confidential

NOVAVAX_NANDKUMAR_00000297

**Statement for Account** ██████████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 12 of 16

Confidential

NOVAVAX_NANDKUMAR_00000298

**Statement for Account** ███████

09/01/21 - 09/30/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | **Balance** |
| 09/23/21 | 09/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM<br>Regulatory Fee 1.42 | NVAX | 1,000- | 254.2589 | 254,257.48 | 898,064.62 |
| 09/23/21 | 09/27/21 | Margin | Sell - Securities Sold | NOVAVAX INC COM<br>Regulatory Fee 2.11 | NVAX | 1,500- | 252.1601 | 378,238.04 | 1,627,438.55 |

**page 13 of 16**

Confidential

NOVAVAX_NANDKUMAR_00000299

**Statement for Account** █████████████

09/01/21 - 09/30/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
| ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ | | | | | | | | | |
| 09/24/21 | 09/28/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 230 | 249.7099 | (57,433.28) | 771,590.77 |
| 09/24/21 | 09/28/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 140 | 249.70 | (34,958.00) | 736,632.77 |
| 09/24/21 | 09/28/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 176 | 249.67 | (43,941.92) | 692,690.85 |
| 09/24/21 | 09/28/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 30 | 249.66 | (7,489.80) | 685,201.05 |
| 09/24/21 | 09/28/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 249.65 | (24,965.00) | 660,236.05 |
| 09/24/21 | 09/28/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 24 | 249.64 | (5,991.36) | 654,244.69 |
| 09/24/21 | 09/28/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 50 | 249.63 | (12,481.50) | 641,763.19 |
| 09/24/21 | 09/28/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 249.60 | (24,960.00) | 616,803.19 |
| 09/24/21 | 09/28/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 100 | 249.44 | (24,944.00) | 591,859.19 |
| 09/24/21 | 09/28/21 | Margin | Buy - Securities Purchased | NOVAVAX INC COM | NVAX | 50 | 249.42 | (12,471.00) | 579,388.19 |
| ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ | | | | | | | | | |

page 14 of 16

Confidential

**Statement for Account** ███████
09/01/21 - 09/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000301

**Statement for Account** ███████████
09/01/21 - 09/30/21

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| | | | | | | |

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

page 16 of 16

NOVAVAX_NANDKUMAR_00000302



Ameritrade  PO BOX 2577
OMAHA NE 68103-2577

SHAWN NAND KUMAR



EXHIBIT
21  8/1/23

NOVAVAX_NANDKUMAR_00000340

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month [2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart. Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income [2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period). This statement represents a statement of account assets and account activity of your account only. There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:** Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:** Cash management transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:** Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please contact TD Ameritrade, Inc. and TD Ameritrade Clearing at 800-669-3900 within ten (10) days of your receipt of this statement. To further protect your rights, including rights under the Securities Investor Protection Act (SIPA), any oral statements that you have made should be confirmed to TD Ameritrade and TD Ameritrade Clearing, Inc. in writing. The statement will otherwise be considered conclusive.**

**Account Protection:** TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks"). Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. Read the prospectus carefully before investing. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

[1] Due to rounding adjustments, the statement details may not equal the statement totals.
[2] Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:** Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request. 2) Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission. The website address for the Municipal Securities Rulemaking Board is http://www.msrb.org. An investor brochure is available on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:** The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):** Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):** If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** Rule 607 of Regulation NMS requires broker-dealers to disclose, upon opening a new customer account and on an annual basis thereafter: (i) its policies regarding receipt of payment for order flow, including a statement as to whether any payment for order flow is received for routing customer orders and a detailed description of the nature of the compensation received; and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions.

The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers. Compensation generally is in the form of a per share or per contract cash payment. The potential for receipt of order flow payment is not a factor in the routing determination. TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. In accordance with SEC Rule 606, TD Ameritrade posts quarterly reports that detail the material market centers to which TD Ameritrade routes orders in NMS Securities and TD Ameritrade's material relationships with those market centers. This report is made available at www.tdameritrade.com/historical-606-disclosure.page or in written form upon request. As required under SEC Rule 606(b)(1), on request, TD Ameritrade will provide the identity of the market center to which your orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders. This applies to both held and not held order flow.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement opportunities, differences in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers. Price improvement occurs when an order is executed at a price that is more favorable than the displayed national best bid or offer.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:** In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:** The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 10/21

