## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

SOTHINATHAN SINNATHURAI,
*Individually and on Behalf of All Others
Similarly Situated,*

    Plaintiff,

    v.

NOVAVAX, INC.,
STANLEY C. ERCK and
JOHN J. TRIZZINO,

    Defendants.

Civil Action No. TDC-21-2910

## ORDER

On December 20, 2023, the parties filed a Joint Status Report, ECF No. 124, stating that the parties anticipate filing a formal stipulation of settlement and Motion for Preliminary Approval of the Class Action Settlement as soon as is practicable, and requesting a stay of the pending class certification motion and all other deadlines in this action. The Court having reviewed the Joint Status Report, it is hereby ORDERED that:

1. This case is STAYED until January 12, 2024.

2. The parties are granted leave to file the proposed Motion for Preliminary Approval of the Class Action Settlement. The Motion will be deemed timely if filed by **Friday, January 12, 2024.**

Date: December **20**, 2023



THEODORE D. CHUANG
United States District Judge