**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| SOTHINATHAN SINNATHURAI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NOVAVAX, INC., STANLEY C. ERCK, GREGORY F. COVINO, JOHN J. TRIZZINO, and GREGORY M. GLENN,<br><br>Defendants. | Civil Action No. TDC-21-2910 |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Lead Plaintiffs Jeffrey A. Gabbert, Nuggehalli Balmukund Nandkumar, and David Truong ("Lead Plaintiffs" or "Plaintiffs"), on behalf of themselves and all members of the proposed Settlement Class, by and through their undersigned counsel of record, respectfully move this Court for entry of an Order preliminarily approving the proposed Settlement of this Action.

Plaintiffs seek an order:

(1) granting preliminary approval of the proposed Settlement of $47 million in cash, which, if granted final approval, would resolve this Action in its entirety;

(2) granting approval of the form, content and manner of the class notices to Settlement Class Members;

(3) certifying the Settlement Class for purposes of the Settlement; and

(4) scheduling a hearing, and certain deadlines related thereto, on final approval of the Settlement, proposed Plan of Allocation, and Co-Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses.

The specific terms of the proposed Settlement are set forth in the Stipulation and Agreement of Settlement (the "Stipulation"), attached as Exhibit 1 to the accompanying Declaration of Brian Calandra.

This Motion is unopposed. The Parties' agreed-upon form of proposed Preliminary Approval Order (and accompanying exhibits) is submitted herewith as Exhibit A to the Stipulation. Because the Motion is unopposed, and because, pursuant to Fed. R. Civ. P. 23(e), a hearing for consideration of final approval of the Settlement must later be held after notice of the Settlement is given to the Settlement Class, Plaintiffs respectfully request that the Motion be expeditiously submitted without oral argument.

DATED: January 12, 2024

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*<u>/s/ Daniel S. Sommers</u>*
Daniel S. Sommers (Md. Bar No. 15822)
Steven J. Toll (Md. Bar No. 15824)
S. Douglas Bunch
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: dsommers@cohenmilstein.com
Email: stoll@cohenmilstein.com
Email: dbunch@cohenmilstein.com

***Local Counsel for Co-Lead Plaintiffs***

**POMERANTZ LLP**

Jeremy A. Lieberman (admitted *pro hac vice*)
Brian Calandra (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
Email: bcalandra@pomlaw.com

**LABATON KELLER SUCHAROW LLP**

Michael P. Canty (admitted *pro hac vice*)
Michael H. Rogers (admitted *pro hac vice*)
David J. Schwartz (admitted *pro hac vice*)
James T. Christie (admitted *pro hac vice*)
Philip J. Leggio (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile (212) 818-0477
Email: mcanty@labaton.com
Email: mrogers@labaton.com
Email: dschwartz@labaton.com
Email: jchristie@labaton.com
Email: pleggio@labaton.com

***Counsel for Lead Plaintiffs and Co-Lead Counsel for the Class***

**PORTNOY LAW FIRM**

Lesley F. Portnoy
1800 Century Park East, Suite 600
Los Angeles, California 90067
Tel: (310) 692-8883
Email: lesley@portnoylaw.com

***Additional Counsel for Co-Lead Plaintiffs and the Class***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2024, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

By: */s/ Daniel S. Sommers*
Daniel S. Sommers