**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

|  |  |
|---|---|
| SOTHINATHAN SINNATHURAI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>NOVAVAX, INC., STANLEY C. ERCK, GREGORY F. COVINO, JOHN J. TRIZZINO, and GREGORY M. GLENN,<br><br>        Defendants. | Civil Action No. TDC-21-2910 |

**LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that Lead Plaintiffs Jeffrey A. Gabbert, Nuggehalli Balmukund Nandkumar, and David Truong (collectively, "Lead Plaintiffs"), on behalf of themselves and all members of the proposed Settlement Class, by and through their undersigned counsel of record, will move this Court on May 23, 2024 at 2:30 PM, before the Honorable Theodore D. Chuang, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for entry of a Final Order and Judgment, approving the proposed Settlement as fair, reasonable, and adequate, and for entry of an Order approving the proposed Plan of Allocation for the net proceeds of the Settlement as fair, reasonable, and adequate.

PLEASE TAKE FURTHER NOTICE that, in support of this motion, Lead Plaintiffs submit and are filing herewith: (i) Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (ii) the Joint Declaration of Brian Calandra and Michael H. Rogers in Support of (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Co-Lead Counsel's

1

Motion For an Award of Attorneys' Fees and Payment of Expenses, dated April 11, 2024, and the exhibits thereto. A Proposed Order will be submitted with Lead Plaintiffs' reply submission on or before May 9, 2024, after the deadlines for objecting and seeking exclusion have passed.

DATED: April 11, 2024                            Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Daniel S. Sommers*
Steven J. Toll (Md. Bar No. 15824)
Daniel S. Sommers (Md. Bar No. 15822)
S. Douglas Bunch
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
Email: dsommers@cohenmilstein.com
Email: dbunch@cohenmilstein.com

***Local Counsel for Lead Plaintiffs***

**POMERANTZ LLP**

*/s/ Brian Calandra*
Jeremy A. Lieberman (admitted *pro hac vice*)
Brian Calandra (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
Email: bcalandra@pomlaw.com

**LABATON KELLER SUCHAROW LLP**

*/s/ Michael H. Rogers*
Michael P. Canty (admitted *pro hac vice*)
Michael H. Rogers (admitted *pro hac vice*)
David J. Schwartz (admitted *pro hac vice*)
James T. Christie (admitted *pro hac vice*)
Philip J. Leggio (admitted *pro hac vice*)

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile (212) 818-0477
Email: mcanty@labaton.com
Email: mrogers@labaton.com
Email: dschwartz@labaton.com
Email: jchristie@labaton.com
Email: pleggio@labaton.com

***Counsel for Lead Plaintiffs and
Co-Lead Counsel for the Settlement Class***

**PORTNOY LAW FIRM**

Lesley F. Portnoy
1800 Century Park East, Suite 600
Los Angeles, California 90067
Tel: (310) 692-8883
Email: lesley@portnoylaw.com

***Additional Counsel for Co-Lead Plaintiffs
and the Settlement Class***

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 11, 2024, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

By: */s/ S. Douglas Bunch*
S. Douglas Bunch