**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

SOTHINATHAN SINNATHURAI,
Individually and on Behalf of All Others
Similarly Situated,

Civil Action No. TDC-21-2910

Plaintiff,

v.

NOVAVAX, INC., STANLEY C. ERCK,
GREGORY F. COVINO, JOHN J. TRIZZINO,
and GREGORY M. GLENN,

Defendants.

**CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES AND EXPENSES**

PLEASE TAKE NOTICE that Co-Lead Counsel, on behalf of themselves and Plaintiffs'

Counsel, will move this Court on May 23, 2024 at 2:30 p.m., before the Honorable Theodore D.

Chuang, for an Order, pursuant to Rules 23(h) and 54 of the Federal Rules of Civil Procedure: (a)

awarding attorneys' fees in the amount of 33.4% of the Settlement Fund; (b) awarding Litigation

Expenses in the amount of $628,893.83, plus accrued interest; (c) approving Lead Plaintiff Gabbert

and Nandkumar's requests for payment of their costs and expenses related to their representation

of the Settlement Class, pursuant to the Private Securities Litigation Reform Act of 1995

("PSLRA"), 15 U.S.C. § 78u-4(a)(4); and (d) for such other and further relief as this Court deems

just and proper.

In support of this motion, Co-Lead Counsel submit and are filing herewith: (i) Co-Lead

Counsel's Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and

Expenses and (ii) the Joint Declaration of Brian Calandra and Michael H. Rogers in Support of (I)

Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation; and (II) Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses, dated April 11, 2024, with annexed exhibits.

A proposed order will be submitted on May 9, 2024 with Co-Lead Counsel's reply papers, after the deadline for objecting has passed.

DATED: April 11, 2024                Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Daniel S. Sommers*
Steven J. Toll (Md. Bar No. 15824)
Daniel S. Sommers (Md. Bar No. 15822)
S. Douglas Bunch
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

***Local Counsel for Lead Plaintiffs***

**POMERANTZ LLP**

*/s/ Brian Calandra*
Jeremy A. Lieberman (admitted *pro hac vice*)
Brian Calandra (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
        bcalandra@pomlaw.com

**LABATON KELLER SUCHAROW LLP**

*/s/ Michael H. Rogers*
Michael P. Canty (admitted *pro hac vice*)
Michael H. Rogers (admitted *pro hac vice*)
David J. Schwartz (admitted *pro hac vice*)
James T. Christie (admitted *pro hac vice*)
Philip J. Leggio (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile (212) 818-0477
Email: mcanty@labaton.com
        mrogers@labaton.com
        dschwartz@labaton.com
        jchristie@labaton.com
        pleggio@labaton.com

*Counsel for Lead Plaintiffs and*
*Co-Lead Counsel for the Settlement Class*

**PORTNOY LAW FIRM**

Lesley F. Portnoy
1800 Century Park East, Suite 600
Los Angeles, California 90067
Tel: (310) 692-8883
Email: lesley@portnoylaw.com

*Additional Counsel for Lead Plaintiffs and the*
*Settlement Class*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2024, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

By: */s/ S. Douglas Bunch*
S. Douglas Bunch