DocuSign Envelope ID: F1495DF7-7FE6-43A5-AAE7-5CC00B4F68BF

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

SOTHINATHAN SINNATHURAI,
Individually and on Behalf of All Others
Similarly Situated,

Civil Action No. TDC-21-2910

Plaintiff,

v.

NOVAVAX, INC., STANLEY C. ERCK,
GREGORY F. COVINO, JOHN J. TRIZZINO,
and GREGORY M. GLENN,

Defendants.

## DECLARATION OF LESLEY PORTNOY ON BEHALF OF THE PORTNOY LAW FIRM IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES

I, Lesley Portnoy, declare as follows, pursuant to 28 U.S.C. §1746:

1.      I am a partner of the Portnoy Law Firm.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action (the "Action") from inception through March 31, 2024 (the "Time Period").

2.      My firm, which served as additional counsel in the Action, was involved throughout the course of the litigation, which is described in the accompanying Joint Declaration of Brian Calandra and Michael H. Rogers in Support of (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses, filed herewith.

3.      The information in this declaration regarding my firm's time is taken from time records prepared and maintained by the firm in the ordinary course of business.  These records (and backup documentation where necessary) were reviewed by me and others at my firm, under my direction, to confirm both the accuracy of the entries as well as the necessity for and reasonableness of the time committed to the Action.  As a result of this review and the adjustments made, I believe that the time reflected in the firm's lodestar calculation is reasonable in amount and was necessary for the effective and efficient prosecution and resolution of the Action.

4.      After the adjustments referred to above, the number of hours spent on the litigation by my firm is 197.  The lodestar amount for attorney time based on the firm's current hourly rates is $201,925.  A summary of the lodestar is provided in Exhibit A and a breakdown of the work associated with the lodestar, by task code, is provided in Exhibit B.  The hourly rates shown in Exhibit A are consistent with the hourly rates submitted by the firm in other contingent securities class action litigations.  The firm's rates are set based on periodic analysis of rates used by firms performing comparable work both on the plaintiff and defense side.  For personnel who are no longer employed by the firm, the "current rate" used for the lodestar calculation is the rate for that person in his or her final year of employment with the firm.  Time expended in preparing this application for fees and payment of expenses has not been included.

5.      My firm has incurred a total of $0 in expenses in connection with the prosecution of the Action.

6.      With respect to the standing of my firm, attached hereto as Exhibit C is a brief biography of my firm.

I declare under penalty of perjury that the foregoing is true and correct.  Executed_____4/11/2024____.

DocuSigned by:

*Lesley Portnoy*

C5C89C8DADD24D3...

LESLEY PORTNOY

{00603470;1 }

*Novavax, Inc. Securities Settlement*

## EXHIBIT A

## LODESTAR REPORT

FIRM: Portnoy Law Firm
REPORTING PERIOD:  INCEPTION THROUGH MARCH 31, 2024

| PROFESSIONAL | STATUS | CURRENT RATE | HOURS | LODESTAR |
|---|---|---|---|---|
| Lesley Portnoy | Partner | $1,025 | 197 | $201,925 |
| **TOTALS** | | | **197** | **$201,925** |

{00603470;1 }

*Novavax, Inc. Securities Settlement*

## EXHIBIT B

## LODESTAR BY TASK CODE

Categories:

(1) Factual Investigation
(2) Pleadings
(3) Discovery
(4) Case Management
(5) Motions and Legal Research

(6) Court Appearances
(7) Experts/Consultants
(8) Class Certifiation
(9) Mediation/Settlement
(10) Litigation Strategy/Analysis

| Name | Status | 1 | 2 | 3 | 4 | 8 | 9 | 10 | Total | Current | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lesley Portnoy | Partner | 17.00 | 33.00 | 90.00 | 13.00 | 7.00 | 22.00 | 15.00 | 197.00 | $1,025 | $201,925.00 |
| | | - | - | - | - | - | - | | - | | - |
| | | - | - | - | - | - | - | | - | | - |
| | | - | - | - | - | - | - | | - | | - |
| *TOTAL:* | | 17.00 | 33.00 | 90.00 | 13.00 | 7.00 | 22.00 | | 197.00 | | $201,925.00 |

{00603470;1 }

DocuSign Envelope ID: F1495DF7-7FE6-43A5-AAE7-5CC00B4F68BF

*Novavax, Inc. Securities Settlement*

## EXHIBIT C

## <u>PORTNOY LAW FIRM BIOGRAPHY</u>

{00603470;1 }

**About the Firm** Portnoy Law Firm is a Los Angeles, California complex litigation firm that dedicates its practice to the enforcement of the rights that federal and state laws afford investors harmed by the misconduct of others. Since its inception in 2020, our firm has established an excellent reputation for innovative representation of its clients.

