*Novavax, Inc. Securities Settlement*
**Civil Action No. TDC-21-2910 (D. Md.)**

**SUMMARY TABLE OF LODESTARS AND EXPENSES**

| FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|
| Pomerantz LLP | 2,497.47 | $1,771,067.25 | $293,675.92 |
| Labaton Sucharow LLP | 3,885.10 | $2,704,621.00 | $332,843.18 |
| Cohen Milstein Sellers & Toll PLLC | 138.25 | $115,187.50 | $1,669.73 |
| Hagens Berman Sobol Shapiro LLP | 66.20 | $38,592.50 | $443.00 |
| Johnson Fistel, LLP | 80.80 | $72,010.00 | $262.00 |
| The Portnoy Law Firm | 197.00 | $201,925.00 | NA |
| **TOTALS** | **6,864.82** | **$4,903,403.25** | **$628,893.83** |