UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

SOTHINATHAN SINNATHURAI,
*Individually and on Behalf of All Others
Similarly Situated*,

    Plaintiff,

v.

NOVAVAX, INC.,
STANLEY C. ERCK and
JOHN J. TRIZZINO,

    Defendants.

Civil Action No. TDC-21-2910

## ORDER

On May 2, 2024, the Court received an Objection to Settlement and Motion for Extension of Time from non-party Jaromir Kovarik, ECF No. 138, in which he requests an extension of 14 days "to study the materials and consider our representation." Having reviewed the filing, it is hereby ORDERED that:

1. The request for an Extension of Time to File an Objection, ECF No. 138, is GRANTED IN PART. Kovarik may file a formal objection by **Thursday, May 9, 2024**. Any objection shall comply with the requirements set forth in the Court's prior Order Granting Preliminary Approval of Class Action Settlement ("the Preliminary Approval Order"). Preliminary Approval Order ¶ 17, ECF No. 129.

2. The parties' deadline for filing the reply brief envisioned in the Preliminary Approval Order is extended to **Monday, May 13, 2024**. *See* Preliminary Approval Order ¶ 22.

Date: May 3, 2024

THEODORE D. CHUANG
United States District Judge