**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

|  |  |
|---|---|
| SOTHINATHAN SINNATHURAI, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. TDC-21-2910 |
| Plaintiff, | |
| v. | |
| NOVAVAX, INC, STANLEY C. ERCK, GREGORY F. COVINO, JOHN J. TRIZZINO, and GREGORY M. GLENN, | |
| Defendants. | |

**SUPPLEMENTAL DECLARATION OF BRIAN CALANDRA IN FURTHER
SUPPORT OF (1) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION,
AND (2) CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES**

I, Brian Calandra, declare as follows:

1.      I am a partner at Pomerantz LLP ("Pomerantz").  I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.  I make this declaration in further support of (1) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, and (2) Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses.[1]

2.      Attached hereto as Exhibit 1 is the [Proposed] Final Order and Judgment, negotiated by the Parties.

---

[1] All terms with initial capitalization not otherwise defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated as of January 12, 2024. (ECF No. 127-3).

3.      Attached hereto as Exhibit 2 is the [Proposed] Order Awarding Attorneys' Fees and Expenses.

4.      Attached hereto as Exhibit 3 is the [Proposed] Order Approving Plan of Allocation.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Report on Requests for Exclusion and Objections Received to Date; and (C) Claims Received to Date.

I declare, under penalty of perjury under the laws of the United States, that the foregoing facts are true and correct.

Executed this 13th day of May, 2024, at New York, New York.

*/s/ Brian Calandra*
Brian Calandra

2