UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

SOTHINATHAN SINNATHURAI,
*Individually and on Behalf of All Others Similarly Situated*,

    Plaintiff,

v.

NOVAVAX, INC.,
STANLEY C. ERCK and
JOHN J. TRIZZINO,

    Defendants.

Civil Action No. TDC-21-2910

## ORDER

For the reasons stated during the May 23, 2024 Fairness Hearing, and as set forth in the Final Order and Judgment, the Order Awarding Attorneys' Fees and Expenses, and the Order Awarding Plan of Allocation, it is hereby ORDERED that:

1. Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, ECF No. 131, is GRANTED.

2. Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses, ECF No. 133, is GRANTED IN PART and DENIED IN PART.

3. The Clerk shall close this case.

Date: May 24, 2024



THEODORE D. CHUANG
United States District Judge