## EXHIBIT A

### Objections

| # | Name | City | State/Country |
|---|------|------|---------------|
| 1 | Mark Sekula | Richboro | Pennsylvania |
| 2 | Johan Floor | Luzern | Switzerland |
| 3 | Jaromir Kovarik & Daria Kovarikova | Annville | Pennsylvania |

### Exclusion Requests

| # | Name | City | State/Country |
|---|------|------|---------------|
| 1 | David Harden | Kent | United Kingdom |
| 2 | Joshua Daniel Wohl | Philadelphia | Pennsylvania |
| 3 | The Benjamin E and Kathleen M Ramp Living Trust and Trustees Kathleen M. Ramp and Benjamin E. Ramp | Geneseo | Illinois |
| 4 | Kevin G. Postich | Powder Springs | Georgia |
| 5 | Sarah J. Postich | Marietta | Georgia |
| 6 | Sophonie Noel | Wilmington | Delaware |
| 7 | Grunderson Jean-Philippe | Wilmington | Delaware |

12