10/12/24
Saturday

Reference: Sinnathurai v. NOVAVAX, Case # 8:21-cv-02910-TDC

FILED _____ ENTERED
_____ LOGGED ___ JM ___ RECEIVED

OCT 15 2024

Your Honor,

My name is Kevin G. Postich and my daughter Sarah Postich and I opted-out of This class litigation case back in early May, 2024. We believed at That Time we could find local representation here in The city of Atlanta, GA. Well, we were horribly wrong and after many, many tries all The attorneys passed on our request for representation. They kept saying "The economics" were not justified.

So my daughter + I are humbly writing to you now asking if you could please rescind our exclusion requests from earlier and be added back-in to The class litigation case. We are asking That you allow both of us to submit claims since The claim filing deadline has passed, and be found by The judgement.

Finally, we have notified The co-lead Counsel of our requests as well, and They do not oppose Them (They told us in a separate email).

Thank you for your consideration and your time spent on our behalf.

Sincerely,

Kevin G. and Sarah Postich
3811 ABBOTT LANE, #16
POWDER SPRINGS, GA.  30127