

Barbara & Kevin
Postich
3811 Abbott Ln
Powder Spgs,
GA  30127

ATLANTA GA RPDC 302

12 OCT 2024 PM 6 L

 

FOREVER   USA

Clerk of The Court
United States District Court
District of Maryland
6500 Cherrywood Lane
Green belt, M.D.
20770

20770-720350