## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

| | |
|---|---|
| SOTHINATHAN SINNATHURAI, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. TDC-21-2910 |
| Plaintiff, | Judge Theodore D. Chuang |
| v. | |
| NOVAVAX, INC., STANLEY C. ERCK, GREGORY F. COVINO, JOHN J. TRIZZINO, and GREGORY M. GLENN, | |
| Defendants. | |

## ORDER GRANTING KEVIN POSTICH AND SARAH POSTICH'S MOTION TO RESCIND CLASS OPT OUT

WHEREAS, Lead Plaintiffs Jeffrey A. Gabbert, Nuggehalli Balmukund Nandkumar, and David Truong ("Lead Plaintiffs"), individually and on behalf of the Settlement Class, and Defendants Novavax, Inc. ("Novavax" or the "Company"), Stanley C. Erck, Gregory F. Covino, John J. Trizzino, and Gregory M. Glenn (collectively with Novavax, the "Defendants") entered into the Stipulation and Agreement of Settlement, dated January 12, 2024 (the "Stipulation");

WHEREAS, on January 23, 2024, the Court granted Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Approval of Notice to the Settlement Class (ECF No. 129 ("Preliminary Approval Order"));

WHEREAS, paragraph 15 of the Preliminary Approval Order set a deadline of May 2, 2024 for Settlement Class Members to opt out of the Settlement Class;

WHEREAS, on April 28, 2024, Kevin and Sarah Postich submitted timely requests to opt out of the Settlement Class (ECF No. 142-5 at 19-57);

WHEREAS, on May 24, 2024, the Court issued its Final Order and Judgment in this Action (ECF No. 151 ("Final Approval Order")), which, in pertinent part, granted Kevin and Sara Postich's request to opt out of the Settlement Class;

WHEREAS, on October 15, 2024, the Court docketed a motion from Kevin and Sarah Postich seeking to rescind their opt out request (ECF No. 154, the "Motion");

WHEREAS, the Parties do not oppose the relief requested in the Motion; and

WHEREAS, unless otherwise defined, all terms used herein have the same meanings as set forth in the Stipulation;

NOW, THEREFORE, IT IS HEREBY ORDERED, this 1st day of November 2024, that:

1.    The Motion is GRANTED, and the opt out requests of each of Kevin and Sarah Postich are hereby RESCINDED;

2.      To the extent they wish to be eligible for a recovery from the Net Settlement Fund, Kevin and Sarah Postich shall complete a Claim Form(s) and submit that Claim Form(s) to the Claims Administrator in accordance with the instructions in the Claim Form on or before **November 22, 2024**;

3.      Kevin and Sarah Postich each are members of the Settlement Class and bound by the Final Approval Order.


IT IS SO ORDERED.

DATED: __11/1/2024__

_____
THE HONORABLE THEODORE D. CHUANG
UNITED STATES DISTRICT JUDGE