# EXHIBIT B

5027

novavax

## Claimant Information

Phone:
Phone:
Email:
SSN/TaxID:
Date Submitted: 2024-04-10 13:46:02
SubmissionTieBack: 5YQDK4G

## Transaction Information

Beginning Balance: 0

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |
| 10/20/2021 | 0 | 0 90-Day | | | |

Ending Balance: 0

Beginning Balance: [BegBalance1]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance1]

Beginning Balance: [BegBalance2]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance2]

Beginning Balance: [BegBalance3]

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Buy Date | Shares | Net Amount | SaleDate | Shares | Net Amount |

Ending Balance: [EndBalance3]

# Documentation List

126-06d33a8df8ab011703661195aadfdaee\2024\04\IMG_1597.jpeg
126-06d33a8df8ab011703661195aadfdaee\2024\04\IMG_1598.jpeg

# Positions Details *

Case 8:21-cv-02910-TDC   Document 160-2   Filed 05/15/25   Page 4 of 16



| Symbol ▲ | antity | Price | Price Change | Market Value | Day Change |
|---|---|---|---|---|---|
| ▼ Equities | | | | | |
| NVAX | 200 | $4.265 | -$0.155 | $853.00 | -$31.00 |
| **Total** Equities | | | | **$992.00** | **-$31.00** |
| ▼ Cash & Money Market | | | | | |
| Cash & Cash | | | | | |

Novavax, Inc. Securities Settlement
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## DEFICIENCY NOTICE

**CONTROL#:**  5027                                          **September 18, 2024**

**AcctNum:**

A review of your claim has revealed some incomplete or missing information.  In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| Description: | Shares: |
|---|---|
| Sufficient documentation* detailing all your purchases of Novavax, Inc. publicly traded common stock between May 11, 2021 and January 14, 2022, inclusive, was not provided. Please provide proof of purchases for the number of shares to the right. | 200 |
| Please provide proof of your balance of Novavax Inc. common stock at the close of trading on January 14, 2022. | 200 |

**Please call our office if you may need further clarification of this notice.**

**If you do not return these corrections and the requested information within twenty (20) calendar days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the settlement fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for (1)  any transactions of Novavax, Inc. ("Novavax") publicly traded common stock during the period from May 11, 2021 and January 14, 2022, inclusive; (2) proof of holdings of Novavax common stock at the open of trading on May 11, 2021; and (3) proof of holdings of Novavax common stock at the close of trading on January 14, 2022.


## SUPPORT CENTER
Support Ticket System

10/03/2024 11:15:39 AM

# Ticket #121462

| | | | |
|---|---|---|---|
| **Status** | Completed | **Name** | |
| **Priority** | Normal | **Email** | |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 10/03/2024 11:00:07 AM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | George Allen | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | **Last Response** | 10/03/2024 11:15:13 AM |
| **Due Date** | 10/04/2024 11:00:07 AM | **Last Message** | 10/03/2024 11:00:08 AM |

## Ticket Details

| | |
|---|---|
| **Case:** | Novavax |
| **Control Number(s):** | 5027 |

## Proof

10/03/2024 11:00:07 AM Proof

To whom it may concern:

As your request, this picture is my stock account screenshot.

The proof of my 200 shares of NOVAVAX INC.

My name is                    and I do believe in your company shares holders has my name on it.

I am not sure how many proof you want me to provide.

You can also contact my stock broker: Charles SCHWAB

If you wish, the number is 1-800-435-4000



**SUPPORT CENTER**
Support Ticket System

10/03/2024 11:15:39 AM

Thanks!

---



# SUPPORT CENTER
Support Ticket System

10/03/2024 11:15:39 AM

| 10/03/2024 11:15:13 AM | George Allen |
|---|---|

Good morning,

We have received your information and will pass it on for further review.

Thank you.

--

Claims Administrator

Strategic Claims Services, Inc.

600 N. Jackson St. - Suite 205

Media PA 19063

Phone: 610-565-9202

Fax: 610-565-7985

Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

Novavax, Inc. Securities Settlement
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

**CONTROL#:**   5027

**December 16, 2024**

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
|---|---|
| Sufficient documentation* detailing all your purchases of Novavax, Inc. publicly traded common stock between May 11, 2021 and January 14, 2022, inclusive, was not provided. Please provide proof of purchases for the number of shares to the right. | 200 |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than twenty (20) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Co-Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.

 Gmail

**Claims Analyst <info@strategicclaims.net>**

# Urgent
1 message

Tue, Dec 24, 2024 at 6:52 PM

To: info@strategicclaims.net

Hello,
I already send the screenshot from my stock marketing company website long ago and I have been receiving your company proxy statements as well.
I don't know how much prove you need from me to show you that I got 200 shares from your company…..
You are welcome to contact my stock marketing company that I use to buy/sell my stocks to get more info if you need.
Attached file is my proof to shows that I own 200 shares of your company stocks and I Don't lie about it.

