# EXHIBIT C

# REPORT OF THE CLAIMS ADMINISTRATOR

# NOVAVAX, INC. SECURITIES LITIGATION

TOTAL # OF CLAIMS…………………………………………………… 89,090

TOTAL # OF APPROVED VALID CLAIMS………………………………… 31,461

TOTAL # OF INELIGIBLE CLAIMS……………………………….…..... 57,629

| | |
|---|---|
| PURCHASED OUTSIDE CLASS PERIOD | 29,161 |
| NO RECOGNIZED LOSSES | 22,572 |
| SHARES SOLD SHORT | 4,353 |
| SHARES NOT PURCHASED | 669 |
| INADEQUATE DOCUMENTATION | 559 |
| DUPLICATE CLAIMS | 267 |
| WRONG STOCK | 28 |
| CLAIM WITHDRAWN | 10 |
| FRAUDULENT CLAIMS | 9 |
| EXCLUDED PARTY | 1 |
| TOTAL | 57,629 |

TOTAL RECOGNIZED LOSSES .........................................................$433,185,489.22