# EXHIBIT C-3

# INADEQUATELY DOCUMENTED CLAIMS

| Claim # | Rejection Reason |
|---|---|
| 2 | INADEQUATELY DOCUMENTED |
| 12 | INADEQUATELY DOCUMENTED |
| 19 | INADEQUATELY DOCUMENTED |
| 32 | INADEQUATELY DOCUMENTED |
| 50 | INADEQUATELY DOCUMENTED |
| 51 | INADEQUATELY DOCUMENTED |
| 74 | INADEQUATELY DOCUMENTED |
| 78 | INADEQUATELY DOCUMENTED |
| 80 | INADEQUATELY DOCUMENTED |
| 84 | INADEQUATELY DOCUMENTED |
| 102 | INADEQUATELY DOCUMENTED |
| 109 | INADEQUATELY DOCUMENTED |
| 112 | INADEQUATELY DOCUMENTED |
| 116 | INADEQUATELY DOCUMENTED |
| 139 | INADEQUATELY DOCUMENTED |
| 154 | INADEQUATELY DOCUMENTED |
| 155 | INADEQUATELY DOCUMENTED |
| 157 | INADEQUATELY DOCUMENTED |
| 236 | INADEQUATELY DOCUMENTED |
| 249 | INADEQUATELY DOCUMENTED |
| 262 | INADEQUATELY DOCUMENTED |
| 269 | INADEQUATELY DOCUMENTED |
| 272 | INADEQUATELY DOCUMENTED |
| 277 | INADEQUATELY DOCUMENTED |
| 339 | INADEQUATELY DOCUMENTED |
| 341 | INADEQUATELY DOCUMENTED |
| 353 | INADEQUATELY DOCUMENTED |
| 368 | INADEQUATELY DOCUMENTED |
| 377 | INADEQUATELY DOCUMENTED |
| 381 | INADEQUATELY DOCUMENTED |
| 382 | INADEQUATELY DOCUMENTED |
| 383 | INADEQUATELY DOCUMENTED |
| 418 | INADEQUATELY DOCUMENTED |
| 435 | INADEQUATELY DOCUMENTED |
| 440 | INADEQUATELY DOCUMENTED |
| 441 | INADEQUATELY DOCUMENTED |
| 444 | INADEQUATELY DOCUMENTED |
| 467 | INADEQUATELY DOCUMENTED |
| 472 | INADEQUATELY DOCUMENTED |
| 479 | INADEQUATELY DOCUMENTED |
| 481 | INADEQUATELY DOCUMENTED |
| 482 | INADEQUATELY DOCUMENTED |
| 486 | INADEQUATELY DOCUMENTED |
| 507 | INADEQUATELY DOCUMENTED |
| 542 | INADEQUATELY DOCUMENTED |
| 546 | INADEQUATELY DOCUMENTED |
| 554 | INADEQUATELY DOCUMENTED |

**INADEQUATELY DOCUMENTED CLAIMS**

| Claim # | Rejection Reason |
|---------|------------------|
| 557 | INADEQUATELY DOCUMENTED |
| 563 | INADEQUATELY DOCUMENTED |
| 583 | INADEQUATELY DOCUMENTED |
| 587 | INADEQUATELY DOCUMENTED |
| 597 | INADEQUATELY DOCUMENTED |
| 598 | INADEQUATELY DOCUMENTED |
| 608 | INADEQUATELY DOCUMENTED |
| 616 | INADEQUATELY DOCUMENTED |
| 644 | INADEQUATELY DOCUMENTED |
| 646 | INADEQUATELY DOCUMENTED |
| 654 | INADEQUATELY DOCUMENTED |
| 711 | INADEQUATELY DOCUMENTED |
| 746 | INADEQUATELY DOCUMENTED |
| 767 | INADEQUATELY DOCUMENTED |
| 821 | INADEQUATELY DOCUMENTED |
| 829 | INADEQUATELY DOCUMENTED |
| 830 | INADEQUATELY DOCUMENTED |
| 842 | INADEQUATELY DOCUMENTED |
| 870 | INADEQUATELY DOCUMENTED |
| 876 | INADEQUATELY DOCUMENTED |
| 883 | INADEQUATELY DOCUMENTED |
| 960 | INADEQUATELY DOCUMENTED |
| 984 | INADEQUATELY DOCUMENTED |
| 1034 | INADEQUATELY DOCUMENTED |
| 1063 | INADEQUATELY DOCUMENTED |
| 1065 | INADEQUATELY DOCUMENTED |
| 1076 | INADEQUATELY DOCUMENTED |
| 1084 | INADEQUATELY DOCUMENTED |
| 1090 | INADEQUATELY DOCUMENTED |
| 1096 | INADEQUATELY DOCUMENTED |
| 1197 | INADEQUATELY DOCUMENTED |
| 1203 | INADEQUATELY DOCUMENTED |
| 1296 | INADEQUATELY DOCUMENTED |
| 1307 | INADEQUATELY DOCUMENTED |
| 1322 | INADEQUATELY DOCUMENTED |
| 1326 | INADEQUATELY DOCUMENTED |
| 1333 | INADEQUATELY DOCUMENTED |
| 1360 | INADEQUATELY DOCUMENTED |
| 1425 | INADEQUATELY DOCUMENTED |
| 1449 | INADEQUATELY DOCUMENTED |
| 1474 | INADEQUATELY DOCUMENTED |
| 1499 | INADEQUATELY DOCUMENTED |
| 1668 | INADEQUATELY DOCUMENTED |
| 1677 | INADEQUATELY DOCUMENTED |
| 1703 | INADEQUATELY DOCUMENTED |
| 1766 | INADEQUATELY DOCUMENTED |
| 1785 | INADEQUATELY DOCUMENTED |

