# EXHIBIT D

**<u>Payments to Valid Claimants Greater than $10.00</u>**

| | |
|---|---:|
| Payments 19,800  valid claimant over $10 at $1.60 per unit | **$31,680.00** |
| Quality Assurance | **$2,750.00** |
| Distribution Setup, Allocation and Review | **<u>$2,850.00</u>** |
| **Sub-total** | **<u>$37,280.00</u>** |

**<u>Post-Distribution Work:</u>**

| | |
|---|---:|
| Reissues checks 600 @ $1.95 | **$1,080.00** |
| Handle Undeliverable Checks 500 @ $2.95 | **$1,475.00** |
| Reminder notices 900 for un-cashed checks @ $1.65 | **$1,485.00** |
| Project management | **$3,250.00** |
| Quality Assurance | **$1,650.00** |
| Bank reconciliations and reporting | **$1,750.00** |
| Phone Labor | **<u>$2,000.00</u>** |
| **Sub-total** | **<u>$12,690.00</u>** |
| **Total** | **<u>$49,970.00</u>** |