Confidential

# Ameritrade

**Statement Reporting Period:**
10/01/21 - 10/31/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC.
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account**

SHAWN NAND KUMAR
38W685 FAIRWAY DR
SAINT CHARLES, IL 60175-6181

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Margin Loan | | | | | | | |
| Insrd Dep Acct (IDA) | | | | | | | |
| Money Market | | | | | | | |
| Short Balance | | | | | | | |
| Stocks | | | | | | | |
| Short Stocks | | | | | | | |
| Fixed Income | | | | | | | |
| Options | | | | | | | |
| Short Options | | | | | | | |
| Mutual Funds | | | | | | | |
| Other | | | | | | | |
| **Total** | | | | | | | |
| **Margin Equity** | | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | | |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | | |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | | | |

## Performance Summary

Cost Basis As Of - 10/31/21 **
Unrealized Gains
Unrealized Losses
Funds Deposited/(Disbursed)[YTD]
Income/(Expense)[YTD]
Securities Received/(Delivered)[YTD]

**\*\*To view realized gains and losses for your account, login at
www.tdameritrade.com and visit My Account > Cost Basis.**

Confidential

NOVAVAX_NANDKUMAR_00000342

**Statement for Account** █████████

10/01/21 - 10/31/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **DEBITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | | |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Partnership Distributions | | |
| Qualified Dividends | | |
| IDA Interest | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year. Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents. Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

page 2 of 10

NOVAVAX_NANDKUMAR_00000343

**Statement for Account** ▓▓▓▓▓▓▓▓
10/01/21 - 10/31/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|

**Stocks - Margin**

page 3 of 10

Confidential

NOVAVAX_NANDKUMAR_00000344

**Statement for Account** ███████████
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 4 of 10

Confidential

NOVAVAX_NANDKUMAR_00000345

Statement for Account ▮▮▮▮▮▮▮▮
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

**page 5 of 10**

Confidential

NOVAVAX_NANDKUMAR_00000346

Statement for Account ▆▆▆▆▆▆▆▆
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 6 of 10

Confidential

NOVAVAX_NANDKUMAR_00000347

**Statement for Account** ▮▮▮▮▮▮▮▮
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 7 of 10

NOVAVAX_NANDKUMAR_00000348

**Statement for Account** ███████████
10/01/21 - 10/31/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Settle Date** | **Acct Type** | **Transaction/ Cash Activity\*** | **Description** | **Symbol/ CUSIP** | **Quantity** | **Price** | **Amount** | **Balance** |

Confidential

NOVAVAX_NANDKUMAR_00000349

**Statement for Account** ▓▓▓▓▓▓▓
10/01/21 - 10/31/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| | | | | | | |

page 9 of 10

Confidential

NOVAVAX_NANDKUMAR_00000350

**Statement for Account** ████████████
10/01/21 - 10/31/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

Confidential

NOVAVAX_NANDKUMAR_00000351



PO BOX 2577
OMAHA NE 68103-2577

SHAWN NAND KUMAR

NOVAVAX_NANDKUMAR_00000681

TD Ameritrade provides monthly statements for accounts with activity and quarterly statements for inactive accounts with assets. [1]

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month[2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart.  Margin Equity = Total Account Equity/ (Total Long Marginable Value + Total Short Value)

**Activity Summary:** The opening and closing cash balances are reconciled here for quick reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRAs only):** This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Retirement Account Summary (IRAs only):** Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current account value including Alternative Investments as of December 31 of the previous year and will be furnished to the IRS.

**Performance Summary:** Monitor annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions:** View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income[2] and average cost per share are displayed for your reference (the oldest purchase date is shown for an indication of your holding period).  This statement represents a statement of account assets and account activity of your account only.  There is no guarantee that you will receive this amount or any dividend.

**Account Activity:** All account activity is listed in date order, and reflected in the closing cash balance.

**Trades Pending Settlement:**  Confirm executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Online Cash Services Transaction Detail:**  Cash management  transactions that cleared during this period, including check, debit card and ATM activity, are listed in date order.

**Online Cash Services Summary:**  Credit and debit transaction totals for the current period are summarized. Individual transactions are not listed.

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary.