Our attorneys have varied and noteworthy experience prosecuting class action litigation pursuant to the Securities Act of 1933 and the Securities Exchange Act of 1934. We have recovered hundreds of millions of dollars on behalf of investors through shareholder class litigation. The firm's attorneys also have significant experience prosecuting claims in derivative litigation arising from breaches of fiduciary duties under state law.

We represent clients in federal courts nationwide and serve in court-appointed leadership roles in many of these cases. We offer our clients a personalized approach to complex litigation which, because of its size and complex nature, can be a daunting prospect to investors. Through unyielding dedication, hard work, and creativity, we have achieved notable successes on behalf of our clients.

**Founding Partner** Lesley Portnoy brings more than a decade of experience representing investors and consumers in recovering losses caused by corporate fraud and wrongdoing. Lesley is based in Los Angeles. Lesley has assisted in the recovery of billions of dollars on behalf of aggrieved investors, including the victims of the Bernard M. Madoff bankruptcy. Courts throughout the United States have appointed him as Lead Counsel to represent investors in securities fraud class actions.

As Lead Counsel with in In re Yahoo! Inc. Sec. Litig., a high-profile class action litigation against Yahoo! Inc., Lesley helped achieve an $80 million settlement for the Class in 2018. The case involved the biggest data breaches in U.S. history, in which over 3 billion Yahoo accounts were compromised. Other securities fraud cases that Lesley successfully litigated include Parmelee v. Santander Consumer USA Holdings Inc.; In re Fifth Street Asset Management, Inc. Sec. Litig.; In re ITT Educational Services, Inc. Sec. Litig.; In re Penn West Petroleum Ltd. Sec. Litig.; Elkin v. Walter Investment Management Corp.; In re CytRx Corporation Sec. Litig.; Carter v. United Development Funding IV; and In re Akorn, Inc. Sec. Litig.; In re LSB Industries, Inc. Securities Litigation, Case No. 1:15-cv-07614-RA-GWG; Christine Asia Co. Ltd., et al. v. Jack Yun Ma, et al., Case No. 15-md-02631 (S.D.N.Y.) ($250 million securities class action settlement); Shah v. Zimmer Biomet Holdings, Inc., Case No. 16-cv-00815 (N.D. Inc.) ($50 million securities class action settlement).

Lesley received his B.A. in 2004 from the University of Pennsylvania. In 2009, he simultaneously received his JD magna cum laude from New York Law School and his Masters of Business Administration from City University of New York. At New York Law School, Lesley was on the Dean's List-High Honors and an Articles Editor for the New York Law School Law Review.

Lesley is admitted to practice in New York, Texas, and California, and is admitted to practice before the United States Court of Appeals for the Second Circuit, and the United States District

{00603470;1 }

DocuSign Envelope ID: F1495DF7-7FE6-43A5-AAE7-5CC00B4F68BF

Courts for the Southern and Eastern Districts of New York, the Central, Northern, and Southern Districts of California and the Northern District of Texas.

**Associate / Client Relations Manager** Max Newman joined the Portnoy Law Firm in 2023. He obtained his Juris Doctorate from California Western School of Law in 2022 and his Bachelor of Arts at Hofstra University in 2019. His admission in the state of California is pending.

Prior to his work in the legal field, Max Newman advised investors, created financial plans, and ensured employees reached internal initiatives as an employee at Morgan Stanley. He brings several years of experience in wealth management, serving as support staff to multiple financial advisors. Now at Portnoy Law Firm, he helps investors recover their losses as a result of corporate fraud and misconduct.

{00603470;1 }