P.s. my stocks marketing company name is Charles Schwab

**2 attachments**




**IMG_1632.png**
336K



**IMG_1633.jpeg**
1502K



 Gmail

**Jacob Tanner <jtanner@strategicclaims.net>**

## NOVAVAX, INC. Securities Litigation – Final Determination

Fri, Jan 3, 2025 at 12:31 PM

To: Jacob Tanner <jtanner@strategicclaims.net>

Hello Jacob,
Thanks for the info!
Unfortunately, that was my investment and I have been waiting for the price go up since it go down so much and I lost more than half…..
I don't know all the rules and your company requires for any shares holders that out of those prior time you said……
I already have my options that I disagreed and hope there is possibility company can re-consider the holders like me…..

Thank you so much for your time and explanation.

I DISAGREE ….that is my final decision .

Best regards,


On Fri, Jan 3, 2025 at 12:08 PM Jacob Tanner <jtanner@strategicclaims.net> wrote:

Good afternoon,

The documentation we have for your claim shows that you purchased 200 shares on 12/6/2022.  As per the court approved plan of allocation visible on page 5 of the notice and claim form:

"All persons or entities who or which, during the period from May 11, 2021 through October 19, 2021, inclusive, purchased or otherwise acquired the publicly traded common stock of Novavax and were damaged thereby."

Since all of your shares were purchased outside of this period, your claim was rejected for out of class period.

If you would like to contest the status of your claim, please respond to this email no later than twenty (20) calendar days from the date of this email. Please be sure to include your claim number, your reason for contesting our determination, and documentation supporting your reason. If after contacting us, you still disagree with our determination, you can request in writing to Lead Counsel to review your claim. If we do not hear from you by the above deadline, we will assume that you agree with the statuses of your claim.

Thank you,

Jacob Tanner

Claims Analyst
Strategic Claims Services, Inc.
600 N. Jackson Street
Suite 205
Media, PA 19063
610-565-9202

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it. Thank you.*

On Fri, Jan 3, 2025 at 11:50 AM                    wrote:
Hello Jacob,
Thank you for your reply!
I disagreed and my shares has been lost more than what I got for…..
The time your company requested is not reasonable.
I have these 200 shares since the day I got it and have been lost more than half price that when I got it …..it should be treat as the same that others shares holder….maybe you can adjust the price on that 200 shares with some consideration of my lost for these years…..

Best regards,

On Fri, Jan 3, 2025 at 11:38 AM Jacob Tanner <jtanner@strategicclaims.net> wrote:

Good afternoon,

Thank you for responding to the letter mailed on December 16, 2024 and for your patience while your claim and documentation were reviewed.

Below is the final determination for the status of your claim number 5027 for the account with number 2201-0140 for the NOVAVAX, INC. Securities Litigation.

**200 shares are rejected for out of class period.** Note, these 200 shares are considered out of class period as they were purchased after the end of the class period.

From page 14 of the Notice and Claim form:

  "For each share of Novavax common stock purchased or otherwise acquired from May 11, 2021 through and including October 19, 2021, and: ..."

If you do not agree with this determination, please respond to this email on or before January 15, 2025 with the reason(s) you do not agree and documentation to support those reasons.

Please call us at the number below if you have any questions.


Thank you,

Jacob Tanner
Claims Analyst
Strategic Claims Services, Inc.
600 N. Jackson Street
Suite 205
Media, PA 19063
610-565-9202

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it. Thank you.*

 Outlook

---

**Novavax, Inc. Securities Settlement**

---

**From** Margery Craig <mcraig@strategicclaims.net>

**Date** Mon 4/14/2025 1:57 PM

**To**

**Bcc**   Josephine Bravata <jbravata@strategicclaims.net>

Good afternoon,

In connection with our final report to the Court, Lead Counsel has reviewed your claim #5027 and related correspondence.  They agree with our determination that the 200 shares purchased on December 6, 2022 are not eligible for a recovery from the Settlement because they were purchased after the Class Period.  They asked me to explain the following:
The Court approved the Settlement and the plan of allocation governing the calculation of claims on May 24, 2024.  The Settlement is on behalf of a "class" of investors that purchased shares during the period from May 11, 2021 through October 19, 2021 (the "Class Period").  As is standard, the plan of allocation only provides a recovery for shares purchased during the Class Period.  At this point, the Class and the Class Period are final and cannot be changed.

More fundamentally, in this case, Lead Plaintiffs alleged that Defendants issued materially false statements and omitted material facts during the Class Period, which allegedly artificially inflated the price of Novavax stock.  It was also alleged that corrective information, i.e., disclosures of "the truth", were released to the market after market close on August 5, 2021 and after market close on October 19, 2021, which decreased the prices of Novavax stock and removed the artificial inflation from the share price on August 6, 2021 and October 20, 2021. The Class Period ends when it does because of these substantial factual developments.  Unfortunately, it does not matter, for purposes of the Settlement, that the price of Novavax stock continued to fall after your purchases in December 2022. Because you did not purchase shares between May 11, 2021, and October 19, 2021, your shares are not eligible for a recovery.

We hope this information has been helpful and ask you to withdraw your dispute by reply to this email. Lead Counsel also said they can have a call with you to answer any further questions you may have.  If you do not withdraw your dispute, we will present it to the Court for a determination.

Regards,

Margie Craig
Project Manager
Strategic Claims Services, Inc.
600 North Jackson Street
Suite 205
Media, PA 19063
610-565-9202 x1005
Toll free 866-274-4004
Fax 610-565-7985

IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.