## INADEQUATELY DOCUMENTED CLAIMS

| Claim # | Rejection Reason |
| --- | --- |
| 1793 | INADEQUATELY DOCUMENTED |
| 1795 | INADEQUATELY DOCUMENTED |
| 1798 | INADEQUATELY DOCUMENTED |
| 1842 | INADEQUATELY DOCUMENTED |
| 1938 | INADEQUATELY DOCUMENTED |
| 1965 | INADEQUATELY DOCUMENTED |
| 2046 | INADEQUATELY DOCUMENTED |
| 2070 | INADEQUATELY DOCUMENTED |
| 2093 | INADEQUATELY DOCUMENTED |
| 2134 | INADEQUATELY DOCUMENTED |
| 2152 | INADEQUATELY DOCUMENTED |
| 2214 | INADEQUATELY DOCUMENTED |
| 2294 | INADEQUATELY DOCUMENTED |
| 2297 | INADEQUATELY DOCUMENTED |
| 2377 | INADEQUATELY DOCUMENTED |
| 2378 | INADEQUATELY DOCUMENTED |
| 2389 | INADEQUATELY DOCUMENTED |
| 2424 | INADEQUATELY DOCUMENTED |
| 2426 | INADEQUATELY DOCUMENTED |
| 2434 | INADEQUATELY DOCUMENTED |
| 2443 | INADEQUATELY DOCUMENTED |
| 2501 | INADEQUATELY DOCUMENTED |
| 2506 | INADEQUATELY DOCUMENTED |
| 2549 | INADEQUATELY DOCUMENTED |
| 2578 | INADEQUATELY DOCUMENTED |
| 2679 | INADEQUATELY DOCUMENTED |
| 2693 | INADEQUATELY DOCUMENTED |
| 2756 | INADEQUATELY DOCUMENTED |
| 2757 | INADEQUATELY DOCUMENTED |
| 2800 | INADEQUATELY DOCUMENTED |
| 2858 | INADEQUATELY DOCUMENTED |
| 2967 | INADEQUATELY DOCUMENTED |
| 3005 | INADEQUATELY DOCUMENTED |
| 3015 | INADEQUATELY DOCUMENTED |
| 3018 | INADEQUATELY DOCUMENTED |
| 3064 | INADEQUATELY DOCUMENTED |
| 3110 | INADEQUATELY DOCUMENTED |
| 3129 | INADEQUATELY DOCUMENTED |
| 3135 | INADEQUATELY DOCUMENTED |
| 3144 | INADEQUATELY DOCUMENTED |
| 3153 | INADEQUATELY DOCUMENTED |
| 3166 | INADEQUATELY DOCUMENTED |
| 3183 | INADEQUATELY DOCUMENTED |
| 3188 | INADEQUATELY DOCUMENTED |
| 3216 | INADEQUATELY DOCUMENTED |
| 3232 | INADEQUATELY DOCUMENTED |
| 3245 | INADEQUATELY DOCUMENTED |