**Accuracy of Reports: Please review this statement carefully.  If you disagree with any transaction, or if there are any errors or omissions, please contact TD Ameritrade, Inc. and TD Ameritrade Clearing at 800-669-3900 within ten (10) days of your receipt of this statement. To further protect your rights, including rights under the Securities Investor Protection Act (SIPA), any oral statements that you have made should be confirmed to TD Ameritrade and TD Ameritrade Clearing, Inc. in writing.  The statement will otherwise be considered conclusive.**

**Account Protection:**  TD Ameritrade FDIC Insured Deposit Account ("IDA") deposits are held at one or more banks ("Program Banks").  Three of the Program Banks are Charles Schwab Bank, SSB; Charles Schwab Premier Bank, SSB; and Charles Schwab Trust Bank, each an affiliate of TD Ameritrade. IDA deposits are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov. Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org.

Additionally, TD Ameritrade provides each client $149.5 million worth of protection for securities and  $2 million of protection for cash through supplemental coverage provided by London insurers. In the event of brokerage insolvency, a client may receive amounts due from the trustee in bankruptcy and then SIPC. Supplemental coverage is paid out after the trustee and SIPC payouts and under such coverage each client is limited to a combined return of $152 million from a trustee, SIPC and London insurers. The TD Ameritrade supplemental coverage has an aggregate limit of $500 million over all customers. This policy provides coverage following  brokerage insolvency and does not protect against loss in market value of the securities.

An investment in a money market fund is not insured or guaranteed by the FDIC or any other government agency. Although certain money market funds may seek to preserve their value of your investment at $1 per share, it is possible to lose money by investing in such a fund. Mutual fund purchases may be subject to eligibility and other restrictions, as well as charges and expenses. Certain money market funds may impose liquidity fees and redemption gates in certain circumstances.

Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important  information. Read the  prospectus  carefully before investing. Non-deposit investments   held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

[1]Due to rounding adjustments, the statement details may not equal the statement totals.
[2]Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned or current value balance as of the statement date and the most recent dividend rate or cash yield provided.

The balance in your bank deposit account or shares of your money market mutual fund can be liquidated on your order, and the proceeds returned to your securities account or remitted to you.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis:** Cost-Basis, tax lot and performance reporting and Gainskeeper are offered and conducted by CCH INCORPORATED. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and its information providers do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD Ameritrade.

**Margin and Options Account Agreements:**  Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request. 2) Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. Commission/Fee represents base commission and any options contract, exercise, and assignment fees.

**Current Market Prices:** The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. If no market value is available from a quotation service or other independent source, the security is subject to being reflected as Not Available ("NA"). The valuations on your portfolio report are provided as general information and we do not guarantee the accuracy of any securities prices. Mortgage backed positions are valued using the remaining balance and the current market price. Portfolio report valuations may not represent sales proceeds. The secondary market for Certificates of Deposits ("CDs") is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Bonds and/or Fixed Income Securities trade differently than equity securities and do not trade on a liquid exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist for you to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Bonds Quantity:** The figure on the statement represents the number of bonds. For example, $3,000 of a $1,000 face value bond would display as "3" in the quantity.

**Alternative Investments ("AI"),** also called Non Standard Assets ("NSA"), are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. AI are typically illiquid investments and do not trade on a national securities exchange. The values shown for these investments are estimated values derived from various methods, including, but not limited to, unconfirmed management estimates, independent appraisals, the program's net assets, and/or third party tender offers that have been provided by the management, administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. Values may not reflect the original purchase price, actual market value or be realized upon liquidation. If an estimated value cannot be established through these methods, the valuation may be reflected as Not Available ("NA"). For additional detail regarding valuation for Alternative Investments, please contact Client Services. These investments are not covered under the SIPC. AI transaction fees are applicable to purchases, capital call processing, and redemptions.

Δ Distributions on Direct Participation Programs and/or REITs are reported and a net investment per share estimated value is also reported. Pricing and distribution information has been provided by the sponsor, issuer or other external party responsible for reporting of the DPP or REIT and the classification of distributions as income or return of capital, in whole or in part, is subject to final accounting by such party(ies) and will be reported to you on a Form 1099 or K-1, as applicable.

**Auction Rate Securities ("ARS") Pricing:**  The market values for ARS securities have been obtained, if available, from quotation services  or other  independent  sources. The accuracy of the pricing is not guaranteed. If a market value is not available,  TD Ameritrade will price the ARS position, taking into consideration both the liquidity and underlying credit quality. The ARS may lack liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and its clearinghouse, if any, on which such transactions are executed; (ii) federal and state laws, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of FINRA and the Federal Reserve System.

For an investor brochure that includes information describing FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's  balance.