# INADEQUATELY DOCUMENTED CLAIMS

| Claim # | Rejection Reason |
|---|---|
| 3248 | INADEQUATELY DOCUMENTED |
| 3262 | INADEQUATELY DOCUMENTED |
| 3276 | INADEQUATELY DOCUMENTED |
| 3286 | INADEQUATELY DOCUMENTED |
| 3310 | INADEQUATELY DOCUMENTED |
| 3326 | INADEQUATELY DOCUMENTED |
| 3359 | INADEQUATELY DOCUMENTED |
| 3363 | INADEQUATELY DOCUMENTED |
| 3383 | INADEQUATELY DOCUMENTED |
| 3389 | INADEQUATELY DOCUMENTED |
| 3390 | INADEQUATELY DOCUMENTED |
| 3393 | INADEQUATELY DOCUMENTED |
| 3403 | INADEQUATELY DOCUMENTED |
| 3407 | INADEQUATELY DOCUMENTED |
| 3417 | INADEQUATELY DOCUMENTED |
| 3432 | INADEQUATELY DOCUMENTED |
| 3457 | INADEQUATELY DOCUMENTED |
| 3488 | INADEQUATELY DOCUMENTED |
| 3497 | INADEQUATELY DOCUMENTED |
| 3547 | INADEQUATELY DOCUMENTED |
| 3548 | INADEQUATELY DOCUMENTED |
| 3553 | INADEQUATELY DOCUMENTED |
| 3581 | INADEQUATELY DOCUMENTED |
| 3583 | INADEQUATELY DOCUMENTED |
| 3592 | INADEQUATELY DOCUMENTED |
| 3609 | INADEQUATELY DOCUMENTED |
| 3629 | INADEQUATELY DOCUMENTED |
| 3671 | INADEQUATELY DOCUMENTED |
| 3672 | INADEQUATELY DOCUMENTED |
| 3690 | INADEQUATELY DOCUMENTED |
| 3703 | INADEQUATELY DOCUMENTED |
| 3706 | INADEQUATELY DOCUMENTED |
| 3721 | INADEQUATELY DOCUMENTED |
| 3722 | INADEQUATELY DOCUMENTED |
| 3752 | INADEQUATELY DOCUMENTED |
| 3779 | INADEQUATELY DOCUMENTED |
| 3803 | INADEQUATELY DOCUMENTED |
| 3820 | INADEQUATELY DOCUMENTED |
| 3841 | INADEQUATELY DOCUMENTED |
| 3862 | INADEQUATELY DOCUMENTED |
| 3868 | INADEQUATELY DOCUMENTED |
| 3873 | INADEQUATELY DOCUMENTED |
| 3924 | INADEQUATELY DOCUMENTED |
| 3927 | INADEQUATELY DOCUMENTED |
| 3950 | INADEQUATELY DOCUMENTED |
| 3968 | INADEQUATELY DOCUMENTED |
| 3994 | INADEQUATELY DOCUMENTED |