**MSRB RULE G-10:** TD Ameritrade, Inc. is registered with the Municipal Securities Rulemaking Board and the U.S. Securities and Exchange Commission.  The website address for the Municipal Securities Rulemaking Board is http://www.msrb.org.  An investor brochure is available  on the website of the Municipal Securities Rulemaking Board which describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.

**Financial Statement Notification:**  The statement of financial condition for TD Ameritrade Clearing, Inc. is available twice a year and may be obtained at no cost, via the internet at   http://www.tdameritrade.com/financialstatement.html.

**Option Assignment:** All short equity option positions and some index option positions are available for assignment. Exercise assignment notices for equity or index options are randomly allocated among all clients' short positions.

**Free Credit Balances (Rule 15c3-2 & 3):**  Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

**Margin Accounts (Regulation T):**  If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

**Payment for Order Flow Disclosure (Rules 606 and 607):** Rule 607 of Regulation NMS requires broker-dealers to disclose, upon opening a new customer account and on an annual basis thereafter: (i) its policies regarding receipt of payment for order flow, including a statement as to whether any payment for order flow is received for routing customer orders and a detailed description of the nature of the compensation received; and (ii) its policies for determining where to route customer orders that are the subject of payment for order flow absent specific instructions.

The firm receives compensation for directing listed and OTC securities, and options order flow to selected market centers (e.g., broker dealers, exchanges and alternative trading systems for execution). Compensation generally is in the form of a per share or per contract cash payment. The potential for receipt of order flow payment is not a factor in the routing determination.  TD Ameritrade also may receive compensation related to the foreign currency exchange component of transactions in foreign securities from market centers executing such trades. In accordance with SEC Rule 606, TD Ameritrade posts quarterly reports that detail the material market centers to which TD Ameritrade routes orders in NMS Securities and TD Ameritrade's material relationships with those market centers.  This report is made available at www.tdameritrade.com/historical-606-disclosure.page or in written form upon request. As required under SEC Rule 606(b)(1), on request, TD Ameritrade will provide the identity of the market center to which your orders were routed for execution in the six months prior to the request,  whether the orders were directed orders or non-directed orders, and the time of the executions, if any, that resulted from such orders. This applies to both held and not held order flow.

TD Ameritrade regularly assesses the execution quality provided by the market centers to which we route order flow in seeking best execution for our clients. For non-directed client orders, it is our policy to route orders to market centers based on a number of factors that are more fully discussed in the Supplemental Materials of FINRA Rule 5310, including where applicable, but not necessarily limited to, speed of execution, price improvement  opportunities,  differences  in price disimprovement, likelihood of executions, the marketability of the order, size guarantees, service levels and support, the reliability of order handling systems, customer needs and expectations, transaction costs and whether the firm will receive remuneration for routing order flow to such market centers.   Price improvement occurs when an order is executed at a price that is more favorable than the displayed national best bid or offer.

**Trade Confirmations (Rule 10b-10):**  All confirmations are transmitted on the transaction date. If you participate in the Dividend Reinvestment Plan (DRIP) details regarding the reinvestment of dividends will be included on your monthly statements. TD Ameritrade will act as agent in having your DRIP purchases executed.

**Futures/Options Disclosures for EU Clients:**  In accordance with the Packaged Retail and Insurance-based Investment Products Regulation - EU No 1286, retail investors based in the European Economic Area (EEA) can access Key Information Documents (KIDs) through the following landing page: https://tdameritrade.com/priips-regulation.page

**Taxes:** Transactions in foreign securities (including  foreign company ADRs that trade in the U.S.) may include taxes and fees charged by the foreign markets or governments, which may be reflected in the price of the security or charged as an independent line item.

**Privacy Policy Notification:** A copy of the TD Ameritrade privacy policy is available at www.tdameritrade.com

**Callable Securities:**  The allocation of partial redemptions or calls is done using a pro-rata lottery system. A description of the procedures for callable securities is available on the website or hard copies are available upon request.