# INADEQUATELY DOCUMENTED CLAIMS

| Claim # | Rejection Reason |
| --- | --- |
| 4010 | INADEQUATELY DOCUMENTED |
| 4055 | INADEQUATELY DOCUMENTED |
| 4067 | INADEQUATELY DOCUMENTED |
| 4070 | INADEQUATELY DOCUMENTED |
| 4131 | INADEQUATELY DOCUMENTED |
| 4135 | INADEQUATELY DOCUMENTED |
| 4158 | INADEQUATELY DOCUMENTED |
| 4163 | INADEQUATELY DOCUMENTED |
| 4166 | INADEQUATELY DOCUMENTED |
| 4176 | INADEQUATELY DOCUMENTED |
| 4200 | INADEQUATELY DOCUMENTED |
| 4205 | INADEQUATELY DOCUMENTED |
| 4212 | INADEQUATELY DOCUMENTED |
| 4232 | INADEQUATELY DOCUMENTED |
| 4239 | INADEQUATELY DOCUMENTED |
| 4242 | INADEQUATELY DOCUMENTED |
| 4264 | INADEQUATELY DOCUMENTED |
| 4286 | INADEQUATELY DOCUMENTED |
| 4315 | INADEQUATELY DOCUMENTED |
| 4317 | INADEQUATELY DOCUMENTED |
| 4329 | INADEQUATELY DOCUMENTED |
| 4353 | INADEQUATELY DOCUMENTED |
| 4391 | INADEQUATELY DOCUMENTED |
| 4397 | INADEQUATELY DOCUMENTED |
| 4435 | INADEQUATELY DOCUMENTED |
| 4436 | INADEQUATELY DOCUMENTED |
| 4439 | INADEQUATELY DOCUMENTED |
| 4443 | INADEQUATELY DOCUMENTED |
| 4462 | INADEQUATELY DOCUMENTED |
| 4469 | INADEQUATELY DOCUMENTED |
| 4495 | INADEQUATELY DOCUMENTED |
| 4500 | INADEQUATELY DOCUMENTED |
| 4515 | INADEQUATELY DOCUMENTED |
| 4534 | INADEQUATELY DOCUMENTED |
| 4577 | INADEQUATELY DOCUMENTED |
| 4582 | INADEQUATELY DOCUMENTED |
| 4595 | INADEQUATELY DOCUMENTED |
| 4615 | INADEQUATELY DOCUMENTED |
| 4622 | INADEQUATELY DOCUMENTED |
| 4638 | INADEQUATELY DOCUMENTED |
| 4645 | INADEQUATELY DOCUMENTED |
| 4653 | INADEQUATELY DOCUMENTED |
| 4673 | INADEQUATELY DOCUMENTED |
| 4682 | INADEQUATELY DOCUMENTED |
| 4701 | INADEQUATELY DOCUMENTED |
| 4705 | INADEQUATELY DOCUMENTED |
| 4748 | INADEQUATELY DOCUMENTED |

## INADEQUATELY DOCUMENTED CLAIMS

| Claim # | Rejection Reason |
|---|---|
| 4755 | INADEQUATELY DOCUMENTED |
| 4770 | INADEQUATELY DOCUMENTED |
| 4772 | INADEQUATELY DOCUMENTED |
| 4790 | INADEQUATELY DOCUMENTED |
| 4802 | INADEQUATELY DOCUMENTED |
| 4807 | INADEQUATELY DOCUMENTED |
| 4826 | INADEQUATELY DOCUMENTED |
| 4842 | INADEQUATELY DOCUMENTED |
| 4843 | INADEQUATELY DOCUMENTED |
| 4845 | INADEQUATELY DOCUMENTED |
| 4859 | INADEQUATELY DOCUMENTED |
| 4861 | INADEQUATELY DOCUMENTED |
| 4882 | INADEQUATELY DOCUMENTED |
| 4897 | INADEQUATELY DOCUMENTED |
| 4904 | INADEQUATELY DOCUMENTED |
| 4911 | INADEQUATELY DOCUMENTED |
| 4939 | INADEQUATELY DOCUMENTED |
| 4942 | INADEQUATELY DOCUMENTED |
| 4957 | INADEQUATELY DOCUMENTED |
| 4981 | INADEQUATELY DOCUMENTED |
| 5128 | INADEQUATELY DOCUMENTED |
| 5167 | INADEQUATELY DOCUMENTED |
| 5246 | INADEQUATELY DOCUMENTED |
| 5254 | INADEQUATELY DOCUMENTED |
| 5296 | INADEQUATELY DOCUMENTED |
| 5365 | INADEQUATELY DOCUMENTED |
| 5409 | INADEQUATELY DOCUMENTED |
| 5437 | INADEQUATELY DOCUMENTED |
| 5448 | INADEQUATELY DOCUMENTED |
| 5456 | INADEQUATELY DOCUMENTED |
| 5463 | INADEQUATELY DOCUMENTED |
| 5464 | INADEQUATELY DOCUMENTED |
| 5469 | INADEQUATELY DOCUMENTED |
| 5471 | INADEQUATELY DOCUMENTED |
| 5569 | INADEQUATELY DOCUMENTED |
| 5574 | INADEQUATELY DOCUMENTED |
| 5581 | INADEQUATELY DOCUMENTED |
| 5585 | INADEQUATELY DOCUMENTED |
| 5619 | INADEQUATELY DOCUMENTED |
| 5621 | INADEQUATELY DOCUMENTED |
| 5623 | INADEQUATELY DOCUMENTED |
| 5657 | INADEQUATELY DOCUMENTED |
| 5664 | INADEQUATELY DOCUMENTED |
| 5685 | INADEQUATELY DOCUMENTED |
| 5731 | INADEQUATELY DOCUMENTED |
| 5746 | INADEQUATELY DOCUMENTED |
| 5753 | INADEQUATELY DOCUMENTED |