In case of errors or questions about your Electronic Fund Transfers, please contact us at 1-800-669-3900, or in writing to P.O. Box 2209, Omaha, NE 68103, or by email at clientservices@tdameritrade.com. The information contained in your account statement shall be binding upon you if you do not object within sixty (60) days for any transfer of funds subject to Regulation E, such as ATM and point-of-sale transfers, debit transactions, direct deposits, and withdrawals. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1)  Tell us your name and account number.
(2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3)  Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

TDA 150 10/21



**Statement Reporting Period:**
11/01/21 - 11/30/21

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC.
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

**Statement for Account #**
SHAWN NAND KUMAR

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | | |
| Securities Purchased | | |
| Securities Sold | | |
| Funds Deposited | | |
| Funds Disbursed | | |
| Income | | |
| Expense | | |
| Other | | |
| **Closing Balance** | | |

## Income & Expense Summary

| | Reportable | Non Reportable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | | | |
| Interest | | | |
| Other | | | |
| **Expense** | | | |
| Interest | | | |
| Fees | | | |
| Other | | | |
| **Net** | | | |

## Performance Summary

| | |
|---|---|
| **Cost Basis As Of - 11/30/21 \*\*** | |
| Unrealized Gains | |
| Unrealized Losses | |
| Funds Deposited/(Disbursed)$^{YTD}$ | |
| Income/(Expense)$^{YTD}$ | |
| Securities Received/(Delivered)$^{YTD}$ | |

**\*\*To view realized gains and losses for your account, login at www.tdameritrade.com and visit My Account > Cost Basis.**

page 1 of 13

Confidential

NOVAVAX_NANDKUMAR_00000683

**Statement for Account** ███████████
11/01/21 - 11/30/21

## Online Cash Services Summary

| Description | Current | Year To Date |
|---|---|---|
| **CREDITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **DEBITS** | | |
| Electronic Transfer | | |
| *Subtotal* | | |
| | | |
| **TOTAL** | | |

## Income Summary Detail*

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | | |
| Interest Income Credit Balance | | |
| Margin Interest Charged | | |
| Foreign Dividend Tax Withheld | | |
| Partnership Distributions | | |
| Qualified Dividends | | |
| IDA Interest | | |

*This section displays current and year to date totals for this account. The year to date totals will accurately reflect your cumulative amount for the year.  Year-end tax reporting income amounts may differ from what is reflected on monthly statements versus your tax documents.  Please reference your official tax document(s) for tax reporting.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |

Confidential

NOVAVAX_NANDKUMAR_00000684

**Statement for Account** ███████████
11/01/21 - 11/30/21

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Margin** | | | | | | | | | | |
| NOVAVAX INC COM | NVAX | 4,500 | 208.63 | 938,835.00 | 08/31/21 | 1,005,747.41 | 223.50 | (66,912.41) | - | - |

Confidential

NOVAVAX_NANDKUMAR_00000685

**Statement for Account** ███████████

11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | **($1,344,500.76)** |

page 4 of 13

Confidential

NOVAVAX_NANDKUMAR_00000686

**Statement for Account** ▮▮▮▮▮▮▮▮▮▮
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000687

**Statement for Account** <span style="background:black">████████</span>
11/01/21 - 11/30/21

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Account Activity** | | | | | | | | | |
| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |

page 6 of 13

Confidential

NOVAVAX_NANDKUMAR_00000688

**Statement for Account** ███████████
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|------------|-------------|-----------|----------------------------|-------------|---------------|----------|-------|--------|---------|

**page 7 of 13**

Confidential

NOVAVAX_NANDKUMAR_00000689

Statement for Account ███████████

11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

Confidential

NOVAVAX_NANDKUMAR_00000690

Statement for Account ████████████

11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 9 of 13

Confidential

NOVAVAX_NANDKUMAR_00000691

**Statement for Account** ▉▉▉▉▉▉▉
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 10 of 13

Confidential

NOVAVAX_NANDKUMAR_00000692

**Statement for Account** ███████████
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

page 11 of 13

Confidential

NOVAVAX_NANDKUMAR_00000693

**Statement for Account** ▮▮▮▮▮▮▮▮
11/01/21 - 11/30/21

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|

For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|

page 12 of 13

Confidential

NOVAVAX_NANDKUMAR_00000694

**Statement for Account** ███████████
11/01/21 - 11/30/21

## Trades Pending Settlement

| Investment Description | Account Type | Symbol/ CUSIP | Quantity | Price | Trade Date | Settle Date | Amount |
|---|---|---|---|---|---|---|---|
| ███████████████████████████████████████████████████████████████████████████ | | | | | | | |

## Important Information

**BREAKPOINTS**
Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints.  For more information on waiver eligibility, please refer to the fund prospectus.

Confidential

NOVAVAX_NANDKUMAR_00000695