**INADEQUATELY DOCUMENTED CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 5770 | INADEQUATELY DOCUMENTED |
| 5812 | INADEQUATELY DOCUMENTED |
| 5955 | INADEQUATELY DOCUMENTED |
| 5995 | INADEQUATELY DOCUMENTED |
| 6036 | INADEQUATELY DOCUMENTED |
| 6043 | INADEQUATELY DOCUMENTED |
| 6054 | INADEQUATELY DOCUMENTED |
| 6096 | INADEQUATELY DOCUMENTED |
| 6156 | INADEQUATELY DOCUMENTED |
| 6206 | INADEQUATELY DOCUMENTED |
| 6275 | INADEQUATELY DOCUMENTED |
| 6328 | INADEQUATELY DOCUMENTED |
| 6396 | INADEQUATELY DOCUMENTED |
| 6449 | INADEQUATELY DOCUMENTED |
| 6468 | INADEQUATELY DOCUMENTED |
| 6541 | INADEQUATELY DOCUMENTED |
| 6659 | INADEQUATELY DOCUMENTED |
| 6678 | INADEQUATELY DOCUMENTED |
| 6761 | INADEQUATELY DOCUMENTED |
| 6763 | INADEQUATELY DOCUMENTED |
| 6801 | INADEQUATELY DOCUMENTED |
| 6836 | INADEQUATELY DOCUMENTED |
| 6864 | INADEQUATELY DOCUMENTED |
| 6972 | INADEQUATELY DOCUMENTED |
| 6974 | INADEQUATELY DOCUMENTED |
| 6975 | INADEQUATELY DOCUMENTED |
| 6991 | INADEQUATELY DOCUMENTED |
| 7033 | INADEQUATELY DOCUMENTED |
| 7055 | INADEQUATELY DOCUMENTED |
| 7085 | INADEQUATELY DOCUMENTED |
| 7091 | INADEQUATELY DOCUMENTED |
| 7145 | INADEQUATELY DOCUMENTED |
| 7180 | INADEQUATELY DOCUMENTED |
| 7207 | INADEQUATELY DOCUMENTED |
| 7243 | INADEQUATELY DOCUMENTED |
| 7244 | INADEQUATELY DOCUMENTED |
| 7246 | INADEQUATELY DOCUMENTED |
| 7273 | INADEQUATELY DOCUMENTED |
| 7284 | INADEQUATELY DOCUMENTED |
| 7292 | INADEQUATELY DOCUMENTED |
| 7339 | INADEQUATELY DOCUMENTED |
| 7392 | INADEQUATELY DOCUMENTED |
| 7434 | INADEQUATELY DOCUMENTED |
| 7439 | INADEQUATELY DOCUMENTED |
| 7444 | INADEQUATELY DOCUMENTED |
| 7450 | INADEQUATELY DOCUMENTED |
| 7460 | INADEQUATELY DOCUMENTED |

**INADEQUATELY DOCUMENTED CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 7475 | INADEQUATELY DOCUMENTED |
| 7479 | INADEQUATELY DOCUMENTED |
| 7483 | INADEQUATELY DOCUMENTED |
| 7484 | INADEQUATELY DOCUMENTED |
| 7485 | INADEQUATELY DOCUMENTED |
| 7489 | INADEQUATELY DOCUMENTED |
| 7492 | INADEQUATELY DOCUMENTED |
| 7496 | INADEQUATELY DOCUMENTED |
| 7534 | INADEQUATELY DOCUMENTED |
| 7570 | INADEQUATELY DOCUMENTED |
| 7588 | INADEQUATELY DOCUMENTED |
| 7598 | INADEQUATELY DOCUMENTED |
| 7657 | INADEQUATELY DOCUMENTED |
| 7709 | INADEQUATELY DOCUMENTED |
| 7724 | INADEQUATELY DOCUMENTED |
| 7758 | INADEQUATELY DOCUMENTED |
| 7771 | INADEQUATELY DOCUMENTED |
| 7784 | INADEQUATELY DOCUMENTED |
| 7786 | INADEQUATELY DOCUMENTED |
| 7788 | INADEQUATELY DOCUMENTED |
| 7798 | INADEQUATELY DOCUMENTED |
| 7805 | INADEQUATELY DOCUMENTED |
| 7814 | INADEQUATELY DOCUMENTED |
| 7850 | INADEQUATELY DOCUMENTED |
| 7856 | INADEQUATELY DOCUMENTED |
| 7865 | INADEQUATELY DOCUMENTED |
| 7869 | INADEQUATELY DOCUMENTED |
| 7877 | INADEQUATELY DOCUMENTED |
| 7878 | INADEQUATELY DOCUMENTED |
| 7930 | INADEQUATELY DOCUMENTED |
| 7956 | INADEQUATELY DOCUMENTED |
| 7981 | INADEQUATELY DOCUMENTED |
| 8004 | INADEQUATELY DOCUMENTED |
| 8005 | INADEQUATELY DOCUMENTED |
| 8009 | INADEQUATELY DOCUMENTED |
| 8013 | INADEQUATELY DOCUMENTED |
| 8015 | INADEQUATELY DOCUMENTED |
| 8018 | INADEQUATELY DOCUMENTED |
| 8024 | INADEQUATELY DOCUMENTED |
| 8039 | INADEQUATELY DOCUMENTED |
| 8044 | INADEQUATELY DOCUMENTED |
| 8046 | INADEQUATELY DOCUMENTED |
| 8056 | INADEQUATELY DOCUMENTED |
| 8060 | INADEQUATELY DOCUMENTED |
| 8090 | INADEQUATELY DOCUMENTED |
| 8097 | INADEQUATELY DOCUMENTED |
| 8115 | INADEQUATELY DOCUMENTED |

**INADEQUATELY DOCUMENTED CLAIMS**

| Claim # | Rejection Reason |
|---------|------------------|
| 8122 | INADEQUATELY DOCUMENTED |
| 8139 | INADEQUATELY DOCUMENTED |
| 8168 | INADEQUATELY DOCUMENTED |
| 8174 | INADEQUATELY DOCUMENTED |
| 8179 | INADEQUATELY DOCUMENTED |
| 8204 | INADEQUATELY DOCUMENTED |
| 8214 | INADEQUATELY DOCUMENTED |
| 8223 | INADEQUATELY DOCUMENTED |
| 8228 | INADEQUATELY DOCUMENTED |
| 8249 | INADEQUATELY DOCUMENTED |
| 8261 | INADEQUATELY DOCUMENTED |
| 8264 | INADEQUATELY DOCUMENTED |
| 8270 | INADEQUATELY DOCUMENTED |
| 8272 | INADEQUATELY DOCUMENTED |
| 8279 | INADEQUATELY DOCUMENTED |
| 8295 | INADEQUATELY DOCUMENTED |
| 8315 | INADEQUATELY DOCUMENTED |
| 8321 | INADEQUATELY DOCUMENTED |
| 8323 | INADEQUATELY DOCUMENTED |
| 8337 | INADEQUATELY DOCUMENTED |
| 8340 | INADEQUATELY DOCUMENTED |
| 8352 | INADEQUATELY DOCUMENTED |
| 8355 | INADEQUATELY DOCUMENTED |
| 8358 | INADEQUATELY DOCUMENTED |
| 8362 | INADEQUATELY DOCUMENTED |
| 8366 | INADEQUATELY DOCUMENTED |
| 8369 | INADEQUATELY DOCUMENTED |
| 8382 | INADEQUATELY DOCUMENTED |
| 8384 | INADEQUATELY DOCUMENTED |
| 8396 | INADEQUATELY DOCUMENTED |
| 8403 | INADEQUATELY DOCUMENTED |
| 8406 | INADEQUATELY DOCUMENTED |
| 8416 | INADEQUATELY DOCUMENTED |
| 8424 | INADEQUATELY DOCUMENTED |
| 8426 | INADEQUATELY DOCUMENTED |
| 8438 | INADEQUATELY DOCUMENTED |
| 8448 | INADEQUATELY DOCUMENTED |
| 8502 | INADEQUATELY DOCUMENTED |
| 8580 | INADEQUATELY DOCUMENTED |
| 8624 | INADEQUATELY DOCUMENTED |
| 8692 | INADEQUATELY DOCUMENTED |
| 8734 | INADEQUATELY DOCUMENTED |
| 8758 | INADEQUATELY DOCUMENTED |
| 8792 | INADEQUATELY DOCUMENTED |
| 8927 | INADEQUATELY DOCUMENTED |
| 8933 | INADEQUATELY DOCUMENTED |
| 8941 | INADEQUATELY DOCUMENTED |

**INADEQUATELY DOCUMENTED CLAIMS**

| Claim # | Rejection Reason |
| --- | --- |
| 8962 | INADEQUATELY DOCUMENTED |
| 8989 | INADEQUATELY DOCUMENTED |
| 9035 | INADEQUATELY DOCUMENTED |
| 9055 | INADEQUATELY DOCUMENTED |
| 52205 | INADEQUATELY DOCUMENTED |
| 52213 | INADEQUATELY DOCUMENTED |
| 52219 | INADEQUATELY DOCUMENTED |
| 52220 | INADEQUATELY DOCUMENTED |
| 52227 | INADEQUATELY DOCUMENTED |
| 52230 | INADEQUATELY DOCUMENTED |
| 52232 | INADEQUATELY DOCUMENTED |
| 52233 | INADEQUATELY DOCUMENTED |
| 52241 | INADEQUATELY DOCUMENTED |
| 52255 | INADEQUATELY DOCUMENTED |
| 52258 | INADEQUATELY DOCUMENTED |
| 52259 | INADEQUATELY DOCUMENTED |
| 52261 | INADEQUATELY DOCUMENTED |
| 52262 | INADEQUATELY DOCUMENTED |
| 52264 | INADEQUATELY DOCUMENTED |
| 52273 | INADEQUATELY DOCUMENTED |
| 52429 | INADEQUATELY DOCUMENTED |
| 52432 | INADEQUATELY DOCUMENTED |
| 52433 | INADEQUATELY DOCUMENTED |
| 52437 | INADEQUATELY DOCUMENTED |
| 52438 | INADEQUATELY DOCUMENTED |
| 52457 | INADEQUATELY DOCUMENTED |
| 52458 | INADEQUATELY DOCUMENTED |
| 52480 | INADEQUATELY DOCUMENTED |
| 52481 | INADEQUATELY DOCUMENTED |
| 52482 | INADEQUATELY DOCUMENTED |
| 52483 | INADEQUATELY DOCUMENTED |
| 52484 | INADEQUATELY DOCUMENTED |
| 52485 | INADEQUATELY DOCUMENTED |
| 52486 | INADEQUATELY DOCUMENTED |
| 52487 | INADEQUATELY DOCUMENTED |
| 52488 | INADEQUATELY DOCUMENTED |
| 54452 | INADEQUATELY DOCUMENTED |
| 54468 | INADEQUATELY DOCUMENTED |
| 54469 | INADEQUATELY DOCUMENTED |
| 54470 | INADEQUATELY DOCUMENTED |
| 54471 | INADEQUATELY DOCUMENTED |
| 54472 | INADEQUATELY DOCUMENTED |
| 54473 | INADEQUATELY DOCUMENTED |
| 54474 | INADEQUATELY DOCUMENTED |
| 54475 | INADEQUATELY DOCUMENTED |
| 54476 | INADEQUATELY DOCUMENTED |
| 54477 | INADEQUATELY DOCUMENTED |

# INADEQUATELY DOCUMENTED CLAIMS

| Claim # | Rejection Reason |
|---------|------------------|
| 54478 | INADEQUATELY DOCUMENTED |
| 54479 | INADEQUATELY DOCUMENTED |
| 54480 | INADEQUATELY DOCUMENTED |
| 54481 | INADEQUATELY DOCUMENTED |
| 83361 | INADEQUATELY DOCUMENTED |
| 83366 | INADEQUATELY DOCUMENTED |
| 83371 | INADEQUATELY DOCUMENTED |
| 83391 | INADEQUATELY DOCUMENTED |
| 83404 | INADEQUATELY DOCUMENTED |
| 83458 | INADEQUATELY DOCUMENTED |
| 83564 | INADEQUATELY DOCUMENTED |
| 83569 | INADEQUATELY DOCUMENTED |
| 83579 | INADEQUATELY DOCUMENTED |
| 83590 | INADEQUATELY DOCUMENTED |
| 83649 | INADEQUATELY DOCUMENTED |
| 83726 | INADEQUATELY DOCUMENTED |
| 83729 | INADEQUATELY DOCUMENTED |
| 83770 | INADEQUATELY DOCUMENTED |
| 83871 | INADEQUATELY DOCUMENTED |
| 83890 | INADEQUATELY DOCUMENTED |
| 83893 | INADEQUATELY DOCUMENTED |
| 83910 | INADEQUATELY DOCUMENTED |
| 83916 | INADEQUATELY DOCUMENTED |
| 83921 | INADEQUATELY DOCUMENTED |
| 83929 | INADEQUATELY DOCUMENTED |
| 83933 | INADEQUATELY DOCUMENTED |
| 83952 | INADEQUATELY DOCUMENTED |
| 83964 | INADEQUATELY DOCUMENTED |
| 83968 | INADEQUATELY DOCUMENTED |
| 83971 | INADEQUATELY DOCUMENTED |
| 83986 | INADEQUATELY DOCUMENTED |
| 83990 | INADEQUATELY DOCUMENTED |
| 84009 | INADEQUATELY DOCUMENTED |
| 84019 | INADEQUATELY DOCUMENTED |
| 84049 | INADEQUATELY DOCUMENTED |
| 84061 | INADEQUATELY DOCUMENTED |
| 84071 | INADEQUATELY DOCUMENTED |
| 84087 | INADEQUATELY DOCUMENTED |
| 84088 | INADEQUATELY DOCUMENTED |
| 84092 | INADEQUATELY DOCUMENTED |
| 84143 | INADEQUATELY DOCUMENTED |
| 84215 | INADEQUATELY DOCUMENTED |
| 84217 | INADEQUATELY DOCUMENTED |
| 84246 | INADEQUATELY DOCUMENTED |
| 84255 | INADEQUATELY DOCUMENTED |
| 84341 | INADEQUATELY DOCUMENTED |
| 84353 | INADEQUATELY DOCUMENTED |

**INADEQUATELY DOCUMENTED CLAIMS**

| Claim # | Rejection Reason |
| --- | --- |
| 84365 | INADEQUATELY DOCUMENTED |
| 84428 | INADEQUATELY DOCUMENTED |
| 84437 | INADEQUATELY DOCUMENTED |
| 84459 | INADEQUATELY DOCUMENTED |
| 84480 | INADEQUATELY DOCUMENTED |
| 84500 | INADEQUATELY DOCUMENTED |
| 84557 | INADEQUATELY DOCUMENTED |
| 84561 | INADEQUATELY DOCUMENTED |
| 84575 | INADEQUATELY DOCUMENTED |
| 84581 | INADEQUATELY DOCUMENTED |
| 84602 | INADEQUATELY DOCUMENTED |
| 84610 | INADEQUATELY DOCUMENTED |
| 84611 | INADEQUATELY DOCUMENTED |
| 84623 | INADEQUATELY DOCUMENTED |
| 84636 | INADEQUATELY DOCUMENTED |
| 84641 | INADEQUATELY DOCUMENTED |
| 84697 | INADEQUATELY DOCUMENTED |
| 84701 | INADEQUATELY DOCUMENTED |
| 84724 | INADEQUATELY DOCUMENTED |
| 84727 | INADEQUATELY DOCUMENTED |
| 84754 | INADEQUATELY DOCUMENTED |
| 84758 | INADEQUATELY DOCUMENTED |
| 84803 | INADEQUATELY DOCUMENTED |
| 84876 | INADEQUATELY DOCUMENTED |
| 84878 | INADEQUATELY DOCUMENTED |
| 84893 | INADEQUATELY DOCUMENTED |
| 84961 | INADEQUATELY DOCUMENTED |
| 84978 | INADEQUATELY DOCUMENTED |
| 85046 | INADEQUATELY DOCUMENTED |
| 85063 | INADEQUATELY DOCUMENTED |
| 85113 | INADEQUATELY DOCUMENTED |
| 85116 | INADEQUATELY DOCUMENTED |
| 85118 | INADEQUATELY DOCUMENTED |
| 85129 | INADEQUATELY DOCUMENTED |
| 85136 | INADEQUATELY DOCUMENTED |
| 85259 | INADEQUATELY DOCUMENTED |
| 85261 | INADEQUATELY DOCUMENTED |
| 85268 | INADEQUATELY DOCUMENTED |
| 85286 | INADEQUATELY DOCUMENTED |
| 85287 | INADEQUATELY DOCUMENTED |
| 85288 | INADEQUATELY DOCUMENTED |
| 85289 | INADEQUATELY DOCUMENTED |

**Total**                                  **559**